# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Negron v. Guevara, et al    Case Number: 18 CV 2701

An appearance is hereby filed by the undersigned as attorney for: Defendants Mark Olszewski, Edward Mingey, Ernest Halvorsen and Reynaldo Guevara

Attorney name (type or print): Caroline P. Golden

Firm: The Sotos Law Firm

Street address: 550 East Devon, Suite 150

City/State/Zip: Itasca, Illinois 60143

Bar ID Number: 06211227    Telephone Number: 630-735-3300
(See item 3 in instructions)

Email Address: cgolden@jsotoslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 27, 2018

Attorney signature: S/ Caroline P. Golden
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015