UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

William Negron
                        Plaintiff,

v.                                           Case No.: 1:18−cv−02701
                                                   Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 17, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: The court adopts the parties' agreed discovery plan filed in No. 18−CV−2701 (ECF No. [38]). The parties are directed to file a copy of their agreed discovery plan in No. 18−CV−2341. Pursuant to Fed. R. Civ. P. 16, the discovery scheduled adopted by this court herein shall govern both consolidated cases, Nos. 18−CV−2341 and 18−CV−2701. These cases have been consolidated "for all pretrial proceedings." (No. 18−CV−2341, ECF No. [20].) Accordingly, all papers captioned in both cases must be filed in No. 18−CV−2341. Duplicates must not be filed in No. 18−CV−2701. Fact discovery shall close on 10/17/19. Plaintiffs are to disclose their experts pursuant to Rule 26(a)(2) within 30 days after the close of fact discovery, on or before 11/16/19, and to be deposed 30 days after their disclosure, on or before 12/16/19. Defendants are to disclose their experts pursuant to Rule 26(a)(2) within 60 days after Plaintiff#039;s disclosures are due, on or before January 15, 2020, to be deposed 30 days after their disclosure, on or before February 14, 2020. Status hearing set for 10/23/19 at 9:30 a.m. The City intends to file a motion to bifurcate. If the parties agree on a briefing schedule, they should submit it to Proposed_Order_Gottschall@ilnd.uscourts.gov, and no appearance to present the motion will be required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.