# EXHIBIT C

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Y 405 585
1 Sep 94
PAGE # 1

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| Field | Value |
|---|---|
| *OFFENSE CLASSIFICATION/IUCR CODE: | Homicide 1st Degree Murder/0110 |
| *OFFENSE RECLASSIFICATION OR DNA: | DNA |
| *CURRENT STATUS/CODE: | 0/Progress |
| *REVISED CODE: | DNA |
| *IF CLEARED, HOW CLEARED/CODE: | DNA |
| *ADDRESS OF ORIGINAL OFFENSE: | 3920 W. Cortland |
| *BEAT OF OCCURRENCE: | 2535 |
| *DATE/TIME OF ORIGINAL OCCURRENCE: | 1 Sep 94 0045 hrs |
| *VICTIM'S NAME: | MERKES, Amy |
| *FIRE RELATED (1 YES 2 NO): | 2/No |
| *BEAT ASSIGNED: | 5522 |
| *TYPE OF LOCATION/CODE: | street/304 |
| *NUMBER OF VICTIMS: | (2) |
| *NUMBER OF OFFENDERS: | 3 |
| *VICTIM UPDATE: | Victim of 041A ( SAEZ, Kennelly M/4/19 3920 W. Cortland) |
| *OFFENDER VEHICLE: | A 4dr Blue Delta 88 1985-86 |
| *METHOD ASSIGNED CODE/UNIT: | 1/650 |

**This is an Area Five Detective Division Progress Report.**

| REPORTING OFFICER | STAR | SIGNATURE |
|---|---|---|
| Det. K. Mc Donald | 20994 | |
| REPORTING OFFICER | STAR | SIGNATURE |
| Det. R. Rutherford | 20720 | |
| SUPERVISOR | STAR | SIGNATURE |
| | | |
| DISTRIBUTION | DATE & TIME SUBMITTED | DATE & TIME APPROVED |
| normal | 1 Sep 94 | |

CPD-11.411-B(Rev. 2/94)   Detective Division Micro Computer Generated Supplementary Report

RFC-Almodovar/Negron 000026

CHICAGO POLICE DEPARTMENT
DETECTIVE DIVISION
SUPPLEMENTARY REPORT

R.D. Y 405 585
1 Sep 94
PAGE # 2

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIM:**

MERKES, Amy E. F/2/18 dob ▮
1002 S. Kenilworth Oak Park Ill. 60304 hm ph 708-524-0723 SS# ▮ DL# ▮ student Triton J.C. Victim was wearing a blue cotton pullover with "DUKE" on it, a red tee shirt, black jeans, white socks, blk gym shoes, a white bra, and red panties. She also was wearing 1 gold color ring with "AMY" written on it. Gold metal rim glasses were found at her side. No known gang affiliation. Apparently one gun shot wound through and through left collar bone area right lower back. Fatal

**ADDITIONAL VICTIMS:**

<u>**ALSO VICTIM OF 0110**</u>
RODRIGUEZ, Jorge aka "FINGERS" M/4/18 dob ▮ 2300 N. Keystone ph 278-2416 Brn Blk olive. IR# 1036816. Tatoos on both legs. Wearing Blue shirt blue trousers white and blue gym shoes white socks white under shirt lt. blue underpants. Apparently one gun shot wound to the left chest, Fatal. Victim was a member of the Maniac Latin Disciples street gang. 320 8) 542,000

<u>**VICTIM OF A 041A**</u>
GRANDE, Fricia Jacqueline F/4/20 dob ▮ 1906 W. Irving Pk 2nd flr. hm ph 404-5134 employed at Butera Foods Lincoln and Grace wk ph 925-1753 student at Truman J.C. SS# ▮ Apparent through and through gun shot wound left upper chest in critical but stable condition at Mt. Sinai Hosp. No known gang affiliation.

<u>**VICTIM OF A 041A**</u>
SAEZ, Kennelly M/4/19 aka "Joker" dob ▮ 3918 W. Cortland 3rd flr. ph 235-4854 SS# ▮ IR# 994126 member of Maniac Latin Disciples street gang. Victim was shot at but not hit.

**WANTED:**

¢3 male White Hispanics in their late teens skinny medium to light complexion NFD.

RFC-Almodovar/Negron 000027

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Y 405 585
1 Sep 94
PAGE # 3

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| | |
|---|---|
| INJURIES: | Victim Merkes: apparent through and through gun shot wound left collar bone area-right lower back, fatal. Pronounced dead at scene by M.E.Morris #16 at 0130 hrs. M.E. case # 1 Sep 94. |
| | Victim Rodriguez: apparent gun shot wound to the left upper chest lodged, fatal. Pronounce dead by Dr. Fantus 0200 hrs at Ill. Masonic Hosp. M. E. case # |
| | Victim Grande: Apparent through and through gunshot wound to the left upper chest. |
| TAKEN TO: | Victim Merkes was removed by Bt 2573 to the Office of the Medical Examiner. |
| | Victim Rodriguez was taken to Ill. Masonic Hosp. by CFD 52. |
| WEAPON: | unk cal. handgun (not recovered) |
| LOCATION, DATE AND TIME: | 3920 W. Cortland 1 Sep 94 0045 hrs. |
| WEATHER AND LIGHTING: | clear cool mid-sixties/ good artificial lighting from hallway lights and street lights. |
| MANNER/MOTIVE: | Drive by shooting/ gang related |
| IDENTIFIED BY: | Victims Merkes and Rodriguez identified by Saez, Kennelly. |
| VEHICLE USED: | Offenders were in a dk blue 4dr Old 88 1985-86 license unk. |
| EVIDENCE: | Crime scene photos. |

**Inv. # 1368633 Unit 177**
One envelope containing a fired bullet collected from street at 3920 W. Cortland

One envelope containing a fired bullet recovered from the lobby wall of 3920 W. Cortland.

One envelope containing a fired bullet collected from the interior stairway at 3920 W. Cortland.

CHICAGO POLICE DEPARTMENT
DETECTIVE DIVISION
SUPPLEMENTARY REPORT

R.D. Y 405 585
1 Sep 94
PAGE # 4

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

One envelope containing a fired bullet recovered from the clothing of victim Merkes on the first floor landing at 3920 W. Cortland. All evidence recovered by Crime Lab personnel.

PERSONNEL ASSIGNED:

MB 2530
Sgt. PAVON # 1411

MB 2520
Sgt. BROGAN # 1851

MB 2523
P.O. LOHMAN # 17442
P.O. OBRECKI # 6849 (original paper)

MB 2531
P.O. BURGO # 7011
P.O. PONTI # 17042 (crime scene)

MB 2524
P.O. BELLA # 17342
P.O. ROBERTSON # 14022 (crime scene)

MB 2573
P.O. CARFORA # 11331
P.O. BROGAN # 16166 (removal)

MB 5522
Det. Mc DONALD # 20994
Det. RUTHERFORD # 20720 (investigation)

MB 5542
Det. P. BOYLE # 20672 (assist)

MB 5523
Det. DEMBOWSKI # 20679 (assist)

MB 9601
Lab Tech MORAN # 7718
Lab Tech BUTLER # 10448

WITNESSES:

VELEZ, Juan M/4/25 dob ▮
1848 N. Harding hm ph 227-1576
wk ph 890-6061 employed as a Cook County Sheriff badge # 914 (off duty) eye witness
B# 639-9252

VEGA, Elizabeth L. F/4/22 dob ▮
3920 W. Cortland 3rd flr. ph 384-5694
SS# 350 54 2200 circumstantial witness

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Y 405 585
1 Sep 94
PAGE # 5

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

INTERVIEWED:

VEGA, Francisca F/4/24 dob ████
3920 W. Cortland  3rd ph 384-5694
SS# ████████ circumstantial witness

MOORE, Robert M/1/29 dob ████
3920 W. Cortland 1st. ph 342-2034
unemployed. eye witness

ROBINSON, Lucille F/1/81 3918 W. Cortland
1st no phone

INVESTIGATION:

R/Ds were assigned to the follow-up investigation of this incident by Sgt. F. Cappatelli of this command. Upon arrival R/ds noted that the neighborhood around 3920 W. Cortland consists of multi unit apartment buildings and two flats.

R/Ds were met by the original responding officers and learned that the crime scene consists of both the front sidewalk area and the hallway of 3920 W. Cortland. Upon entering the building at that address it was noted that there was a bullet hole in the glass door. A check of the wall opposite showed a fired bullet in the wall (recovered by crime lab personnel). A second fired bullet was also found on the stairs leading up to the first floor landing (also recovered by crime lab personnel). Victim Merkes was laying on the first floor landing with her head to the west and her feet to the east. Under her head were several towels and a spreading pool of blood. It was learned that the first flr. resident had placed the towels there in a attempt to help the victim. Merkes was dressed as described in the format section of this report. Victims Rodriguez and Grande had been in the third flr apt. of victim Saez before being removed by CFD personnel.

R/Ds spoke to the original reporting officers and learned the following. They had been flagged down by witness VELEZ and told that there had just been a drive by shooting at 3920 W. Cortland. The reporting officers went to that address and found the victims as described in their report. Further they learned that the victims had been seated on the front stoop of the building when the vehicle described in the format section of this report pulled up and began shooting at the victims. The victims fled into the building.

R/Ds spoke to witness Velez and learned the following:
**VELEZ, JUAN** stated that he is a off duty Cook County Sheriff. He was going home when he first observed the offenders veh. W/B on Cortland the veh. made a U-turn in the intersection of Harding and then turned S/B into the east alley of Harding. Velez stated that he had just turned into the same alley and stopped, getting out of his vehicle to open his garage. The offenders vehicle stopped and backed out of the alley and backed W/B on Cortland. Velez then heard several shots. He re-entered his vehicle and circled the block and observed the offenders vehicle E/B on

RFC-Almodovar/Negron 000030

```
CHICAGO POLICE DEPARTMENT                              R.D. Y 405 585
DETECTIVE DIVISION                                       1 Sep 94
SUPPLEMENTARY REPORT                                     PAGE # 6
```

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

Cortland. He then flagged down a passing squad car. As Velez was first entering his alley he had observed the victims sitting out in front of the building at 3920 W. Cortland. Velez stated that he got a good look at the driver of the vehicle and believes that he could identify this person.

Victim Rodriguez was removed from the scene by CFD 52 and taken to Illinois Masonic Hosp. Det. P. Boyle responded to that hosp. and learned that Rodriguez had expired from his wounds. He was pronounced dead at 0200 hrs by Dr. Fantus. He was dressed as described in the format section of this report.

Victim Grande was taken by CFD to Mt. Sinai hosp. for a through and through gun shot would to the left upper chest. She is in critical but stable condition. Det. Dembowski responded to Mt. Sinai and interviewed Grande with the following results:

**GRANDE, FRICIA AKA JACKIE** states that Amy Merkes came over to her house earlier in the evening and asked her to go out with her. At first she refused then she agreed to accompany Merkes to Merkes's boyfriends house. After arriving at Saez's (boyfriend of Merkes) house Grande, Merkes, Saez, and Rodriguez (Saez's cousin) sat on the front stoop of the building. After a while she observed a auto drive by and turn into the east alley of Harding. The vehicle backed out of the alley and continued to back down Cortland until it pulled even with them. At that point Saez gets up and says I'll find out who they are. As Saez walks towards the car the back seat passenger starts shooting. Grande describes the car and occupants as follows. The car was a dark blue older square mid size car. The occupants are all male white hispanics the driver is tall and skinny light complexion with dark hair. The front seat passenger is skinny with a long face light complexion wearing a black jacket and a red hat. The back seat passenger/shooter is skinny med complexion with dark hair, clean looking.

Victim Saez and witnesses Vega and Vega were brought into area five where they were interviewed with the following results.

**VEGA, ELIZABETH** stated that she and her sister Francisca were sitting in their 3rd flr apt. at 3920 W. Cortland when they hear 5 or 6 gun shots from out side the building. They looked out the window and saw the offenders auto pulling away. They also observed Saez bend down behind a car yelling that someone had been shot. They then went down stairs and tried to help the people who had been shot.

**VEGA, FRANCISCA** gave the same account of the incident as had her sister.

**SAEZ, KENNELLY** stated that he, his girlfriend Amy Merkes, her friend Jackie Grande, and his cousin Jorge Rodriguez were sitting on the front stoop of his apartment building for about an hour. He then observed a dark blue short body Delta 88 4dr clean going E/B on Cortland. This vehicle turned into the east alley of Harding then backed out and backed up Cortland until it came even with where they were sitting. At this point the rear seat drivers side passenger called out "What's up folks". Saez called back what's up. This person then began shooting at them. He fired at least 6 times. Saez ducked down behind a car and did not see if anyone was hit right away. He

RFC-Almodovar/Negron 000031

**CHICAGO POLICE DEPARTMENT**
**DETECTIVE DIVISION**
**SUPPLEMENTARY REPORT**

R.D. Y 405 585
1 Sep 94
PAGE # 7

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

then went into the hallway and found that all his friends had been hit.

Saez could offer no information as to why anyone would want to shoot him or his friends. He did say that he is a Maniac Latin Disciple and that his gang is at war with the "Dragons". He also said that there is a ongoing feud between his gang and the Latin Kings. He went on to say that the corner where his building is is run by the Maniac Latin Disciples and that the "Dragons" had been trying to take over the corner.

Both the families of Merkes and of Rodriguez where contacted and notified of the deaths of their family members. They were informed of the procedure for contacting the M.E.'s offices and making arrangements for the remains.

This investigation remains in progress...

Det. Kevin Mc Donald
Det. Robert Rutherford
Det. Gene Dembowski
Det. Philip Boyle

RFC-Almodovar/Negron 000032

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

**4. DATE OF ORIG. OCCURRENCE–TIME:** 1 Sep. 1994 / 0045

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT:** Homicide/First Degree Murder
**I-UCR OFF. CODE:** 0110
**2. ADDRESS OF ORIG. INCIDENT/OFFENSE:** 3920 W. Cortland — ☒ 1 VERIFIED
**3. BEAT OF OCCUR.:** 2535

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT:** MERKES, Amy
**CORRECT:** ☒ 1 YES
**6. FIRE RELATED:** ☒ 2 NO
**7. BEAT ASSIGNED:** 5512

**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED:** Street
**LOCATION CODE:** 304
**9. NO. OF VICTIMS:** 2
**10. NO. OF OFFENDERS:** 3

### Offenders

| # | 28. OFFENDER'S NAME | 29. HOME ADDRESS | 30. SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | ALMODOVAR, Roberto Jr. | 1732 N. Springfield | M/4/19 | 5-11 | 135 | Brn | Brn | Fair |
| 2. | NEGRON, William | 3328 W. Belle Plaine | M/4/17 | 5-10 | 150 | Brn | Blk | Med. |

**OFF 1** C.B. NO.: 9829-847 — I.R. NO.: 1040008 — OFFENDER REL. CODE: 24
**OFF 2** C.B. NO.: 9829-863 — I.R. NO.: 1095736 — OFFENDER REL. CODE: 24 — ARRESTED: 2 — UNIT NO.: 650

**34. SERIAL NOS. OR IDENTIFICATION NOS.:** ☒ 1 DNA
**50. OFFENSE/CLASS. THIS DATE:** DNA
**51. METHOD CODE:** ☒ 1 FIELD
**UNIT NO.:** 650
**53. STATUS:** 0 PROGRESS
**STATUS CONT'D:** ☒ 4 CLRD. OPEN
**54. IF CASE CLEARED, HOW CLEARED:** ☒ 1 ARREST & PROSEC. — ☒ ADULT

### 80. NARRATIVE

IN CUSTODY:

ALMODOVAR, Roberto Jr. M/WH/Age 19, DOB 27 Apr. 75,

1732 N. Springfield, Single, Unemployed, SS# 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,

Admitted member of the Insane Dragons Street Gang, nick-

name of, "JOKER", IR# 1040008, CB# 9829-847

Continued On Page (2)

**91. DATE THIS REPORT SUBMITTED:** 13 Sep. 1994 **TIME:** 2100

**93. REPORTING OFFICER:** Det. E. HALVORSEN **STAR NO.:** 20692
**94. REPORTING OFFICER:** Det. R. GUEVARA **STAR NO.:** 20861

**35. R.D. NO.:** Y-405585

RFC-Almodovar/Negron 000011

DETECTIVE DIVISION　　　　　　　　2　　　　　　　　13 SEP. 1994
AREA FIVE DETECTIVES　　　　　　　　　　　　　　　RD# Y-405585

HOMICIDE/FIRST DEGREE MURDER
VICTIMS: MERKES, Amy
　　　　　RODRIGUEZ, Jorge

IN CUSTODY:　　　　　　　NEGRON, William M/WH/Age 17, DOB 18 Nov. 76, 3328 W. Belleplaine 1st fl. Home Ph# 463-6749, Single, Unemployed, Admitted member of the Insane Dragons Street Gang, IR# 1095736, CB# 9829-863

WANTED:　　　　　　　　　Unknown M/WH teenager, NFD

ARRESTING OFFICERS:　　　Det. E. HALVORSEN #20692, Area Five Dets.
　　　　　　　　　　　　　Det. R. GUEVARA　　#20861,　　　"
　　　　　　　　　　　　　Det. J. TROKEN　　　#20660,　　　"

　　　　　　　　　　　　　CGSP J. RODRIGUEZ #4660, Gang Crimes
　　　　　　　　　　　　　GCSP E. WIORA　　　#16409,　　　 "

DATE, TIME, LOCATION　　 ALMODOVAR was arrested on 11 Sep. 94, 2200
OF ARREST:　　　　　　　　　hrs. on the street at 2301 N. Normandy

　　　　　　　　　　　　　NEGRON was arrested on 12 Sep. 94, 0200 hrs. on the street at 4200 N. Spualding

CHARGES, COURT BRANCH　　Both Roberto ALMODOVAR and William NEGRON
AND DATE:　　　　　　　　were charged with two counts of First Degree Murder, 720 ILCS 5/9-1a2, Branch 66, 13 Sep. 94, Charges approved by A.S.A. Peter FARACI, Felony Review.

EVIDENCE:　　　　　　　　Inv.#1329475, Area Five
　　　　　　　　　　　　　(12) Polaroid Color Photos

　　　　　　　　　　　　　Line-Up Photos

NOTIFICATIONS:　　　　　　A.S.A. Peter FARACI, Felony Review

INVESTIGATION:　　　　　　The R/Dets. began investigating this double murder on the third watch, 1 Sep. 94. The R/Dets. were also assigned to investigate the murder of Carlos OLAN, aka "POPEYE", a member of the Insane Dragons Street Gang who was killed at 4625 W. Palmer, on 30 Aug. 94, at 0215 hrs. At the time that Amy MERKES and Jorge RODRIGUEZ were killed, and Jacqueline GRANDE was shot, an individual named Kennelly SAEZ aka "JOKER", a member of the Maniac Latin Disciples Street Gang was present. It was Kennelly SAEZ who approached the offenders car after the offenders called out, "Whats Up Folks".

DETECTIVE DIVISION                      3                      13 SEP. 1994
AREA FIVE DETECTIVES                                        RD# Y-405585

HOMICIDE/FIRST DEGREE MURDER
VICTIMS: MERKES, Amy
        RODRIGUEZ, Jorge

            The R/Dets. were aware that there was a gang war currently taking place between the Insane Dragons, and the Maniac Latin Disciples. The address of the double murder, 3920 W. Cortland and the murder of Carlos OLAN at 4625 W. Palmer, are both in the 25th Police District and are separated by approximately seven blocks. It appeared to the R/Dets. that the double murder was in retaliation for the murder of Carlos OLAN. The R/Dets. concentrated their efforts towards identifying who in the Insane Dragons may have committed this crime.

            The R/Dets. contacted Officers OLSZEWSKI #4337, and SIWA #11845, of the 25th District Gang Team, for their assistance. It was learned from these officers that the Insane Dragons Street Gang had a section of members who frequent the area of Normandy and Belden. On 4 Sep. 94, Officers OLSZEWSKI and SIWA, arrested three members of the Insane Dragons Street Gang at 2327 N. Rutherford, for possession of a loaded sawed-off shotgun. They took polaroid photos of those persons and gave them to the R/Dets. One of the pictures was for a Roberto ALMODOVAR, aka "JOKER"

            The R/Dets. noticed that the photo of Roberto ALMODOVAR showed him to have a rectangular shaped head with long hair in back. This was the description of one of the offenders, provided by gunshot victim Jacqueline GRANDE. The R/Dets. told GCSP J. RODRIGUEZ and E. WIORA about this photo of Roberto ALMODOVAR. They informed the R/Dets. that Roberto ALMODOVAR had a friend he hung out with named Willie NEGRON. They supplied the R/Dets. with a polariod photo of Willie NEGRON.

            On 5 Sep. 94, Jacqueline GRANDE was released from the hospital. Det. R. GUEVARA went to her home and showed her a photo array which consisted of (12) polaroid color photos. After viewing this photo array Jacqueline GRANDE identified Roberto ALMODOVAR as the offender who was shooting from the back seat of the car. She identified Willie NEGRON as the offender who drove the car and also fired a gun. These photographs were inventoried for evidence.

```
DETECTIVE DIVISION                    4                    13 SEP. 1994
AREA FIVE DETECTIVES                                       RD# Y-405585
```

HOMICIDE/FIRST DEGREE MURDER
VICTIMS: MERKES, Amy
         RODRIGUEZ, Jorge

On 11 Sep. 94, at 2200 hrs. Roberto ALMODOVAR was arrested on the street at 2301 N. Normandy. He was brought into Area Five Detectives where he was interviewed. On 11 Sep. 94, at 2230 hrs. the first interview was conducted with Roberto ALMODOVAR in an interview room at Area Five Detectives. Present for this interview was Det. E. HALVORSEN.

ALMODOVAR, Roberto    He acknowledged understanding each of his Miranda Warnings as they were read to him by Det. E. HALVORSEN, from a pre-printed card. He agreed to make a statement. In summary he stated the following. He admitted to being a member of the Insane Dragons Street Gang with the nickname of, "JOKER". He admitted his section was at Belden and Normandy by his girlfriend's mothers house. He now lived with his girlfriend in an apartment at 1732 N. Springfield. He knew that there had been a war going on between the Insane Dragons and the Maniac Latin Disciples. He had been told earlier in the day that the war was called off. He was told this by another Insane Dragon named Willie. He talked with Willie when he went to visit with the gang at Fairfield and Augusta. He stated that he works during the day at the Farley Candy Company at Belmont and Kilbourn, from 0600 to 1800 hrs. On Wed. he leaves work early to attend a G.E.D. class at Wright Junior College at 3400 N. Austin. His class is from 1800 hrs. until 2115 hrs. He then took a bus home, and was with his girlfriend. He denied knowing anything about the double murder.

The R/Dets. noted that the address supplied by Roberto ALMODOVAR, 1732 N. Springfield, is approximately three blocks away from the scene of this shooting at 3920 W. Cortland.

A surveillance was established at the home of William NEGRON at 3328 W. Belleplaine. He was arrested as he approached his home at 0200 hrs. He was brought to Area Five Detectives. The first interview with William NEGRON was conducted in an interview room at Area Five on 12 Sep. 94, at 0230 hrs. Present for this interview was Det. R. GUEVARA.

```
DETECTIVE DIVISION              5                    13 SEP. 1994
AREA FIVE DETECTIVES                                  RD# Y-405585
```

HOMICIDE/FIRST DEGREE MURDER
VICTIMS: MERKES, Amy
         RODRIGUEZ, Jorge

NEGRON, William       He acknowledged understanding his Miranda Warnings as they were read to him by Det. R. GUEVARA from a pre-printed paper. He agreed to talk with the detectives. He admitted to being a member of the Insane Dragons Street Gang and associated with the section at Augusta and Fairfield. He admitted to being a good friend of "JOKER", Roberto ALMODOVAR. He knew that a gang war was going on between the Insane Dragons and the Maniac Latin Disciples. On Wed. night 31 Aug. 94, he went to the wake of a fellow gang member who had been murdered. He left the wake around 2100 hrs. with fellow gang members, whom he refused to identify. He went out partying with these guys all night but refused to disclose where he was at.

Due to the late hour hold papers were lodged against Roberto ALMODOVAR and William NEGRON, to permit line-ups to be conducted later that day.

On 12 Sep. 94, at 1800 hrs. a line-up was conducted at Area Five, (SEE LINE-UP SUPP.). This line-up was viewed separately by gunshot victim Jacquline GRANDE and eye-witness Kennelly SAEZ. Kennelly SAEZ had not viewed any photos of Roberto ALMODOVAR or William NEGRON prior to the line-up. Having viewed this line-up, Jacquline GRANDE and Kennelly SAEZ both identified, William NEGRON as the offender who drove the car and fired a gun. They both identified Roberto ALMODOVAR as being the offender in the rear seat of the car who called out, "Whats Up Folks", and then fired a gun.

The initial supplementary report that was prepared on 1 Sep. 94, listed a Juan VELEZ, an off duty Sheriffs Deputy as an eye-witness. He was contacted and came into Area Five. He was asked about the possibility of him viewing a line-up, as this prior report stated that he got a good look at the driver and could identify this person. Juan VELEZ stated that he was mis-quoted. He stated that he got a good look at the offenders car and could identify this car if he saw it again. He was not able to see any of the faces in the offenders car, and cannot identify anyone.

The R/Det. contacted Felony Review and A.S.A. Pete FARACI arrived at Area Five. A.S.A. FARACI reviewed the investigative file and interviewed, Jacqueline GRANDE, Kennelly SAEZ and Juan VELEZ.

```
DETECTIVE DIVISION                    6                    13 SEP. 1994
AREA FIVE DETECTIVES                                       RD# Y-405585
```

HOMICIDE/FIRST DEGREE MURDER
VICTIMS: MERKES, Amy
         RODRIGUEZ, Jorge

        A.S.A. FARACI and Det. R. GUEVARA again interviewed Roberto ALMODOVAR and William NEGRON. Roberto ALMODOVAR stated that he must have been with his girlfriend when this shooting occurred. William NEGRON declined to make any additional statement. Roberto ALMODOVAR gave Det. R. GUEVARA a telephone number to contact his girlfriend, Sasi. She was called and stated that she was coming into Area Five with an attorney. She never arrived.

        A.S.A. FARACI approved charging Roberto ALMODOVAR and William NEGRON with two counts of First Degree Murder. Additional charges will be sought at a later date from the Grand Jury. With the arrest and charging of two of the three offenders in this incident, it is requested that this case be filed, CLEARED BY ARREST/OPEN.

Det. E. HALVORSEN #20692
Det. R. GUEVARA   #20861