# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR. ) | |
| ) | Case No. 18 CV 2341 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| vs. ) | |
| ) | |
| REYNALDO GUEVARA, et al. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| WILLIAM NEGRON ) | |
| ) | Case No. 18 CV 2701 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| vs. ) | |
| ) | |
| REYNALDO GUEVARA, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Defendants Edward Mingey, Mark Olszewski, JoAnn Halvorsen as Special Representative for Ernest Halvorsen, deceased, Reynaldo Guevara, and the City of Chicago (collectively "Defendants"), by and through their respective attorneys, move for leave to cite supplemental authority supporting their Response in Opposition to the Cook County State's Attorney's Office's ("CCSAO") Motion to Quash Subpoena for the Deposition of Eric Sussman, and in support state:

1.      On June 22, 2021, the CCSAO filed its motion to quash Defendants' subpoena for the deposition of Eric Sussman. That motion is fully briefed and pending before this Court. *See* Almodovar Dkt Nos. 138, 143, 149.

2.      Also on June 22, 2021, the CCSAO filed a nearly identical motion to quash the subpoena for the deposition of Mr. Sussman in another set of actions in this District—*Solache-Reyes*[1]—wherein many of the defendants, defendants' counsel, and plaintiffs' counsel are the same as they are in the instant actions.

3.      On July 22, 2021, in *Solache-Reyes*, Magistrate Judge Harjani granted in part and denied in part the CCSAO's motion to quash the subpoena for the deposition of Mr. Sussman. *See* Ex. A, Order, *Reyes* Dkt. No. 457.

4.      As the motion to quash in *Solache-Reyes* applied to many of the same parties as in the instant actions, and to a similar level of involvement by Mr. Sussman as in the instant actions—which, here, Defendants argued in their motion warranted the taking of the deposition of Mr. Sussman—Defendants bring this recent ruling to the Court's attention.

5.      Counsel for the CCSAO has no objection to this motion.

WHEREFORE, Defendants respectfully request that this Court grant their motion for leave to cite the supplemental authority of *Solache-Reyes*.

---

[1] *DeLeon-Reyes v. Guevara, et al.*, No. 18 CV 1028 (N.D. Ill.); *Solache v. City of Chicago, et al.*, No. 18 CV 2312 (N.D. Ill.).

Date: July 28, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Samantha J. Pallini | /s/ Megan K. McGrath |
| SAMANTHA J. PALLINI, Atty No. 6333953 | MEGAN K. McGRATH, Atty. No. 6288408 |
| Special Assistant Corporation Counsel | *One of the Attorneys for Defendant Guevara* |
| *One of the Attorneys for Individual Defendants* | |

Respectfully submitted,

/s/ Samantha J. Pallini
SAMANTHA J. PALLINI, Atty No. 6333953
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James. G. Sotos
Caroline P. Golden
Josh M. Engquist
Samantha J. Pallini
Special Assistant Corporation Counsel
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
spallini@jsotoslaw.com

/s/ Megan K. McGrath
MEGAN K. McGRATH, Atty. No. 6288408
*One of the Attorneys for Defendant Guevara*

Thomas More Leinenweber
James Vincent Daffada
Megan Kelly McGrath
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
mkm@ilesq.com

Respectfully submitted,

CELIA MEZA
Corporation Counsel of the City of Chicago

/s/ Eileen E. Rosen
EILEEN E. ROSEN, Atty No. 6217428
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant City*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474-1000
erosen@rfclaw.com

# CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on **Wednesday, July 28, 2021**, I electronically filed the foregoing **Defendants' Motion for Leave to Cite Supplemental Authority** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list:

*Attorneys for Roberto Almodovar:*

Jennifer A Bonjean
Ashley Blair Cohen
Bonjean Law Group, PLLC
467 Saint Johns Place
Brooklyn, NY 11238
(718) 875-1850
jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com

*Attorneys for William Negron:*

Arthur R. Loevy
Jonathan I. Loevy
Ruth Z. Brown
Julie Marie Goodwin
Lindsay Hagy
Rachel Elaine Brady
Sean Starr
Russell R Ainsworth
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243-5900
arthur@loevy.com
jon@loevy.com
ruth@loevy.com
julie@loevy.com
lindsay@loevy.com
Brady@Loevy.com
sean@loevy.com
russell@loevy.com

*Attorneys for Defendant Reynaldo Guevara:*

Thomas More Leinenweber
James Vincent Daffada
Megan Kelly McGrath
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
jim@ilesq.com
jim@ilesq.com
mkm@ilesq.com
kevin@ilesq.com

*Attorneys for Defendant City of Chicago:*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rockfuscoconnelly.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
tcarney@rfclaw.com

***Attorneys for Respondent Cook County State's Attorney's Office:***

Patrick Daniel Morris
Silvia Mercado Masters
Cook County State's Attorney's Office
50 W. Washington Street
Suite 2760
Chicago, IL 60602
312.603-1426
patrick.morris@cookcountyil.gov
silvia.mercadomasters@cookcountyil.gov

/s/ Samantha J. Pallini
SAMANTHA J. PALLINI, Atty No. 6333953
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*