# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO ALMODOVAR, JR. | ) | Case No. 18 CV 2341 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| vs. | ) | Magistrate M. David Weisman |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM NEGRON | ) | Case No. 18 CV 2701 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| vs. | ) | Magistrate M. David Weisman |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice that on **Tuesday, August 3, 2021, at 9:15 a.m.**, I shall appear before The Honorable Magistrate Judge M. David Weisman in Courtroom 1300, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants' Motion for Leave to Cite Supplemental Authority.**

Date: July 28, 2021

Respectfully submitted,                    Respectfully submitted,

/s/ Samantha J. Pallini                     /s/ Megan K. McGrath
SAMANTHA J. PALLINI, Atty No. 6333953       MEGAN K. McGRATH, Atty. No. 6288408
Special Assistant Corporation Counsel       *One of the Attorneys for Defendant Guevara*
*One of the Attorneys for Individual Defendants*

James. G. Sotos                             Thomas More Leinenweber
Caroline P. Golden                          James Vincent Daffada
Josh M. Engquist                            Megan Kelly McGrath
Samantha J. Pallini                         Kevin Edward Zibolski
Special Assistant Corporation Counsel       Michael John Schalka
**THE SOTOS LAW FIRM, P.C.**                Leinenweber Barone & Daffada LLC
141 W. Jackson Blvd., Suite 1240A           120 N. LaSalle St.
Chicago, IL 60604                           Suite 2000
Tel: (630) 735-3300                         Chicago, IL 60602
spallini@jsotoslaw.com                      (847) 251-4091
                                            mkm@ilesq.com


Respectfully submitted,

CELIA MEZA
Corporation Counsel of the City of Chicago

/s/ Eileen E. Rosen
EILEEN E. ROSEN, Atty No. 6217428
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant City*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474-1000
erosen@rfclaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on **Wednesday, July 28, 2021**, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list:

**Attorneys for Roberto Almodovar:**

Jennifer A Bonjean
Ashley Blair Cohen
Bonjean Law Group, PLLC
467 Saint Johns Place
Brooklyn, NY 11238
(718) 875-1850
jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com

**Attorneys for William Negron:**

Arthur R. Loevy
Jonathan I. Loevy
Ruth Z. Brown
Julie Marie Goodwin
Lindsay Hagy
Rachel Elaine Brady
Sean Starr
Russell R Ainsworth
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243-5900
arthur@loevy.com
jon@loevy.com
ruth@loevy.com
julie@loevy.com
lindsay@loevy.com
Brady@Loevy.com
sean@loevy.com
russell@loevy.com

**Attorneys for Defendant Reynaldo Guevara:**

Thomas More Leinenweber
James Vincent Daffada
Megan Kelly McGrath
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
jim@ilesq.com
jim@ilesq.com
mkm@ilesq.com
kevin@ilesq.com

**Attorneys for Defendant City of Chicago:**

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rockfuscoconnelly.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
tcarney@rfclaw.com

***Attorneys for Respondent Cook County
State's Attorney's Office:***

Patrick Daniel Morris
Silvia Mercado Masters
Cook County State's Attorney's Office
50 W. Washington Street
Suite 2760
Chicago, IL 60602
312.603-1426
patrick.morris@cookcountyil.gov
silvia.mercadomasters@cookcountyil.gov

/s/ Samantha J. Pallini
SAMANTHA J. PALLINI, Atty No.
6333953
Special Assistant Corporation Counsel
*One of the Attorneys for Individual
Defendants*