William Negron
                              Plaintiff,

v.                                                            Case No.: 1:18−cv−02701
                                                                Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 2, 2021:

      MINUTE entry before the Honorable M. David Weisman: Defendants' motion for leave to cite supplemental authority [149] is granted. Defendants' shall file document as a separate entry on the docket. Motion hearing set for 8/3/21 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.