UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

William Negron
                     Plaintiff,

v.                                                  Case No.: 1:18–cv–02701
                                                  Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

      MINUTE entry before the Honorable M. David Weisman: Ruling on motion hearing held. The Court will issue a ruling by mail on Respondent's motion to quash subpoena for the deposition of Eric Sussman [138]. For the reasons stated on record, defendants' motion for rule to show cause [153] is granted. Motion hearing set for 8/17/21 is stricken. Status hearing and hearing on contempt finding as to Kennelly Saez and Leandro Marin Maysonet is set for 9/8/21 at 10:00 a.m. Kennelly Saez and Leandro Marin Maysonet must appear to explain to this Court why they should not be found in contempt, which could result in their arrests. In short, Kennelly Saez and Leanardo Marin Maysonet must appear to explain their failure to comply with the subpoenas that have been served upon them. If they fail to appear, the Court has the authority and will likely issue arrest warrants for their failure to comply with the subpoenas. The hearing on 9/8/21 is their opportunity to explain themselves and/or agree to appear for their depositions. See generally U.S. S.E.C. v. HyattI, 621 F.3d 687 (7th Cir. 2010) ("Due process requires that a person facing contempt sanctions be given adequate notice and fair opportunity to be heard in civil contempt proceedings.") Mr. Saez and Mr. Maysonet may appear by calling into the hearing. Parties and Mr. Saez and Mr. Maysonet shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.