*Almodovar v. Guevara, et al.*
Case No. 18 CV 2341

*Negron v. Guevara, et al.*
Case No. 18 CV 2701

# EXHIBIT B

```
 1   STATE OF ILLINOIS            )
                                  )  SS:
 2   COUNTY OF C O O K            )

 3     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
     THE PEOPLE OF THE            )
 5   STATE OF ILLINOIS            )
                                  )
 6   PLAINTIFF,                   )
                                  )       No.  94 CR 24318-01
 7                                )
     vs.                          )
 8                                )
     ROBERTO ALMODOVAR,           )
 9                                )
                                  )
10   DEFENDANT.                   )

11             REPORT OF PROCEEDINGS had in the above-entitled

12   cause before the Honorable JAMES LYNN, Judge of said

13   court, Criminal Division, on the 2nd day of November,

14   2015.

15             APPEARANCES:

16             HONORABLE ANITA M. ALVAREZ,
               State's Attorney,
17             BY:  MS. CELESTE STACK,
               MR. KURT SMITKO,
18             Assistant State's Attorneys,
               Appeared on behalf of the People;
19
               MS. JENNIFER BONJEAN,
20             Appeared on behalf of the Defendant,
               MR. ROBERTO ALMODOVAR.
21

22   Peggy Craddieth, CSR, RPR
     Official Court Reporter
23   084-004175
     773-674-8489
24
```

1

ALMODOVAR 1906

```
 1                          INDEX

 2

 3
      Witnesses                DX      CX        RDX        RCX
 4
      Jacqueline Grande Palen    6      20, 56
 5    For the State:

 6

 7

 8    Reporter's Certificate  P.  89

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ALMODOVAR 1907

1        THE COURT:  All right.  Court is back in session.

2    Thank you for you patience.  People vs. Negron and

3    Almodovar.  Everybody -- lawyers, please identify

4    yourselves.

5        MR. AINSWORTH:  Good afternoon, Judge.  Russell

6    Ainsworth, A-i-n-s-w-o-r-t-h, from the Exoneration

7    Project on behalf of Mr. Negron.

8        MS. BONJEAN:  Jennifer Bonjean, B-o-n-j-e-a-n, of

9    the Bonjean Law firm, on behalf of Petitioner, Roberto

10   Almodovar.

11       MS. STACKS:  Good afternoon, your Honor.  Celeste

12   Stack, C-e-l-e-s-t-e, S-t-a-c-k, on behalf of the

13   People.

14       MR. SMITKO:  Kurt Smitko, Assistant State's

15   Attorney.

16       THE COURT:  Okay.  Mr. Almodovar, I do not see

17   him here.

18       MS. BONJEAN:  Mr. Almodovar is not being writted

19   in.  We waive his appearance for today.

20       THE COURT:  Okay.  He's got some medical issues

21   going on is that the reason?

22       MS. BONJEAN:  Yes, he's had medical issues which

23   he's had for a while.

24       THE COURT:  Is that like a bulging disk or

3

1  something like that.

2       MS. BONJEAN:  Something of that nature.

3       THE COURT:  But he could have come here, but he

4  chose not to because it's painful to ride in a car and

5  you're waiving his appearance, correct?

6       MS. BONJEAN:  Correct.

7       THE COURT:  Okay.  All right.  We're still in the

8  evidentiary stage here.  You may call your next

9  witness.

10       MS. STACK:  Before we move on, on the matter of

11  writs on the next hearing date do you want Mr. Negron

12  writted up or do you want him to be allowed to stay?

13       MR. AINSWORTH:  I would like him here.

14       MS. STACK:  Okay.  I thought you wanted --

15  whatever.  I just want to make --

16       THE COURT:  Okay.

17       MR. AINSWORTH:  I want him writted in.

18       MS. STACK:  Okay.  We just wanted to make that

19  clear.  Thank you, Judge.

20       MS. BONJEAN:   And Judge just for the record,

21  yesterday I know on Monday Mr. Ainsworth argued on the

22  evidentiary issue before the Court related to a witness

23  that's going to be testifying here today.  For the

24  record I adopt and join in Mr. Ainsworth's objections

4

1    and arguments.

2         THE COURT:  All right.  That's noted and I was

3    under the impression that he was arguing for you too.

4    Very well.  Call the witness.

5                   (Witness sworn.)

6                   JACQUELINE GRANDE PALEN,

7    called as a witness on behalf of the People of the State of

8    Illinois, having been duly sworn, was examined and testified as

9    follows:

10                  DIRECT EXAMINATION

11                  BY MS. STACK:

12        THE COURT:  Please, have a seat, you got to keep

13   your voice up.  Ms. Stack, you may inquire of the

14   witness.

15        MS. STACK:

16        Q    Can you state your full name for us and

17   could you spell your first name for the court reporter?

18        A    Jacqueline Grande Palen,

19   J-a-c-q-u-e-l-i-n-e.

20        Q    And Palen is P-a-l-e-n?

21        A    P-a-l-e-n.

22        Q    Okay.  And on September 1st of 1994 were

23   you living in Chicago, Illinois?

24        A    Yes.

ALMODOVAR 1910

```
 1          Q     And about how old were you on that date?

 2          A     Twenty-one.

 3          MS. STACK:  Twenty-one.  And Judge can I check

 4  where the microphone is because she --

 5          THE WITNESS:  Where is it?

 6          THE COURT:  The little metal piece right there.

 7          THE WITNESS:  Okay.

 8          MS. STACK:

 9          Q     And September 1, 1994 were you with three

10  friends of yours when a crime occurred?

11          A     Yes, I was.

12          Q     Can you give list the name of the people

13  you were with that night that you were socializing

14  with?

15          A     I was with my best friend.

16          Q     And what was your best friend's name?

17          A     Amy Ferkes

18          Q     And that's F-e-r-k-e-s?

19          A     Correct.

20          Q     And who were the other two people you were

21  with?

22          A     Kennelly.

23          Q     And that's Kennelly Saez?

24          A     Correct.
```

6

ALMODOVAR 1911

```
 1          Q      And that's K-e-n-n-e-l-l-y, last name

 2    S-a-e-z, correct?

 3          A      Correct.

 4          Q      And whose the fourth person that you were

 5    with?

 6          A      Jorge.

 7          Q      And Jorge's last name?

 8          A      Rodriguez.

 9          Q      Rodriguez.  And when the four of you were

10    socializing that night, was it at approximately 3920

11    West Courtland?

12          A      Correct.

13          Q      And who lives at that address, if anybody?

14          A      Kennelly.

15          Q      Kennelly.  And on that date, at that place,

16    and with those people ultimately was there a crime

17    where two of friends that you just listed were

18    murdered?

19          A      Correct.

20          MS. STACK:  And that was in the drive-by

21    shooting.

22          MS. BONJEAN:  Objection.  Judge, I'm going to

23    object to the leading.

24          THE COURT:  Objection sustained.  Try not to lead
```

ALMODOVAR 1912

1    the witness.

2         MS. STACK

3         Q     Okay.  Did you -- so two of your friends

4    died, correct?

5         A     Correct.

6         MS. STACK:  And were two people arrested for the

7    shooting that resulted in their deaths?

8         MS. BONJEAN:  Objection.

9         THE COURT:  Overruled.

10        THE WITNESS:  Yes.

11        MS. STACK:  And did you identify the people that

12   you saw shooting your friends?

13        MS. BONJEAN:  Objection.  Foundation.

14        THE COURT:  Well, she's going to lay the

15   foundation.  First we got to get a yes or no.

16   Overruled at this point.  Go ahead.

17        THE WITNESS:  Yes.

18        MS. STACK:

19        Q     And can you briefly -- Strike that.  And

20   did you ultimately testify in the court of law under

21   oath about the events at that night?

22        A     Yes, I did.

23        MS. STACK:  And could you name the two people

24   that you identified to the police as being the shooters

8

1    that evening?

2         MS. BONJEAN:  Objection to this testimony, Judge.

3    It's a prior consistent testimony, the testimony speaks

4    for itself.

5         THE COURT:  Overruled.

6         MS. STACK:  Judge, there is foundation --

7         THE COURT:  Objection is overruled.  Go ahead.

8         MS. STACK:

9         Q     Please name the two people that were

10   charged with these two shooting deaths?

11        A     I just know their last names Almodovar and

12   Negron.

13        Q     And after you testified at trial were these

14   men both convicted of those murders of Amy and Jorge?

15        A     Yes.

16        Q     Now, that was approximately 22 years ago

17   that those murders occurred?

18        A     Yes.

19        Q     During the time that the case was being

20   investigated by the Chicago Police Department, did you

21   -- did any police officer ever tell you who to pick out

22   of a photo array?

23        A     No.

24        Q     Did Ray Rivera suggest to you who to pick

ALMODOVAR 1914

```
 1   out of the photo array?

 2        A     No.

 3        Q     Did Ray Rivera suggest to you who to pick

 4   out of a lineup?

 5        A     No.

 6        Q     Did any other police officers suggest to

 7   you who to pick out of the lineup?

 8        A     No.

 9        Q     Do you remember how you got to the Chicago

10   Police Department to observe the lineup?

11        A     Detective Rivera picked me up from my

12   house.

13        Q     Okay.  And did you go from your house alone

14   with Detective Rivera?

15        A     No, my brother was with me.

16        Q     And what was your brother's name?

17        A     Ronald.

18        Q     Is Ronald still with us?

19        A     No.

20        Q     And did you go directly from your house to

21   the police station with your brother and Ray Rivera

22   driving?

23        A     No.

24        Q     We went to pick up Kennelly.
```

ALMODOVAR 1915

```
 1       A     Kennelly Saez?

 2       A     Yes.

 3       Q     And did you -- will you describe to the

 4   Court what happened when you stopped at Kennelly Saez's

 5   door?

 6       A     We stopped there and he was looking out of

 7   the window.

 8       Q     And who was looking out the window?

 9       A     Kennelly.

10       Q     What happened next?

11       A     Came down and got in the car and we left.

12       Q     Did Ray Rivera get out of the car that you

13   all were in and go up to Kennelly Saez's front door?

14       A     No.

15       Q     At any time that day before the lineup

16   occurred, did you see anyone showing photographs to

17   Kennelly Saez?

18       A     No.

19       Q     Did anybody show you photographs before you

20   saw the lineup?

21       A     No.

22       Q     Did you see Ray Rivera show photos to

23   Kennelly Saez?

24       A     No.
```

11

ALMODOVAR 1916

```
 1          Q      During the your contact with various police

 2    officers during the investigation of these crimes, did

 3    any police officer coerce you in any manner to

 4    identify any suspect?

 5          A      No.

 6          Q      Did Ray Rivera coerce you to identify any

 7    suspect?

 8          A      No.

 9          Q      Did Ray Rivera harass you in any way?

10          A      No.

11          Q      Did Ray Rivera do anything improper in your

12    opinion with you during the investigation?

13          A      No, he did not.

14          Q      And did you ever see Ray Rivera interacting

15    with Kennelly Saez in a manner that was coercing or

16    harassing?

17          A      No.

18          Q      Or improper?

19          A      No.

20          Q      Now, it has been 22 years and the two men

21    that you saw shooting at your friends on September 1,

22    1994, do you see any of them in court today?

23          A      Yes.

24          Q      And can you describe what he's wearing and
```

ALMODOVAR 1917

1   point in his general direction, please?

2        A     He's wearing a white shirt.

3        THE COURT:  She's identifying the Petitioner,

4   William Negron.

5        MR. AINSWORTH:  She hasn't identified who?

6        THE COURT:  I only see one person in a white

7   shirt.

8        MR. AINSWORTH:  I know but she hasn't identified

9   which one of the defendants.

10       THE COURT:  I know because there's only one here.

11       MR. AINSWORTH:  So, please, don't identify the

12  defendant.

13       THE COURT:  All right.  I have to make the

14  record.  I understand your concern.  But I don't know

15  how to make the record except truthfully --

16       MS. BONJEAN:  Judge, let her testify first.

17       THE COURT:  Thank you.  Go ahead.

18       MS. STACK:

19       Q     Do you know the name of the defendant

20  that's sitting in the courtroom?

21       A     Yes, I do.

22       Q     The record will reflect the witness is

23  nodding, and said, yes, I do.  And what is his name,

24  last name?

13

1          A      Negron.

2          Q      Negron.  And so 22 years has passed and

3     during those years have you been approached by agents

4     of Almodovar and Negron?

5          A      Yes, I have.

6          MS. STACK:  And --

7          MS. BONJEAN:  Judge, I'm going to object.  Ms.

8     Stack has posed leading questions during the entire

9     examination, and I'm going to continue to object to the

10    leading nature.

11         THE COURT:  Well, if I thought that she was doing

12    something that was suggesting answers that weren't

13    going to be given otherwise, then I would stop it, but

14    right now I think we're in preliminary matters.  Go

15    ahead.  Overruled at this point.

16         MS. STACK:

17         Q      Can you give us an estimate of and say the

18    last five years how many times have you been approached

19    by agents of these two defendants?

20         A      Probably, I would say probably about four

21    times.

22         Q      And you live out of state, correct?

23         A      Yes, I do.

24         Q      And have you lived there for this five

14

```
 1   years?

 2         A      Yes.

 3         Q      So these people have come to your

 4   residence?

 5         A      Yes, they have.

 6         MS. BONJEAN:  Objection to foundation of these

 7   people.

 8         THE COURT:  She said agents of the defendants is

 9   how she described them.

10         MS. BONJEAN:  And I'd ask for some foundation.

11         THE COURT:  And you're going to be allowed

12   to examine her also.  I assure you.  Go ahead.

13         MS. STACK:

14         Q      As you sit here -- so when was the last

15   time that you were approached by someone that was

16   working for Negron or Almodovar?

17         A      Probably, about a year ago or so.

18         Q      Okay.  And can you give us some foundation

19   of where did that contact occur?

20         A      At my house.

21         Q      And how did that contact come about, how

22   did you come to speak to this person?

23         A      They came looking for me and spoke to my

24   husband, and this lady told my husband that she was an
```

15

1    old friend of mine, that she wanted to see me.

2         Q     And what happened after that?

3         A     My husband told me and he told this person

4    to come back the next day.  And they came back the next

5    day and I came out, and I didn't recognize the person,

6    obviously, I didn't know this person.

7         Q     So the person who said they were an old

8    friend of yours was a stranger to you?

9         A     Yes.

10        Q     And what did you do when you saw it was not

11   an old friend knocking at your door?

12        A     I came out and she said Jackie, and I said

13   yes, and she started off telling me how sensitive this

14   case is and that she knows that I probably don't want

15   to speak about this, and right there and then I knew

16   what they were talking about, and I didn't want to

17   speak to them.

18        MS. STACK:  And why didn't you want to speak to

19   them?

20        MR. AINSWORTH:  Objection.  Relevance.

21        THE COURT:  Overruled.

22        THE WITNESS:  I don't want speak to anyone about

23   this case.

24        MS. STACK:

ALMODOVAR 1921

```
 1        Q     Did you want to come here today?

 2        A     No, I don't want to be here.

 3        MS. STACK:  And why I know it's obvious, but why

 4   are you so upset about it?

 5        MR. AINSWORTH:  Objection.  Relevance, Judge.

 6        THE COURT:  Overruled.

 7        MR. AINSWORTH:  This is not a subject of what the

 8   hearing is about.

 9        MS. BONJEAN:  Objection.

10        THE COURT:  Objection overruled.  Anything that

11   goes to the interest, motive, and bias of the witness

12   is admissible.  Have a seat, please.

13        MS. STACK:  I'll ask another question.

14        Q     Over the last -- Strike that.  So the

15   person that came in the last year that you just

16   described to speak to you, you didn't want to talk to

17   him because it was upsetting, correct?

18        A     Right.

19        Q     And the question that I have for you today

20   is as you sit here 22 years after the fact and knowing

21   that people are asking you questions about this case

22   still, do you have any doubts about the gentleman that

23   you picked out back in September 1994?

24        A     No, I don't.
```

17

ALMODOVAR 1922

1      Q     And did you get a good look at their faces

2  that night?

3      A     Yes, I did.

4      MS. STACK:  Have you --

5      THE COURT:  Let me just point out sua sponte

6  that's okay, but the reason is I understand that the

7  Appellate Court actually wanted this hearing held was

8  not an attack on Ms. Grande necessarily, but attack on

9  the police and the identification procedures that are

10  at question now so that's what we're focusing on.

11      MS. STACK:   Right.

12      Q     So Ms. Grande as Judge Lynn pointed out and

13  as I've told you this inquiry was about the alleged

14  improprieties of Detective Rivera, is there anything

15  about Detective Rivera's actions that caused you to

16  doubt the identifications that you made?

17      A     I don't understand the question.

18      Q     Did Detective Rivera do anything that

19  causes you to rethink the identifications you made?

20      A     No.

21      Q     And I asked if you wanted -- you did not

22  want to come here today, but did we pay for your

23  ticket?

24      A     Yes.

ALMODOVAR 1923

```
 1          Q     And we paid for your husband to fly with
 2    you as well?
 3          A     Yes.
 4          Q     And did we pay for anything else?
 5          A     And my son to fly.
 6          Q     Okay.  And but you're not staying at a
 7    hotel that we paid for or anything like that?
 8          A     No.
 9          MS. STACK:  I have nothing further.
10          THE COURT:  Cross.
11                      CROSS-EXAMINATION
12                      BY MS. BONJEAN:
13          MS. BONJEAN:
14          Q     Ms. Grande, I'd like to take you back to
15    September 1st of 1994 at approximately 12:45 a.m.,
16    okay?
17          A     Okay.
18          Q     You were at 3920 West Courtland Avenue,
19    right?
20          A     Correct.
21          Q     You were visiting your friend Amy and her
22    boyfriend, Kennelly Saez, correct?
23          A     I was with Amy visiting Kennelly.
24          Q     And you and Amy took the bus over to Mr.
```

19

1   Saez's apartment, correct?

2        A    Yes.

3        Q    And he lived in a multi-unit apartment

4   building, isn't that right?

5        A    Yes.

6        Q    And, in fact, it had three main doors, is

7   that fair to say?  Three doors that were main doors to

8   the apartment building?

9        A    I don't recall that.

10       Q    Okay.  And when you got there at 3920 West

11  Courtland aside from Mr. Saez Jorge Rodriguez was there

12  as well, correct?

13       A    Yes.

14       Q    And on this in the early morning hours you

15  were convened in front of the apartment building,

16  right?

17       A    Uh-huh.

18       Q    Is that correct?

19       A    Yes.

20       Q    And you were sitting on the stoop, is this

21  correct?

22       A    Yes.

23       Q    Okay.  And Courtland was a two-way-street,

24  right?

ALMODOVAR 1925

```
 1        A      Yes.

 2        Q      Traffic went east, traffic went west,

 3   right?

 4        A      As I recall.

 5        Q      And, in fact, there is also parking on both

 6   sides of the street as well, correct?

 7        A      Yes.

 8        Q      And now explain to me in front of the

 9   building at 3920, were there any steps leading to the

10   entranceway into the building, or was just the entrance

11   to the doorway that went directly from the sidewalk

12   into the apartment building?

13        A      There's just a stoop that we were sitting

14   on to the door.

15        Q      Okay.  And did the stoop have steps?

16        A      Just that one.

17        Q      Just one.  Okay.  So it was one step off

18   ground level, is that are fair to say?

19        A      Yes.

20        Q      And you were sitting on that stoop,

21   correct?

22        A      As I recall, yes.

23        Q      And do you remember how far that stoop that

24   you were sitting on was from the street?
```

ALMODOVAR 1926

```
 1        A      I don't remember.

 2        Q      Okay.  But you would agree that there were

 3   cars parked on the street, correct?

 4        A      Yes.

 5        Q      And you were sitting down and you were

 6   speaking to Kennelly Saez, isn't that correct?

 7        A      We were all talking.

 8        Q      Correct.  But he was standing in front of

 9   you though, right?

10        A      As far as I remember, yes.

11        Q      And he was standing and you were sitting,

12   that's fair, correct?

13        A      Correct.

14        Q      And at some point you saw a blue car drive

15   down the street, the opposite side of the street, isn't

16   that correct?

17        A      Yes.

18        Q      And then it turned around and came back?

19        A      Yes.

20        Q      And it went into an alley, is that right?

21        A      Yes.

22        Q      And then it backed out of that alley and

23   pulled in front of the building in which you were

24   sitting at, correct?
```

ALMODOVAR 1927

```
 1        A     Yes.

 2        Q     And you testified that you saw three people

 3   in that car, correct?

 4        A     Uh-huh, yes.

 5        Q     And at some point Kennelly Saez went and

 6   approached that car and someone from the rear started

 7   shooting, isn't that right?

 8        A     Yes.

 9        Q     Okay.  Can you describe were there

10   streetlights there?

11        A     As far as I remember, yes.

12        Q     Okay.  Do you remember how many

13   streetlights?

14        A     No.

15        Q     Okay.  And what about was there any lights

16   in front of the building?

17        A     Above us.

18        Q     Above us, was there an overhang?

19        A     As far as I remember there were lights

20   right by the door.

21        Q     There was an overhead lighting right by the

22   door, is that correct?

23        A     I believe so.

24        Q     Right, there weren't any lights like lawn
```

23

ALMODOVAR 1928

```
 1   lights or anything of that nature, right?

 2        A     I don't remember.

 3        Q     Was there a lawn in front of the house?

 4        A     Was there a what?

 5        Q     A lawn, a lawn, grass, anything of that

 6   nature?

 7        A     I don't remember.

 8        Q     You don't remember?

 9        A     No.

10        Q     Okay.  And when the shots fired you ran

11   into the building with Jorge and Amy, isn't that right?

12        A     Yes.

13        Q     Okay.  And you ended up running up to or

14   somehow making your way up to the third floor apartment

15   of the building, correct?

16        A     Yes.

17        Q     And when the police arrived or hospital --

18   or medical personnel you were immediately taken to

19   Mount Sinai Hospital, correct?

20        A     Yes.

21        Q     And that's where you were admitted and

22   received treatment?

23        A     Yes.

24        Q     Now, at Mount Sinai Hospital a couple of
```

ALMODOVAR 1929

1    officers came to see you, do you remember that?

2         A    Yes.

3         Q    Two officers, do you remember what the

4    ethnicity was of those officers?

5         A    No.

6         Q    And the officers that came to see you they

7    talked to you, right?

8         A    Yes.

9         Q    Okay.  And they showed you some photos,

10   correct?

11        A    I don't remember.

12        Q    You don't remember being shown any photos

13   while you were at the hospital?

14        A    I don't remember.

15        Q    Okay.  Well, you do remember giving

16   testimony multiple times in this matter, right?

17             And when I say this matter I mean this

18   whole criminal proceeding that has been going on for

19   all these years you remember giving testimony on a

20   number of occasions, correct?

21        A    Yes.

22        Q    And on one occasion before the trial you

23   gave testimony, isn't that right, at what we call a

24   pretrial hearing or a Motion to suppress or does that

ALMODOVAR 1930

1    ring a bell, do you remember doing that?

2         A     What?

3         Q     Do you remember giving testimony prior to

4    the trial in a courtroom may be something like this

5    about what happened that evening?

6         A     I don't remember.

7         THE COURT:  May I make inquiry how many times has

8    she testified prior to today to your knowledge?

9         MS. BONJEAN:  Three.

10        THE COURT:  Okay.  It's a mere suggestion if you

11   would talk to her about the first time, the second

12   time, the third time, that may be helpful to her to jog

13   her memory.

14        MS. BONJEAN:  Okay.

15        Q     Okay.  Do you remember giving testimony in

16   this matter under oath like in a witness stand like you

17   are the first time?

18        A     No, I don't remember.

19        Q     Okay.  Would this prompt your memory that

20   in approximately -- I will give you the date, on June

21   8, 1995, you gave testimony at a pretrial hearing in

22   this matter?

23        A     I don't remember.

24        Q     Okay.  And you remember -- you do remember

ALMODOVAR 1931

1  at various points being in a witness stand being asked

2  questions and giving answers, correct?

3         A     Yes.

4         Q     Much like you are doing here today, isn't

5  that right?

6         A     Correct.

7         Q     And you took an oath on all of those

8  occasions, correct?

9         A     On the one trial I did, yes.

10        Q     All right.  Well, you swore to tell the

11  truth at the time you gave testimony in court, I

12  assume, correct?

13        A     Yes.

14        MS. BONJEAN:  Okay.  And do you remember being

15  asked these questions and giving these answers?

16  Counsel I'll draw your attention to Page 22 of the

17  hearing, pretrial hearing.

18             Question:  Did these two police officers

19  tell you that they wanted you to look at photographs?

20             Answer:  No.

21             Question:  Did they show you photographs?

22             Answer:  It was yeah, but I couldn't

23  identify none of the guys.

24             Question:  Okay.  How many photographs were

ALMODOVAR 1932

```
 1   you shown?
 2            Answer:  About six, four to six.
 3       MS. STACK:  Objection, Judge, that's not
 4   impeaching.
 5       THE COURT:  Well, let her finish.
 6       MS. BONJEAN:  Okay.
 7            Question:  I'm sorry?
 8            Answer:  Four to six.
 9            Question:  Okay.  And which officers showed
10   you the photographs?
11            Answer:  I don't remember which one.
12       MS. BONJEAN:  Do you remember giving that
13   testimony and answering those questions?
14       MS. STACK:  Objection, Judge.
15       THE COURT:  Well, it's not necessarily
16   impeaching, but she can ask the question.
17       MS. BONJEAN:  I didn't say that it was
18   impeaching.  She said she didn't remember so --
19       THE COURT:  It's all right.  You can ask the
20   question.
21       MS. BONJEAN:
22       Q    Okay.  Did that refresh your recollection
23   about being shown photographs while you were in the
24   hospital?
```

ALMODOVAR 1933

```
1          A       I don't remember.

2          Q       Okay.  So as you sit here today you don't

3    remember being shown any photographs while you were in

4    the hospital?

5          A       I remember the detectives visiting me.  I

6    was emotional I had just lost my best friend.

7          Q       Yes.  We understand that and we all know

8    that, that's why we're here today.  But that's besides

9    the point at the moment.

10               What I'm asking you is do you remember

11   being asked to look at photographs while you were at

12   the hospital?

13         A       No, I don't.

14         Q       Okay.  And can I assume that you can't

15   recall whether or not Mr. Negron or Mr. Almodovar were

16   depicted in any of these photographs as well?

17         A       I know their faces because I remember them

18   clearly.

19         Q       Okay.  But I'm asking you a different

20   question.  I'm asking you a different question.  Do you

21   remember whether or not any of those photographs

22   depicted Mr. Almodovar or Mr. Negron that you looked at

23   while you were at the hospital on September 1, 1994?

24         A       I saw photographs quite a few times, and I
```

ALMODOVAR 1934

1    know who I picked from there.

2         Q     Okay.  So you saw photographs quite a few

3    times, right?

4         A     Yes.

5         Q     Okay.  And do you remember being shown

6    pictures of Mr. Negron and Mr. Almodovar when you were

7    in the hospital?

8         A     With other people.

9         Q     With other people?

10        A     If they showed me, yes.

11        Q     So you do remember seeing a picture of Mr.

12   Negron and Mr. Almodovar while you were in the

13   hospital?

14        A     I don't remember if it was in the hospital,

15   or at the police station, or somewhere, I don't

16   remember.

17        Q     Okay.  You just know that you looked at

18   photographs at the hospital, and you don't know who was

19   is those photographs?

20        A     I don't remember if I looked at photographs

21   in the hospital or not.  I may have or I may not.

22        MS. BONJEAN:  You remember testifying to that,

23   correct?

24        MR. AINSWORTH:  Objection, your Honor.

ALMODOVAR 1935

```
 1        THE COURT:  She can answer if she remembers it or
 2   not.
 3        MS. STACK:
 4        Q    Do you remember testifying to that
 5   previously?
 6        A    I don't remember.
 7        Q    Okay.  Now, there came a point when you
 8   were released from the hospital, correct?
 9        A    Correct.
10        Q    About three days later is that what your
11   recollection is, three or four days, something like
12   that?
13        A    I don't remember.
14        Q    You don't remember that either?
15        A    I don't remember when I left the hospital.
16        Q    All right.  You do remember going back to
17   your home after you were discharged from the hospital
18   though, correct?
19        A    I went home.
20        Q    All right.  And do you remember a Detective
21   Rivera coming to your home?
22        A    At some point.
23        Q    Okay.  You do remember him coming to your
24   home though, right?
```

ALMODOVAR 1936

```
 1        A      Uh-huh.

 2        Q      Do you remember him coming and sitting on

 3   your sofa with you?

 4        A      I remember who?

 5        Q      Detective Rivera coming to your home and

 6   sitting on your sofa with you?

 7        A      Yes.

 8        Q      Do you remember that being September 5th?

 9        A      I don't remember the date.

10        Q      Okay.  But it was shortly after you got out

11   of the hospital, right?

12        A      Yes.

13        Q      Do you know whether Detective Rivera was

14   one of those officer's that came to the hospital to

15   visit you?

16        A      I don't know.

17        Q      Do you know whether the first time you saw

18   Detective Rivera was in your apartment after you were

19   discharged from the hospital?

20        A      I believe he came to my house.

21        Q      And that was the first time that you saw

22   him or met him?

23        A      I believe so.

24        Q      Okay.  But it's possible that he came to
```

ALMODOVAR 1937

1    the hospital, or you just don't have a recollection of

2    him visiting you?

3          A     I don't have a recollection.

4          Q     All right.  But you do remember him coming

5    to your house, and do your remember him bringing a

6    series of photographs to your house?

7          A     Yes.

8          Q     Do you remember how many photographs he

9    brought?

10         A     No.

11         Q     Do you remember he brought 12 photographs?

12         A     No.

13         Q     Six of them with people that had short hair

14   and six of them that had people with long hair in them?

15         A     I don't remember.

16         Q     Okay.  Okay.  You do remember giving

17   testimony at a trial in this case, right?

18         A     Yes.

19         Q     Okay.  And that was in November of 1995

20   that you testified at a trial that resulted in Mr.

21   Negron and Mr. Almodovar's convictions, correct?

22         A     I believe so, yes.

23         Q     All right.  And you remember again taking

24   an oath and testifying, correct?

ALMODOVAR 1938

```
 1        A     Yes.

 2        MS. BONJEAN:  And do you remember being asked

 3   these questions and giving these answers.  Counsel, 57

 4   of the  testimony.

 5              Question:  And after you got home, drawing

 6   your attention to September 5, 1995 -- I'm sorry 1994,

 7   did a detective come do your house and did you discuss

 8   the case?

 9              Answer:  Yes, he, the Detective Rivera,

10   gave me a call sometime that day and told me that he

11   would be dropping by my house because --

12              Question:  But when he came to your house

13   did Detective Rivera show you anything?

14              Answer:  Yes.

15              Question:  Tell the jury what he showed

16   you?

17              Answer:  He showed me -- he came in, he

18   said that he had some photos that he wanted me to see,

19   and he had six long haired guys and six short haired

20   guys.  So there were 12 photos in total that he showed

21   me, and he asked me to look and see if I could identify

22   someone.

23              Question:  Did you look through the 12

24   photos Detective Rivera brought to your home?
```

34

1                    Answer:  Yes, I did.

2                    Question:  Did you recognize anybody in the

3          photographs?

4                    Answer:  Yes, I did.

5          Q      Do you remember being asked those questions

6          and giving that testimony at trial?

7          A      I don't remember a lot of things about this

8          case, I don't.  I'm 42 years old.  I've put this case

9          in my heart.

10                   I don't remember a lot of things from this

11         case.  I do remember the shooting night and I see faces

12         here that resemble the people that shot us and I don't

13         want to be here.

14         MS. BONJEAN:  I understand and people don't want

15         to be incarcerated either for crimes that they didn't

16         do.

17         THE COURT:  All right.  All right.  Just ask the

18         question.

19         MS. BONJEAN:

20         Q      Mrs. Grande, now when you spoke to the

21         police officers at the hospital, isn't it true that you

22         gave a description of the offender to the best of your

23         ability?

24                   A      I don't remember.

ALMODOVAR 1940

1      Q     You don't remember saying to yourself, oh,

2  I'm going to give them a description that's not true,

3  right?

4          A     No.

5          MR. AINSWORTH:  Objection.

6          THE COURT:  Sustained to that question.

7          MRS. BONJEAN:  Okay.  You told the officers at

8  the hospital that the car contained three people

9  remember that?

10         MS. STACK:  Objection.  Asked and answered.

11         THE COURT:  No, she can answer that.

12         MS. BONJEAN:  Correct?

13         THE WITNESS:  Go ahead and repeat it again.

14         MS. BONJEAN:

15         Q     You told the officers at the hospital that

16  the car that you saw contained three individuals,

17  right?

18         A     I don't remember the hospital visits.  I

19  don't remember where they showed me the pictures, I

20  just don't remember very much.

21         Q     Okay.  Well, you told the officers at the

22  hospital that they were three white male Hispanics,

23  correct?

24         A     I don't recall that.

ALMODOVAR 1941

```
 1        MS. BONJEAN:  Okay.  You told the officers at the
 2   hospital that the driver was tall, and skinny, light
 3   complexion with dark hair?
 4        MS. STACK:  Judge, objection.  She testified she
 5   doesn't remember.
 6        THE COURT:  Well, she can ask these questions.
 7   Sorry.  Overruled.
 8        THE WITNESS:  He looks like him sitting over
 9   there.
10        MS. BONJEAN:
11        Q    Like him?  Who, which one, which one does
12   he look like?
13        A    The guy in the blue shirt.
14        MS. BONJEAN:  The blue shirt right here, looks
15   like him?
16        The COURT:  Indicating some person out in the
17   gallery.  Ask another question.
18        MS. BONJEAN:
19        Q    The driver looks a little bit like the man
20   in the blue shirt right here, right?
21        A    Kind of.  He had a long skinny face.
22        Q    Okay.  Ma'am, I'm asking you --
23        A    Kind of like a horse.
24        THE COURT:  Wait for a question, please.
```

ALMODOVAR 1942

1          MS. BONJEAN:  Ma'am, now you're saying he looks

 2     like a horse, but you never told the officers at the

 3     police station that any of the individuals in the car

 4     had a horsey face, right?

 5          MS. STACK:  Objection, Judge.

 6          MS. BONJEAN:  Oh, you will be proving it up,

 7     Judge, --

 8          THE COURT:  Slow down, slow down, please, slow

 9     down --

10          MS. BONJEAN:  And I will lay a foundation.

11          THE COURT:  Slow down.  The objection is

12     overruled.

13          MS. BONJEAN:

14          Q     Isn't that correct, ma'am?

15          A     I believe I did.

16          Q     Okay.  Your recollection is that you told

17     them that, is that right?

18          A     Yes.

19          Q     All right.  Now, I just want this record to

20     be clear, you told the officers at the hospital that

21     the driver was tall, skinny, light complexion with dark

22     hair, do you remember saying that?

23          A     I don't remember.

24          Q     Okay.  Do you remember telling the officers

                                  38

1    that the front seat passenger was skinny, light

2    complexion, dark hair, and wearing black jacket and red

3    hat?

4          A     No, I don't remember saying that.

5          Q     Okay.  And do you remember telling the

6    officers at the hospital that the backseat passenger

7    was the shooter?

8          A     There was two shooters.

9          Q     You didn't tell the officers that though at

10   the hospital did you?

11         A     I don't recall the hospital, I don't recall

12   where they interviewed me.

13         Q     Okay.  But you did say that the backseat

14   passenger was the shooter, right?

15         A     There was two shooters.

16         MS. BONJEAN:  That's not my question.  My

17   question is you told the officers that the backseat

18   passenger was the shooter?

19         MS. STACK:  Judge, I'm going to object.

20         THE COURT:  All right.  All right.  Excuse me.

21   Excuse me.  I think we're hung up on one word a shooter

22   or the shooter.   Was one of the shooters, you said

23   there were two, was one of them the backseat passenger

24   if you remember?

ALMODOVAR 1944

1          THE WITNESS:  If I remember correctly, yes.

2          THE COURT:  All right.

3          MS. BONJEAN:  And you told the police officers

4     that came and interviewed you at the hospital that he

5     was skinny, medium complexion, dark hair, clean

6     looking, correct?

7          MS. STACK:  Judge, I'd ask all of these be

8     stricken because she's repeatedly said she doesn't

9     remember the hospital and she repeatedly said --

10         THE COURT:  All right.  She has her right to make

11    her record.

12         MS. STACK:  But the witness has said that she

13    doesn't remember.

14         THE COURT:  It's okay.  I understand.  She can

15    just continue to say that if that's her testimony.

16    Overruled.

17         MS. BONJEAN:

18    Q     Do you remember saying that?

19    A     I don't remember a lot of stuff.

20    Q     Okay.  Is it true Ms. Grande that you never

21    told anybody at the hospital that anyone had a long

22    face, a regular face, or a horsey face?

23         A     I told the detective that, yes, I did.

24              Q     Okay.  We'll get to that in a second.

40

1    But you never tell told those officers at the police
2    station that, right?  Strike that.
3              You never told those officers at the
4    hospital that, correct?
5         A    I don't remember if I did or not at the
6    hospital.
7         MS. BONJEAN:  Okay --
8         MS. STACK:  Objection.  Excuse me.  She reflected
9    that she was with the police and that she doesn't
10   remember so asking her a specific questions about an
11   area that she's testified --
12        THE COURT:  I understand.  I see what the
13   scenario is, but she has the right to ask questions
14   that's why we're here.  Finish your cross-examination,
15   please.
16        MS. BONJEAN:  Thank you, your Honor.
17        Q    Now, you also never described the
18   hairstyles to the police officers at the hospital,
19   correct?
20        A    I don't remember.
21        Q    You never told the police officers at the
22   hospital that the driver had short hair, correct?
23        A    I don't remember.
24        Q    And you never told the police officers at

41

1    the hospital that the guy in the backseat had long

2    hair, correct?

3         A     The guy in the backseat did have long hair.

4         Q     I know that's what you're saying, but you

5    never told the police officers that at the hospital?

6         A     I don't know if I did at the hospital or

7    somewhere else.

8         Q     Okay.

9         A     But I did.

10        Q     Right and then Detective Rivera came to

11   your house when you were released from the hospital on

12   September 5th, correct?

13        A     I don't remember the date.

14        Q     All right.  And he brought six photos of

15   someone with short hair, right?

16        A     I don't remember.

17        Q     And he brought six photos with someone with

18   long hair, correct?

19        A     I don't remember.

20        Q     Prior to Detective Rivera coming to your

21   house to show you these photos had you spoken to him?

22        A     No.

23        Q     All right.  Do you have any idea where he

24   got the idea where the driver had short hair.

42

```
 1        THE COURT:  Objection sustained.  Objection

 2   sustained.

 3        MS. BONJEAN:

 4        Q    Now, you also didn't tell the police

 5   officers at the police station -- Strike that.  The

 6   police officers at the hospital that there were two

 7   shooters, did you?

 8        A    There were two shooters.  There is two

 9   shooters.  If I said it at the hospital I don't

10   remember if I said it there.  If I said it at the

11   police station I don't recall saying that.

12        Q    All right.

13        A    Where I said it.

14        Q    Now, do you remember one of Mr. Almodovar's

15   prior attorney, not me, but a woman coming to visit you

16   at your work at a grocery store?

17        A    No.

18        Q    Okay.  All right.  Do you remember an

19   attorney coming to visit you on April 6, 1995, around

20   2:50 p.m. at the Jewel food store?

21        A    At Jewel's somebody came there, yes.

22        Q    All right.  And do you remember speaking to

23   that woman at the Jewel store?

24        A    I believe I did not speak to anyone.
```

43

1      Q      Okay.  What's your recollection of what was

2   said to her, and what she said to you?

3      A      I didn't speak to anyone.

4      Q      Okay.  So you didn't tell her that while

5   you were in the hospital two cops came and showed you

6   six to nine photos and the cops said, "here are the

7   guys who did it?"

8      A      No.

9      THE COURT:  Can I know who the person is that you

10  said she was talking to?

11      MS. BONJEAN:  Melinda Powers who already

12  testified in court, your Honor.

13      THE COURT:  Okay.  Got you.  Thank you.

14      MS. BONJEAN:

15      Q      Now, you didn't know Mr. Almodovar or Mr.

16  Negron prior to this incident, right?

17      A      Never.

18      Q      Never had any argument or conflict with

19  them, correct?

20      A      No.

21      Q      You didn't known them from any other

22  stranger on the street, right?

23      A      No.

24      Q      Now, after Detective Rivera came and

ALMODOVAR 1949

1    brought you those 12 photographs at your house after

2    you were released from the hospital, do you remember a

3    point in time later when you testified to where

4    Detective Rivera came and picked you up to bring you

5    for a lineup?

6         A    Yes.

7         Q    All right.  And he brought you to the

8    police station, correct?

9         A    Yes.

10        Q    Was he with anybody?  Was he with anybody

11   when he picked you up?

12        A    I don't remember.

13        Q    You don't remember anything about that, and

14   your brother went with you?

15        A    Yes.

16        Q    Was your brother an NLP?

17        A    As far as I know, no.

18        Q    Okay.  How did your brother die?

19        A    He's not dead.  He just doesn't live in

20   this country.

21        MS. BONJEAN:  My apologies.  I thought that's

22   what you testified to it earlier.  All right.  Well,

23   where does he live?

24        MR. SMITKO:  Objection, your Honor.

ALMODOVAR 1950

```
 1        THE COURT:  All right.  She doesn't have to say
 2   that.  She said another country.  That's enough.
 3        MS. BONJEAN:  Judge, how --
 4        THE COURT:  We don't need to know.  Objection
 5   sustained.  You don't need to know what country he's
 6   in.  Ask another question.
 7        MS. BONJEAN:  I'd like to have him come testify,
 8   and I'd like to have him come testify about what he
 9   witnessed when he was at the lineup with Detective
10   Rivera.
11        THE COURT:  Ask another question.  Sustained.
12   Objection sustained.  That's it.
13        MS. BONJEAN:  All right.  So he went with you
14   though to the lineup, correct?  Do you need a break,
15   Ms. Grande?  You can take a break.
16        THE COURT:  She wants to get this done I think.
17        MS. BONJEAN:  Well, I didn't put her on the
18   stand.
19        THE COURT:  No, but let's just finish your
20   questions.
21        MS. BONJEAN:  But she's crying.  I would like for
22   her to take a break if she needs it.
23        THE COURT:  She will tell me if she needs a
24   break.  You'll let me know.
```

ALMODOVAR 1951

```
 1        THE WITNESS:  I don't want to be here, your

 2   Honor.

 3        THE COURT:  I know, I know.  But they have a

 4   right to ask you some questions, and I want to get this

 5   over sooner rather than later.

 6        MR. AINSWORTH:  And on behalf of Mr. Negron I

 7   also have -- the witness --

 8        THE COURT:  Yeah, I understand.  That's okay.

 9   That's fine with me right now.  If you need a break you

10   let me know.  Go ahead.  Ask some more questions.

11        MS. BONJEAN:

12        Q    Okay.  Ms. Grande, you drove in Detective

13   Rivera's car along with your brother to go view a

14   lineup, right?

15        A    Yes.

16        Q    And on the way you picked up Kennelly Saez,

17   isn't that correct?

18        A    Yes.

19        Q    And the four of you drove to Area Five,

20   Grand and Central, is that right?

21        A    I don't know the address of the place.

22        Q    All right.  You drove to a police station

23   where you viewed a lineup, right?

24        A    Yes.
```

47

ALMODOVAR 1952

1      Q      Now, you have no idea whether Kennelly Saez

2   had any interaction with Detective Rivera before that

3   day, right?

4      A      I don't know his life.

5      MS. BONJEAN:  No, of course you don't.  I agree,

6   you wouldn't know, right?

7      THE COURT:  She said that.

8      MS. BONJEAN:

9      Q      Ms. Stack said to you didn't observe

10  Detective Rivera engage in any misconduct with Kennelly

11  Saez, do you remember her asking you those questions?

12     A      Yes.

13     Q      Okay.  And I take your testimony or your

14  word.  You weren't with Ms. Saez repeatedly from the

15  incident from September 1, 1994 to when you went to the

16  police station with him to view a lineup, correct?

17     A      Correct.

18     Q      You have no idea how many conversations Mr.

19  Saez may have had with Detective Rivera, correct?

20     A      Correct.

21     MS. BONJEAN:  You know don't know whether

22  Detective Rivera went to Mr. Saez's house and said his

23  the guy, right?

24        THE COURT:  She has no idea if anything happened

ALMODOVAR 1953

```
 1   there.

 2        MS. BONJEAN:  Sorry.

 3        THE COURT:  Let's move on.

 4        MS. BONJEAN:

 5        Q    So the four of you did go to the police

 6   station together, and in fact, you and Mr. Saez looked

 7   at the exact same lineup, right?

 8        A    At separate times.

 9        MS. BONJEAN:  At separate what?

10        THE COURT:  At separate times she said.

11        MS. BONJEAN:  At separate times.  Okay.

12        Q    So do you remember who went first?

13        A    No.

14        Q    Okay.  Did you have any conversation with

15   Mr. Saez during the period of time when were you at the

16   police station at any point?

17        A    I don't recall.

18        Q    You do remember just not being in the same

19   viewing room with him, is that what you're testifying

20   to?

21        A    I believe so.

22        Q    But you don't remember completely?

23        A    I don't think we were together.

24        Q    All right.  Do you remember speaking to him
```

49

```
1    after you viewed the lineup?

2         A     I don't remember.

3         Q     Okay.  Do you remember how you got home?

4         A     The detective dropped me off.

5         Q     Okay.  Do you remember if Mr. Saez was in

6    the car with you when you went home?

7         A     I don't --

8         Q     You don't recall?

9         A     Not to my house, no.

10        Q     I could be mistaken, but I thought you

11   testified in response to Ms. Stack's question that no

12   one ever showed you photographs before the lineup?

13        A     I'm sorry.

14        MS. BONJEAN:  I thought you testified --

15        THE COURT:  I think it's a little confusing.

16   Just ask her a question, not what she said earlier.

17   Just ask her a straight question.

18        MS. BONJEAN:  Well, I can't go back. She changed

19   her testimony on direct and cross.

20        THE COURT:  I know.  Just ask a question.

21        MS. BONJEAN:

22        Q     So you would agree that you did actually

23   look at photographs on at least two occasions prior to

24   reviewing this lineup?
```

ALMODOVAR 1955

```
 1         A     I don't remember.

 2         MS. STACK:  Your Honor, the accusation against

 3    Rivera and Kennelly Saez is that when they stopped to

 4    pick him up they

 5         MS. BONJEAN:  Objection.  She's coaching the

 6    witness.

 7         THE COURT:  Just a second.  Just a second.  Stop

 8    it.  She has a right to ask these questions.

 9         MS. STACK:  But it's confusing.

10         MS. BONJEAN:  You're the only one confused.

11         THE COURT:  I'm here watching.  Stop it.

12    Objection is overruled.  Finish your are Cross, please.

13         MS. BONJEAN:

14         Q     Did you speak to an Assistant State's

15    Attorney Faraci, F-a-r-a-c-i, when in and around the

16    time that you were being questioned by Detective

17    Rivera?

18         A     I don't remember.

19         Q     Well, let me phrase it this way.  After you

20    returned from the hospital okay before you came and

21    testified in court, were you interviewed, or do you

22    remember being interviewed by an Assistant State's

23    Attorney F-a-r-a-c-i, Faraci or Farachi?

24         A     I don't remember.
```

ALMODOVAR 1956

```
 1          Q       Okay.  Now, do you remember me coming to
 2    visit you in Vancouver, Washington, was it me or
 3    somebody else you were referring to about a year ago?
 4          A       I don't know who came over.
 5          Q       Well, can you describe the person that came
 6    over just about a year ago?
 7          A       Short, skinny.
 8          Q       Woman?
 9          A       Yeah, and some guy.
10          MS. BONJEAN:  Okay.  What color hair did the
11    woman have?
12          THE COURT:  Ms. Bonjean, was it you?
13          MS. BONJEAN:  I don't know who she's referring
14    to.
15          THE COURT:  Well, you asked her was it me and so
16    I'm asking you was it?
17          MS. BONJEAN:  Absolutely not.  That's not what --
18    and I am not on the witness stand.
19          THE COURT:  No you're --
20          MS. BONJEAN:  I am able to ask her about who the
21    agents --
22          THE COURT:  I'm asking you a simple question.  If
23    it's you, I'm asking if it's you?
24          MS. BONJEAN:  I'm not answering that question.
```

52

ALMODOVAR 1957

```
 1          THE COURT:  It's a secret?

 2          MS. BONJEAN:  I have no idea who she's referring

 3   to.

 4          THE COURT:  Well, then ask her a different

 5   question, and don't confuse the witness, and don't play

 6   games with the record.  When you suggest it's you, but

 7   then your being coy about it.  Just ask the question.

 8          MS. BONJEAN:  I'm not being coy.  Ms. Grande, you

 9   said agents and that's right after you asked Ms.

10   Celeste Stack to lay a foundation.  You said agents or

11   she said agents --

12          THE COURT:  Just ask the question.

13          MS. BONJEAN:

14          Q     Of Mr. Almodovar and Mr. Negron came to

15   visit you on at least four occasions, is that right?

16          A     Yes.

17          Q     Okay.  And Ms. Celeste Stack elicited from

18   you that less than a year ago was one person that came

19   to visit you, correct?

20          A     Yes.

21          Q     Was that woman's name Melissa Sabora, do

22   you remember that?

23          A     I didn't remember the name, I didn't ask

24   who it was, I didn't care who it was.
```

53

```
 1        Q       Was she a white woman or a Latino woman?

 2        A       I believe white.

 3        Q       Okay.  And was she with a man or a woman?

 4        A       A man.

 5        Q       Okay.  Can you describe how old she was?

 6        A       No.

 7        Q       Okay.  You don't have recollection.

 8        A       Fairly young.

 9        Q       I'm sorry?

10        A       Fairly young person, I don't know.

11        Q       Okay.  But you can't say whether it was me

12   or not?

13        A       You look like her.

14        Q       Okay.  But you can't say if it was me or

15   not?

16        A       Because she was wearing jeans, regular

17   clothes, and she wasn't dressed up.

18        MS. BONJEAN:  Give me one second, please.

19        Q       Ms. Grande, the only moneys received from

20   the State were for your transportation here today and

21   your family's transportation?

22        A       Yes.

23        Q       Okay.  Are they paying for you to stay here

24   like for your accommodations or lodging?
```

ALMODOVAR 1959

```
 1        A     No.

 2        Q     Okay.  And no other compensations received

 3   from the State?

 4        A     No.

 5        Q     Have you ever received any compensations

 6   from the State before today?

 7        A     No.

 8        Q     Any other benefits, it can be in any form,

 9   any type of monetary benefits or anything that might be

10   material that you can think of?

11        A     No.

12        MS. BONJEAN:  I have nothing further.

13        THE COURT:  Do you want to adopt that?

14        MR. AINSWORTH:  I would like to adopt Ms.

15   Bonjean's examination and I have some as well.

16        THE COURT:  Go ahead.

17                    CROSS-EXAMINATION

18                    BY MR. AINSWORTH:

19        Q     Ma'am, just to follow-up on that the last

20   point about the person who came to visit you.  That

21   person didn't claim that they represented either Mr.

22   Negron or Mr. Almodovar, is that right?

23        A     She said this case that it is very

24   sensitive, something along the way.  She did say she
```

ALMODOVAR 1960

```
 1   was on the defendant's side.

 2        Q     What did she state about that, tell what

 3   she said about that?

 4        A     She just said that she wanted to know if I

 5   could speak and as soon as she told me what she was

 6   there for I told her, no, I didn't speak to anyone.

 7        Q     No, no, what did she say about being --

 8        A     I don't remember what she said.

 9        Q     What did she say about being there on

10   behalf of -- did she say she was actually there on

11   behalf of either Mr. Negron or Mr. Almodovar?

12        A     I believe so, I believe she said that she

13   was on behalf of the defendant.

14        Q     Did she say she was investigating Guevara?

15        A     I don't recall.

16        Q     All right.  Did she say that she was

17   writing a story about people who had victimized by

18   Detective Guevara?

19        A     No.

20        Q     Did she say that she had knowledge about

21   Guevara and other cases --

22        A     I didn't speak to her, I didn't sit there

23   and have a conversation with this person.

24        Q     Did she give you a card?
```

56

ALMODOVAR 1961

```
 1        A     No.

 2        Q     Do you remember about two years ago me

 3   coming to see you?

 4        A     No.

 5        Q     Do you remember talking in your doorway for

 6   maybe about three minutes, if that?

 7        A     Was that you that put your foot on my door

 8   and wouldn't leave.

 9        Q     Probably not.  Was it -- do you remember

10   talking with me and then you said that you didn't want

11   to talk to me and so then I left, and I was there with

12   another portly gentleman?

13        A     That was you, you were pushing my door.

14   You were telling me innocent --

15        Q     What was I telling you?

16        A     That innocent people were in jail or

17   something and you wouldn't leave.  Was that you?

18        MR. AINSWORTH:  I did come to your house.  I'm

19   sure that I said that there are innocent people in

20   jail.  Ma'am, did I leave your home when you said that

21   you didn't want to speak to me?

22        THE COURT:  All right.  You're not on trial.

23        MR. AINSWORTH:  I'm just asking.

24        THE COURT:  It's okay.
```

ALMODOVAR 1962

1      THE WITNESS:  When my husband came and asked you

2 to leave.

3      MR. AINSWORTH:

4      Q    And did I leave then, and did I tell you

5 who I was and who I represented?

6      A    Did you try to give me a card and I

7 wouldn't take it?

8      Q    Yeah, and I tried to give you my card and I

9 told you who I was, and I told you who I represented,

10 right?

11      A    I believe so if that was you.

12      Q    I didn't try and pretend I was somebody

13 else, right?

14      A    Right.

15      Q    I want to ask you about that time that you

16 were in the hospital, ma'am.  I want to see if I can

17 refresh your recollection because I think it was --

18 would you agree when you were at the hospital this was

19 before you had seen any photographs, or before you had

20 identified anybody as being the perpetrator, right,

21 when you got to the hospital?

22      A    Can you say that again?

23      Q    Sure.  When you first spoke to the police

24 at the hospital you were trying to do your best to

ALMODOVAR 1963

```
 1   catch the people who had killed your best friend,

 2   right?

 3        A    I wasn't thinking like that.  I had just

 4   lost my best friend, I nearly lost my life and somebody

 5   else lost their life.  I don't recall thinking I'm

 6   going to point out point people.

 7        Q    Ma'am, you answered the detective's

 8   question.  There was a Detective Dombrowski who spoke

 9   to you?

10        A    Okay.

11        Q    All right.  Ma'am, did you tell the

12   detective that Amy Marcus came over to your house

13   earlier that evening?

14        A    I don't recall.

15        Q    But that's true right, Amy did come over to

16   your house, right?

17        A    We met at my house.

18        Q    And then Amy asked you to accompany her

19   over to her boyfriend's Kennelly's house, right?

20        A    Correct.

21        Q    And that's what happened, right?

22        A    Yes.

23        Q    And did you tell the detective that?

24        A    I don't recall, but I'm sure I did.
```

ALMODOVAR 1964

```
 1        Q     All right.  And did you tell the detective
 2   that first you declined to go to her boyfriend's house
 3   and then you agreed to accompany Amy to Kennelly's
 4   house?
 5        A     Yeah.
 6        Q     And when you got to Kennelly's house you --
 7   Strike that.
 8              Did you tell the detective that when you
 9   got to Kennelly's house, you, Amy, Kennelly, and Jorge
10   sat on the front stoop of the building?
11        A     That's what we did, correct.
12        Q     And you told the detective that, right?
13        A     I'm sure I did.
14        Q     And you told the detective about Kennelly
15   giving up and saying he'll find out who the people are
16   in the car, right?
17        A     Yes.
18        Q     And that he started walking towards the
19   car, right?
20        A     Yes.
21        Q     And that's what you told the detective?
22        A     I'm sure I did.
23        Q     And you told the detective that as Kennelly
24   started walking towards the car the backseat passenger
```

ALMODOVAR 1965

1    started shooting, right?

2         A    As far as I recall, yes.

3         Q    All right.  And then you gave descriptions

4    of the three occupants of that car, right?

5         A    I didn't see the third person.  There was a

6    third person there.

7         Q    The front seat passenger?

8         A    I couldn't see that face.

9         MR. AINSWORTH:  The front seat passenger.  You

10   described the face of the front seat passenger to

11   Detective Dombrowski on September 1, 1994, right?

12        MS. STACK:  Objection, Judge.

13        THE COURT:  She may answer if she remembers, or

14   if she, or yes or no if she recalls it.

15        THE WITNESS:  I don't know where I said it or who

16   I spoke to.

17        MR. AINSWORTH:

18        Q    But at some point --

19        A    But I did give a statement

20        Q    Okay.  You told Detective Dombrowski that

21   the front seat passenger had a long face, right?

22        A    I don't recall.

23        Q    And we'll agree that the front seat

24   passenger that wasn't anybody who you identified out of

ALMODOVAR 1966

```
 1   either a photograph, or at trial, or out of a lineup,
 2   right?
 3         A    I don't remember.
 4         Q    You identified according to the driver and
 5   the backseat passenger of the car, right?
 6         A    Correct.
 7         Q    And they're both in the driver's seat,
 8   right?
 9         A    Yes.
10         Q    And you told Detective Dombrowski on
11   September 1, 1994, that the front seat passenger had a
12   long face, right?
13         A    I don't recall.
14         MR. AINSWORTH:  Let me see if this will refresh
15   your recollection, ma'am.  I'm going to show you a
16   report prepared by Detective Rutherford and McDonald on
17   September 1, 1994.
18         MS. STACK:  Objection.
19         THE COURT:  Hold on.  No, no, you got to ask her
20   if a detective's report will refresh her recollection.
21         MR. AINSWORTH:
22         Q    Ma'am, would reviewing the report that
23   Detective Dombrowski's conversation with you at the
24   hospital help you remember that conversation with
```

ALMODOVAR 1967

1    Detective Dombrowski at the hospital?

2         A    Okay.

3         MS. STACK:  Judge, I'm going to object.  She

4    didn't write the report.

5         THE COURT:  Overruled.  For what it's worth.  Go

6    ahead.

7         MR. AINSWORTH:  All right.  Ma'am.  And I'm

8    sorry.  May I approach, your Honor.

9         THE COURT:  Yes, Russell.

10        MR. AINSWORTH:  Thank you, Judge.  So I don't

11   want to -- I'm just going to direct you, ma'am, to --

12   would you, please, review -- and I'm directing the

13   witness to the middle --

14        THE COURT:  Show her what you to read, what you

15   want her to read.  Just show her exactly.

16        MR. AINSWORTH:  Sure.

17        THE COURT:  And then the question, ma'am, is does

18   this help you remember what you said at the time?

19        MR. AINSWORTH:

20        Q    All right.  So starting with the word the

21   thus, there and just read the rest of that paragraph if

22   you would.

23             And just let us know when you've had an

24   opportunity to read it.  Have you had an opportunity to

63

ALMODOVAR 1968

1    read that, ma'am?

2         A     Yes, and I don't recall.

3         Q     Let me just ask the question.  Does that

4    refresh your recollection that you described the face

5    of the front passenger as being long and thin?

6         A     No.

7         Q     Ma'am, do you recall that you described the

8    driver and the rear seat passenger to Detective

9    Dombrowski as well, right?

10        A     I don't remember.

11        Q     Ma'am, do you recall giving the following

12   descriptions to Detective Dombrowski of the driver and

13   the rear seat passenger?

14              You told Detective Dombrowski that the

15   driver was tall and skinny, light complexion with dark

16   hair?

17        A     I don't remember.

18        Q     Do you recall that you did not describe the

19   shape of the driver's face in any way?

20        A     I believe I did.

21        Q     You believe.  Okay.  Do you recall telling

22   Detective Dombrowski that the backseat passenger was

23   described as a skinny male with medium complexion skin

24   with dark hair cleanly.

ALMODOVAR 1969

```
 1        A     No, I don't remember.

 2        Q     Do you remember that you did not describe

 3   the shape of the backseat passenger's face in any way?

 4        A     I described both of their faces.  I don't

 5   remember when or to who.

 6        Q     Did you purposely withhold from Detective

 7   Dombrowski when he questioned you about what you had

 8   done earlier that day and you told him about Amy coming

 9   over and going to Kennelly's house, did you

10   purposefully withhold any aspect of the description of

11   the offenders from that detective?

12        A     I don't recall.

13        Q     Were you trying to, you know, hide who the

14   perpetrators were so you could seek street justice or

15   something like that?

16        A     No.

17        Q     Now, you didn't really know Kennelly,

18   right?

19        A     Correct.

20        Q     Amy was your best friend?

21        A     Yes.

22        Q     She had just recently started dating

23   Kennelly?

24        A     I guess.
```

65

```
 1        Q     She was your best friend, right?

 2        A     Yes.

 3        Q     You didn't have a real relationship with

 4   Kennelly?

 5        A     We had a friendship relationship.

 6        Q     Okay.

 7        A     I mean I met him with Amy.

 8        Q     All right.  But you only knew him through

 9   her?

10        A     Correct.

11        Q     So when Detective Rivera picked up Kennelly

12   and he got into the car with you, you and Kennelly

13   didn't have a whole lot to talk about, right?

14        A     Correct.

15        Q     Your common thread in that car ride to Area

16   Five to the police station was Detective Rivera, right?

17        A     He's the one that took us.

18        Q     He's the one that took you.  Okay.  So

19   while you're driving to the police station you haven't

20   had a whole lot of experience with the criminal justice

21   system at this time when you were twenty years old,

22   right?

23        A     Of course not.

24        Q     You didn't really know what the lineup
```

66

1    procedure was, right?

2         A    Correct.

3         MR. AINSWORTH:  So you're asking Detective Rivera

4    during that ride to the police station about what a

5    lineup was, right?

6         MS. STACK:  Objection, Judge.  She hasn't

7    testified.

8         THE COURT:  He's asking did you ask him that.

9         THE WITNESS:  I don't recall asking him.

10        MR. AINSWORTH:

11        Q    Okay.  But Detective Guevara did explain

12   what a lineup procedure was, right?

13        A    I don't remember.

14        Q    Let me see if I can refresh your

15   recollection.  This is from Page 60 of the testimony

16   from your trial, line 8.

17             Question:  And when you went there did you

18   look at something?

19             Answer:  Yes, I did.

20             Question:  What did you look at?

21             Answer:  First you have to explain to me

22   what the lineup was because I didn't know what that

23   was, and he told me it was a group of guys that they

24   bring out, and that I see through a window that they

67

1    are not able to see me, but I can see them.  And he

2    took me and I didn't want to do it because I was scared

3    they were going to see me.

4         Q    Does that refresh your recollection, ma'am,

5    that Detective Guevara explained the lineup process to

6    you?

7         A    I would say, yes.

8         Q    And when Detective Guevara picked you up to

9    go to the lineup, he told you that they had picked some

10   people up and they wanted you to look at the lineup to

11   see if you see if you could identify the perpetrators,

12   right?

13        A    He might have, I don't remember.

14        Q    Does that sound -- well, it's fair to say

15   you don't remember the exact words he used, right?

16        A    Correct.

17        MR. AINSWORTH:  But did he something to you along

18   the lines of we picked some people up, and we'd like

19   you to view a lineup to see if we got the right people?

20        MS. STACK:  Objection.  Asked and answered.

21        THE COURT:  She can answer.  Do you remember?

22        THE WITNESS:  I don't remember.

23        THE COURT:  Okay.  She doesn't remember.

24        MR. AINSWORTH:

68

ALMODOVAR 1973

```
 1       Q     You were talking about the lineup on the
 2  way to the police station, right?
 3       A     I don't remember.
 4       Q     Do you remember anything that you were
 5  talking about?
 6       A     No.
 7       Q     Is it fair to say that this was the most
 8  traumatic experience of your life, that shooting
 9  happening?
10       A     Yes.
11       Q     It was an extremely stressful situation?
12       A     Correct.
13       MR. AINSWORTH:  When the shots were fired you
14  immediately had a billion things going through your
15  head about -- you were worried about your own safety
16  right?
17       MS. STACK:  Objection, Judge, compound question.
18       THE COURT:  Break it down.
19       MS. AINSWORTH:
20       Q     All right.  When the shots were fired you
21  worried about your own safety, right?
22       A     Of course, I guess.
23       Q     You were worried about Amy's safety?
24       A     Yes.
```

ALMODOVAR 1974

1       Q      You were worried about the safety of your

 2   friends, right?

 3       A      Yes.

 4       Q      And you were looking for an escape route

 5   when the shots started firing, right?

 6       A      Yes.

 7       Q      And you turned and you ran as fast as you

 8   could to get to the front door of that building, right?

 9       A      Yes.

10       Q      Because that is what you viewed as safety

11   to get inside and away from the people who were

12   shooting, right?

13       A      Correct.

14       Q      When the shots started firing you did not

15   stop to look at the people who were shooting, right?

16       A      I saw them prior to that.

17       Q      Right.  You did not stop and look at them

18   when the shots started firing, right?

19       A      I saw their faces.

20       Q      Ma'am, when the shots were fired you did

21   not stop, turn to look at the people who were shooting?

22       A      I don't remember if I did or not, but I saw

23   their faces.

24       MR. AINSWORTH:  The only thing that you saw when

ALMODOVAR 1975

1  the shots started firing was flashes coming out of the
2  car, right?
3          MS. STACK:  Objection, Judge, to form question,
4  Judge.  She hasn't testified before that she saw those
5  things.
6          THE COURT:  He can touch on this a little more if
7  he likes.  She's indicating that she saw their faces.
8  He's talking about the sequence like the exact sequence
9  of seconds.
10         MS. STACK:  The question was the only thing you
11 saw --
12         THE COURT:  Go ahead.  Ask a different question,
13 please.
14         MR. AINSWORTH:
15     Q     When the shots were fired the only thing
16 you saw from that car was the flashes of the gun being
17 discharged?
18     A     I don't remember.
19     Q     It's been a long time and there's a lot you
20 don't remember about this case that's fair to say,
21 right?
22     A     Correct.
23     Q     Did you do anything to refresh your
24 recollection before you came here to testify such as

71

1    looking at transcripts?

2         A    I browsed through it.  I don't want to read

3    that.  I don't want to know anything about it.

4         Q    So you've seen your trial testimony before

5    you came here to testify, right?

6         A    I received it at home, but I didn't sit

7    down and study it or read it.

8         Q    Briefly you had it available to you?

9         A    Yes.

10        Q    And do you have other transcripts apart

11   from your trial testimony available to you?

12        A    Just whatever papers I received.

13        Q    Did you see any photographs you know in the

14   last couple of months of the scene or any people?

15        A    No.

16        Q    Since 1995 you know that the Illinois

17   Department of Corrections has a website, right?

18        A    I don't know that.

19        Q    Have you gone to the website to look at

20   either Mr. Negron or Mr. Almodovar's photographs on the

21   website?

22        A    Which website?

23        Q    The Illinois Department of Corrections

24   Website?

72

```
 1        A     I did once.

 2        Q     And so you have been to that website and

 3    you've look at the photographs of the people who are

 4    currently incarcerated for this crime?

 5        A     Yes.

 6        MR. AINSWORTH:  In the late 1990's you went to

 7    visit somebody at Stateville Penitentiary, right?

 8        MS. STACK:  Objection.

 9        THE COURT:  Tighten that up a little bit.  Who?

10        MR. AINSWORTH:  Well, let's find out if she --

11        MS. STACK:  It's beyond the scope, your Honor.

12        MR. AINSWORTH:  It's not beyond the scope.

13        THE COURT:  Just a second.  Just a second.  No,

14    no.  Stop it.  Stop it.  Just help the witness.  You're

15    talking about in the late 1990's, who are you asking if

16    she visited?

17        MR. AINSWORTH:  Did you go to the prison in

18    Stateville Penitentiary?  You know there are visitor

19    logs at Stateville Penitentiary.

20        THE COURT:  Mr. Ainsworth, I'm telling you if you

21    want to ask this question you got to tell -- part of

22    the question has to be who she went to visit?

23        MR. AINSWORTH:

24        Q     Did you visit a guy named Curly in the late
```

73

ALMODOVAR 1978

```
 1   1990's at Stateville Penitentiary?

 2       A     No.

 3       MR. AINSWORTH:  Do you know a guy named Curly at

 4   the Stateville Penitentiary?

 5       MS. STACK:  Objection.

 6       THE COURT:  Overruled.

 7       THE WITNESS:  No.

 8       MR. AINSWORTH:

 9       Q     Have you ever been to Stateville

10   Penitentiary?

11       A     No, I don't even know where that's at.  I

12   don't know where it is.

13       Q     Have you ever been -- all right.  Have you

14   ever been to any Illinois Department of Corrections

15   facility any prison in Illinois?

16       A     No.

17       Q     You know that Kennelly was a Maniac Latin

18   Disciple, right?

19       A     I don't know.

20       Q     Jorge was a Maniac Latin Disciple?

21       A     I don't know.

22       Q     All right.  Back on September 1, 1994, when

23   you're hanging out on the stoop, you were a young adult

24   then, right?
```

74

ALMODOVAR 1979

```
 1       A     Yes.

 2       Q     People were smoking marijuana on that

 3   stoop?

 4       A     I don't recall.

 5       Q     That was something that you and your

 6   friends would do from time to time back then?

 7       A     No.

 8       Q     Kennelly Saez was smoking marijuana on that

 9   stoop?

10       A     I don't remember.

11       Q     Jorge Rodriguez was smoking marijuana on

12   that stoop?

13       A     I don't remember if he did or not.

14       MR. AINSWORTH:  All things being equal if you had

15   your way you'd rather had gotten it right when you

16   testified --

17       THE COURT:  Objection sustained.  It's sustained,

18   Don't answer that.  Sustained.  Sustained.

19       MR. AINSWORTH:  Well it goes to bias.

20       THE COURT:  Sustained.

21       MR. AINSWORTH:  It goes to bias.

22       THE COURT:  Thank you.  Sustained.

23       MR. AINSWORTH:  You would like to think that you

24   had testified falsely.
```

ALMODOVAR 1980

```
 1          THE COURT:  Sustained.  Sustained.  Sustained.

 2          MS. STACK:  Objection.

 3          THE COURT:  No, no, no.  Sustained.

 4          MS. AINSWORTH:  It goes to the her -- the

 5   witness's bias.

 6          THE COURT:  Thank you.  Sustained.

 7          MR. AINSWORTH:  You're a nice person.

 8          MS. STACK:  Objection, Judge.

 9          THE COURT:  Ask a question.

10          MS. STACK:  To form of the question.

11          MR. AINSWORTH:  You would like to see justice

12   done --

13          MS. STACK:  Objection.

14          THE COURT:  All right.  All right.  Sustained.

15   Look, look, we're getting way beyond -- we're getting

16   into matters that are very subjective and the objection

17   is sustained.  Sustained.  If you have other questions,

18   factual questions about this you're welcome to.

19          MR. AINSWORTH:  What happened to any question

20   about bias --

21          THE COURT:  Mr. Ainsworth, I don't want to argue

22   you with, please.  If you have other questions ask

23   questions, no arguments.  Ask the witness questions if

24   you have them.
```

ALMODOVAR 1981

1        MR. AINSWORTH:  One moment, your Honor.

 2        THE COURT:  Sure.

 3        MR. AINSWORTH:  I have no further questions, your

 4   Honor.

 5        THE COURT:  Ms. Stack, any redirect?

 6        MS. STACK:  One second, your Honor.  Jackie,

 7   thank you.

 8        THE COURT:  Okay.  You're all done.

 9                   (Witness excused.)

10   Lawyers approach, please, Mr. Negron you come up too.

11        MR. AINSWORTH:  Actually, your Honor, I want to

12   make the record clear.  It's been a long day for the

13   court reporter.  There is that time when the Court

14   stated for the record that Mr. Negron, who the witness

15   had identified for the witness, and I just want the

16   record to be clear that the Court did say his full

17   name --

18        THE COURT:  The word Negron did come out of my

19   mouth.  Of course, that's the record and I don't deny

20   it because that's what she did.  She identified him, he

21   was the only one here.

22        MR. AINSWORTH:  The question was do you see

23   anybody who you had previously identified and she said

24   yes?

ALMODOVAR 1982

1        THE COURT:  Right and it was Mr. Negron.

 2        MR. AINSWORTH:  But --

 3        MS. BONJEAN:  But it could have been Mr.

 4   Almodovar.  She identified a complete stranger in the

 5   gallery.

 6        THE COURT:  Okay.  Okay.  All right.  I

 7   understand your point but, yes, I acknowledge what I

 8   said.

 9        MR. AINSWORTH:  He looks like my cousin Vinny.

10        THE COURT:  No, it's not exactly like that.

11        MR. AINSWORTH:  Yes, it is.

12        THE COURT:  Hardly.  Anything else?  Are we done

13   for today?

14        MR. AINSWORTH:  There are apparently no other

15   witnesses.

16        THE COURT:  All right.  When would the parties

17   like to come back?  May we go off the record to just

18   talk about scheduling, madam court reporter, for that

19   part.

20                    (Off the record.)

21        MS. STACK:  Your Honor, I've got a couple more

22   witnesses and I've got one or two other dates in like

23   December that week of the 12th - 13th.

24        MR. AINSWORTH:  So if the State's got witnesses

ALMODOVAR 1983

1    then tell us who they are.  And then we have like a

2    universe so we can prepare and then if we have

3    objections to those calling we can then raise those

4    objections.  All right.  So I am going to put that on

5    the record.

6        THE COURT:  I'm going to grant that because both

7    sides are going to do the same thing.  So if you have

8    any other submissions I think we're --

9        MS. BONJEAN:  We are going to have a robust

10   rebuttal case so --

11       MR. AINSWORTH:  Are we back on, your Honor?

12       MS. BONJEAN:  Yes.

13       THE COURT:  No, first talk about scheduling and

14   then we will spread that on record.  Just tell me --

15       MR. AINSWORTH:  I thought we were set on November

16   30th.

17                    (Back on the record.)

18       THE COURT:  We're back on the record.  The matter

19   is commenced and continued.  We'll have additional

20   evidence on November 30th of this year.  Do you think,

21   Ms. Bonjean, do you want to have your client here?

22       MS. BONJEAN:  If he wishes to be here I will have

23   him here.  If he wishes to waive to waive I will waive.

24       THE COURT:  Okay.  I understand he's in some

ALMODOVAR 1984

```
1    discomfort that you're telling me about so you don't
2    want us to issue a writ at this point?
3            MS. BONJEAN:  No.
4            THE COURT:  And you will give us -- we need at
5    least ten days if he wants to be here.
6            MR. AINSWORTH:  We'd like Mr. Negron writted.
7            THE COURT:  He'll be here.
8            MR. AINSWORTH:  Thank you.
9            THE COURT:  Okay.
10           MR. AINSWORTH:  We also request, Judge --
11           THE COURT:  All right.  I'm going to ask what do
12   you anticipate witness wise on November 30th, and then
13   I want to know what you anticipate and what you call
14   your robust rebuttal who that includes.
15           MS. BONJEAN:  Sure.  I'm ready to go.
16           THE COURT:  Go ahead.
17           MR. AINSWORTH:  Well, let's see what the State
18   has.
19           THE COURT:  Let me hear them both.
20           MS. STACK:  Well, you know what, I don't have my
21   notes here.  This has been spread out over a year and a
22   half.
23           THE COURT:  Okay.
24           MS. STACK:  There's comments in the record.
```

ALMODOVAR 1985

1   There's documents that went in and that didn't go in

2   and I'm not prepared to --

3        THE COURT:  All right.  So you're not sure.

4   Okay.

5        MS. STACK:  Can I please make my record.

6        THE COURT:  Yes.

7        MS. STACK:  I have filed two written Motions for

8   discovery and never gotten anything, I had to get a

9   written order, your Honor, so that they would give me

10  the names of their witnesses three days in advance with

11  discovery because they have thousands of documents.

12        So it has been a crap shoot the whole time

13  through their case, I would get a list of witnesses and

14  who actually showed was a totally different thing and,

15  but the point is the reason why we ask for a relevancy

16  hearing comes from the Illinois Supreme Court Case of

17  Patterson because the cases they're admitting are

18  unrelated, collateral cases, and the Supreme Court said

19  that you, your Honor, should make a determination

20  before allowing someone a witness from another murder

21  case to come to court.

22        That you should make a determination

23  whether they are highly similar, close in time, and

24  involve the same officers.  And when they came in and

ALMODOVAR 1986

1   said they had 40 other people they wanted to call from

2   totally unrelated cases, I cited Patterson and said we

3   needed to have a relevancy hearing to determine whether

4   404B collateral bad acts witnesses, and it's in the

5   Illinois Rules of Evidence and the Federal Rules of

6   Evidence as well, that they were actually relevant to

7   the claim that's made against Guevara here.  That's why

8   I asked for a relevancy hearing.

9            In the PC hearings, we don't ask that every

10  witness and that every person on either side wants to

11  call, of course they have to give relevant testimony,

12  but we don't demand relevancy hearings or ask for them

13  unless they're the opposite side, the Petitioners are

14  -- you know it's the truth.

15       MS. BONJEAN:  No, Ms. Stack should read the

16  decision of People vs. Serrano, People vs. Montez when

17  the Appellate Court chastised her for filing a piece of

18  garbage.

19       THE COURT:  Everybody calm down.  Calm down.

20  Stop.  Stop.

21       MS. BONJEAN:  And where they reiterated --

22       THE COURT:  Stop.  Would you stop.  Would you

23  stop.

24       MS. STACK:  Which is anything then --

ALMODOVAR 1987

```
 1        THE COURT:  Stop it.  The court reporter can't
 2   take it down.  You talk over people all the time.
 3        MS. BONJEAN:  You don't let me make a record so I
 4   have to talk over people. --
 5        THE COURT:  You talk over people all of the time.
 6        MS. BONJEAN:  You don't let me make a record, and
 7   I'm about to --
 8        THE COURT:  I'm about to you cited.  You're about
 9   to get yourself cited.  And that's the last thing I
10   want to do.  I've never held a lawyer in contempt of
11   court, but you're already past that line.  I'm
12   restraining myself.  I just want to finish this case
13   despite you.
14        MR. AINSWORTH:  What I want is a list of
15   witnesses from the State.  I want just like we had to
16   prepare a list of witnesses so that we have objections
17   to the State's witnesses --
18        THE COURT:  Okay.  All right.  All right.
19   Everybody, take a breath.  This is what we're going to
20   do.  I'll have Mr. Negron back here because we're not
21   going to have testimony on the 30th.  You pick a day if
22   it's all right, you're welcome to come, or you can have
23   him talk for you, Mr. Ainsworth I mean.  We're just
24   going to come in and have a discussion about which
```

ALMODOVAR 1988

1 witnesses.  She says that she doesn't her notes with

2 her today so I'm not going to have her commit to names

3 without notes.

4          You've indicated, Ms. Bonjean, indicated

5 she had what she called a robust case rebuttal so I'd

6 like those names also, and I will give you both time to

7 organize that.  So you tell me a good date for you, and

8 Ms. Bonjean, I know you're out of town if you can't

9 make it, if it's all right with you Mr. Ainsworth can

10 handle that part otherwise you can come in yourself.

11          Just give me a date without Mr. Negron's

12 presence to come here and just talk about the scope of

13 the hearing, what witnesses you have in mind, and I'll

14 sort that out for you.  A date before the 30th, please.

15 Give yourselves sufficient time.

16     MS. BONJEAN:  You're not here the week of

17 November 14th, Judge.

18     THE COURT:  I'm gone.  I'm thinking next week or

19 maybe the 22nd.

20     MR. BONJEAN:  Judge, what about next week on

21 Novemeber 9th.

22     THE COURT:  I'm okay that.  Ms. Stack, are you

23 okay to come in on the 9th just to talk about

24 scheduling?

ALMODOVAR 1989

1     MS. STACK:  You know what I had planned to work

2     on briefs I had to do and various  --

3     THE COURT:  I know.  I feel the same.  I really

4     want to get this case done.

5     MS. STACK:  But you know what, that's fine.

6     MS. BONJEAN:  If we could do it though, Judge,

7     because I have a deposition at 11:00 so we could do it

8     at nine.

9     THE COURT:  No, we will do it after your

10    deposition.  Come when your deposition is over.  It

11    will be in the afternoon.

12    MS. BONJEAN:  Okay.

13    MS. STACK:  Please, Judge.

14    MS. BONJEAN:  I mean I didn't realize it was to

15    much to have to start before 11:00, but I will come

16    after the deposition.  It makes no difference to me.

17    THE COURT:  Look I have a full docket.  I have

18    lots of lawyers that need to have court time and

19    litigants.  I have a full docket on the 9th.  I will do

20    this on the 9th, and I'll assure that I will be here

21    later in the day so I will give you time after your

22    deposition if you prefer.

23    MR. AINSWORTH:  So why don't we just submit a

24    list of witnesses.  You know I don't know we have to

ALMODOVAR 1990

1    come in.

2         THE COURT:  I would like you to come in because I

3    think I'd just like to have you come in.  The 8th is a

4    much better day for this Court I can assure you.

5         MS. BONJEAN:  I have no vote in New York.

6         MS. STACK:  Judge, how about if we submitted it

7    in writing, we argue about it on the 30th.  We can

8    argue about the rest of the witnesses on the 30th.

9         MS. BONJEAN:  I can be here November 10th in the

10   morning if that's easier.

11        THE COURT:  How's that for you Mr. Ainsworth?

12        MR. AINSWORTH:  Let's do that.

13        THE COURT:  All right.  That's better for me too.

14   November 10th and Mr. Negron's writ will not be

15   continued on the 10th.  We will start it up again on

16   the 30th -- on the 10th we'll just issue his writ for

17   the 30th.  Okay.

18        MS. AINSWORTH:  May his mother approach.

19        THE COURT:  Yes.

20        THE COURT:  Okay.  We're adjourned.  He can hug

21   his mom for a quick second.

22        MS. STACK:  And that's for both sides, right

23   Judge?

24        THE COURT:  Right.  Submit your list, please,

86

```
 1   come back on the 30th.

 2                    (Whereupon this was all

 3                    the proceedings at the

 4                    above-entitled cause.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ALMODOVAR 1992

```
 1   STATE OF ILLINOIS                    )
                                          )  SS:
 2   COUNTY OF C O O K                    )

 3          IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

 4          CRIMINAL DEPARTMENT/CRIMINAL DIVISION

 5          I,  PEGGY CRADDIETH,  Official Court Reporter of the

 6   Circuit Court of Cook County, Criminal Division, do hereby

 7   certify that I reported in shorthand the proceedings had on

 8   the trial of the above-entitled cause; that I thereafter

 9   caused to be transcribed into typewriting the above Report

10   of Proceedings which I hereby certify is a true and correct

11   transcript of the proceedings had on the hearing of the

12   defendant before the Honorable JAMES LINN.

13

14

15

16

17   _____
     Peggy Craddieth, CSR, RPR
18   Official Court Reporter

19
     Dated this 13th day of
20
     August 2019.
21

22

23
24
```

88

ALMODOVAR 1993