# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William Negron
                                Plaintiff,

v.                                                   Case No.: 1:18–cv–02701
                                                       Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 30, 2021:

      MINUTE entry before the Honorable M. David Weisman: Defendants' motion for protective order for the depositions of surviving victim [156] is entered and briefed as follows: Response due 9/7/21; No reply. Motion hearing set for 9/14/21 at 10:15 a.m. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.