William Negron
                              Plaintiff,

v.                                                                       Case No.: 1:18–cv–02701
                                                                          Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing/Contempt hearing held. Mr. Leanardo Marin Maysonet appeared for today's hearing. Parties advised the Court that Mr. Kennelly Saez has a confirmed date for his depositions that is scheduled for 9/15/21. Mr. Leanardo Marin Maysonet advised the court of his concerns regarding the order that was entered (see docket no. [155]), and further advised that he will comply with the court's order and provided his best days of availability. The Court orders counsel to confer and conduct the deposition for Mr. Marin Maysonet at a day and time that is convenient to his schedule. The Court continues the status/contempt hearing to 9/22/21 at 10:00 a.m. to ensure a date has been confirmed for Mr. Marin Maysonet's deposition. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. If a date for the deposition is set prior to 9/22/21 parties shall jointly send an email to the court at Weisman_Chambers@ilnd.uscourts.gov and the hearing will be stricken. Once the date is confirmed Mr. Engquist shall notify Mr. Marin Maysonet that the hearing set for 9/22/21 is stricken and that he does not need to appear. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.