UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

William Negron
                              Plaintiff,

v.                                                  Case No.: 1:18−cv−02701
                                                         Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 9, 2021:

      MINUTE entry before the Honorable M. David Weisman: Despite having filed a motion in this case, defendants say they are not moving for a protective order to keep Mr. Negron from attending the deposition of Jacqueline Grande because defense counsel has said Mr. Negron will not attend the deposition. (See ECF 156 at 3 n.1.) Accordingly, the Court strikes defendants' motion [156] as moot. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.