# Exhibit A

| From: | Jennifer Bonjean |
|---|---|
| To: | Josh M. Engquist; Ashley Cohen |
| Cc: | Haley Coolbaugh; David A. Brueggen; Samantha J. Pallini; Diamond M. Dixon; Russell Ainsworth; Lindsay Hagy; Julie Goodwin (julie@loevy.com); Justin Leinenweber; mkm@ilesg.com; Thomas Leinenweber; mjs@ilesg.com; Kevin Zibolski; Jim Daffada; Eileen E. Rosen; Austin Rahe; Theresa B. Carney; Kara Hutson; Catherine M. Barber; jennifer blagg; Joseph M. Polick |
| Subject: | Re: Almodovar v. Reynaldo Guevara, et. al. - Pending Depositions |
| Date: | Friday, May 28, 2021 5:17:39 PM |

Josh,

I have been trying to facilitate Sassy's deposition for several weeks with no success. She has not provided me with alternative dates and isn't really communicating with me. So I'm afraid you are going to have to serve her. Sorry I couldn't be more helpful but wanted to give you the head up.

Jennifer Bonjean