# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR.<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, ET. AL.<br><br>    Defendants. | Case No. 18-CV-2341<br><br>Honorable Joan B. Gottschall<br>Honorable M. David Weisman |
| WILLIAM NEGRON<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, ET. AL.<br><br>    Defendants. | Case No. 18-CV-2701<br><br>Honorable Joan B. Gottschall<br>Honorable M. David Weisman |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that on, October 12, 2021 at 9:15 a.m., we shall appear before the Honorable Judge M. David Weisman or any judge sitting in his stead, in Courtroom 1300 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present **Defendants' Motion for an Extension of Time to Complete Fact Discovery,** a copy of which is hereby attached and served upon you.

| | |
|---|---|
| Dated: October 7, 2021 | Respectfully submitted,<br><br>CELIA MEZA<br>Corporation Counsel of the City of Chicago<br><br>By: /s/ *Eileen Rosen*<br>Special Assistant Corporation Counsel for the City of Chicago |

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
321 N. Clark Street,
Suite 2200
Chicago, Illinois 60654
(312) 494-1000
erosen@rfclaw.com