UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                              Plaintiff,

v.                                                          Case No.: 1:18–cv–02701
                                                          Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

      MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report that expert discovery is complete, there is no further outstanding discovery issues to address. The Court would like to engage counsel in both the Almodovar v. Guevara, et al. case (18 C 2341) and the instant case in discussions regarding a possible settlement conference, and streamlining any summary judgment motion practice. Given lead Almodovar plaintiff–counsel's current trial schedule, the status hearing set for 8/24/22 is stricken. Status hearing is set for 9/12/22 at 9:30 a.m. to discuss these remaining issues. The Court notes that a joint status report was to be filed in this matter by 8/19/22. Although a status report was filed in 18 C 2341, and references this matter as well, the status report was not actually filed on this case's docket. The Court respectfully requests that the joint status report from 18 C 2341 be filed in this matter as well, for completeness of record. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.