UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                              Plaintiff,

v.                                                Case No.: 1:18–cv–02701
                                                           Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 15, 2022:

      MINUTE entry before the Honorable M. David Weisman: In light of the purpose of the 9/16/22 status hearing, to possibly streamline dispositive motion practice, the Court believes counsel should meet and confer in advance of a status hearing, and present a joint status report that reflects counsel's considered efforts at achieving this goal. Specifically, considering the number of defendants and claims, there may be agreement among counsel that some claims as to some defendants should be dismissed, thus avoiding unnecessarily lengthening the dispositive motion briefing and resolution process. Therefore, the status hearing set for 9/16/22 is stricken. The parties are ordered to file a Joint Status Report by COB 10/3/22 that reflects counsel's efforts at streamlining the dispositive motion practice. Status hearing set for 10/6/22 at 1:30 p.m. where this Court will discuss the status report, and efforts consistent with this approach to summary judgment. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.