UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                     Plaintiff,

v.                                                  Case No.: 1:18–cv–02701
                                                 Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 6, 2022:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties report on the status of the case. For the reasons stated on record, parties shall continue to discuss settlement to see if there may be a resolution to avoid dispositive motion practice. Status hearing set for 10/27/22 at 10:30 a.m. A joint status report shall be filed by 10/25/22 to advise if there is a mutual interest between all parties, a proposed schedule for dispositive motion(s) and any streamlining has been done between parties. Parties shall dial in using the Court's conference call–in number. The conference call– in number is 1–877– 411–9748, and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.