| | | |
|---|---|---|
| William Negron | | |
| | Plaintiff, | |
| v. | | Case No.: 1:18–cv–02701 |
| | | Honorable Joan B. Gottschall |
| Reynaldo Guevara, et al. | | |
| | Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

MINUTE entry before the Honorable M. David Weisman: Based on the parties' status report, the status hearing set for 10/27/22 is stricken and reset to 11/22/22 at 9:15 a.m. A joint status report shall be filed by 11/18/22, in which the parties report on the whether a settlement conference may be useful. Defendant Olszewski shall file a motion for summary judgment by 12/21/22; response due 2/3/23; reply due 2/17/23. Parties shall dial in using the Court's conference call–in number. The conference call– in number is 1–877– 411–9748, and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.