# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR. <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, ET. AL. <br><br> Defendants. | Case No. 18-CV-2341 <br><br> Honorable Joan B. Gottschall <br> Honorable M. David Weisman |
| WILLIAM NEGRON <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, ET. AL. <br><br> Defendants. | Case No. 18-CV-2701 <br><br> Honorable Joan B. Gottschall <br> Honorable M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Court's October 26, 2022, Minute Entry, *Almodovar* Dkt. 199, *Negon* Dkt. 186, the parties in the above captioned matter submit the following joint status report:

The City is consulting with the Department of Law, but needs additional time to respond to Plaintiffs' demands. Once the City responds, the parties will inform the Court if they believe a settlement conference would be helpful to assist in the resolution of this matter.

| | |
|---|---|
| Dated: November 14, 2022 | Respectfully Submitted, |
| s/ JENNIFER BONJEAN <br> /s/ ASHLEY COHEN <br> *Attorneys for Plaintiff Almodovar* <br><br> Jennifer Bonjean <br> Ashley Cohen | s/ LINDSAY HAGY <br> *Attorney for Plaintiff William Negron* <br><br> Russell Ainsworth <br> Lindsay Hagy |

BONJEAN LAW GROUP
750 Lexington Avenue, 9th Floor
New York, NY 10022
(718) 875-1850
Jennifer@Bonjeanlaw.com
Ashley@Bonjeanlaw.com

Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900

s/ *Josh Engquist*
*Attorney for Defendants Olszewski,*
*Halvorsen and Mingey*
Special Assistant Corporation Counsel

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Daniel McGinnis
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Ste 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@sotoslaw.com

s/ *Megan McGrath*
*Special Assistant Corporation Counsel*
*Counsel for Defendant*
*Guevara*
Thomas M. Leinenweber
Megan McGrath
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
mkm@ilesq.com

By: /s/ *Theresa Berousek Carney*
*Attorney for the City of Chicago*
Special Assistant Corporation Counsel

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60646
(312) 494-1000
tcarney@rfclaw.com