# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM NEGRON, | ) | |
| | ) | Case No. 18 CV 2701 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| vs. | ) | Magistrate Judge M. David Weisman |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## MOTION TO WITHDRAW APPEARANCE OF SAMANTHA J. PALLINI

James G. Sotos, an attorney with The Sotos Law Firm, P.C., hereby moves to withdraw the appearance of Samantha J. Pallini as counsel for Defendants Edward Mingey, Mark Olszewski, and JoAnn Halvorsen as Special Representative for Ernest Halvorsen, deceased ("Individual Defendants"), in the present matter. In support of this motion, the undersigned states:

1. As of December 9, 2022, Samantha J. Pallini is no longer employed by The Sotos Law Firm, P.C., the firm representing Defendants in this matter.

2. James G. Sotos, Joseph M. Polick, Josh M. Engquist, Jeffrey R. Kivetz, David A. Brueggen, and Caroline P. Golden will remain as counsel for Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of Samantha J. Pallini's appearance as counsel in this matter.

Dated: December 15, 2022                Respectfully submitted,

                                        /s/ James G. Sotos
                                        JAMES G. SOTOS, Attorney No. 6191975
                                        *One of the Attorneys for Individual Defendants*

James G. Sotos
Joseph M. Polick
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Caroline P. Golden
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
(630) 735-3300
jsotos@jsotoslaw.com

# CERTIFICATE OF SERVICE

        I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Thursday, December 15, 2022, I electronically filed the foregoing **Motion to Withdraw Appearance of Samantha J. Pallini** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Plaintiff's Attorneys:*

Arthur R. Loevy
Jonathan I. Loevy
Ruth Z. Brown
Lindsay Hagy
Rachel Elaine Brady
Sean Starr
Russell R Ainsworth
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243-5900
arthur@loevy.com
jon@loevy.com
ruth@loevy.com
lindsay@loevy.com
Brady@Loevy.com
sean@loevy.com
russell@loevy.com

*Attorneys for Defendant City:*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 474-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
tcarney@rfclaw.com

*Attorneys for Defendant Reynaldo Guevara:*

Thomas More Leinenweber
James Vincent Daffada
Megan Kelly McGrath
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
jim@ilesq.com
jim@ilesq.com
mkm@ilesq.com
kevin@ilesq.com

/s/ James G. Sotos
JAMES G. SOTOS, Attorney No. 6191975
*One of the Attorneys for Individual Defendants*

3