# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR.<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, ET. AL.<br><br>    Defendants. | Case No. 18-CV-2341<br><br>Honorable Joan B. Gottschall<br>Honorable M. David Weisman |
| WILLIAM NEGRON<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, ET. AL.<br><br>    Defendants. | Case No. 18-CV-2701<br><br>Honorable Joan B. Gottschall<br>Honorable M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Court's November 21, 2022, Minute Entry, Almodovar Dkt. 201, Negron Dkt. 188, the parties in the above captioned matter submit the following joint status report:

The City is consulting with the Department of Law, but in light of the upcoming holiday, needs additional time to respond to Plaintiffs' demands. The City anticipates having more information from the Department of Law in mid-January. Once the City responds, the parties will inform the Court if they believe a settlement conference would be helpful to assist in the resolution of this matter.

| Dated: December 16, 2022 | RESPECTFULLY SUBMITTED: |
|---|---|
| /s/ JENNIFER BONJEAN<br>/s/ ASHLEY COHEN<br>*Attorneys for Plaintiff Almodovar*<br><br>Jennifer Bonjean<br>Ashley Cohen<br>BONJEAN LAW GROUP<br>750 Lexington Avenue, 9th Floor<br>New York, New York 10022<br>(718) 875-1850<br>Jennifer@Bonjeanlaw.com<br>Ashley@Bonjeanlaw.com | /s/ LINDSAY HAGY<br>*Attorney for Plaintiff William Negron*<br>Loevy & Loevy<br>311 North Aberdeen, 3rd Floor<br>Chicago, Illinois 60607<br>312-243-5900<br>312-357-5437 |
| s/ Josh Engquist<br>*Attorney for Defendants Olszewski,*<br>*Halvorsen and Mingey*<br>Special Assistant Corporation Counsel<br><br>James G. Sotos<br>Josh M. Engquist<br>The Sotos Law Firm, P.C.<br>141 W. Jackson Blvd., Ste 1240A<br>Chicago, Illinois 60604<br>(630) 735-3300<br>jengquist@sotoslaw.com | /s/ Thomas Leinenweber<br>*Special Assistant Corporation Counsel*<br>*Counsel for Defendant*<br>*Guevara*<br>Thomas M. Leinenweber<br>Leinenweber Baroni &<br>Daffada, LLC<br>120 N. LaSalle St., Suite 2000<br>Chicago, IL 60602<br>(312) 663-3003<br>thomas@ilesq.com |

By: /s/ *Eileen Rosen*
Special Assistant Corporation Counsel for the
City of Chicago

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com