UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                        Plaintiff,

v.                                                           Case No.: 1:18−cv−02701
                                                            Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable M. David Weisman: In light of the joint status report [190], the status hearing set for 12/20/22 is stricken. Status hearing is set for 1/20/23 at 9:15 a.m. Joint status report to be filed 1/17/23, which should address: the parties' interest in participating in a settlement conference. The Court notes that the parties have failed to definitively address whether a settlement conference would be useful in recent status reports, despite direction from the Court dating back to 10/26/22 [186]. Thus, the Court strongly urges the parties to provide a concrete update in their next status report regarding the usefulness of a settlement conference. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877− 411−9748, and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.