# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO ALMODOVAR, JR. | ) | |
| | ) | Case No. 18 CV 2341 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM NEGRON | ) | |
| | ) | Case No. 18 CV 2701 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OLSZEWSKI'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM, PURSUANT TO LOCAL RULE 7.1, *INSTANTER***

Defendant Mark Olszewski, by his attorneys, The Sotos Law Firm, P.C., hereby moves this Honorable Court for entry of an order granting him leave to file an oversized Memorandum of Law in Support of his Motion for Summary Judgment in excess of fifteen pages, seeking an additional eight pages pursuant to Local Rule 7.1. In support of his motion, Defendant states as follows:

    1.    Plaintiffs Roberto Almodovar, Jr., and William Negron have each respectively filed eleven-count Complaints against Defendants City of Chicago and four of its former police

officers, including Defendant Olszewski, pursuant to 42 U.S.C. § 1983 and Illinois law, alleging that they were wrongfully convicted of the crimes of murder and attempted murder.

2. Defendant Olszewski's deadline to file his motion for summary judgment is December 21, 2022. (Dkt. 199.) Defendant Olszewski has prepared a memorandum in support of his motion for summary judgment (attached hereto as Exhibit A), which states that the undisputed material facts demonstrate that all of Plaintiffs' claims fail as a matter of law.

3. The undersigned has reviewed and edited the Memorandum of Law in an attempt to eliminate any redundant or unnecessary facts and arguments. Notwithstanding that effort, given the age and complexity of this case, the number of parties, the issues presented, and the voluminous evidentiary record, additional pages are necessary to adequately address all of Plaintiff Almodovar's and Plaintiff Negron's claims. Defendant Olszewski's Memorandum of Law in Support of his Motion for Summary Judgment exceeds the fifteen-page limit set by Local Rule 7.1 by eight pages, for a total of 23 pages.

4. This motion is not brought for the purposes of harassment or undue burden.

5. Additionally, on December 19, 2022, the undersigned conferred with Counsel for Plaintiffs, who had no objection to this motion.

6. Accordingly, Defendant Olszewski respectfully requests that this Court grant this motion and grant him leave to file a memorandum of law of 23 pages.

WHEREFORE, Defendants pray that this Honorable Court enter an order granting them leave to file their Memorandum with an additional eight pages, pursuant to Local Rule 7.1, *instanter*.

Date: December 21, 2022                                  Respectfully submitted,


                                                         /s/ Josh M. Engquist
                                                         JOSH M. ENGQUIST, Atty No. 6242849
                                                         Special Assistant Corporation Counsel
                                                         *One of the Attorneys for Individual Defendants*

James. G. Sotos
Caroline P. Golden
Josh M. Engquist
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
jengquist@jsotoslaw.com

# CERTIFICATE OF SERVICE

       I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, and that on Wednesday, December 21, 2022, I electronically filed the foregoing **Defendant Mark Olszewski' Unopposed Motion for Leave to File an Oversized Memorandum, Pursuant to Local Rule 7.1,** *Instanter* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

*Plaintiff's Attorneys:*

Jennifer A Bonjean
Ashley Blair Cohen
Diane O'Connell
Bonjean Law Group, PLLC
750 Lexington Ave., 9th Floor
New York, NY 10022
(718) 875-1850
jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com
diane@bonjeanlaw.com

*Attorneys for Defendant City:*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Patrick R Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 474-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
tcarney@rfclaw.com

*Attorneys for Defendant Reynaldo Guevara:*

Thomas More Leinenweber
James Vincent Daffada
Megan Kelly McGrath
Kevin Edward Zibolski
Michael John Schalka
Leinenweber Barone & Daffada LLC
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
(847) 251-4091
jim@ilesq.com
jim@ilesq.com
mkm@ilesq.com
kevin@ilesq.com

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Atty No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendant*