**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERTO ALMODOVAR, JR.,        ) | Case No. 18 CV 2341 |
|          Plaintiff,   ) | |
|        ) | Judge Joan B. Gottschall |
|       vs.        ) | |
|        ) | Mag. Judge M. David Weisman |
| REYNALDO GUEVARA, et al.   ) | |
|        ) | |
|          Defendants.   ) | |

| | |
|---|---|
| WILLIAM NEGRON,        ) | Case No. 18 CV 2701 |
|          Plaintiff,   ) | |
|        ) | Judge Joan B. Gottschall |
|       vs.        ) | |
|        ) | Mag. Judge M. David Weisman |
| REYNALDO GUEVARA, et al.,   ) | |
|        ) | |
|          Defendants.   ) | |

## EXHIBIT LIST

**Exhibit 1.**     Almodovar Dkt. #29, Defendants Halvorsen, Mingey and Olszewski's

Answer to Plaintiff Almodovar's Complaint.

**Exhibit 2.**     Negron Dkt. #95, Defendants Halvorsen, Mingey and Olszewski's Answer

to Plaintiff Negron's Amended Complaint.

**Exhibit 3.**     Illinois Appellate Court Order, *People v. Almodovar*, July 16, 1997.

**Exhibit 4.**     Illinois Appellate Court decision, *People v. Negron*, June 17, 1998.

**Exhibit 5.**     Mark Olszewski Deposition Transcript.

**Exhibit 6.**     Halvorsen Statement of Death Upon Record, Almodovar Dkt. #69 and

Negron Dkt. #69.)

**Exhibit 7.**    Order, March 26, 2020, Almodovar Dkt. #81.

**Exhibit 8.**    Order, March 24, 2020, Negron Dkt. #82.

**Exhibit 9.**    Sergio Almodovar Deposition Transcript.

**Exhibit 10.**    Kennelly Saez 11/28/1995 Trial Testimony.

**Exhibit 11.**    Reynaldo Guevara 11/29/1995 Trial Testimony.

**Exhibit 12.**    Jackueline Grande-Palin Deposition Transcript.

**Exhibit 13.**    Kennelly Saez Deposition Transcript.

**Exhibit 14.**    Rutherford Deposition Transcript.

**Exhibit 15.**    Gene Dembowski Deposition Transcript.

**Exhibit 16.**    John McMurray 11/29/1995 Trial Testimony.

**Exhibit 17.**    Vanecek Report.

**Exhibit 18.**    Joseph Silva 2/23/1996 Death Penalty Hearing Transcript.

**Exhibit 19.**    Mark Olszewski Declaration.

**Exhibit 20.**    Jose Rodriguez Jr. Deposition Transcript.

**Exhibit 21.**    Edward Wiora Deposition Transcript.

**Exhibit 22.**    William Negron Deposition Transcript.

**Exhibit 23.**    Jackueline Grande 11/29/1995 Trial Testimony.

**Exhibit 24.**    People's Group Exhibit 24 to the 1995 Criminal Trial, Twelve Polaroid Photos.

**Exhibit 25.**    Impounded Photographs, at Negron Plaintiff 43190-43191.

**Exhibit 26.**    Roberto Almodovar, Jr. Deposition Transcript.

**Exhibit 27.**    Roberto Almodovar 11/29/95 Trial Testimony.

**Exhibit 28.**    People v. Roberto Almodovar and William Negron, Indictment and True Bill

**Exhibit 29.**    Jackueline Grande 6/8/1995 Motion to Suppress Hearing Testimony.

**Exhibit 30.**    11/29/1995 Criminal Trial Transcript.

**Exhibit 31.**    06/08/1995 Motion to Suppress Hearing Transcript.

**Exhibit 32.**    11/28/1995 Trial Transcript.

**Exhibit 33.**    11/30/1995 Trial Transcript.

**Exhibit 34.**    02/23/1996 Sentencing Hearing Transcript.

**Exhibit 35.**    02/23/1996 Almodovar Order of Sentence and Commitment to IDOC.

**Exhibit 36.**    05/16/1996 Negron Order of Sentence and Commitment to IDOC.

**Exhibit 37.**    03/07/1996 Impound Order.

**Exhibit 38.**    Reynaldo Guevara Deposition Transcript.

**Exhibit 39.**    Halvorsen Dep. Tr. of 4/20/2018 in *Serrano/Montanez,* 17 cv 2869/4560.

**Exhibit 40.**    Halvorsen 2/6/2019 Dep. Tr. in *Serrano/Montanez,* 17 cv 2869/4560.

**Exhibit 41.**    Halvorsen 4/10/2019 Answers to Almodovar Interrogatories.

**Exhibit 42.**    Halvorsen 1/11/2019 Answers to Negron Interrogatories.