*Almodovar v. Guevara, et al.*
Case No. 18 CV 2341

*Negron v. Guevara, et al.*
Case No. 18 CV 2701

# EXHIBIT 22

```
1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                 EASTERN DIVISION

3   ROBERTO ALMODOVAR, JR.,     )
                                )
4           Plaintiff,     )
                                )
5        vs.              )   No. 18 CV 2341
                                )
6   REYNALDO GUEVARA, et al.,   )
                                )
7           Defendants.   )
    ------------------------  )
8   WILLIAM NEGRON,            )
                                )
9           Plaintiff,     )
                                )
10       vs.              )   No. 18 CV 2701
                                )
11   REYNALDO GUEVARA, et al.,   )
                                )
12          Defendants.   )

13

14        The video-recorded deposition of

15   WILLIAM NEGRON, taken pursuant to the Federal Rules

16   of Civil Procedure, before Kathleen A. Hillgard,

17   Certified Shorthand Reporter No. 084-004093, via

18   Zoom, on Monday, September 27, 2021, commencing

19   at 10:07 a.m. pursuant to notice.

20

21

22

23

24
```

Page 2

APPEARANCES:
   BONJEAN LAW GROUP, by
    MS. JENNIFER BONJEAN
    MS. ASHLEY COHEN
    (750 Lexington Avenue, 9th Floor
    New York, New York 10022
    718.875.1850
    Jennifer@bonjeanlaw.com
    Ashley@bonjeanlaw.com)
      appeared on behalf of the plaintiff
      Roberto Almodovar, Jr.;

   LOEVY & LOEVY, by
    MS. LINDSAY HAGY
    (311 North Aberdeen Street, Suite 3
    Chicago, Illinois  60607
    312.243.5900
    Lindsay@loevy.com)
      appeared on behalf of the plaintiff
       William Negron;
   ROCK FUSCO & CONNELLY, LLC, by
    MS. THERESA B. CARNEY
    (321 North Clark Street, Suite 2200
    Chicago, Illinois  60610
    312.494.1000
    Tcarney@rfclaw.com)
      appeared on behalf of the defendant
      City of Chicago;

   LEINENWEBER BARONI & DAFFADA, LLC
    MS. MEGAN K. McGRATH
    (120 North LaSalle Street, Suite 2000
    Chicago, Illinois 60602
    312.663.3003
    Megan@ilesq.com)
      appeared on behalf of the defendant
      Reynaldo Guevara;

Page 3

APPEARANCES: (Cont'd)
   SOTOS LAW FIRM, PC, by
    MR. JOSH M. ENGQUIST
    (141 West Jackson Boulevard, Suit 1240A
    Chicago, Illinois  60604
    630.735.3300
    Jengquist@jsotoslaw.com)
      appeared on behalf of the individual
      defendants.

   ALSO PRESENT:

    Mr. Roberto Almodovar, Jr.
    Mr. Juan Ordonez, Legal Videographer
             *  *  *  *  *  *  *

Page 4

I N D E X

Witness:                        Page

   WILLIAM NEGRON

   Examination by:

   Mr. Engquist..................     6
   Ms. Bonjean..................    198
   Ms. Hagy....................    208
   Mr. Engquist.................    213
   Ms. Bonjean..................    216

           E X H I B I T S

No.   Description            Marked/Referenced

 1 Court Reported Statement...............  46
 2 2018 Presentence Investigation Report..  55
 3 Social Assessment.....................   61
 4 03/09/91 Vehicle Theft Case Report.....  112
 5 07/19/91 Case Report...................  114
 6 11/19/92 Recovered Vehicle Report......  116
 7 Affidavit of Methods...................  178
 8 Northwestern Letter...................  183

   (Exhibits attached/scanned.)

           - - -

Page 5

1     THE VIDEOGRAPHER:  Good morning.  We are now
2  on the video record.
3        My name is Juan Ordonez.  I'm a
4  videographer in association with Urlaub Bowen &
5  Associates.
6        The date is September 27th, 2021, at
7  the time of 10:05 a.m.
8        We are present here today remotely
9  with reference to the case entitled Roberto
10  Almodovar, Jr. v. Reynaldo Guevara, et al.  This
11  case is filed in the United States District Court,
12  Northern District of Illinois, Eastern Division,
13  Case Number 18 CV 2341.  The witness is William
14  Negron.
15        Will the attorneys please identify
16  themselves for the record?
17     MR. ENGQUIST:  Josh Engquist on behalf of
18  defendants Olszewski, Mingey, and Halvorsen.
19     MR. CARNEY:  Theresa Carney on behalf of the
20  defendant City of Chicago.
21     MS. McGRATH:  Megan McGrath on behalf of
22  defendant Guevara.
23     MS. BONJEAN:  Jennifer Bonjean on behalf of
24  plaintiff Roberto Almodovar.

WILLIAM NEGRON, 09/27/2021               Page 6..9

Page 6

1    MS. HAGY:  And Lindsay Hagy on behalf of
2 Mr. William Negron.
3    MS. BONJEAN:  I think it's probably worth
4 pointing out that he is a party to this lawsuit
5 rather than a witness, which is what the
6 videographer just stated.  So I don't know if
7 anyone --
8    MR. ENGQUIST:  I was actually -- I was
9 actually going to say that, just to be clear for
10 the record.
11       Mr. Negron is a plaintiff in his own
12 lawsuit which is consolidated for the purposes of
13 discovery to this case.  It's Negron v. The City of
14 Chicago, et al., 18 CV 2701.
15    THE VIDEOGRAPHER:  Sorry about that.
16       Will the court reporter please swear
17 in the witness.
18       (Witness sworn.)
19       WILLIAM NEGRON
20 called as a witness herein, having been first duly
21 sworn, was examined and testified as follows:
22       EXAMINATION
23 BY MR. ENGQUIST:
24    Q.    Sir, could you please state your name

Page 7

1 and spell your last name for the record.
2    A.    William Negron, W-i-l-l-i-a-m
3 N-e-g-r-o-n.
4    Q.    And, Mr. Negron, what's your date of
5 birth?
6    A.    November 18, 1976.
7    Q.    Okay.  Mr. Negron, have you ever given
8 a deposition before?
9    A.    No.
10    Q.    All right.  I'm going to go through a
11 few of the ground rules just so we're kind of on
12 the same page and also just some things to keep in
13 mind since we're all doing this via Zoom.  Okay?
14    A.    Yes.
15    Q.    Okay.  First thing, nodding of the
16 head, shrugging of the shoulders, saying um-hmm and
17 uhn-uhn doesn't come across clear on the record.
18 So if you're going to be giving me a yes or no or a
19 yes or no to anybody else during questioning, it's
20 best that it's just oral and out loud.  All right?
21    A.    Okay.
22    Q.    Okay.  If you don't answer orally, then
23 we're probably going to be asking you is that a yes
24 or no.  Is that okay?

Page 8

1    A.    That's fine.
2    Q.    Okay.  Also, you're entitled to a break
3 whenever you really want one during this
4 deposition.  The only thing we ask is that if
5 there's a question pending, you answer that
6 question before you take a break.  All right?
7    A.    Okay.
8    Q.    If you don't understand a question, let
9 us know, and whoever's asking the questions will do
10 their best to rephrase it, repeat it, slow down, or
11 whatever we need to do so you understand it.  All
12 right?
13    A.    Okay.
14    Q.    If you don't understand a question,
15 just let us know.  Okay?
16    A.    Okay.
17    Q.    If you answer a question, we're going
18 to assume you understood it; is that fair?
19    A.    It's fair.
20    Q.    Okay.  Also, there'll be times during
21 this deposition that you'll probably know exactly
22 where I'm going with a question; however, the court
23 reporter can really only take down one voice at a
24 time.  So we really shouldn't -- we really can't

Page 9

1 speak over each other.
2       So if you wait until I'm done asking
3 the question before you start answering, that'll
4 make it a clearer -- clearer transcript.  Okay?
5    A.    Okay.
6    Q.    Also, I'll do my best to wait until
7 you're done answering before I ask the next
8 question.  Okay?
9    A.    Okay.
10    Q.    Also, I'm assuming there'll be
11 objections during -- during this deposition, and
12 I don't want to speak for your lawyer, but I know
13 for most of the objections you'll be answering
14 anyway over the objections.  Okay?
15    A.    Okay.
16    Q.    Also, you probably want to take a
17 little bit of a beat before you answer just so you
18 have time for other people to object, just because
19 if they start objecting over your testimony it gets
20 more and more confusing.  All right?
21    A.    Okay.
22    Q.    And, once again, the objections are for
23 the record only.  Okay?  Since we don't have a
24 judge here.  Okay?

WILLIAM NEGRON, 09/27/2021                                    Page 10..13

Page 10

1    A.    Okay.
2    Q.    All right.  Any questions so far?
3    A.    No.
4    Q.    Sir, have you had anything alcoholic to
5    drink today?
6    A.    No.
7    Q.    Okay.  Have you had any kinds of drug,
8    either prescription or otherwise, that would affect
9    your ability to be able to answer questions today?
10   A.    No.
11   Q.    Okay.  Where do you currently reside,
12   sir?
13   A.    Currently in Chicago.
14   Q.    Okay.  Can you give me the
15   neighborhood, please?
16   A.    It's close by Norridge.  It's on
17   Oleander Avenue.
18   Q.    Oh, okay.  You took your mask off.
19   Yeah, if you feel -- if you feel more comfortable
20   with your mask on, let us know, but apparently you
21   feel okay without the mask on now.
22   A.    Yeah.  It's fine without it.
23   Q.    Okay.  Now, prior to this deposition,
24   did you review any documents in preparation for the

Page 11

1    dep?
2    A.    Just glanced a few here and there.
3    Q.    Okay.  And when did you glance at a few
4    documents here and there?
5    A.    Not too long ago.  Before we started.
6    Q.    Was it today?
7    A.    Yes.
8    Q.    Okay.  And what documents did you
9    glance over?
10   A.    Those that -- the interrogatories,
11   Olszewski's, I can't really pronounce his name, and
12   Mingey's.
13   Q.    Anything else?
14   A.    No.
15   Q.    Okay.  Did you -- and what you're
16   talking about, you're talking about your answer to
17   their interrogatories, correct?
18   A.    Yes.
19   Q.    Okay.  Did you meet with anybody prior
20   to the deposition in order to prepare for the
21   deposition?
22   A.    No.
23   Q.    You didn't meet with your lawyer at
24   all?

Page 12

1    A.    No.  Just now.
2    Q.    Okay.  Your address there in Norridge,
3    do you live with anybody?
4    A.    Yes.  My wife.
5    Q.    And that was just -- actually, you just
6    got married recently; is that correct?
7    A.    Correct.
8    Q.    When did you get married?
9    A.    Friday.
10   Q.    Friday?
11   A.    Yeah.
12   Q.    Congratulations.
13   A.    Thanks.
14   Q.    So you had a weekend honeymoon, then
15   you're here doing a dep.
16   A.    Yes.
17   Q.    Okay.  What's your wife's last name?
18   A.    Cindy Flores.
19   Q.    And how long have you known Cindy?
20   A.    Close to two years.
21   Q.    So did you -- you didn't know her
22   before you were released from prison; is that fair
23   to say?
24   A.    Yeah.  Yes, it's fair.

Page 13

1    Q.    Okay.  Are you currently employed?
2    A.    Yes.
3    Q.    Where?
4    A.    A company called World Carrier.
5    Q.    And what do you do for World Carrier?
6    A.    I'm a delivery driver for them.  I
7    operate a 26-footer truck.
8    Q.    Okay.  So I'm assuming you have your
9    commercial driver's license; is that correct?
10   A.    Yes.  My Class C.
11   Q.    And how long have you been with World
12   Carrier?
13   A.    Since April this year.
14   Q.    And have you ever been employed at any
15   other place since your release other than World
16   Carrier?
17   A.    Yes.  I used to work for UPS.  I used
18   to work for Everflora when I was first released.  I
19   used to work for different agencies doing little
20   part-time jobs.  I've also worked for a -- it was a
21   food company.  It was called Various -- they were
22   kind of having problems with the name, so at the
23   end it was like called all day food.
24   Q.    Okay.  What did do you for UPS?

Page 14

1    A.    I was a driver as well.

2    Q.    And when did you work for UPS?  What

3 was the range, date range?

4    A.    It was around 2020 from -- I would say

5 from June to maybe September.

6    Q.    September of?

7    A.    2020.

8    Q.    2020?

9    A.    Yes.

10    Q.    Okay.  Why did you stop working for UPS

11 as a driver in September 2020?

12    A.    They -- they had a policy which was

13 called scratch.  And everything else I passed

14 except the scratch, which way was based on time.

15 You would start, in their definition, like your

16 punch-in time at starting deliveries is at

17 9:00 a.m.  You have 140 packages.  You have to be

18 done like at 1:06 p.m. or before.

19    Q.    So, I'm sorry, that scratch policy, was

20 that if you didn't meet your work deadlines for

21 when you had to be completed, it would count

22 against you and you were discharged; is that right?

23    MS. BONJEAN:  Objection; form, foundation,

24 misstates prior testimony.

Page 15

1 BY MR. ENGQUIST:

2    Q.    Sir, you can still answer the question.

3    A.    It was based on, just to clarify, if

4 you passed 1:06, that's -- you already basically

5 violated their policy, so it was more of a time of

6 speed.

7    Q.    Okay.  So you were -- you were

8 discharged from there, correct?

9    A.    Yes.

10    Q.    And what employment did you have from

11 September 2020 until April of this year when you

12 came on with World Carrier?

13    A.    From before, you mean, of World Carrier.

14    Q.    Well, you have UPS from June of 2020 to

15 September of 2020.  And I know you've been at World

16 Carrier since April of this year.  I'm wondering

17 what you did in between UPS and World Carrier?

18    A.    There was a company called All Day

19 Kitchen.  I worked there for maybe three months.

20 It was like a project that they were trying to come

21 from California to here and trying to bring the

22 business here, which I don't even think it pretty

23 much too much survived.  It was based on the same

24 thing of deliveries to other like food departments

Page 16

1 of different restaurants.

2    Q.    Okay.  And what -- what was the

3 timeframe of when you worked for All Day Kitchen?

4    A.    Three months.

5    Q.    But what were the dates?  Do you

6 remember the months?

7    A.    It was around from March of 2021

8 through I want to say like late January.

9    Q.    Oh, so January to March of 2021?

10    A.    Yes.

11    Q.    Okay.  And you had Everflora.  When did

12 you work for Everflora?

13    A.    Everflora, I started working for them

14 in 2019.  That was around in October of 2019.  And

15 I -- it was a project as well that they were trying

16 to expand.  I was hired there from an agency.  It

17 was -- I started from October and ended in December

18 of the same year.

19    Q.    And you were also delivery driver for

20 them, correct?

21    A.    No.  During the time I was more of

22 production, dealing with production.  It was like

23 labor job.

24    Q.    Was that your -- okay.  Maybe we should

Page 17

1 try to keep things in order so I don't miss

2 something.

3        What was your first employment after

4 being released from prison?

5    A.    Everflora.

6    Q.    Okay.  And after Everflora, what was

7 next?

8    A.    After Everflora, I had worked with

9 different agencies, so it was like different

10 project jobs.  Some of them was not -- it wasn't

11 titled, like say you would work at a Walmart or

12 something.  It was different like construction

13 companies, they needed assistance, and so they

14 would forward me there.

15    Q.    Okay.  And how long did you do these

16 project jobs for these different agencies?

17    A.    It was like different -- different

18 jobs or like different months, I'll be called.  So

19 it'll -- some will vary for like a month, some will

20 vary to like two months.

21    Q.    Do you remember the name of the agency

22 or agencies you were getting these jobs through?

23    A.    It was like Express Employment and

24 first one was Upper Deck Staffing.

WILLIAM NEGRON, 09/27/2021                                          Page 18..21

Page 18

1    Q.    Okay.  So Express Employment is an
2  agency that -- for jobs and then Upper Deck is also
3  a staffing job -- staffing agency, correct?
4    A.    Correct.
5    Q.    Okay.  And after the series of project
6  jobs to these different employment agencies, what
7  was the next employment that you had?
8    A.    I started -- oh, I thought somebody
9  said something.
10            After that, I started trying to
11  obtain my Class C and went to a company called
12  Morey Milk.
13    Q.    What was that again?
14    A.    I went to a company called Morey Milk
15  after obtaining my Class C.
16    Q.    Morey Milk?
17    A.    Yes.
18    Q.    Okay.  And what did you do for Morey
19  Milk?
20    A.    I started my job as a delivery driver.
21    Q.    And how long were you a delivery driver
22  for Morey Milk?
23    A.    Two months.
24    Q.    And why did you leave there?

Page 19

1    A.    COVID.
2    Q.    And just to be clear, you left because
3  the pandemic basically made your job disappear or
4  you had COVID yourself?
5    A.    No.  I was informed that my grandmother
6  possibly could have had and contracted COVID, so I
7  informed my boss.  He still wanted me to come in
8  regardless.  I basically asked the man if I could
9  just get checked because they work under Dean's
10  milk company and I did not want to pass this along,
11  if I did have it.  So he just wanted me to come in
12  regardless.
13    Q.    Okay.  So did you get fired or did you
14  quit because -- over that?
15    A.    Basically I quit.
16    Q.    And what was after Morey Milk?
17    A.    I went to UPS.
18    Q.    Okay.  So then after UPS, that's where
19  you are now, correct?
20    A.    Yes.
21    Q.    After UPS?
22    A.    Well, yeah.
23    Q.    World Carrier?
24    A.    Yes.

Page 20

1    Q.    Okay.  All right.  Prior to your
2  incarceration when you were I believe 17, did you
3  have any employment?
4    A.    Yes.  I used -- in Cook County, I was
5  just basically like a janitorial.  They would, you
6  know, just request us if we wanted to work with
7  them pertaining to the sheriff's.  So we would just
8  pass out food if we needed to or clean the day
9  room.  Anything that needed cloning.
10    Q.    That was while you were in custody at
11  the Cook County Jail?
12    A.    Correct.
13    Q.    Okay.  Prior to your being arrested and
14  brought into Cook County Jail, did you have any
15  employment?
16    A.    Yes.  I worked in the cafeteria
17  department in Stateville, Menard, and in Pontiac.
18    Q.    Okay.  Putting aside employment that
19  you had while you were in incarcerated, either at
20  Cook County Jail or the Illinois Department of
21  Correction, did you have any other employment
22  before being arrested and incarcerated?
23    A.    No.
24    Q.    How far did you go in school, sir?

Page 21

1    A.    Before I got incarcerated?
2    Q.    Yes.
3    A.    Sophomore.
4    Q.    And where were you a sophomore at?
5    A.    Roberto Clemente High School.
6    Q.    And why did you stop going to school at
7  your sophomore year?
8    A.    I was kicked out.
9    Q.    I'm sorry.  And how old were you
10  were -- when you were a sophomore when you got
11  kicked out of Roberto Clemente?
12    A.    Around the age of 14, 15 I'll say.
13    Q.    And why were you kicked out?
14    A.    Fighting.
15    Q.    Was this just one fight which caused
16  you to be expelled or was it a series of fights?
17    A.    It was just because of the fight.  The
18  principal was trying to I guess put some type of
19  policy that zero exemptions.  And so since I am in
20  the middle of a fight, I was just expelled.
21    Q.    Okay.  Was it just one fight that
22  caused you to get expelled?
23    A.    Far as I know, yes.
24    Q.    Do you recall the reason for this one

WILLIAM NEGRON, 09/27/2021                                    Page 22..25

Page 22

1 fight?
2      A.    The guy was making fun of another
3 gentleman that was in a class with us, how he
4 talked.  And I just felt like the guy was bullying
5 him.  So I asked him what was his problem, why is
6 he picking on him, and it escalated from there.
7      Q.    Okay.  So it wasn't gang involved at
8 all?
9      A.    No.
10     Q.    Okay.  Did you have any education,
11 formal education, after your sophomore year at
12 Roberto?
13     A.    Yes.
14     Q.    I'm sorry.  Putting to one side I know
15 you got your commercial driver's license.  We
16 already talked about that.
17            Anything else?
18     A.    Yes.  I got my diploma while I was in
19 prison.
20     Q.    And when did you get your GED?
21     A.    At around in 2010.
22     Q.    Okay.  Other than your GED in prison,
23 any other formal education?
24     A.    No.

Page 23

1      Q.    Sir, before your incarceration in 1994,
2 before you were arrested in 1994, did you belong to
3 a street gang?
4      A.    Yes.  I used to be an Insane Dragon.
5      Q.    And when did you join the Insane
6 Dragons, what age?
7      A.    It was around I would say maybe 13.
8      Q.    Did you ever belong to any other gang
9 other than the Insane Dragons?
10     A.    Before the Insane Dragons, I was going
11 to be a YLOD.
12     Q.    Okay.  You said you were going to be a
13 YLOD.  Did you ever become a YLOD?
14     A.    No.
15     Q.    And why did you not join the YLODs?
16     A.    First, a guy that was going to try to
17 initiate me, I got jumped by another gang, and he
18 ran off and left me there.  There was more than one
19 factor into it.  It was also I didn't really know
20 all the YLODs or anything, so I didn't feel like a
21 sense of joining a gang that I did not know any
22 persons besides him.
23     Q.    Okay.  Who was this person that was
24 going to initiate you into the YLODs?

Page 24

1      A.    Little Man.
2      Q.    Do you remember Little Man's name,
3 government name, I guess?
4      A.    No.  I don't no his name like that.
5      Q.    Okay.  And what year was that or what
6 was the timeframe in which you were going to --
7 where you were deciding whether or not to become a
8 YLOD?
9      A.    It was around -- I would say around the
10 time of my freshman year in high school.
11     Q.    And you said this was -- I guess Little
12 Man was the one that was going to initiate you into
13 the gang, into the YLODs?
14     A.    Yes.
15     Q.    Okay.  Do you remember what section of
16 the YLODs or where he -- where he hung out was?
17     A.    He was trying to initiate me for an
18 area called the -- two streets were Richmond and
19 George.
20     Q.    And where did you live your freshman
21 year in high school?
22     A.    Doing the freshman, if I recall
23 correctly, it was living on Fairfield and Augusta.
24     Q.    Okay.  And did you live there the

Page 25

1 entire time that you were in high school your
2 freshman and sophomore year?
3      A.    No.  In sophomore more year I was -- my
4 mother had -- within around that range, my mother
5 decided to move to Kimball and Belle Plaine.
6      Q.    Kimball and Belle Plaine as a
7 sophomore, that's where you moved to?
8      A.    Yeah.  It's around the time within
9 freshman and sophomore, but for sure sophomore.
10     Q.    Okay.  Was there a certain gang that
11 was more prevalent near the Kimball and Belle
12 Plaine address that you lived?
13     MS. BONJEAN:  Objection; form, foundation.
14     MS. HAGY:  You can answer.
15     THE WITNESS:  I believe it was the Simon City
16 Royals.
17 BY MR. ENGQUIST:
18     Q.    So you joined the Insane Dragons when
19 you were approximately you said 13 years old, your
20 sophomore year, correct?
21     A.    Yes.  Around that, yeah.
22     Q.    All right.  Who -- was there to I guess
23 initiate you into the Insane Dragons?
24     MS. BONJEAN:  Objection to the form and

WILLIAM NEGRON, 09/27/2021                                    Page 26..29

Page 26

1 foundation of that question.
2    MS. HAGY:  Join.
3    THE WITNESS:  The one who initiated me, well,
4 I guess I don't really understand the question.
5 Like I want to just make sure you ...
6    MR. ENGQUIST:  Oh, yeah.  Sure.  I'll -- if
7 you don't understand, that's fine.  I'll explain
8 it.
9 BY MR. ENGQUIST:
10    Q.    Earlier you said that Little Man was
11 going to initiate you into the YLODs?
12    A.    Correct.
13    Q.    And that's why I was using that term
14 when I was talking about the Insane Dragons.
15    A.    Oh.
16    Q.    So maybe -- maybe that's -- when you
17 said he was -- when you said Little Man was going
18 to initiate you into the YLODs, maybe it's best to
19 start going backwards a little bit ask:  What do
20 you mean he was going to initiate?
21    A.    He was the one that was just basically
22 trying to convince me to join the YLODs instead.
23    Q.    Okay.  So he was -- he was recruiting
24 you?

Page 27

1    A.    Yes.
2    Q.    Okay.
3    A.    Yeah.
4    Q.    All right.  So when you talked about
5 him initiating you, you were talking about him
6 recruiting you; is that --
7    A.    Yeah, correct.
8    Q.    -- fair to say?
9    A.    Correct.
10    Q.    Okay.  So who recruited you into the
11 Insane Dragons?
12    MS. HAGY:  Objection; form, foundation.
13    MS. BONJEAN:  Join.
14    THE WITNESS:  The one who initiated me --
15 there was different guys that had got me in, but
16 the one who basically initiated me was Roberto
17 Almodovar, Jr.
18 BY MR. ENGQUIST:
19    Q.    And you said there were other people as
20 well?
21    A.    Yeah.  There was other people, but I
22 really didn't know them.
23    Q.    Okay.  Do you remember any of their
24 names or even nicknames?

Page 28

1    A.    One was Lucky.  The other than was
2 M-Dog.  But that was about it.
3    Q.    Okay.  How long had you known -- or I'm
4 sorry.
5         When did you first meet Roberto
6 Almodovar, Jr.?
7    A.    I've known Roberto Almodovar, Jr. since
8 we were young.  To the exact year, I can't really
9 say.
10    Q.    Okay.  But when you say "young," I --
11 everything's kind of relative.  You were 13 when
12 you joined the Insane Dragons.
13         So when you're talking young, can
14 you give me an idea of what you mean by young?
15    A.    It could have been before the age
16 of 13, of course.  That's what I mean.  I'm --
17 maybe just ballpark, I could have been like maybe
18 11 -- I mean, sorry, about 12.  It could have been
19 11.  Can't really say.
20    Q.    Okay.  And how did you first come to
21 meet Roberto Almodovar, Jr.?
22    A.    I believe it was we lived around close
23 by the same area.
24    Q.    And when you say, you know, he

Page 29

1 initiated you, and you talked about before that
2 being recruitment, what kind of things were done to
3 help recruit you into the Insane Dragons?
4    A.    I don't understand.  Like what, filing
5 an application or something?  I don't understand.
6    Q.    Well, I doubt if there was a written
7 application.
8    A.    Yeah.
9    Q.    Am I right on that?
10    A.    Yeah, correct.
11    Q.    Okay.
12    A.    I just wanted to be clear.
13    Q.    Well, earlier you were talking about
14 Little Man and then you didn't feel basically too
15 safe with Little Man because he didn't have your
16 back during a fight when you were jumped.
17    A.    Correct.
18    Q.    So I'm wondering what type of things
19 were either promised or told to you that helped
20 initiate you into the Insane Dragons?
21    MS. HAGY:  Objection; form, foundation.
22         You can answer.
23    MS. BONJEAN:  I'm going to.  I'm sorry.
24 Joint that objection.  I -- I don't know what it

WILLIAM NEGRON, 09/27/2021                                    Page 30..33

Page 30

1  means, but go ahead.
2      THE WITNESS:  I just -- after when I was
3  about to join, they just -- we just talked.  And
4  since a lot of them I -- I kind of grew up with
5  them, I was just like what they call a walk-in.
6  BY MR. ENGQUIST:
7      Q.   And what does that mean to be a
8  walk-in?
9      A.   I'm assuming no physical harm.
10     Q.   So you weren't violated into the gang?
11     A.   Correct.
12     Q.   Did you have any other family members
13 that were members of the Insane Dragons at that
14 time?
15     A.   No.
16     Q.   Do you know if Roberto had other family
17 members that were members of the Insane Dragons?
18     MS. BONJEAN:  Objection; form, foundation.
19     MS. HAGY:  Join.
20     THE WITNESS:  I believe some of his cousins
21 were.
22 BY MR. ENGQUIST:
23     Q.   Was -- do you remember a cousin named
24 Sergio?

Page 31

1      A.   Yes.
2      Q.   Was he a member of the Insane Dragons?
3      A.   During the time when I turned, yes.
4      Q.   Do you remember another member
5  Mr. Almodovar's family by the name of Edwin?
6      A.   Yes.
7      Q.   Okay.  I believe his nickname was
8  Little E back then; is that correct?
9      A.   Yeah, I believe so.
10     Q.   Okay.  Was he a member of the Insane
11 Dragons?
12     A.   Back then, yes.
13     Q.   Did Edwin have any rank within the
14 Insane Dragons, if you know?
15     MS. BONJEAN:  Objection; form, foundation.
16     MS. HAGY:  Join.
17     THE WITNESS:  No, I don't -- I don't know.
18 BY MR. ENGQUIST:
19     Q.   Did you ever have any rank within the
20 Insane Dragons?
21     MS. BONJEAN:  Same objections.
22     MS. HAGY:  Join.
23     THE WITNESS:  No.
24

Page 32

1  BY MR. ENGQUIST:
2      Q.   Do you know if Roberto Almodovar, Jr.
3  had any rank with the Insane Dragons?
4      MS. BONJEAN:  Objection; form, foundation.
5      MS. HAGY:  Join.
6      THE WITNESS:  No.
7  BY MR. ENGQUIST:
8      Q.   You don't know?
9      A.   No, I don't.
10     Q.   Was there a certain section with the --
11 of the Insane Dragons that you were a part of?
12     MS. HAGY:  Objection, form.
13     MS. BONJEAN:  Foundation.
14     MS. HAGY:  Join.
15     THE WITNESS:  I was -- during the time I was
16 from -- I first started on Belden and Normandy.
17 BY MR. ENGQUIST:
18     Q.   And who else were members out there or
19 part of that section at Belden and Normandy?
20     A.   Say again.
21     Q.   Who else were members of the Insane
22 Dragons at that section at Belden or Normandy?
23     MS. HAGY:  Objection; form, foundation.
24     MS. BONJEAN:  Joint.

Page 33

1      THE WITNESS:  During that time, it was --
2  when I first turned, it was Roberto Almodovar and
3  then it was Sergio.
4  BY MR. ENGQUIST:
5      Q.   Do you remember the Hassem brothers,
6  Dean Hassem and Nurudeen Hassem?
7      A.   I believe we called him Dean, if that's
8  the same guy.
9      Q.   Okay.  Was he also a member up there?
10     A.   The -- yeah.
11     Q.   You said you start off at Belden and
12 Normandy.
13         Did you move to a different section
14 later on within the Insane Dragons?
15     A.   Yes.  I was the moved to Fairfield and
16 Augusta.
17     Q.   And why is that?
18     A.   I couldn't really get to the commute.
19     Q.   How long were you -- did you consider
20 yourself a member of the section of Insane Dragons
21 at Belden and Normandy?
22     A.   It wasn't long.  It was a matter of
23 months.  I really can't say if it could have been
24 six months or three months.

WILLIAM NEGRON, 09/27/2021                              Page 34..37

Page 34

1     Q.    After you moved to the different
2  section at Fairfield and Augusta of the Insane
3  Dragons, did you still have contact with other
4  members of the Belden or Normandy section?
5     A.    Yes, whenever they came and drove by.
6     Q.    Do you remember who the -- I guess the
7  leader of your section was when you -- at Fairfield
8  and Augusta?
9        MS. HAGY:  Objection; form, foundation.
10       MS. BONJEAN:  Join.
11       THE WITNESS:  No.  Somebody of my age, I
12  doubt it that they would reveal something like that
13  being that I was, you know, just an adolescent.
14  BY MR. ENGQUIST:
15    Q.    Okay.  And who was in charge of the
16  section at Belden and Normandy?
17    A.    I don't even know, to be honest.
18       MS. BONJEAN:  Objection.
19       MS. HAGY:  Join.
20       MS. BONJEAN:  Same objection.
21  BY MR. ENGQUIST:
22    Q.    Do you remember an Insane Dragon by the
23  name -- with the nickname Woody?
24       MS. HAGY:  Objection; form, foundation.

Page 35

1        MS. BONJEAN:  Same.
2        THE WITNESS:  Yeah.  I know who's Woody.
3  BY MR. ENGQUIST:
4     Q.    And do you know Woody's real name or
5  given name?
6     A.    I believe it's Leandro or something
7  like that.
8     Q.    Okay.  Leondro Marin or Leondro Marin
9  Maysonet Maria, does that ring a bell?
10    A.    No.  I just know him by Leandro if
11  anything.
12    Q.    Okay.  And what section was Leandro a
13  member of the Insane Dragons?
14       MS. HAGY:  Objection; form, foundation.
15       MS. BONJEAN:  Join.
16       THE WITNESS:  I really don't know.
17  BY MR. ENGQUIST:
18    Q.    Were you friends with Leandro?
19    A.    We weren't really that tight like that.
20    Q.    Okay.  So from the age of 13 until
21  you -- well, actually, when did you stop being a
22  member of the Insane Dragons?
23    A.    In 1994.
24    Q.    And why did you stop in 1994?

Page 36

1     A.    I started having problems with some of
2  the -- the gang members, I guess, from my area.
3     Q.    And do you remember when in 1994 you
4  started having problems with the gang members in
5  your area?
6     A.    When they stopped?
7     Q.    No.  When did -- do you remember when
8  that started, when you started having these
9  problems with the gang members in your area?
10    A.    I would say around in June of '94.
11    Q.    Okay.  So when did you -- in what month
12  in 1994 do you believe you stopped being a member
13  of the Insane Dragons?
14    A.    I would say around August of '94.
15    Q.    When you stopped being a member of the
16  Insane Dragons in August of 1994, did you have to
17  notify anybody?  Did you have to do anything in
18  order to stop being a member?
19    A.    I believe my grandfather was involved
20  in it.  He knew a guy by the name of Abel.  He
21  talked to him.  And Abel had discussed it with a
22  few people, I guess.  And he just said, Here,
23  you're -- you're officially out.
24    Q.    Okay.  And -- all right.  What was your

Page 37

1  grandfather's name?
2     A.    Hilario.
3     Q.    Is it also Negron?
4     A.    No.  It's Ortiz.
5     Q.    Was Hilario a member of the Insane
6  Dragons?
7     A.    No.  My grandfather's never been
8  affiliated.
9     Q.    Okay.  How did your father know to talk
10  to able in order to get you out of the Insane
11  Dragons?
12       MS. HAGY:  Objection; form, foundation.
13       THE WITNESS:  It wasn't my father.  It was my
14  grandfather.
15  BY MR. ENGQUIST:
16    Q.    I'm sorry.  Your grandfather?
17    A.    He -- I guess he knew him from around
18  the area of -- of, you know, just I guess talking
19  to people.
20    Q.    So had you had a previous conversation
21  with your grandfather Hilario about getting out?
22    A.    Yes.
23    Q.    Okay.  Sorry.  I had to close
24  something.  I had too many things open on my

WILLIAM NEGRON, 09/27/2021

Page 38..41

Page 38

1 screen.
2          What kind of problems were you
3 having with your fellow gang members?
4     A.   That was dealing with something dealing
5 with my brother.  My brother was -- I don't know
6 what he was doing, but it was involving with him
7 until threats were made to my grandparents.  And
8 that's when everything took a whole different toll.
9     Q.   And what was -- was your brother a
10 member of the Insane Dragons?
11     A.   No.  My brother's never been
12 affiliated.  I really don't know what really
13 happened with the whole deal pertaining to my
14 brother.  My grandfather was really worked up about
15 it, but he was more like angry at me because these
16 were the same guys that I was affiliated or, you
17 know, back then associating with.  So that's what
18 took a whole toll of me just getting on out,
19 especially when it was threats being made to my
20 grandparents of moving and et cetera.
21     Q.   Okay.  And what kind of -- you said
22 threats were being made.  Were threats being made
23 to your grandparents by members of the Insane
24 Dragons?

Page 39

1     A.   According to my grandfather, yes.  He
2 just didn't want to say from whom, but he just
3 said, It was your friends, your guys.  And that's
4 what made everything of the whole transformation
5 for me.
6     Q.   Did you ever talk to your fellow
7 members of the Insane Dragons to find out what was
8 going on with them and your brother and your
9 grandparents?
10     MS. HAGY:  Objection, vague.
11     THE WITNESS:  Yeah.  I tried to ask a few
12 people, but some of them just didn't want to get
13 involved; some of them were just -- they just --
14 they really didn't know what was going on.  So I
15 was just in the dark.
16 BY MR. ENGQUIST:
17     Q.   Have you ever talked to your brother
18 about why this -- this tension started between your
19 gang and him in 1994?
20     A.   No.  I really never asked him about it
21 since, you know, while being in prison, you know,
22 my grandfather passed away and all that.  So I
23 really just didn't want to surface any type of
24 old -- old news.

Page 40

1     Q.   Well, did you ever talk to him back in
2 1994, your brother, about it in 1994 about what was
3 going on?
4     A.   No.  My brother and I, we weren't
5 really as tight back then.
6     Q.   Where did you live back in -- back in
7 June of 1994?
8     A.   In Belle Plaine.
9     Q.   And did you live there all the way up
10 until the time of your arrest?
11     A.   Yes.
12     Q.   And who did you live with -- I'm sorry.
13 Let me start -- was it a house or an apartment?
14     A.   It was an apartment.
15     Q.   And who did you live with?
16     A.   My mother, Sara Ortiz.
17     Q.   Anyone else?
18     A.   No.
19     Q.   And where did your brother live?
20     A.   My brother was staying with my
21 grandparents during the time.
22     Q.   And where did they live?
23     A.   On Rockwell and Augusta.
24     Q.   Do you know an Antonio Guzman?

Page 41

1     A.   Yes.
2     Q.   And who's Antonio Guzman?
3     A.   Antonio Guzman was a guy that I met
4 while in -- incarcerated in Cook County Jail.
5     Q.   Do you know if he belonged to a gang?
6     A.   The last I know, it was Spanish Cobras.
7     Q.   Have you kept in touch with Antonio
8 Guzman?
9     A.   Yes.
10     Q.   Okay.  And where is he now?
11     A.   I really don't know where he lives at,
12 but we just communicate through phone, if anything,
13 like text messages, or if not he'll call me, or
14 through messenger.
15     Q.   Did Antonio -- did you spend time with
16 Antonio Guzman while you were incarcerated within
17 the Illinois Department of Corrections?
18     A.   Correct.
19     Q.   Okay.  And where did you know him -- or
20 I'm sorry.  Which -- which facility was that?
21     A.   Division 9 in Cook County Jail, 3A, to
22 be precise.
23     Q.   Okay.  After Division 9, Cook County
24 Jail, how did you keep in touch with him after that

WILLIAM NEGRON, 09/27/2021                                    Page 42..45

Page 42

1  point?

2      A.    He reached out to me through messenger
3  when I was released.

4      Q.    When you're saying "messenger," is that
5  the -- the associated app with Facebook?

6      A.    Correct.

7      Q.    Would you consider Antonio Guzman a
8  friend?

9      A.    Yes.

10     Q.    Did you keep in touch with him at all
11  while you were incarcerated within Cook -- within
12  the Illinois Department of Corrections?

13     A.    No.

14     Q.    Now, sir, you were convicted of two
15  different murders, correct?

16     A.    Correct.

17     Q.    Okay.  And we'll talk about your --
18  your arrest in this case, but you -- you were
19  involved in another murder that took place before
20  the murder of -- the shooting of Jacqueline Grande
21  and the murder of her friend; is that correct?

22     MS. HAGY:  Objection; form, foundation.

23     THE WITNESS:  Yeah.  I was -- I was charged
24  for an unrelated murder.

Page 43

1  BY MR. ENGQUIST:

2      Q.    Okay.  And that was a Mr. Baez; is that
3  correct?

4      A.    Yeah, Antonio Baez.

5      Q.    And did you know Antonio Baez?

6      A.    No.

7      Q.    Do you know what gang Antonio Baez
8  belonged to at the time of his death?

9      MS. HAGY:  Objection; form, foundation.

10     THE WITNESS:  The only thing it was -- what
11  I've heard, he was a retired Insane Dragon.

12  BY MR. ENGQUIST:

13     Q.    Now, if I remember correctly, you don't
14  contest the fact that you committed that murder,
15  correct?

16     MS. HAGY:  Objection; form, foundation.

17     THE WITNESS:  Say again.  I don't contest?

18  BY MR. ENGQUIST:

19     Q.    Yeah.

20           Did you murder Antonio Baez?

21     A.    No.

22     Q.    Are you saying that you're also
23  innocent of that crime?

24     A.    Correct.

Page 44

1      Q.    Were you present when Antonio Baez was
2  killed?

3      MS. HAGY:  Objection; form, foundation.

4      THE WITNESS:  No.

5      MR. ENGQUIST:  I'm sorry.  Going to pull up
6  some documents here.

7  BY MR. ENGQUIST:

8      Q.    Do you know Miquel Serrano is?

9      A.    No.

10     MR. ENGQUIST:  Okay.  Lindsay, we sent over
11  exhibits earlier.  I don't know -- did you have a
12  chance to print them out or not or should I be
13  sharing the screen?

14     MS. HAGY:  I was trying to get my paralegal
15  to print them out.  I don't know that that has
16  happened yet.

17     MR. ENGQUIST:  Do you --

18     MS. HAGY:  So --

19     MR. ENGQUIST:  Do you happen to have the
20  court reported statement of your client having to
21  do with the Baez murder?

22     MS. HAGY:  I might not have my hands on it
23  right now.  I -- if you want to take break, I can
24  go print everything.  We just -- I didn't have time

Page 45

1  to print it myself.

2      MR. ENGQUIST:  No, that's -- that's
3  absolutely fine.  Why don't we just take like a --
4  how long do you think you want?  Ten minutes, five
5  minutes, what do you think?

6      MS. HAGY:  Ten minutes, I -- I should be able
7  to get it.

8      MR. ENGQUIST:  Ten minutes.  That's great.

9           Why don't we go off the record and
10  come back at ten after 11:00.

11     THE VIDEOGRAPHER:  We're off the record at
12  11:01.

13           (Recess taken.)

14     THE VIDEOGRAPHER:  We're back on the record.
15  Time is 11:16 a.m.

16  BY MR. ENGQUIST:

17     Q.    Okay, sir.  We took a break.  And I
18  know your attorney printed out the copy of the
19  court reported statement, and I believe, just for
20  record, CCSA -- you have to look at the number at
21  the bottom, it's CCSAO 00235 all the way to
22  00SAO -- I'm sorry, CCSAO 00254.  Is that correct?

23     A.    Yes.

24     Q.    Okay.  Why don't we have that marked as

WILLIAM NEGRON, 09/27/2021                                    Page 46..49

Page 46

1  Exhibit Number 1.
2       Sir, have you ever seen this before?
3       A.   No, not like this.
4       Q.   Okay.  Did you see it in a different
5  format other than what -- like this?
6       A.   Yes.  It was a -- like a -- like
7  handwritten or something.  It was something like
8  that.
9       Q.   Okay.  You don't recall ever viewing it
10 typed up as a court reported statement before?
11      A.   Not that I recall.
12      Q.   Okay.  Well, let's look at the very
13 first page on the bottom.  In the middle of that,
14 there's some handwriting on the bottom.
15      Is that your -- is that your
16 signature, sir?
17      A.   Yeah.  It looks like it.
18      Q.   Okay.  And if we go to the next page,
19 page 2, is that also your signature?
20      A.   Yes.
21      Q.   Okay.  Why don't you go through.  I --
22 and I believe your signature's on all the pages on
23 the bottom.  If you can take a quick peek and let
24 me know if those are -- if that's all your

Page 47

1  signatures, if that's your signature on all of
2  them.
3       A.   Yes.
4       Q.   Okay.  And on the very last page, it
5  also has -- it has -- your signature's in two
6  different spots, correct?
7       A.   Yes.
8       Q.   Okay.  Do you recall signing this, sir,
9  back on September 20th, 1994?
10      A.   No.  I remember like it was like
11 handwritten, if I was -- if I'm correct.
12      Q.   Okay.  Do you think someone put your
13 signature on these typed pages at some point
14 afterwards?
15      A.   Maybe, possibly.  I don't know.
16      Q.   Okay.  Are you aware that this -- this
17 document right here was actually used during your
18 criminal trial having to do with the murder of
19 Antonio Baez?
20      A.   Yes.  I knew it was a statement that
21 was used against in the trial, but I've never seen
22 it like this.  It was -- to my recollection, it was
23 never brought up to me, if I'm correct.
24      Q.   Okay.  Sir, have -- are you familiar

Page 48

1  that in this -- this statement that was given on
2  September 20th, 1994, to Assistant State's Attorney
3  John O'Grady and a detective from Area 4 by the
4  name of Thomas O'Grady that you admitted to being
5  involved in the shooting and murder of Mr. Baez?
6       MS. HAGY:  Objection; form, foundation.
7       THE WITNESS:  Yes.  This was according to
8  them, yes.
9  BY MR. ENGQUIST:
10      Q.   Okay.  Did you actually tell them that
11 or is this all made up?
12      A.   A lot of it is -- is basically made up.
13 I believe it was just fabricated.  They would ask
14 me questions in regards to if I was upset what
15 occurred out there.  And I said, yeah, naturally,
16 of course, you know, something like this, yeah, I
17 was upset.  They were bringing up like another
18 crime pertaining to another fellow they said Dragon
19 Alfredo, if I was upset at that.  And I said I knew
20 him, but not as much, but yeah, I was -- you know,
21 I was kind of upset.
22      But I believe a lot of this was
23 fabricated.  Being that I was young, they just
24 said, you know, if you just sign here, then you're

Page 49

1  good to go.  I really didn't see what was being
2  written or anything.  I didn't know any of the
3  process.  I was about -- frequently about a week
4  later after being charged for -- for the -- in
5  regards to the Guevara, I was being called to this.
6  So I was just like at a total -- blown away by
7  everything and just after one thing after another
8  thing just happening.  But a lot of this, no, I
9  really don't know too much about all of this, just,
10 you know, what's -- what was said in court.
11      Q.   Okay.  Sir, do you realize that this
12 transcript here purport to be a typed up transcript
13 by a court reporter by the name of Cordelia Busse
14 Wert, first page.
15      A.   Oh, yes.  I see it now.
16      Q.   Okay.  And, sir, do you recall when you
17 were speaking to the assistant state's attorney
18 regarding the murder of Mr. Baez that there was a
19 person in the room who was typing up things as
20 people were speaking?
21      A.   No.  I don't recall anybody in the room
22 besides just me and the two individuals that were
23 brothers.
24      Q.   Who's Dino?

WILLIAM NEGRON, 09/27/2021                                    Page 50..53

Page 50

1    A.   I don't know who's Dino.
2    Q.   Pedro Dungerea?
3    A.   Oh, Dino.
4    Q.   Yeah.
5    A.   He was the co-defendant for that case.
6    Q.   Okay.  Was he also a member of the
7  Insane Dragons?
8    MS. HAGY:  Objection; form, foundation.
9    THE WITNESS:  During the time, yes.
10 BY MR. ENGQUIST:
11   Q.   Okay.  Were you friends with him?
12   A.   Not -- not as tight.
13   Q.   Okay.  Did you ever hang out with him?
14   A.   A few times.
15   Q.   Okay.  And what was your nickname, sir,
16 when you were in the Insane Dragons?
17   A.   Snoopy.
18   Q.   Okay.  Did you get that nickname from
19 the gang or did you have it beforehand?
20   A.   No.  From the gang.
21   Q.   Okay.  Do you still go by Snoopy?
22   A.   No.
23   Q.   Okay.  Do you remember a friend of
24 yours by the name of Tony who lived at Washtenaw

Page 51

1  and Walton?
2    MS. HAGY:  Objection; form, foundation.
3    THE WITNESS:  Yes.
4  BY MR. ENGQUIST:
5    Q.   Okay.  Do you remember Tony's last
6  name?
7    A.   If I'm correct, it's Gonzales, but I'm
8  not really sure.
9    Q.   Okay.
10   A.   To be honest.
11   Q.   Did Tony have a nickname?
12   A.   Casper.
13   Q.   Okay.  Was he also a member of the
14 Insane Dragons?
15   A.   No.  He was -- during the time, I
16 believe he was an Insane Campell Boy.
17   Q.   Insane what?
18   A.   Campell Boy.
19   Q.   Okay.  Were you a friend of his?
20   A.   Yeah.  I was okay with him.
21   Q.   Okay.  Would you ever go to his house
22 and hang out?
23   A.   We went there, yes, a few times.
24   Q.   Okay.  Do you know who Silent is?

Page 52

1    A.   No.  I didn't really know him like
2  that.  If anything, I might have seen him here and
3  there, but I didn't socialize with him.
4    Q.   Okay.  Was he an Insane Dragon?
5    A.   As far as what I recall, yeah.  Well,
6  what I heard.
7    Q.   Okay.  Sir, did you ever handle a gun
8  while you were a member of the Insane Dragons?
9    MS. HAGY:  Objection, vague.
10   MS. BONJEAN:  Objection; form, foundation.
11   THE WITNESS:  No.  I've never held a gun as
12 far as when I was a Dragon.  If anything, it'd be a
13 bat or something like that if something ever
14 happens or physical.
15 BY MR. ENGQUIST:
16   Q.   Okay.  So in this transcript, in this
17 court reported statement, where you indicate that
18 you had a 9 millimeter that was given to you to
19 hold, that would be -- that would be false.  Is
20 that what you're saying?
21   A.   Yes.
22   Q.   Who's Baby Shark?
23   A.   Far as I know, he's a Dragon.
24   Q.   Okay.  Was he a friend of yours?

Page 53

1    A.   No.
2    Q.   Okay.  Did you ever hang out with him?
3    A.   No.
4    Q.   Okay.  Sir, do you recall ever pointing
5  a gun at a person and then trying to disengage the
6  hammer and it going off accidentally?
7    MS. HAGY:  Objection; form, foundation.
8    THE WITNESS:  No.
9  BY MR. ENGQUIST:
10   Q.   Okay.  So if that's in this court
11 reported statement, that would be made up too; is
12 that correct?
13   MS. HAGY:  Objection; form, foundation.
14   THE WITNESS:  Yes.
15 BY MR. ENGQUIST:
16   Q.   Okay.  You want a minute to read it
17 over to tell me if there's anything in there that
18 is true?
19   MS. HAGY:  Objection; form, foundation,
20 argumentative.
21   MR. ENGQUIST:  I was asking if he wanted to
22 read it.
23   THE WITNESS:  No.
24

WILLIAM NEGRON, 09/27/2021                                    Page 54..57

Page 54

1  BY MR. ENGQUIST:
2      Q.   Okay.  Sir, do you remember
3  testifying -- we can put that Exhibit Number 1
4  away.
5            But do you remember testifying in
6  your criminal -- in the defense in your criminal
7  case?
8      A.   Yes.
9      Q.   For the Baez case?
10     A.   Yes.
11     Q.   Okay.  Do you recall your testimony
12 that you were -- and tell me -- do you recall that
13 you were saying that you only went along with the
14 statement because you were told you were involved
15 in the murder, but you were too drunk and didn't
16 remember?
17     MS. HAGY:  Objection; form, foundation.
18     THE WITNESS:  Yes.  I remember saying
19 something like that.
20 BY MR. ENGQUIST:
21     Q.   Was that true?
22     A.   No.  It was kind of like I was kind of
23 drunk during that day and I was trying to explain
24 it; but so many objections and everything, I felt

Page 55

1  like I couldn't get my whole story out.
2      Q.   But -- but my question is is that true,
3  that you were told by another gang member that you
4  were involved with it, that's why you gave your
5  statement the way you did to the police?
6      MS. HAGY:  Objection; form, foundation.
7      THE WITNESS:  No.
8  BY MR. ENGQUIST:
9      Q.   Okay.  Let me find the spot here.  One
10 second.
11           Sir, do you recall ever admitting to
12 your guilt in the -- in the Baez murder?
13     MS. HAGY:  Objection; form, foundation.
14     THE WITNESS:  No.
15     MR. ENGQUIST:  Okay.  Let me pull up --
16 sorry.  Give me one second.
17           Lindsay, screen share -- do you have
18 the April 24th, 2018, presentence investigation
19 report?
20     MS. HAGY:  No, I don't.
21     MR. ENGQUIST:  Okay.  I'll screen share it.
22 That's fine.
23     MS. BONJEAN:  This is the PSI?
24     MR. ENGQUIST:  Yes.

Page 56

1      MS. BONJEAN:  Okay.
2      MR. ENGQUIST:  It's Bates stamped CCSAO.38
3  through 44.
4  BY MR. ENGQUIST:
5      Q.   Okay.  Sir, do you see what's on the
6  screen right now?
7      A.   Yes.
8      Q.   Okay.  And it was filed with the court
9  on May 15th, 2018, according to the file stamp on
10 the top?
11     A.   Um-hmm.
12     Q.   Is that --
13     A.   Yes.  Sorry.
14     Q.   Don't worry about it.  It happens to
15 everybody?
16           Has in here that your attorney at
17 the time was Ainsworth, R. Ainsworth?
18     A.   Yes.
19     Q.   That's Russell; is that correct?
20     A.   Correct.
21     Q.   Okay.  And this was -- this report was
22 generated on April 24th, 2018, or that's when it
23 was ordered, I'm sorry, and it was due in May of
24 2018.  You see that?

Page 57

1      A.   Yes.
2      Q.   Left-hand side.
3           Okay.  All right.  And here it's in
4  2018.  And this is after you'd been released
5  from -- is this after you'd been released from the
6  prison, sir?
7      A.   Yes.  That was the address I went to
8  when I was released.
9      Q.   So the address listed there is
10 7327 West Diversey in Elmwood Park Illinois.  That
11 was the address that you were living at after your
12 release from prison; is that correct?
13     A.   Yes, except the zip code is incorrect.
14     Q.   Okay.  What is the zip crude?
15     A.   60707.
16     Q.   Okay.  And let's go to the second page.
17 Okay.  And I'm going to go down to the bottom --
18 I'm sorry.  Let's go to the third page.  I'm sorry,
19 the third page and go down near the bottom.
20           And where it says, Defendant's
21 Version of the Offense.  Do you see that there?
22     A.   Yes.
23     Q.   Okay.  And that's -- there's one
24 paragraph and it's in quotes.  Do you see that?

Page 58

1    A.    It -- which -- which part?

2    Q.    It says, Defendant's Version of the

3  Offense.

4    A.    Yes.  I'm seeing it.

5    Q.    Okay.  And then there's a paragraph

6  that's in quotes.

7    A.    Yes.

8    Q.    Okay.  Could you read that, please?

9    A.    It says:  It was a bad tragedy.  I

10  admit guilt in this case.  It should have not

11  really happen.  It is something that I have to live

12  with for the rest of my life.  A lot of times I

13  tried to block it out of my mind, but it is always

14  there.  I feel extremely remorseful, and I wish I

15  could apologize to the victims' families in person.

16  I have complete -- completed substance abuse in the

17  Illinois Department of Corrections.

18    Q.    Substance abuse treatment, correct?

19    A.    Say again?

20    Q.    Substance abuse treatment?

21    A.    Yes, treatment.

22    Q.    Okay.

23    A.    Abuse treatment.

24    Q.    Okay.  Sir, isn't it true that you gave

Page 59

1  that version of the events to the person that was

2  doing this presentence investigation before Judge

3  Stevenson?

4    MS. BONJEAN:  Objection to the form of that

5  question.

6    MS. HAGY:  Join.  And foundation.

7    THE WITNESS:  As far as this, I never

8  admitted it.  I think it was misinterpreted.  He

9  had asked me some questions and I said, I guess I'm

10  going to be looked as guilty on this case when I

11  get released.

12  BY MR. ENGQUIST:

13    Q.    Okay.  So what he has in quotes there,

14  you're saying you were misquoted?

15    A.    Yes.

16    Q.    Okay.  Did you complete substance abuse

17  programs within the Illinois Department of

18  Corrections?

19    A.    Yes.

20    Q.    Okay.  Did you have a substance abuse

21  problem prior to going in -- prior to your arrest

22  in 1994?

23    MS. HAGY:  Objection; form, foundation.

24    THE WITNESS:  No.

Page 60

1  BY MR. ENGQUIST:

2    Q.    Okay.  When did you begin having these

3  substance abuse problem?

4    MS. HAGY:  Objection; form, foundation.

5    THE WITNESS:  I didn't have a problem.  I

6  just participated in the programs to try to get any

7  type of educational programs.

8  BY MR. ENGQUIST:

9    Q.    So you went into substance abuse

10  treatment at IDOC in order to become educated in

11  substance abuse treatment?

12    MS. HAGY:  Objection; form, foundation,

13  misstates prior testimony.

14    THE WITNESS:  Yes.  I was just trying to

15  educate a little bit of myself something different.

16  There wasn't that much educational programs or

17  vocational.

18    MR. ENGQUIST:  Okay.  I'll take that down.

19    THE COURT REPORTER:  Josh, are you marking

20  that Exhibit 2?

21    MR. ENGQUIST:  Oh, yes.  I'm sorry.  That

22  will be Exhibit Number 2.

23  BY MR. ENGQUIST:

24    Q.    All right.  I'm going to show you what

Page 61

1  I am going to mark as Exhibit 3.  It is the social

2  assessment that is Bates stamped CCSAO 1871 through

3  1876.

4          You see that there, sir?

5    A.    I'm sorry.  What am I looking for?

6    Q.    I'm asking if you see the exhibit.

7  I --

8    A.    Oh, yes.

9    Q.    -- want to make sure it's working?

10    A.    Yes, I see it.

11    Q.    Sorry.  It's just an extra step we have

12  to do.  Normally I would just hand you a piece of

13  paper.

14          All right.  You see on the top there

15  it gives the date of December 9th, 1996?

16    A.    Yes.

17    Q.    Okay.  And that's your name there,

18  William Negron, correct?

19    A.    Correct.

20    Q.    Okay.  And at the very beginning of

21  this where it says when the second for Updated of

22  Student's Educational Experiences on page 1, the

23  first paragraph there underneath that section, it

24  says, William asserts that he went as far as his

WILLIAM NEGRON, 09/27/2021

Page 62..65

Page 62

1 sophomore year in Clemente High School.
2          That's correct, correct?
3     A.    Yes.
4     Q.    Okay.  Then it says, He states that he
5 was beaten up too often at school and finally his
6 mother had him removed.
7     A.    No.
8     Q.    Is that correct?
9     A.    No.  I was kicked out.
10    Q.    Okay.  Go down.
11          All right.  For Peer Relationships,
12 do you see this section here on page -- it would be
13 page 3 of the documents, Bates stamped CCSAO 1873?
14    A.    Yes.
15    Q.    Okay.  Under Peer Relationships, it
16 states:  William has been involved with gangs
17 pretty much in relationship to parties and going
18 places.  He has been associated with the Insane
19 Dragons about three years.  He states he has never
20 been involved in shooting, but was involved for
21 only social benefits.
22          You see that there?
23    A.    Yes, I see it.
24    Q.    Is that correct?

Page 63

1     A.    No.
2     Q.    Okay.  What's incorrect about that?
3     A.    I wasn't as far as associated like for
4 this long, I don't think, and for the Dragons.  And
5 definitely I wasn't involved in shootings.  And as
6 far as like social media or anything like that.
7     Q.    Social benefits.
8     A.    I mean, social benefits.  Sorry.
9          Yeah.  I wasn't as far as like for
10 social benefits.
11    Q.    Okay.  Why did you join the Insane
12 Dragons?
13    A.    Like I -- I pretty much knew quite a
14 few of them from the area and lot of it was dealing
15 for protection.
16    Q.    Okay.  Underneath that paragraph it
17 says you had a girlfriend by the of Delores Cortez?
18    A.    Yes, during the time when I was in Cook
19 County Jail.
20    Q.    Okay.  And when did -- and how long had
21 you been dating Delores Cortez -- or I'm sorry.
22 Let me back that up and strike that.
23          When did you first begin dating
24 Delores Cortez?

Page 64

1     A.    It was more like in -- just for in Cook
2 County when I was fighting the charges.  We were
3 just more of correspondence and that's it.
4     Q.    How did you know Delores?
5     A.    My -- my brother's girlfriend, she
6 contacted me and she started coming to visit me and
7 she introduced me to Delores.
8     Q.    Okay.  Let's go to page 5 of this
9 document, which would be Bates stamp 1875.
10          Okay.  It says in this section, sir,
11 that -- if you look at the third -- third paragraph
12 on this page, William had prepared to go to his
13 father's home in San Juan because gang activities
14 were getting out of hand in the neighborhood.
15          You see that?
16    A.    Yes.
17    Q.    Is that true, sir?
18    MS. HAGY:  Objection; form, foundation.
19    THE WITNESS:  I was getting ready to leave
20 the Dragons because of what was being involved with
21 the Dragons and my family.  I believe that it's
22 partially true.  My mother wanted me out, and
23 during the time she had wanted me to go back to
24 Puerto Rico with my father.

Page 65

1 BY MR. ENGQUIST:
2     Q.    Okay.  Were you planning on going back
3 do San Juan prior to your arrest to live with your
4 father?
5     A.    It wasn't in San Juan, but yes, back to
6 Puerto Rico.
7     Q.    And what steps had you taken to begin
8 this move to Puerto Rico?
9    MS. HAGY:  Objection; form, foundation.
10    THE WITNESS:  I was talking with my
11 grandmother.  My grandmother was more of pushing
12 the issue towards my mother of getting in contact
13 with my father to come up with funds to make the
14 flight and everything happen and also to discuss it
15 with me.
16 BY MR. ENGQUIST:
17    Q.    Had a date been set for you to move
18 back -- or move to Puerto Rico?
19    A.    It was never discussed as far as a
20 date, but that was between -- since I was young,
21 between my parents and my grandmother.
22    Q.    Okay.  The next -- the next paragraph
23 says:  William states he was ready to leave the
24 gang and not come back to any of these activities.

WILLIAM NEGRON, 09/27/2021                                    Page 66..69

Page 66

1 He wanted to wait until he could accompany both his
2 grandmother and grandfather.
3          You see that there?
4     A.   Yes, I see it.
5     Q.   Is that a true statement, sir?
6     A.   No.
7     Q.   Okay.  What is untrue about this
8 statement, sir?
9     A.   I was already out of the gang, so I
10 don't know why I was saying to -- ready to leave
11 the gang and not come back to these activities.
12         As far as wanted to wait until
13 he could accompany both my grandparents, no.
14 That's -- they were -- they were pretty much -- you
15 know, they would have -- they would have left
16 regardless, if anything, but they were more of
17 wanting me out of the area of being protective of
18 me.
19    Q.   Okay.  Sir, do you recall having your
20 attorneys ever file anything for reduction in your
21 sentence in the -- in the Baez murder case where
22 you were admitting to your guilt?
23    MS. HAGY:  Objection; form, foundation.
24    THE WITNESS:  No, I don't recall anything

Page 67

1 like that.
2 BY MR. ENGQUIST:
3     Q.   Okay.  If something were filed in court
4 by your attorneys indicating that you took
5 responsibility for Mr. Baez's death, would that be
6 something that you would have approved ahead of
7 time?
8     MS. HAGY:  Objection; form, foundation, and
9 gets into attorney/client privilege.
10         You can answer.
11    MR. ENGQUIST:  Are you instructing him not to
12 answer?
13    MS. HAGY:  No.  I just was --
14    MR. ENGQUIST:  Okay.
15    MS. BONJEAN:  To the extent it calls for
16 attorney/client privileged communications, I mean,
17 not that I'm his attorney, but, I mean, I think
18 that's what she was saying.
19    MS. HAGY:  Yes.
20    MR. ENGQUIST:  I'm sorry, Ms. Hagy.  I'm not
21 sure what's happening.
22    THE WITNESS:  I can't talk about what's going
23 on between attorney/client privilege.
24    MR. ENGQUIST:  Oh, okay.

Page 68

1 BY MR. ENGQUIST:
2     Q.   All right.  Do you recall who your
3 criminal defense attorney was in the Baez case?
4     A.   Seth Travis.  At first it was Thomas
5 Gibbons and Mitchell Kreiter.  Then Seth Travis was
6 the -- the majority of the trial attorney.
7     Q.   Okay.  Was Mr. Sarley also involved?
8     A.   I believe it was Sarley.  To be honest,
9 I'm not really sure if it was Seth Travis or
10 Sarley, but it sounds familiar, Sarley.  I could
11 have had them mixed up.  Sorry.
12    Q.   Sir, was there ever occasion during the
13 Baez murder proceedings that you overheard someone
14 bragging about being the one who was the real
15 shooter in the Baez murder case and it wasn't you?
16    A.   Yes.  That was in the -- in the
17 bullpen, when -- the holding in the back in the
18 trial.  I informed my -- my attorney, Mr. Gibbons
19 about it and Mr. Gibbons never confronted it.
20    Q.   Did you tell anybody else other than
21 Mr. Gibbons that there was a person in back who was
22 involved -- who had been bragging that they were
23 the ones who -- or that they were the person who
24 had killed Mr. Baez?

Page 69

1     A.   As far as I know, no.
2     Q.   And who was that person that was in the
3 back bragging to you that he had done the murder?
4     A.   I really don't know the guy.  He was --
5 I just met him that day, just seen him, and he was
6 talking about it, which resembled a lot of
7 activities that had happened in the -- in the case.
8     Q.   I'm sorry.  What was that last part?
9     A.   He was talking about a lot of --
10 basically things that had occurred in the case.
11    Q.   You mean he was talking about the
12 murder and giving facts that were the same as your
13 case; is that right?
14    A.   Basically things that had matched the
15 description of the case.
16    Q.   Okay.  And what -- what facts did he
17 know about your case when he was talking about his
18 murder?
19    A.   He was describing about the car.  He
20 was describing about the weapons that were used.
21 And the -- as far as -- as to why.
22    Q.   Okay.  And what about the car was the
23 same?
24    A.   Yes.  He was -- he was saying it was a

WILLIAM NEGRON, 09/27/2021                                    Page 70..73

Page 70

1  dark blue Delta 88.
2     Q.   We're talking about the guy confessing
3  to the Baez murder, correct?
4     A.   Oh, sorry.  He was -- the Baez, he was
5  talking about the -- something about some guns that
6  had matched the description of the crime and
7  hanging around frequently back around to that area.
8     Q.   And what area was that?
9     A.   Washtenaw and Chicago.
10    Q.   Okay.  That's an area that you also
11 hung out, correct?
12    A.   A long time ago, yes.
13    Q.   Back during the times of the murders;
14 isn't that right?
15    MS. HAGY:  Objection; form, foundation.
16    THE WITNESS:  Yes.
17 BY MR. ENGQUIST:
18    Q.   Okay.  Other than talking about guns in
19 that area, what else about it made you believe that
20 he was telling you that he was involved in the Baez
21 murder, or the Baez murder?
22    A.   There was -- that was pretty much about
23 it, but I just wanted really the attorney to get
24 involved and possibly ask him questions to see if

Page 71

1  he knows anything.
2     Q.   Okay.  Did you ever find out this
3  person's name?
4     A.   No.
5     Q.   Okay.  Did you make any attempts to
6  find out who the person was?
7     A.   No.
8     Q.   Why not?
9     A.   My attorney just --
10    MS. HAGY:  Don't talk about attorney/client --
11    THE WITNESS:  Oh, okay.
12        Sorry.  Can't talk about it.
13 BY MR. ENGQUIST:
14    Q.   Well, you already said you told your
15 attorney, so I'm just -- I'm asking you why you
16 didn't try to find out his name.
17    A.   As far as I just decided to -- to not
18 try to even go into it.
19    Q.   Did you ever tell the prosecutors about
20 that person in the back?
21    A.   No.
22    Q.   You didn't bring it up during the
23 murder trial at all, that there was person in the
24 back who actually was admitting to the crime, did

Page 72

1  you?
2     MS. BONJEAN:  Objection to the -- to the form
3  and foundation of that question.  So ridiculous
4  too.  Because people like you accuse people of
5  trying to influence witnesses.  That's why they
6  tell their lawyers and let it be.
7     MR. ENGQUIST:  That's -- I'm not sure why
8  that was an objection.  That was just more of a --
9  of a --
10    MS. BONJEAN:  Because it's --
11    MR. ENGQUIST:  -- tirade.
12    MS. BONJEAN:  It's infuriating.  It's
13 infuriating that you ask these questions when you
14 know exactly -- you -- you know exactly what you
15 would do if anyone tried to actually find
16 witnesses.  You know how you accuse people.
17        He said he -- he said he told his
18 counsel.
19    MR. ENGQUIST:  I know.  Jennifer, I know.
20 You can stop.
21 BY MR. ENGQUIST:
22    Q.   Sir, can you please answer my
23 questions?
24    A.   Can you repeat it again?

Page 73

1     MR. ENGQUIST:  Can you read it back,
2  Ms. Court Reporter.
3         (The record was read as follows:
4             Q. You didn't bring it up
5             during the murder trial at all,
6             that there was person in the
7             back who actually was admitting
8             to the crime, did you?)
9     THE WITNESS:  No, I did not bring it up
10 during the trial.  I figured it's not going to go
11 anywhere.  I'm charged for the case and it's just
12 going to go through continual deaf ears.
13 BY MR. ENGQUIST:
14    Q.   Okay.  If I can just focus your
15 attention on -- actually, let me go back.
16        Sir, do you know who Reynaldo
17 Guevara is?
18    A.   Yes.
19    Q.   And how do you know Reynaldo Guevara?
20    A.   I met him through my mother.
21    Q.   And when did you first meet him?
22    A.   1991.
23    Q.   When you say met him through his
24 mother, where was that?

WILLIAM NEGRON, 09/27/2021                                    Page 74..77

Page 74

1    A.    We had met through -- first we met at
2  Milwaukee Avenue when he had his motorcycle.  And
3  then we -- the second attempt, which we really got
4  a little more acquainted, when he bought his house.
5    Q.    You said you met him at Milwaukee
6  Avenue when he had his motorcycle.
7    A.    Yes.
8    Q.    Was this a planned meeting or you just
9  happened to see him when he was riding his
10 motorcycle?
11   A.    We were driving.  And I don't know if
12 there was something discussed beforehand, but we --
13 we seen him over there on Milwaukee Avenue.
14   Q.    Were you -- was he with somebody that
15 your mother knew or did your mother know him?
16   A.    He was with Mary Arman, with his wife
17 that is now.
18   Q.    And what kind of motorcycle?
19   A.    I really don't know.
20   Q.    Okay.  And how long was this meeting at
21 Milwaukee Avenue?
22   MS. HAGY:  Objection, form and foundation.
23   THE WITNESS:  It was -- it was short.
24

Page 75

1  BY MR. ENGQUIST:
2    Q.    And then you said you -- you met him
3  later for a longer period of time at his home?
4    A.    Yes.  In 1991.
5    Q.    And where was this home?
6    A.    At 57th Place.
7    Q.    You remember the cross
8  street or around where it was?
9    A.    It was close by Central Park, right by
10 the tracks.
11   Q.    And what brought you to his home?
12   A.    He was just moving, as far as I know,
13 into the house.
14   Q.    But what brought you to that house when
15 he was moving into the house?
16   A.    Oh, we -- my mother.  I guess they
17 needed help and she said we're going to Rey's
18 house.
19   Q.    And what kind of help did your mother
20 provide?
21   A.    Helping out I guess with furniture, but
22 I was majority already helping out with other
23 things, you know, bags that they needed to be
24 brought in, things like that.

Page 76

1    Q.    So you helped move things in from, I
2  guess, a truck or something into the house?
3    A.    As far as in the back, I believe there
4  was a truck, but there was already stuff in the
5  back like of his house that was laid out, and so I
6  was just majority concentrating on that.
7    Q.    And were you ever at the house, at
8  Reynaldo Guevara's house, after that time?
9    A.    Yes.
10   Q.    How many times?
11   A.    I would say about two more times.
12   Q.    And when was the next time you were at
13 his home?
14   A.    It was shortly after.  We went in -- I
15 believe it was in November.  And then I went back
16 in -- if I'm correct, I think it was in 1993.
17   Q.    Okay.  So you said November of 1991 you
18 went back.
19         And why -- did you go back with
20 somebody or were you by yourself?
21   A.    Yeah.  I went back with my mother.  I
22 was too young.  But I went back with my mother.
23   Q.    And why was your mother going over to
24 Reynaldo Guevara's house?

Page 77

1    A.    She just wanted to -- that was her best
2  friend.  She just wanted to meet up with her best
3  friend so I knew her kids.
4    Q.    And what did you do when you went over
5  there?  Did you just hang out with the kids?
6    A.    The majority, yes.  I hanged out with
7  Tony; we knew each other since we were young.  And
8  Myra.
9    Q.    What's Tony's last name?
10   A.    Johnson.
11   Q.    Are you still friends with Tony
12 Johnson?
13   A.    No.  I haven't -- I haven't seen him
14 since that time.
15   Q.    And when you were over at the house in
16 19 -- November of 1991, did you speak at all with
17 Reynaldo Guevara?
18   A.    Yes.  We -- we spoke.  He showed me
19 some -- some weapon that he had.  I was assuming
20 that was his service weapon.
21   Q.    Anything else?
22   A.    He -- he just talked about -- I
23 overheard him one day talking about -- as we were
24 moving, about some guy that had put a complaint

WILLIAM NEGRON, 09/27/2021                                    Page 78..81

Page 78

1  against him, a African-American man that had bit
2  him, and he laughed about it and said that, Like
3  like it's going to go anywhere.
4      Q.   I just want to make sure I have this
5  right.
6           You said he was talking about a
7  complaint that Rey bit him or the man bit Rey
8  Guevara?
9      A.   I heard him say that the man bit him.
10     Q.   The man bit him.
11          Okay.  Any other conversations with
12 Reynaldo -- was that during the moving time or
13 during the November time that he gave -- he told
14 you the story about -- or you overheard him talking
15 about a complaint against him?
16     A.   I believe it was in the -- after the
17 moving time in November.
18     Q.   Okay.
19     A.   Yeah.
20     Q.   Did you have any other conversations
21 with Reynaldo back in the November 1991
22 time you were at his house?
23     A.   As far as that, pertaining to anything
24 alarming like that, no.  But other than that, we

Page 79

1  were just talking about he wanted me to -- see what
2  I wanted to do in life, maybe become a cop or
3  something like that.
4      Q.   And did you have a goal in what you
5  wanted to be in life?
6      A.   During the time, I -- I wanted to
7  become in the force, but to be honest, after seeing
8  things like that of his conduct, things that --
9  what his stepson was telling me and what I was
10 hearing, it kind of like changed -- changed
11 everything for me.
12     Q.   Well, when you said changed everything
13 for you, was this after your arrested or before you
14 were arrested, sir?
15     A.   It was during the time, man.
16     Q.   You need a minute, sir?
17          Okay.  Why don't we take a five
18 minutes, Lindsay, and then we can come back on.
19 Okay?
20     MS. HAGY:  Okay.
21     THE VIDEOGRAPHER:  We are off the record at
22 12:01.
23          (Recess taken.)
24     THE VIDEOGRAPHER:  We are back on the record.

Page 80

1  Time is 12:08 p.m.
2  BY MR. ENGQUIST:
3      Q.   Okay.  Now, sir, you were saying that
4  you heard things from I believe his son, his
5  stepson, Reynaldo Guevara's stepson.  Was that --
6  is that Tony Johnson?
7      A.   Correct.
8      Q.   Okay.  And you said you heard things
9  about Reynaldo Guevara.  Was this before 19 --
10 before you were arrested in 1994 that you heard
11 things about Reynaldo Guevara from Tony Johnson?
12     A.   Yes.
13     Q.   Okay.  And what you did hear from Tony
14 Johnson prior to 1994 which made you not want to
15 become a police officer anymore?
16     A.   He -- it was the way how he kept
17 photographs in his house of certain individuals in
18 a shoebox.  I kind of found it alarming.
19          But it was just when he talked about
20 that African-American guy and what he did and Tony
21 being half -- half African-American himself, it
22 kind of gave a different view of how -- how I
23 viewed him.  But he was telling me that -- as I
24 continued talking with him, how he had threatened

Page 81

1  Tony of -- about putting a case on him if he
2  misbehaved.
3      Q.   Anything else?
4      A.   As far as?
5      Q.   That Tony told you.
6      A.   That Tony told me, yeah, that's about
7  it.
8      Q.   Okay.  Do you know if Reynaldo Guevara
9  ever put a case on Tony?
10     A.   Not that I know of.
11     Q.   And you said you also heard other
12 things about Reynaldo Guevara, other than things
13 you heard from Tony, which caused you not to want
14 to become a police officer anymore.
15          And what were those things, sir?
16     A.   How he would -- Myra -- I mean, sorry
17 Marcy, she -- she didn't want to stay with him
18 because, according to her, that she was -- she had
19 witnessed him I guess getting physical with Mary
20 and threatening as far as them with the kids being
21 that they're not his biological and that's his
22 house.  So she really didn't want to stay under his
23 roof, so she was living elsewhere.
24     Q.   I'm sorry.  Just a second.

WILLIAM NEGRON, 09/27/2021                                    Page 82..85

Page 82

1          You said Marcy.  Who is Marcy?
2     A.    Marcy is the third child from Mary
3 Arman from -- they're under Bill Johnson, their
4 biological father.
5     Q.    Anything else that you heard?  You
6 heard something from Marcy and from Tony.  Anything
7 else that you heard about Reynaldo Guevara which
8 made you not want to become a police officer?
9     A.    As far as Marcy says -- like as far as
10 Marcy, she says that she -- she couldn't really be
11 around him out of fear because, you know, he was
12 kind of like threatening and she was kind of scared
13 of him.
14          So I -- I figured, you know, if
15 their -- if he's like that and he's saying he's
16 putting cases on people, that's what would --
17 basically it kind of changed my whole perspective
18 on becoming a police officer during the time.
19     Q.    Now, just to be clear, when you were
20 saying "putting cases on people," you were saying
21 that Tony said that he was threatened by his
22 stepfather, that he would put a case on him.
23          Did anybody else tell that Rey was
24 threatening them to put a case on them?

Page 83

1     A.    During the time, no.
2     Q.    Okay.  And this is -- and I'm not
3 trying to put a -- I'm trying to put a timetable on
4 it.  This was in between -- you heard these things
5 about Rey from both Marcy and Tony from November of
6 1991 until sometime before your arrest; is that
7 correct?
8     A.    Yes.
9     Q.    Okay.  And do you have an idea of when
10 you heard these things from them?
11     A.    It was -- as far as an exact month or
12 date, no.
13     Q.    Okay.  Do you remember a year?
14     A.    As far as Marcy, she had talked to me,
15 and that was in 1993.
16     Q.    Okay.
17     A.    As far as Tony, that was around in
18 1991.
19     Q.    Okay.  All right.  Now, you said you
20 were back at his house in 1993.  That was your --
21 your next time at his house?
22     A.    Yes.
23     Q.    Was this -- was this time back in 1993,
24 is this the time you talked to Marcy where Marcy

Page 84

1 told you that she was afraid of Reynaldo Guevara?
2     A.    Not at the house, no.  I ended up
3 bumping into her at a different location.
4     Q.    Okay.  What location?
5     A.    Close by like Haddon and Washtenaw.
6     Q.    Were you with anybody when this
7 conversation took place between you and Marcy?
8     A.    No.  I was just walking by and I bumped
9 into her.  She said she lived nearby and we just
10 started talking.  I asked her, you know, when's the
11 last time she ever seen her mom, things like that.
12 And that's when she started expressing to me as far
13 as, you know, about him and as to why.
14     Q.    Okay.  Was this before or after the --
15 after your next visit to Reynaldo Guevara's house
16 in 1993?
17     A.    Say again.
18     Q.    Was this conversation with Marcy on the
19 street, was this before or after your last visit to
20 Reynaldo Guevara's house in 1993?
21     A.    That was in 1993, but it wasn't the
22 last-last time.  That was, as far as like in
23 1993 -- so there won't be no confusion, 1991 and
24 '93 when I went to Guevara's house, within them two

Page 85

1 years is when I went with my mother.
2     Q.    Okay.  Before we go to 1993 when you
3 went with your mother to Reynaldo Guevara's house,
4 my question, though, this conversation you had with
5 Marcy on the street, was this before or after your
6 visit in 1993 with your mom to Reynaldo Guevara's
7 house?
8     A.    That would have been after.
9     Q.    Now, this 1993 time when you went to
10 Reynaldo Guevara's house with your mom, do you
11 remember what time of year it was?
12     A.    I believe it was close to like fall, if
13 I'm correct.
14     Q.    And what was the reason for going to
15 the house in 1993?
16     A.    She just -- my mother just wanted to
17 visit her, to visit Mary, being that they were best
18 friends.
19     Q.    And why were you going?
20     A.    Majority, you know, being young, that
21 she was like, You got to come.  I really didn't
22 kind of feel comfortable going to much because of
23 Rey, but majority -- I just decided to tag along.
24 I had no choice, being young, and I figured, Well,

Urlaub Bowen & Associates, Inc.   312-781-9586

Page 86

1  I could just go and hang out with Tony.

2  Q.  Did you ever tell your mom about your

3  concerns or how uncomfortable you were around

4  Reynaldo Guevara prior to this 1993 visit at

5  Reynaldo Guevara's home?

6  A.  Yes.  That 1993 -- in 1993, as we were

7  leaving the leaving the house, I had told her.  And

8  that was the last time her and I went together.

9  Q.  Okay.  So that was after you were

10  leaving?

11  A.  Yes.

12  Q.  Okay.  So how long were you at Reynaldo

13  Guevara's house back in 1993 in what you believe

14  the fall?

15  A.  We went there and -- and it was I could

16  say hours, but majority I hanged around with Myra

17  and Tony.

18  Q.  Okay.  So you hung out with the kids

19  and then when your mom was done you left; is that

20  correct?

21  A.  Yeah.  When -- basically they

22  discussed -- you know, she socialized majority of

23  time with Mary.  I really didn't want to even try

24  to talk to Guevara.  But other than that, I was

Page 87

1  just majority trying to entertain Tony and Myra.

2  Q.  Okay.  Did you have any contact with

3  Reynaldo Guevara when you were at his house in the

4  fall of 1993?

5  A.  Yes.

6  Q.  And what was that?

7  A.  We just -- at most it was like, How you

8  doing.  He would ask me like if I'm joining any

9  gangs.  Like:  Are you in any gang?  You better not

10  be in any gang.  I will finds out.  I -- I know all

11  these guys, all these gang chiefs.  So ...

12  Q.  At that point you were a member of the

13  Insane Dragons; isn't that correct?

14  A.  Yes.

15  Q.  Okay.  Did you tell him that you were a

16  member of the Insane Dragons?

17  A.  No.

18  Q.  Why not?

19  MS. HAGY:  Objection; foundation, form.

20  THE WITNESS:  I was kind of scared of even

21  letting him know.  I just didn't know after hearing

22  all of these -- all of these accusations about him

23  of how his conduct's been.  I just -- I was kind of

24  scared of him during that time.  I just didn't want

Page 88

1  him to know anything about me, so I'd just rather

2  not even tell him.

3  BY MR. ENGQUIST:

4  Q.  Okay.  After the fall of 1993, were you

5  ever at Reynaldo Guevara's house again?

6  A.  Yes.

7  Q.  When?

8  A.  In 1994, my mother received a phone

9  call from Mary and -- asking her how come she

10  doesn't come through to come and see -- see her

11  anymore.  I -- during the time, I really don't know

12  who she was talking to because I was in my bedroom

13  and she was in the kitchen phone.  I heard her ask

14  three things to -- to my mother.  And one of them

15  was who I hanged around with, what kind of car I

16  drove, and if I still go to the neighborhood on

17  Augusta.

18  Q.  And when was this in 1994 that those

19  questions were being asked, who you hung out with,

20  what kind -- what car you drove, and did you still

21  hang out in Augusta?

22  A.  It was about September '94.

23  Q.  Okay.  So I'm assuming you're hearing

24  one side of the conversation; you're hearing your

Page 89

1  mother's part of the conversation?

2  MS. HAGY:  Objection; form, foundation.

3  THE WITNESS:  After I heard what was going

4  on, I came out of the room and I asked my mother

5  who was she talking to.  She explained herself as

6  to what was Mary asking her pertaining to me.

7  Because I'm hearing myself getting involved as far

8  as if I still go to the same neighborhood and --

9  and who I hanged around with and what kind of car I

10  drive, and I'm hearing her giving the descriptions

11  regarding me, like what kind of car I drove, who I

12  hang with, things of that nature.

13  So that's what drew my alarm to even

14  ask my mother who was she talking to.  Once she

15  told me, I immediately ran to the phone, hanged up

16  the phone on her.  She got upset and stated, Don't

17  you ever do that.  So I explained to her, Why do

18  you think she's asking these three questions and

19  you know her husband is.

20  BY MR. ENGQUIST:

21  Q.  Okay.  Who did you hear your mother say

22  you hung out with?

23  A.  She was talking to Mary Arman, which is --

24  Q.  No.

WILLIAM NEGRON, 09/27/2021                                    Page 90..93

Page 90

1    A.    -- which is Rey Guevara --
2    Q.    But who did you hear her say you hung
3 out with?  Who are the people -- when you were
4 hearing her side of the conversation --
5    A.    Yes.
6    Q.    -- what names did your mother give when
7 she was answering the question about who you hung
8 out with?
9    A.    She was saying Flaco.  She was asking
10 me who do hang with, is it Flaco.  And I said I
11 haven't seen him in a while.  But she said, Well,
12 she wants to know if you've hanged around with him.
13 I said, Who you talking to?  And she said, Well,
14 what do -- what do they call him?  And I said, They
15 called him Joker, but why?  And she -- she said,
16 What kind of car you -- what kind of car is that
17 that -- you know, that you drive?  I said, it's a
18 Buick, you know.  So she told her the color of the
19 car.  They started laughing about -- according to
20 her that they were laughing about as far as like
21 things sticking off from the back seat of my -- my
22 bumper.  She said it was the bumper in the back
23 seat and how -- how I drive.  And she asked like if
24 I still go to Augusta to see my grandmother.

Page 91

1    Q.    Okay.  And who's Flaco?
2    A.    Flaco is -- my family name called
3 Roberto Almodovar, Jr. Flaco because he was really
4 skinny during the time.  So that's means skinny in
5 Spanish.
6    Q.    So was your mother responding --
7 according do your mother, whatever she told you,
8 was she responding to a direct question on whether
9 or not you hung out with Roberto Almodovar, Jr.?
10   MS. BONJEAN:  Form, foundation.
11   MS. HAGY:  Join.
12   THE WITNESS:  She was asking me, yes, if I
13 still hang around with him.  And I told her the
14 truth, I haven't seen him in a long while.
15 BY MR. ENGQUIST:
16   Q.    Okay.  Putting aside that phone call,
17 when I was asking before, my question was after the
18 fall visit in 1993, were you ever at Reynaldo
19 Guevara's house again?
20   A.    Yes.  When you had asked that, I
21 figured that you were asking as far as like with my
22 mother.
23         The last time I went was right after
24 that conversation took place.  I decided to drive

Page 92

1 to -- to go -- it went out.  Okay.  I decided to
2 drive to go and talk to her as to why she's asking
3 these questions, and Guevara was there present.
4    Q.    Okay.  So how soon after the
5 conversation on the phone your mother had with Mary
6 did you hop in your car and go over to Reynaldo
7 Guevara's house?
8    A.    The next day.
9    Q.    Okay.  And do you remember when that
10 was?
11   A.    The exact date, no, but I just know it
12 was September.
13   Q.    September of 1994, correct?
14   A.    Correct.
15   Q.    Okay.  And you said when you arrived at
16 the house, were you by yourself?
17   A.    I was by myself, yes.
18   Q.    Okay.  And you said Reynaldo Guevara
19 was home then?
20   A.    Yes.  Reynaldo Guevara was there, Mary
21 Guevara, and Tony Johnson, and Dominic Guevara.
22   Q.    So when you arrived there, who did you
23 speak to?
24   A.    I just -- at first when I drove there,

Page 93

1 I -- I seen in the park heading towards his house,
2 I seen Dominic and Tony.  I parked my car by the
3 park.  I talked to them for a little bit.  Then I
4 walked towards Guevara.  Tony wanted to know as to
5 why I was going to go see Guevara.  And he just
6 said, Man, you're crazy for even trying to even
7 talk to that guy after what I told you.
8         So I just wanted to see what was the
9 nature as to why all these three questions.  You
10 know, I just found it will really odd.  So I seen
11 Guevara on the front of his house with Mary.  Mary
12 asked me where Sara at, did you come alone.  I
13 assumed that she thought that they were coming to
14 visit.  And I said, no, I came by myself.  Guevara
15 asked me, do you have your license with you if
16 you're driving over here.  I told him the truth,
17 no.  I didn't have a license during the time, but
18 he -- I asked them if -- why did -- you know, was
19 she asking these questions.  That's when Guevara
20 starting raising his voice a little bit and said,
21 Are you hanging with this guy?  He's -- you know,
22 He's a Dragon.  And I said he's -- he's not a
23 Dragon.  He's -- he left that stuff alone, you
24 know.  And that's when he started -- he was saying

WILLIAM NEGRON, 09/27/2021                                    Page 94..97

Page 94

1  about a sawed-off shotgun.  He said, How come he
2  got caught with a shotgun if he's not a Dragon.  I
3  told him, I don't know, but I know he's not part of
4  that have anymore.  So I told Mary why would she
5  asking these three questions from my mom.  Guevara
6  said, You better hope I don't get that case.
7          So I brought up something that I
8  wasn't supposed to.  I brought up the thing that I
9  had told you when -- what I heard in 1991.
10     Q.   I'm sorry.  Which -- which thing is
11  this?
12     A.   With the guy that he said that put a
13  complaint on him, the African-American guy.  He --
14  he got angry at Mary and looked at her and said,
15  This is what you're telling him?  You know, how did
16  he finds out?  Did you say this to Sara?
17          And, you know, I said, no, I heard
18  you.  I heard you.  I was by the stairs in the
19  back.  He -- I started raising allegations towards
20  him that day and I said, Well, you know, you -- you
21  got always an odd twist to things, of how you do
22  things.  They're not the right way.  You know, with
23  these pictures that he has.  I mean, like who does
24  that?  Keeping them in their house instead of their

Page 95

1  job area?  It was -- him threatening Tony.
2          So what really got him pissed off
3  was when I brought up Bill Johnson as well and I
4  told Mary, You should have stood with Bill Johnson.
5          I -- I automatically went to the
6  neighbor and I knocked on the door and I told him
7  what Guevara was trying do to and trying to frame
8  Roberto Almodovar.  He was yelling at me and he
9  says, Now I'm asking you where were you at?  And I
10  says, What are you talking about?  And he says,
11  There was a crime that had occurred and I want to
12  know where you were at.  And I said, Why are you
13  concerned about me as far as where I was at?  And
14  he says, Well, you better hope that I don't get
15  that case.
16          And during the time I really didn't
17  know what he was talking about and he really didn't
18  explain himself, but he acted like I already knew
19  what he was talking about.
20     Q.   You said you went to a neighbor's house
21  and told them that he was trying to frame and
22  Roberto Almodovar, Jr.?
23          Which -- which neighbor?  Are you
24  talking about Rey's neighbor?

Page 96

1     A.   Yes.  There's only -- his house is two
2  houses away from the corner, so I went to the third
3  house that's on his side.
4     Q.   Why did you go to that house?
5     A.   I knew that the people that originally
6  had the one on the corner, he had got rid of them,
7  according to what I overheard Mary had said a long
8  time ago, but it was over a phone call.  And I
9  heard my mother talking to Mary, and it was -- they
10  were -- he was -- according to him, he said that
11  they were illegals and they weren't supposed to be
12  here.  So he -- they said he got rid of them.  So I
13  figured nobody living at that house, so I went to
14  the other house.
15     Q.   Okay.  Why did you go do -- did you
16  know these neighbors that you were knocking on the
17  door to make allegations about Reynaldo Guevara to?
18     A.   I did not know him, but I didn't know
19  what else to do.  I was young.  I knew he was -- he
20  was on some type of corruption.  So I informed the
21  neighbor that he was -- he was trying to frame
22  another person and he was trying to frame it sounds
23  like with me.  Normally, you know, people look at a
24  young child just running up to the door and just

Page 97

1  accusing, making accusations, are not, you know,
2  going to take heed to that I'm really saying.
3     Q.   Okay.  And did you speak to the
4  neighbor and make these allegations?
5     A.   Yes.
6     Q.   Okay.
7     A.   I knocked at his door, he answered, and
8  I told him.
9     Q.   Okay.  And do you remember what this --
10  do you know this person's name at all?
11     A.   No.
12     Q.   Do you know --
13     A.   I just knocked on the door.
14     Q.   Okay.  Do you know what he looked like?
15     A.   He was a Caucasian man, kind of like
16  brownish -- brownish hair.
17     Q.   And did this Caucasian man with
18  brownish hair respond to you at all or did you just
19  talked to him?
20     A.   I talked to him and he came out of his
21  house.  He -- I didn't know that he knew Guevara.
22  So he stepped out and he says, You know, what is
23  going on here?  And he just kind of like smiled
24  like, What's going on with this guy?  Why is this

Page 98

1 guy saying these things about you.
2        Guevara was like You know I'm a cop,
3 you know, I have a right to ask questions.  That's
4 my job.  So the guy just made -- I guess Guevara
5 just made it seem like it was just procedure from
6 the police department, that being that he's a cop
7 that he has a right to ask these questions.
8    Q.   And what did you do after that?
9    A.   I decided to leave.  I was walking away
10 and he just told me, If you want to make any
11 complaints, you could always talk to Biebel or
12 Mingey.  Mingey's my sergeant.  You can make a
13 report on -- with him.
14        So I informed him, and I said, Why
15 do you -- you know, you know these guys, why would
16 I make an accusation if you know these guys?
17        So I had left and I went in my car
18 and that's it.
19    MR. ENGQUIST:  Okay.  So we're about to move
20 on to another section and we're at the time,
21 actually a little after, that you wanted to take a
22 break.
23        How long do you need for lunch,
24 Ms. Hagy?

Page 99

1    MS. HAGY:  Half hour?  Yeah, half hour.
2    MR. ENGQUIST:  Are you sure you want a half
3 an hour?  You took a little bit longer last time,
4 so I'm asking.
5    MS. HAGY:  I know.  I think William's a
6 faster walker.
7    MR. ENGQUIST:  Do you want to take 45 minutes
8 just to be safe?  Because we were about an hour
9 last time.
10    MS. HAGY:  Sure.  Thank you.
11    MR. ENGQUIST:  Okay.  45 minutes then.  We'll
12 be back in about 45 minutes.
13    THE VIDEOGRAPHER:  Off the record at 12:37.
14        (Recess taken.)
15    THE VIDEOGRAPHER:  We are back on the record.
16 Time is 1:31 p.m.
17 BY MR. ENGQUIST:
18    Q.   Okay.  Sir, before we took a break, you
19 had gone through several occasions, ending with the
20 occasion in September of 1994 where you spoke with
21 Reynaldo Guevara.
22        Are there any other occasions that
23 you spoke with Reynaldo Guevara that we have not
24 talked about already?

Page 100

1    A.   Yes.  In -- I had called him in around
2 the time of 1990 -- 1997 in a collect call which he
3 answered.  We had talked.  We talked about even
4 what we just discussed of me coming over there.  I
5 figured the reason also was just to somehow try to
6 prove my innocence that this guy was lying,
7 Mr. Guevara in regards to not knowing me, for one.
8 For two, the nature as far as also for calling him
9 is why would you even accept a collect call from
10 somebody you don't even know.  And it was -- the --
11 it was specifically from me because it would say my
12 name, but it was also to discuss to him that I did
13 not commit the crime.  And to also talk to Mary as
14 well regarding that day of what we just discussed.
15    Q.   Okay.  Do you remember when in 1997 --
16 let me go back.
17        In 1997, you would have been calling
18 collect from Cook County Jail, correct?
19    A.   Yes.
20    Q.   Okay.  And do you remember when in 1997
21 you made this collect call to Reynaldo Guevara's
22 home?
23    A.   It was around in the summertime.  I
24 know that.

Page 101

1    Q.   And how did you happen to have his home
2 number?
3    A.   I had an interview -- like not
4 interview, but notes from my mother and I from
5 corresponding.  And we were -- according to the
6 notes, she had her -- his phone number on there, so
7 I decided to give it a call and give it a shot.
8    Q.   Do you still have any of these notes?
9    A.   Not at hand, not right now, no.
10    Q.   But do you have them maybe not with you
11 right now, but do you have them notes that you and
12 mother shared about your murder case?
13    A.   I had them -- my mother has them at her
14 house.
15    MR. ENGQUIST:  Okay.  Lindsay, I'd like to
16 get a copy of those.  I didn't realize there were
17 other documents out there.
18    MS. HAGY:  Okay.  We'll see if we can locate
19 those.
20    MR. ENGQUIST:  I appreciate it.
21 BY MR. ENGQUIST:
22    Q.   When's the last time you saw these
23 notes?
24    A.   I -- I've had them for quite some time

WILLIAM NEGRON, 09/27/2021                          Page 102..105

Page 102

1 now.  I had since around that time of '97, but it
2 was based on letters from my mother.
3      Q.   Okay.  You said you had these notes.
4 Were they in your possession until recently they
5 were with your mother?
6      A.   Yeah.  After I was convicted for the
7 Baez case, I sent everything because I didn't want
8 nothing to get lost because I was transitioning
9 into the prison, so I sent everything to my
10 mother's house.
11     Q.   And when's the last time you saw them?
12     A.   When I was released, I was going
13 through it -- through the paperworks, what she
14 saved, things like that.
15     Q.   All right.  Just going back to this
16 collect phone call in 1997.  You said you spoke to
17 Guevara about what we talked about.  You're talking
18 about the time where you went to his house and
19 accused him and -- of misconduct and you had that
20 discussion with him on the front steps where you
21 went to the neighbor.  That's what we're talking
22 about, correct?
23     A.   Correct.
24     Q.   Okay.  So when you spoke to him about

Page 103

1 that, did he acknowledge that you accused him of
2 misconduct in front of his house?
3      A.   Yeah.  He's acknowledged.  He said, I
4 know you were -- you felt a kind of way.  He
5 continued to agree that -- that I should have just
6 complained to his sergeant or if I wanted to choose
7 a different pursuit of talking to people.  I in
8 return informed Guevara that why would I accuse
9 them if -- why would I bring an accusation in front
10 of people that you already know?  It just feels
11 sort of like a conflict of interest; it wouldn't be
12 fair.
13          So -- and that was just in my eyes.
14 So he -- he further started -- him and I started
15 to, you know, talk.  And I asked him, you know, Who
16 else do you know?  And he says, Well, I do know
17 brother.  And he just said that -- I asked him did
18 he ever do anything, and he just said as far as
19 Biebel, the one that he's more closer to, is the
20 state attorney one, that he does things for him.
21     Q.   The state's attorney one you're talking
22 about, Sergeant Biebel's brother, Rey was saying
23 he's close to?
24     A.   That's what he was saying.

Page 104

1      Q.   Okay.  And when he said he would do
2 things for him.  Did you just -- did you have an
3 understanding of what he was talking about?
4      A.   He didn't really go into any detail.
5 He just said that he does things for him, that he
6 kind of shows him things of how to go around
7 things, but he really didn't go into any depth.
8      Q.   All right.  And how long was this
9 collect phone call you had with Reynaldo Guevara?
10     A.   I would say about maybe around 20 to
11 25 minutes.
12     Q.   Was this before or after your criminal
13 trial in the Baez case?
14     A.   There was after.  I was about to get
15 transitioned to the prison.
16     Q.   Okay.  Did you tell anybody about this
17 collect phone call you had with Reynaldo Guevara?
18     A.   I -- I didn't tell anybody because at
19 the time I didn't have an attorney.  I was getting
20 forwarded to the public defender's officer's for
21 the appellate division for appeals division, but
22 I -- I discussed it with them.  But other than
23 that, I don't really know as far as everybody was
24 just like, well, I'm just here doing the -- between

Page 105

1 the appeals process, what's -- what's on record,
2 what I could deal with, anything with newly
3 discovered evidence that has to deal as far as like
4 a post-conviction petition under newly discovered
5 evidence.
6      Q.   Okay.  So I'm -- there's a lot to
7 unpack there, but you -- I just want to make sure
8 I have this correct.
9          Did you tell your appellate attorney
10 that you had this collect phone call with Reynaldo
11 Guevara from the Cook County Jail?
12     A.   Yeah.  Her and -- him and I, we
13 discussed and --
14     MS. HAGY:  Don't discuss -- I'm instructing
15 him not to discuss conversations with his attorney.
16 BY MR. ENGQUIST:
17     Q.   Did you tell anyone else about this
18 conversation you had with Reynaldo Guevara over the
19 collect phone call?
20     A.   Just as far as like my mother, I
21 discussed it with her.  And I believe that was
22 about it.
23     Q.   Did you take any steps to get the
24 recording of this phone call?

WILLIAM NEGRON, 09/27/2021                                    Page 106..109

Page 106

1    A.   I did not --
2    MS. BONJEAN:  Objection.
3    THE WITNESS:  -- know --
4    MS. BONJEAN:  Hold on.
5         Objection, form and foundation.
6         You can answer, Willie.
7    THE WITNESS:  Yeah.  I don't -- I don't know
8  how to even obtain something like that.  I don't
9  have the experience or even knowledge of even
10 trying to get something like that.
11 BY MR. ENGQUIST:
12   Q.   Now, you are aware when you would make
13 those phone calls that you would hear the -- the
14 call indicate that the calls were being recorded?
15 There would be a --
16   A.   (Nodding.)
17   Q.   So you know -- is that correct?
18   A.   Correct.  That was also the reason why
19 I wanted.  And I was hoping that he would accept
20 it, in which he did accept, and him and I discussed
21 it.  And that's one of the reasons, as I was
22 telling you, that it was part of like trying to get
23 him in so many ways in perjury.  Because why would
24 a person that didn't know you accept a collect

Page 107

1  call?
2    Q.   Okay.  You filed some pro se post-
3  conviction motions in both this case and the Baez
4  case; is that correct?
5    A.   Yes.
6    Q.   Okay.  Did you ever raise this
7  conversation you had with Reynaldo Guevara in any
8  of your own filings?
9    MS. BONJEAN:  Objection to the form and
10 foundation of that question.
11   MS. HAGY:  Join.
12   THE WITNESS:  No, I didn't.  I don't -- like
13 I said, I don't have the experience in that type of
14 field.
15 BY MR. ENGQUIST:
16   Q.   Okay.  Did any of your attorneys ever
17 raise this conversation you supposedly had with
18 Reynaldo Guevara on a recorded line in any of their
19 post-conviction filings?
20   MS. HAGY:  Foundation.
21   MS. BONJEAN:  Join.
22   THE WITNESS:  No.
23 BY MR. ENGQUIST:
24   Q.   After this recorded telephone

Page 108

1  conversation in 1997, did you ever have any other
2  conversations with Reynaldo Guevara?
3    A.   No.
4    Q.   Okay.  Besides you saying now that
5  Reynaldo Guevara mentioned Mr. -- or Sergeant
6  Biebel and then later on Biebel's brother, did you
7  know anything about Mr. -- Sergeant Biebel?
8    A.   No.  That was about it that he had
9  discussed with me.  Other than that, I -- I've
10 heard other accusations pertaining to -- to the
11 other parties, like as far as what the proceedings
12 were that had took place during the evidentiary
13 hearing.
14   Q.   But nothing from you, correct?
15   A.   No.
16   Q.   Okay.  And you also mentioned that when
17 you were in front of his house accusing Reynaldo
18 Guevara of misconduct, he said that you could talk
19 to his sergeant, Mingey; is that correct?
20   A.   Correct.
21   Q.   Is that the first time you ever heard
22 the name Mingey?
23   A.   Correct.
24   Q.   Have you ever met Sergeant Mingey?

Page 109

1    A.   Not that I know of.
2    Q.   Okay.
3    A.   I might have to --
4    Q.   Have you --
5    A.   -- see him on his face.
6    Q.   Have you ever seen Sergeant Biebel?
7    MS. BONJEAN:  Let's him finish.  He didn't
8  finish the last part of his -- did you catch that,
9  Ms. Court Reporter?
10   THE COURT REPORTER:  If he could repeat, make
11 sure I get --
12   MS. BONJEAN:  He --
13   THE WITNESS:  I said I --
14   MS. BONJEAN:  Go ahead, go ahead.  Whatever
15 you --
16   THE WITNESS:  Not that I know of.  I might
17 have to see him by face if anything.
18 BY MR. ENGQUIST:
19   Q.   Have you ever seen a photograph of
20 Sergeant Mingey?
21   A.   Nobody's never, as far as I know of,
22 showed me and pointed out that that's Mingey.
23   Q.   Okay.  As far as you know, have you
24 ever met Sergeant Biebel?

WILLIAM NEGRON, 09/27/2021                                  Page 110..113

Page 110

1    A.   As far as Biebel, if anything, it would
2  have been taken place in -- when I was incarcerated
3  when Guevara picked me up.
4    Q.   You mean after your arrest?
5    A.   Yeah.
6    Q.   Okay.  Do you recall ever -- ever
7  dealing with any sergeants when you were at Area 5
8  after your arrest?
9    A.   If I ever had any dealings with them?
10   Q.   Yes.  Any sergeants in Area 5.
11   A.   No.
12   Q.   All right.  Do you know Carlos Olan is?
13   A.   I -- I probably met him a few times,
14 but I really don't know him.
15   Q.   Okay.  Do you remember what his
16 nickname was?
17   A.   I believe it was Popeye.
18   Q.   Okay.  Was he also an Insane Dragon?
19   A.   Back then, yes.
20   Q.   And when you said you "probably met him
21 a few times," where would you have met him?
22   A.   Around Fairfield and Augusta.
23   Q.   Were you aware that he was
24 killed back in 1994?

Page 111

1    A.   I found out when I was incarcerated.
2    Q.   Prior to your arrest in 1994 by
3  Detective Guevara, had you ever been arrested
4  before by the Chicago Police Department?
5    A.   Yes.
6    Q.   How many times?
7    A.   If I recall correctly, I believe it was
8  twice.
9    Q.   And what was it for?
10   A.   Auto theft.
11   Q.   What happened with -- are they both
12 auto theft charges?
13   A.   Yes.
14   Q.   And do you recall what happened with
15 those cases?
16   MS. HAGY:  Objection; form, foundation,
17 relevancy.
18   MS. BONJEAN:  Yeah.  I'm going to join that
19 objection.
20   THE WITNESS:  It was based on -- I believe I
21 got probation for it.
22 BY MR. ENGQUIST:
23   Q.   And do you remember the officers that
24 were involved in either one of those auto theft

Page 112

1  arrests?
2    A.   No.
3    Q.   Okay.  Was Reynaldo Guevara involved in
4  any of those arrests?
5    A.   No.
6    MS. BONJEAN:  Objection, foundation.  How
7  would he know?
8    MS. HAGY:  Join.
9  BY MR. ENGQUIST:
10   Q.   Do you recall any detectives being
11 involved in either of those arrests?
12   MS. HAGY:  Objection, foundation.
13   MS. BONJEAN:  Join.
14   THE WITNESS:  The only -- the only officers,
15 they were just regular beat officers, that I know
16 of.
17   MR. ENGQUIST:  Okay.  All right.  I'm going
18 to share a screen.
19        What exhibit number are we on,
20 Ms. Court Reporter?
21   THE COURT REPORTER:  4.
22 BY MR. ENGQUIST:
23   Q.   Okay.  So this will be Exhibit
24 Number 4.  If I can get this to work.  There we go.

Page 113

1        This is the Bate stamped CCSAO I
2  think 2019 -- or 219 and 220, I believe are the
3  numbers.
4        Sir, can you see this on the screen?
5    A.   Yes.
6    Q.   Okay.  This is for a -- it looks like a
7  March 9th, 1991, vehicle theft case report and it
8  has your name on it.  You see that?
9    A.   Yes.
10   Q.   Okay.  Is that one of the incidents you
11 were talking about, sir?
12   A.   It looks familiar, yes.
13   Q.   Okay.  Do you remember who the other
14 offenders were in this case?
15   A.   No.
16   Q.   Okay.  And it has you down as Offender
17 Number 3.
18        Do you remember driving the car at
19 the time, sir?
20   A.   I just got -- I just got to see which
21 one.  I don't want to give you the wrong -- but I
22 believe -- I believe I was driving the car.
23   Q.   Okay.  All right.  Now, we have a
24 couple officers here on the bottom where it says

WILLIAM NEGRON, 09/27/2021                                    Page 114..117

Page 114

1  Reporting Officer's Name.  Can you see that?  I'm
2  not sure how big it is on your screen.
3      A.  Is that this one?
4      Q.  I'm not sure if I can highlight.  It's
5  where I have the blue.
6      A.  Yeah, I -- I see it.
7      Q.  Okay.  It looks like a -- I think a
8  Barth.  I'm not quite sure.  And a Cusack.  And I'm
9  not even going try the third one.
10     A.  Cacioppo?
11     Q.  Cacioppo?
12     A.  Yeah, could be Cacioppo.
13     Q.  Do you remember any of those officers?
14     A.  No.  If this was the one that happened
15 on Augusta, I -- I wasn't -- I didn't even drive
16 the car.  It was just standing there.  Some people
17 called and said that I was trying to break into the
18 car.
19     Q.  Okay.  Waiting for my computer to
20 respond.
21         Exhibit No. 5 this would be CCSAO
22 225 and I think 226.  It's a case report from July
23 19th, 1991, 07/19/1991 Case Report which is after
24 the one we were just looking at, which was a March.

Page 115

1      A.  Yeah.
2      Q.  It has your name on it as one of the
3  offenders.  You see that, sir?
4      A.  Yes.
5      Q.  Okay.  If you have a chance, you can
6  read the -- read the summary below.  I want to see
7  if that refreshes your recollection.
8          Okay.  Let me know when you want me
9  to move to the next page.
10     A.  You can move to the next one.
11         All right.  Next.
12     Q.  There's not another page.
13     A.  Okay.
14     Q.  Okay.  Is this the situation you were
15 talking about where you said you were standing by a
16 car and they said you were standing by a car and
17 they said you were attempting to break in it or
18 going to?
19     A.  No.  This is the one that -- if I
20 recall correctly, this is the gray car.  I was -- I
21 was driving in a gray Toyota and they apprehended
22 me -- they apprehended me on Fullerton and Central
23 Park.
24     Q.  Okay.  And is this a car you were

Page 116

1  driving?
2      A.  It sounds -- it looks the exact match.
3  It was a gray Toyota Corolla.
4      Q.  Okay.
5      A.  Yeah.
6      Q.  All right.  And do you know the
7  officers that were involved in this case?
8      A.  No.
9      Q.  Okay.  There we go.  This will be
10 Exhibit No. 5.
11         THE COURT REPORTER:  6.
12         MR. ENGQUIST:  Oh, 6.  I'm sorry.
13 BY MR. ENGQUIST:
14     Q.  And this is from November of 1992.
15 It's for vehicle theft.  And this is a gray Toyota.
16         Is this the gray Toyota you were
17 just speaking about?
18     A.  It's -- whichever it is, it's one of
19 them that I was trying to explain that I was by
20 Pulaski and close by Armitage and --
21     Q.  I'm not sure if we can -- here it is.
22 I'm sorry.  I wasn't sure I hit the share button
23 correctly.
24         Can you see that?

Page 117

1      A.  Yeah.
2          MS. BONJEAN:  I'm sorry.  What's the Bates
3  stamp for that?
4          MR. ENGQUIST:  Sure.  It's CCSAO 221 and 222.
5          MS. BONJEAN:  Is that the one we already did?
6          MR. ENGQUIST:  No.
7          MS. BONJEAN:  Okay.
8          MR. ENGQUIST:  The one we already did was 219
9  and 220, and then we did a case report after that.
10         MS. BONJEAN:  Thank you.
11         THE WITNESS:  Yeah.  This looks like the one
12 that I was explaining to you.
13 BY MR. ENGQUIST:
14     Q.  Okay.  So this is one's like the gray
15 Toyota one that you said you were caught driving?
16     A.  Yes.
17     Q.  Okay.  Do you recall who was with you
18 on any of these occasions, the three occasions we
19 just went through?
20     A.  No.
21     Q.  Okay.  Without knowing who they are
22 exactly, can you tell me whether or not they were
23 members of the Insane Dragons?
24     A.  No.  I wouldn't -- I wouldn't know, to

Case: 1:18-cv-02701 Document #: 195-23 Filed: 12/22/22 Page 32 of 80 PageID #:3496

WILLIAM NEGRON, 09/27/2021                    Page 118..121

Page 118

1  be honest.
2      Q.   Okay.  Other than those auto thefts,
3  can you recall any other times that you were
4  arrested by Chicago police?
5      A.   No.  That about it.
6      Q.   About it or it?
7      A.   Well besides everything of my
8  testimony, that's about it.
9      Q.   Okay.  Did you ever get arrested by any
10 other agencies other than Chicago Police
11 Department?
12     A.   No.
13     Q.   Okay.  Now, earlier you said you
14 thought you learned of Carlos Olan's murder, it was
15 after you were incarcerated, you said?
16     A.   Yes.
17     Q.   Okay.  Did you learn it -- I'm sorry.
18 Did -- when you say "incarcerated," I have a
19 different term.  Was it after your arrest but
20 before you were in Cook County Jail or was it after
21 you were in Cook County Jail?
22     A.   It was once I was charged for the case
23 and while I was in Cook County Jail.
24     Q.   Okay.  All right.  Now, when you were

Page 119

1  arrested in this case, what I'm talking about, I'm
2  talking about the Amos Merkes -- Amy Merkes and
3  Jorge Rodriguez murder and the attempted murder of
4  Jackie Grande.  That's the case I'm speaking of.
5      A.   Okay.
6      Q.   Do you recall what day it was that you
7  were arrested?
8      A.   If I recall correctly, I think it was
9  on a Thursday.  I'm not too sure.
10     Q.   Would December 12th be -- sound correct
11 to you?
12     A.   Yes.
13     Q.   Okay.  And where were you when you were
14 arrested?
15     A.   When I was arrested, I was going home.
16 Detective Guevara grabbed me on Spaulding, like the
17 next block of Belle Plaine.  And he had --
18 Halvorsen was there and I believe the other
19 detective was Polinski (phonetic).
20     Q.   Is who?
21     A.   I think it was Polinski.  I'm not sure.
22     Q.   Polinski?
23     A.   I think so.  I'm not sure.
24     Q.   Okay.  So you had -- there were three

Page 120

1  people in the car that -- that pulled you over?
2      A.   Yes.
3      Q.   Okay.  Do you remember a Detective
4  Troken?
5      A.   Yes.
6      Q.   Okay.  And who is Detective Troken?
7      A.   I just know he was the detective that
8  was also there.  But as far as I know, they was
9  saying that it was Polinski, but I really don't
10 know.
11     Q.   Okay.  Do you remember two gang crime
12 specialists also being present during your arrest?
13     A.   No.
14     Q.   Okay.  Do you know a gang crimes
15 specialist by the name of Rodriguez?
16     A.   No.
17     Q.   How about Wiora?
18     A.   No.
19     Q.   And how many days after your
20 confrontation with Rey in front of his house was it
21 that you were arrested?
22     A.   It was matter of days.  I would say
23 maybe -- I will say -- estimate like five days.
24     Q.   And in between the time that you

Page 121

1  confronted Reynaldo Guevara at his home and up
2  until the arrest, did you see Reynaldo Guevara
3  at all?
4      A.   After that?
5      Q.   Between the time that you confront him
6  at his house and you said approximately five or so
7  days later that you were arrested, during that
8  period of time, did you see Reynaldo Guevara at
9  all?
10     A.   Just at the court hearings.  And
11 then, of course, you know, when I was picked up for
12 the -- for the crime.
13     Q.   Yeah.  I'm -- let me go back and see if
14 we can get this a little -- you had the
15 confrontation with Reynaldo Guevara, you said, at
16 his home, correct?
17     A.   Correct.
18     Q.   And then you said somewhere
19 approximately five days later is when you were
20 arrested, correct?
21     A.   Yeah.
22     Q.   By Reynaldo Guevara?
23     A.   Correct.
24     Q.   Okay.  In between the time you were at

Urlaub Bowen & Associates, Inc.    312-781-9586

WILLIAM NEGRON, 09/27/2021

Page 122..125

Page 122

1 his house having the confrontation and the time you
2 were arrested, during those five or so days, did
3 you see Reynaldo Guevara at all?
4     A.    No.
5     Q.    Okay.  Did you see any -- did you have
6 contact with any police officers at all?
7     A.    No.
8     Q.    Okay.  Now, you said -- you talked
9 about Detective Halvorsen.  Was he present at the
10 location when you were arrested?
11     A.    Yes.
12     Q.    Okay.  Can you describe him?
13     A.    He has like pushed black -- pushed-back
14 hair.  It looked like kind of like a grayish like,
15 but it was dark outside.  He has glasses.
16             But he was the driver.  Guevara was
17 in the passenger side when they picked me up and
18 then the other gentleman was sitting next to me.
19     Q.    Okay.  Did you have any conversations
20 with Halvorsen?
21     A.    No.
22     Q.    Conversations at any time, either in
23 the car or at the station?
24     A.    No.

Page 123

1     Q.    And the officer who was sitting next to
2 you in the back, did you have any conversations
3 with that officer?
4     A.    No.
5     Q.    Is it fair to say the only officer you
6 had conversations with, either at the scene of your
7 arrest or at the police station, was Detective
8 Guevara?
9     A.    Yes.  Even in the car, I was trying to
10 figure out why was I being arrested for, he just
11 said it has to deal with your mother.
12     Q.    Did the "has to deal with your mother,"
13 was that before or after you got into the police
14 car?
15     A.    Once I was inside the police car.
16     Q.    Okay.  And once you were at the police
17 station, you only spoke to Reynaldo Guevara,
18 correct, as --
19     A.    Once I was at the police station, I
20 talked to Guevara.  Guevara was the only one doing
21 the interrogation.  He just informed me there's
22 going to be a state attorney that's going to be
23 coming in.  He just told me, he says, Don't say
24 anything.  Which kind of blew my mind.  But he just

Page 124

1 told me, he says:  Don't say anything; he's going
2 to try to talk to you, but just talk to me.  But
3 he -- he just -- the only one of that was --
4 majority talking through was just Guevara.
5     Q.    Okay.  And do you tell Detective
6 Guevara that you had nothing to do with the murder
7 of Amy Merkes and Jorge Rodriguez?
8     A.    Correct.
9     Q.    Okay.  And do you recall going in --
10 being put into any kinds of lineups?
11     A.    Yes.  Mr. Guevara, during our -- while
12 I was being interrogated, Guevara stated that if
13 you don't get picked out through the lineup, then
14 you're free to go, you have nothing to worry about.
15     Q.    And do you know how many lineups you
16 were in?
17     A.    Just that one.
18     Q.    When you say "just that one," do you --
19 were you told to stand up or told to move more than
20 once or was it just that one time you remember
21 being back into that room?
22     MS. BONJEAN:  Objection to the form and
23 foundation of that question.
24     THE WITNESS:  It was based on the -- just

Page 125

1 for pertaining to this case, for the Guevara
2 incident with Merkes and Mr. Rodriguez.
3             As far as I recall, it was just that
4 one time that he just said, Go to -- you're going
5 to be, you know, into the lineup, and that was it.
6 BY MR. ENGQUIST:
7     Q.    Okay.  Do you -- do you have any idea
8 how many witnesses viewed the lineup?
9     MS. HAGY:  Objection.
10     MS. BONJEAN:  Objection.
11     MS. HAGY:  Form and foundation.
12     MS. BONJEAN:  Yeah.  Joining the objection.
13     THE WITNESS:  I wouldn't even know.
14 BY MR. ENGQUIST:
15     Q.    Okay.  And when you were at that
16 lineup, did you know anybody that was in the
17 lineup with you?
18     A.    Just the only one that I recognized, if
19 anything, was Mr. Almodovar.
20     Q.    And did you speak with Mr. Almodovar at
21 all while you were at the police station that
22 night?
23     MS. BONJEAN:  Objection, foundation.
24     THE WITNESS:  No.

WILLIAM NEGRON, 09/27/2021                                    Page 126..129

Page 126

1  BY MR. ENGQUIST:
2      Q.   Can you describe the room you were in
3  when the lineup was taking place?
4      A.   It was -- it was more like -- it has a
5  glass -- like a glass frame, like a -- of a two-way
6  mirror, I would say.  They had chairs in the back.
7  We would just lineup, you know, sit down, things
8  like that.  But that was about it.  It was just
9  like a solid just a square room.  It was -- looked
10 like one way in, one way out.
11     Q.   And when you were in that room, was
12 there any -- was there anybody from -- any police
13 officer in that room with you and the other
14 participants of the lineup?
15     A.   Just -- if anything, it was just
16 standing on a door.
17     Q.   Okay.  And do you remember the officer
18 who was standing in the door?
19     A.   No.
20     Q.   Okay.  Do you recall your photograph
21 being taken after the lineup?
22     A.   Yes.
23     Q.   So what happened after the lineup; do
24 you recall?

Page 127

1      A.   As far as I recall, I was like taken
2  downstairs into just a holding room until I guess
3  I get processed.
4      Q.   When you say "downstairs," you went to
5  the lockup area?
6      A.   Correct.
7      Q.   You said a "holding room."  Was it like
8  a big, open, holding cell?
9      A.   No.
10          Are you talking about the lineup
11 or --
12     Q.   You said after the lineup, you went
13 downstairs to a holding --
14     A.   Oh, yes.
15     Q.   -- area.
16     A.   It was like -- well, they're kind
17 of -- to me they're kind of big.  So they have
18 different -- different cages, different rooms.
19 so to me it was like it kind of big, so that's
20 what I mean by like one, big holding room.
21     Q.   Okay.  At some point, do you remember
22 speaking at all to an assistant state's attorney?
23     A.   The state attorney, yes.  When -- as I
24 was discussing with you, when he -- Guevara said,

Page 128

1  Once the state attorney comes in, he's going to try
2  to ask you some questions, just -- just say you
3  don't know or just, you know, don't say anything.
4          State attorney came in, into the
5  room, and he tried to talk to me, and I just told
6  him, I have nothing to say.  You know, so he just
7  said, Well, you're -- you're going down for this.
8      Q.   Okay.  Do you remember any of the
9  questions the state's attorney tried to ask you
10 before you said you had nothing to say?
11     A.   He was just engaging as far as like,
12 I would like to talk to you about what happened
13 September 1st, 1994.  But I said, I have nothing to
14 talk about; I want to see my attorney.  So I just
15 went off from there.  He seemed like he got upset
16 and he said, You're just -- you're going to go down
17 for this.
18     Q.   Okay.  Earlier you were saying Reynaldo
19 Guevara was saying, you know, not to talk to the
20 state's attorney.  Is that the reason why you asked
21 for your -- your own attorney or is there some
22 other reason why?
23     MS. BONJEAN:  I'm going to object to it
24 mischaracterizes what he said, or at least only

Page 129

1  partially characterizes what he said in his prior
2  testimony on that.
3     MS. HAGY:  Join.
4  BY MR. ENGQUIST:
5      Q.   Go ahead, sir.
6      A.   I really didn't know as to why he -- he
7  told me something like that.  I believe, my
8  personal opinion, he was just trying to gain some
9  type of trust with him.  Maybe that was his tactic
10 of -- of just playing devil's advocate and just
11 making it seem, Trust in me, not an attorney, to
12 get some type of agreements or bond in hopes that I
13 would open up to him.  And that's the only thing
14 that I could think of.
15     Q.   Okay.  My question is a little bit
16 different.
17          Because what you say Reynaldo
18 Guevara said to you about whether or not to talk to
19 the state's attorney, is that the reason why you
20 refused to talk to the states state's attorney?
21     MS. HAGY:  Objection; mischaracterizes
22 testimony, foundation.
23     MS. BONJEAN:  Join.
24     THE WITNESS:  No.  I -- I just didn't want to

WILLIAM NEGRON, 09/27/2021                                    Page 130..133

Page 130

1  talk them because I really didn't trust too much of
2  what was going on at that department based on what
3  I had explained before.
4  BY MR. ENGQUIST:
5      Q.    And I'm -- I'm sorry if I -- you're
6  going to repeat yourself on something that I
7  missed, but you said you heard things about the
8  department, you didn't trust the department.  Are
9  talking about you didn't trust the state's
10  attorney's office?
11     A.    I didn't trust people that were working
12  inside there due to what I had stated before in
13  regards to when I went to his house and I made
14  the -- the outburst to the gentleman that lived
15  next door of people that he would know in that
16  department.  So I really didn't really trust too
17  many people that worked in that department.
18     Q.    Okay.  This conversation or this quick
19  conversation you had with the assistant state's
20  attorney, was that before or after you went
21  downstairs to the lockup area?
22     A.    It was before I went to the lockup
23  area, yes.
24     Q.    After you went to the lockup area,

Page 131

1  did you come -- did you ever come back upstairs to
2  the -- to the area to be questioned again or talked
3  to again or did you just stay in the lockup area?
4      A.    No.  As Detective Guevara stated, once
5  I was identified, that I will be charged.  So once
6  I was in the lockup area, I was soon to be
7  transported.
8      Q.    To Cook County Jail?
9      A.    Correct.
10     Q.    Okay.  All right.  I just want to make
11  sure I haven't missed anything.
12           You said you spoke with only
13  Reynaldo Guevara at the police department and an
14  assistant state's attorney; is that correct?
15     A.    Correct.
16     Q.    Okay.  When you were talking about
17  when you were speaking with Reynaldo Guevara,
18  you described it -- you described it as an
19  interrogation.
20           Were you ever hit during that time?
21     A.    No.  Mr. Guevara, he's -- he never hit
22  me.
23     Q.    Did he yell at you?
24     A.    No.  Not at that time.

Page 132

1      Q.    Did he threaten you?
2      A.    No.  Not at that time.
3           MS. BONJEAN:  Objection -- yeah, to the
4  foundation of that, but -- but he provided it.
5  BY MR. ENGQUIST:
6      Q.    Would it be fair to say that after you
7  were charged, after you went to the lockup, were
8  charged, the next time you spoke with anybody about
9  this case would have been after you were in
10  court -- after you were sent over to Cook County
11  Jail, I mean?
12           MS. HAGY:  Objection; form, foundation.
13           MS. BONJEAN:  Join.
14           THE WITNESS:  Yes.
15  BY MR. ENGQUIST:
16     Q.    Okay.  During -- prior to and during
17  your criminal trial, did you ever inform anybody of
18  the confrontation you had with Reynaldo Guevara
19  outside his home?
20           MS. BONJEAN:  Objection, asked and answered.
21           THE WITNESS:  Say it again.
22  BY MR. ENGQUIST:
23     Q.    I'll just make it simpler.
24           Did you ever inform any of your

Page 133

1  attorneys that you had a confrontation with
2  Reynaldo Guevara outside his home that you
3  described to us today?
4           MS. BONJEAN:  Objection.  That is -- you're
5  asking him -- you're asking him to disclose a
6  communication.  That is improper.
7           MS. HAGY:  Join.
8           MR. ENGQUIST:  So are you going to instruct
9  him not to answer?
10           MS. HAGY:  Yes, I am.
11           Talk don't talk about
12  attorney/client communication.
13  BY MR. ENGQUIST:
14     Q.    Do you know if your mother ever talked
15  to your attorneys about your confrontation with
16  Reynaldo Guevara outside of his home?
17     A.    I really -- I really wouldn't know.
18     Q.    Okay.  You told your mother about that,
19  though, didn't you?
20     A.    Correct.
21     Q.    Did you know whether or not Reynaldo
22  Guevara was ever confronted with these accusations
23  of him framing you in this -- this interaction
24  outside of his home that you described during the

WILLIAM NEGRON, 09/27/2021                          Page 134..137

Page 134

1  criminal trial?
2       MS. HAGY:  Objection; form, foundation.
3       MS. BONJEAN:  Join.
4       THE WITNESS:  As far as I know, no.  I
5  wouldn't have any knowledge of that.
6       MR. ENGQUIST:  And just to be clear, Lindsay,
7  just so -- because I don't want to go through a
8  budge of questions for no reason, you're going to
9  maintain attorney/client privilege for any
10  communications he had with any of his criminal
11  defense attorneys?
12       MS. HAGY:  Yes, I am.
13       MR. ENGQUIST:  Okay.
14       MS. HAGY:  Thank you.
15  BY MR. ENGQUIST:
16       Q.    Now, while you were in the Cook County
17  Jail, that's where you met Antonio Guzman; is that
18  correct?
19       A.   Correct.
20       Q.    And I believe you said -- sorry.
21  Haven't got to this yet.
22            Did Antonio Guzman have information
23  about your murder case, the one involving Amy
24  Merkes?

Page 135

1       A.   Yes.  He was describing the -- the
2  case.  I've never explained to him the exact
3  details, but he -- he described the kind of car,
4  weapons that he had seen, and description of
5  individuals that look almost just -- according to
6  him, one looked like me and the other one could
7  pass as my co-defendant, Roberto Almodovar.
8       Q.    Okay.  And what did he tell you -- now,
9  when he described this case, how did he say he had
10  this knowledge?
11       A.   He said that he had seen the car
12  that -- from his area, it wasn't too far from where
13  the crime had happened at.  Since the case was
14  lingering around through the media, I'm assuming he
15  got the information like as far as where exactly it
16  happened.  But he was describing it that -- you
17  know, that he knew that we didn't do it, that these
18  two individuals looked like us, and the
19  descriptions of the weapons that basically matched
20  the crime, and which, in my recollection it was
21  never, you know, stated through the media, the
22  descriptions of the weapons, that I could recall.
23       Q.    And what -- what was specific about the
24  weapons which drew your attention?

Page 136

1       A.   Based on testimony from Mr. Saez
2  stating that he seen the -- a shiny gun and then
3  the ballistics saying it was from a .38 caliber.
4       Q.    So did Mr. Guzman say that he saw a
5  shiny, .38 caliber weapon?
6       A.   Correct.  He said he seen a .38 that
7  was in the man's vehicle.  He said that the
8  individual owned that -- that car, that looks
9  almost like me.  He also seen another weapon that
10  was dark than was another .38 that was in the car.
11       Q.    So Mr. Guzman said that he -- did he
12  indicate that he knew the person who owned the car?
13       A.   He -- Mr. Guzman was just stating that
14  he knew these individuals, but according to him
15  when I asked him if he actually knew them-knew
16  them, he says that, I just know them as being
17  Cobras.
18       Q.    Okay.  And if I remember correctly, you
19  told me that Antonio Guzman, your understanding, he
20  was a Spanish Cobra as well, correct?
21       A.   Correct.
22       Q.    Okay.  Did you ever convey this
23  information that there was a witness in Cook County
24  Jail who had -- who had information about your case

Page 137

1  to anyone?
2       MS. BONJEAN:  Objection, foundation.
3       THE WITNESS:  As far as outside, no.  Just as
4  far as just only my mother.  Her and I, we
5  discussed it.
6       MS. BONJEAN:  I'm going to object again to
7  the extent you're asking for -- I mean, I think
8  Lindsay did, but I assume you're not asking for
9  attorney/client communications, right?
10       MR. ENGQUIST:  I'm assuming that's why he
11  looked over to her and -- and he said besides --
12       MS. BONJEAN:  I was -- listen.  My screen was
13  small.  I couldn't see anything.  I had to open up
14  the screen.  So I apologize if that's what
15  happened.
16       MR. ENGQUIST:  Okay.  Let's just make it
17  clear then.
18            I'm assuming, Ms. Hagy, you're
19  instructing him not to answer to the extent that it
20  would call for any communications he had with his
21  attorneys, correct?
22       MS. HAGY:  Yes, I am.
23  BY MR. ENGQUIST:
24       Q.    Okay.  When's the last time you

WILLIAM NEGRON, 09/27/2021                                    Page 138..141

Page 138

1 spoke -- you -- I'm sorry. You said you kept in
2 contact with Antonio Guzman, correct?
3     A.   Yes. When I was -- when I was
4 released.
5     Q.   Okay. Do you have his phone number?
6     A.   I have to look it up in my phone.
7     Q.   Can you look it up for me and tell me
8 what it is?
9         MS. BONJEAN:  You're going to have him do an
10 investigation into his phone right now?
11         MR. ENGQUIST:  I'm just having him look to
12 see if he can give me his phone number. I wouldn't
13 call that really an investigation.
14         MS. BONJEAN:  Well ...
15         THE WITNESS:  It's 716.529.7661.
16         MS. BONJEAN:  Should we all call him right
17 now too?
18         MR. ENGQUIST:  Maybe you can do that off the
19 record, just not in the dep yet.
20         MS. BONJEAN:  Well, I'm sure you'll issue a
21 subpoena one day before discovery closes, which is
22 your methodology.
23         MR. ENGQUIST:  Well, considering I didn't
24 have any information about Mr. Guzman being the

Page 139

1 witness here, I didn't have any contact with him or
2 a lot of the story until now. Yeah, I might be
3 changing a few things around.
4         MS. BONJEAN:  You've -- you've been talking
5 about Antonio Guzman for these years. I don't know
6 what you're talking about. All I ever hear is
7 about Baby Jaws and Antonio Guzman, so yeah, you --
8 you did know about him.
9 BY MR. ENGQUIST:
10     Q.   Okay. Have you ever talked to Antonio
11 Guzman about being a witness in this case?
12     A.   No.
13     Q.   Do you know if your attorneys ever got
14 in any contact with him?
15         MS. BONJEAN:  I'm going to instruct him not to
16 answer about attorney/client communication.
17         MS. BONJEAN:  And work product privilege.
18             Sorry, Lindsay.
19         MS. HAGY:  No, I appreciate it.
20 BY MR. ENGQUIST:
21     Q.   Did you testify at all or give
22 testimony at all in the Merkes murder case?
23     A.   No.
24     Q.   All right. Now, sir, you were

Page 140

1 sentenced in both murder cases, correct?
2     A.   Correct.
3     Q.   Okay. And it was after the sentencing
4 and the Baez case that you went to IDOC, correct?
5     A.   Yes, correct.
6     Q.   Okay. All right. We talked a little
7 bit in a broad sense when you were talking about
8 things that you did while you were in IDOC, but I
9 just want to go through that in a little more
10 detail.
11         Where were you housed in IDOC?  What
12 facilities?
13         MS. HAGY:  Objection.
14         THE WITNESS:  I used to be in Menard
15 Correctional, Stateville, Joliet, and Pontiac, and
16 Dixon.
17         THE COURT REPORTER:  I'm sorry. I missed
18 your objection before he answered.
19         MS. HAGY:  Oh, form.
20         THE COURT REPORTER:  Thank you.
21 BY MR. ENGQUIST:
22     Q.   Okay. And where were you at first,
23 which was the first place?
24     A.   Joliet.

Page 141

1     Q.   And how long were you there?
2     A.   I was just there about -- I'll estimate
3 maybe about a month or less.
4     Q.   Okay. Where were you at next?
5     A.   The next one I want to was Pontiac.
6     Q.   And do you remember what years you were
7 at Pontiac?
8     A.   If I recall correctly, I think it was
9 around from '98 -- '97 to '98.
10     Q.   Okay. And do you remember who your
11 cellmate was or cellmates were at Pontiac?
12     A.   I had -- there were about like
13 different nicknames we used to call them. I had
14 one that was June Bug. And I had another one they
15 used to call him Bodiqua (phonetic) when I was in
16 Pontiac. This other guy I didn't -- I didn't know
17 his name. They just call him White Boy. The other
18 one, it was some -- some guy; they used to call him
19 Soul. And then I was with some other guy named
20 Bam.
21     Q.   Okay. Do you know whether June Bug
22 belonged to a gang?
23     A.   I believe --
24         MS. HAGY:  Objection; form, foundation.

WILLIAM NEGRON, 09/27/2021                                    Page 142..145

Page 142

1 BY MR. ENGQUIST:
2      Q.   Go ahead.
3      A.   I believe he was a Maniac Latin
4 Disciple.
5      Q.   Okay.  And where were you after
6 Pontiac?
7      A.   After Pontiac I was sent to Stateville.
8      Q.   And how long were you at Stateville?
9      A.   I left Stateville in 2000.
10      Q.   So '98 to 2000 roughly?
11      A.   Yes.
12      Q.   And do you remember any of your
13 cellmates there?
14      A.   Oh, wow.  A guy by the name of Walter
15 Primus was my celly.  I had -- I had so many.  The
16 other one was a guy by the name of Stone, that was
17 his name.  Another guy named Mohammed.  And then
18 there was another guy.  I can't think of his name.
19 I believe his name was Memo.
20      Q.   Okay.  And where did you go after
21 Stateville?
22      A.   After Stateville, I was sent to Pontiac
23 again.
24      Q.   Okay.  And from when to when?

Page 143

1      A.   I was sent to Pontiac in -- like I
2 said, in 2000, and then I had went to Menard around
3 2013, I believe.
4      Q.   So you spent from 2000 to 2013 at
5 Pontiac and then you went to Menard?
6      A.   Yes.
7      Q.   And how long were you at Menard?
8      A.   I would say maybe like three months,
9 estimate.
10      Q.   And then where did you go from there?
11      A.   Back to Pontiac.
12      Q.   Okay.  And then how long were you at
13 Pontiac then?
14      A.   Until the -- the case was resolved
15 from both of them.  And that was like December of
16 2000, I want to say, '18.
17      Q.   Okay.  You said Dixon earlier.  Was
18 that incorrect?
19      A.   No.  Dixon, yeah.  I went to Dixon
20 after Pontiac, went I went to Pontiac again after
21 Menard.
22      Q.   And when were you at Dixon?
23      A.   I was at Dixon until my release, up
24 till September.  I went to Dixon in December, if I

Page 144

1 recall correctly.  I believe it was the 5th of
2 2018.
3      Q.   Okay.  During any of the time that you
4 were at IDOC, were you ever in the same facility as
5 your co-plaintiff here, Mr. Almodovar?
6      A.   Say again.
7      Q.   Were you ever housed in the same
8 facility as Mr. Almodovar?
9      A.   Are you referring to Roberto?
10      Q.   Yes.
11      A.   Not in Dixon, no.
12      Q.   At any of the institutions?
13      A.   We were at Menard, but not in the same
14 housing unit.
15      Q.   And how did you know that he was there?
16      A.   There was individuals that had informed
17 me.
18      Q.   Okay.  And when I said Almodovar, you
19 wanted me to specify which one.
20           Were you ever housed with any other
21 of Mr. Almodovar's relatives?
22      A.   I was with Edwin Almodovar in Dixon.
23      Q.   Now, we already went through different
24 jobs that you had when you were at the IDOC.

Page 145

1           Did we -- earlier, did we cover all
2 of those?
3      A.   I think so.  Depends on you.
4           MS. BONJEAN:  You want him -- you want him to
5 do your job for your, Josh?
6           MR. ENGQUIST:  Is that an objection or just a
7 snide comment?
8           MS. BONJEAN:  Just a -- just a snide comment.
9           MR. ENGQUIST:  Snide comment.  There we go.
10 BY MR. ENGQUIST:
11      Q.   So why don't we go through it then.
12 Why don't you tell me the different jobs you had in
13 IDOC.
14      A.   When I was in IDOC, majority I worked
15 inside the kitchens when I was housed there.
16      Q.   Okay.  Any other job besides kitchen
17 worker?
18      A.   Yes.  I used to work the laundry
19 department and the general store.
20      Q.   Anything else?
21      A.   As far as I recall, no.
22           Oh, one more.  Sorry.  In Dixon
23 before I was released I was working outside
24 grounds.

WILLIAM NEGRON, 09/27/2021                                    Page 146..149

Page 146

1    Q.    During the years you were in IDOC --
2  actually, go back.
3          Do you know the time that you were
4  in Cook County Jail, did you ever suffer any kind
5  of physical injuries?
6    A.    Not in Cook County Jail, no.
7    Q.    During the time you were in IDOC, did
8  you ever suffer any kind of physical injuries?
9    A.    Yes.
10   Q.    And what was -- what were those?
11   A.    I had my leg broken and my collarbone,
12 my left-side collarbone, hairline fracture.
13   Q.    You said left collarbone?
14   A.    Yes.
15   Q.    And when did that happen?
16   A.    That was around when I was in
17 Stateville.  I was jumped getting -- going to see
18 my -- my mother.
19   Q.    Do you remember what year this would
20 have been?
21   A.    It was roughly around 1999 to 2000.
22   Q.    Okay.  And you said you were jumped.
23 I'm assuming that was by other inmates?
24   A.    Yeah.  It was three individuals.  I

Page 147

1  was going to go see my mother and -- and three
2  individuals attacked me.
3    Q.    Do you know who those inmates were?
4    A.    No.
5    Q.    Do you know why you were jumped?
6    A.    No.
7    Q.    Did you report that at all to the --
8  anybody within IDOC?
9    A.    The staff automatically.  I didn't need
10 to report it.  The -- the officer took it upon
11 himself to do whatever he did as far as writing an
12 incident report.  Beyond that, I have no idea.  But
13 I -- I received semi like medical assistance.
14   Q.    You said "semi."  What do you mean by
15 that?
16   A.    When the incident occurred, I had -- I
17 kind of collapsed on the floor.  I couldn't take
18 the pain anymore.  One of the nurses walked up to
19 me when I was on the floor and he just said that,
20 you should have just stood down.  But other than
21 that, he says we're -- we're switching shifts.  And
22 by that time, they -- they shut down the whole
23 facility on lockdown because of the incident.
24   Q.    Did you have any other interactions

Page 148

1  with those three unknown inmates that jumped you?
2    A.    No.  Not after that, no.
3    Q.    Any other physical injuries you
4  suffered while you were at IDOC?
5    A.    Besides them jumping on me, no.  That's
6  about it.
7    Q.    I'm sorry.  Was this the only incident?
8    A.    No, that -- this was the only incident
9  that I could recall.
10   Q.    While you were at Cook County Jail, did
11 you seek any kind of medical help for any kind of
12 psychological or emotional problems?
13   A.    No.
14   Q.    While you were in IDOC, did you seek
15 any kind of mental health treatment?
16   A.    No.
17   Q.    And I believe you already talked about
18 when you were in IDOC you did seek, several times,
19 substance abuse counseling; although, you didn't
20 have a substance abuse problem, correct?
21   A.    Yes, correct.  There were programs that
22 they were initiating to people who wanted to
23 participate, so it was kind of like close to
24 vocational.

Page 149

1    Q.    Since your release from prison, have
2  you sought any kind of treatment for any kind of
3  physical problems you think stem from your time in
4  prison?
5    A.    No.
6    Q.    Since your release from prison, have
7  you sought any kind of treatment for any kind of
8  mental health -- any kind of mental health
9  treatment?
10   A.    No.
11   Q.    Do you believe you suffer from any kind
12 of mental health problems from your time in prison?
13      MS. HAGY:  Objection; form, foundation.
14      THE WITNESS:  I believe that -- based on what
15 had happened, I believe I get like sort of like --
16 I guess like anxiety.  And sometimes I -- you
17 know, I use to get depressed.  I couldn't sleep
18 when I first came out.  It took a little while to
19 cope.  So as some time went by, things started
20 getting better for me.
21 BY MR. ENGQUIST:
22   Q.    And how long before things started
23 getting better for you after your release?
24   A.    It took me about, I'll estimate maybe

Urlaub Bowen & Associates, Inc.    312-781-9586

WILLIAM NEGRON, 09/27/2021                                    Page 150..153

Page 150

1  like maybe four months until I started getting a
2  good sleeping pattern.  But when I first came out,
3  I couldn't really sleep.  I wasn't really adjusted
4  to how -- comparing to inside and out.
5       Q.   And how do you sleep today?
6       A.   I sleep a little bit more better, yes.
7       Q.   Okay.  Have you ever sought any kind of
8  treatment for -- or any kind of help -- I'm sorry.
9  Let me go back.
10           Have you sought any kind of
11 treatment for any kind of sleeping disorders?
12      A.   No.
13      Q.   You had said you had some -- what you
14 considered some kind of anxiety.
15           Can you describe what that anxiety
16 was like after your release?
17      A.   The anxiety was based on trying to
18 cope with society and that.  Responsibilities.
19 it was like a big toll on me because I was
20 incarcerated when I was young, didn't have really
21 responsibilities responsibility as being a teen
22 comparing to an adult life of how to get your
23 credit up, et cetera, how to do it.  A lot of
24 questions emerged in your head how you're going to

Page 151

1  get basically good footing and try to find yourself
2  in society.
3       Q.   And have you overcome that anxiety?
4       MS. HAGY:  Objection; form, foundation.
5       THE WITNESS:  I believe, yeah, majority of
6  it.  Yes, I have.  But, of course, you know, things
7  continue to get rough in society, so you got to
8  somehow figure out, you know, different obstacles
9  if things are not helping you where you're at at
10 this point.
11 BY MR. ENGQUIST:
12      Q.   And when you're talking different
13 obstacles that are coming up now.  What -- what are
14 those different obstacles?
15      A.   Like, say, for example, taxes go on up.
16 If you want to get a better future, like housing,
17 getting into the housing market, things like that,
18 could you financially, you know, with your salary
19 or do you need to improvise a little bit on a
20 different field to get better pay.  So those are
21 the things that I'm inquiring about.
22      Q.   Okay.  You mentioned some depression
23 after -- after your release.  Was that correct?
24      A.   Yeah.  It was some -- some depression

Page 152

1  based on, you know, as the case, how things were.
2  My mother kind of suffered a lot, you know, based
3  on it.  And living with her during the time when I
4  was released, seeing how my grandmother was in her
5  condition.  It was -- kind of took an emotional
6  toll.  And it took a little while for -- for my --
7  for my mother to like kind of overcome a little
8  bit of her fears in which -- you know, being
9  incarcerated.
10      Q.   And just to be clear, when you were
11 finally released from prison, you were released on
12 the Baez murder, correct?
13      A.   Correct.
14      Q.   Okay.  Was there anything different --
15 do you believe there was anything different about
16 your time in prison based on the Baez case compared
17 to the Merkes case?
18      MS. HAGY:  Objection; form, foundation.
19      THE WITNESS:  I believe I guess the
20 difference is that I was exonerated on one and the
21 other one I was -- I'm doing parole on.  So I have
22 the conviction on one and the other one I don't.
23 BY MR. ENGQUIST:
24      Q.   Okay.  But do you believe there's

Page 153

1  anything different about the time you spent in
2  prison or where you did time or how you did time
3  based on the Merkes murder compared to the Baez
4  murder?
5       MS. BONJEAN:  Objection just to the form of
6  that question.
7            If you understand it, you can
8  answer.
9       MS. HAGY:  Speculation.
10      THE WITNESS:  If -- I believe that I would
11 have been most likely in a -- if I'm correct, if
12 this is what you're asking me, I believe I could
13 have been in a better position and a better
14 penitentiary that could provide additional
15 educational programs than being in a max
16 penitentiary.  I could have been in a medium
17 facility or I could have never been incarcerated.
18 BY MR. ENGQUIST:
19      Q.   And what did you base that on, that you
20 believe you that might have been at a different --
21 a medium facility if you were not convict of the
22 Merkes homicide?
23      A.   Based on -- based on the testimony of
24 the Baez, the state attorney decided to call

WILLIAM NEGRON, 09/27/2021                    Page 154..157

Page 154

1 Mr. Guevara into the Baez based on his testimony.
2 It was in our opinion that it was just to enhance
3 and to ensure that I received a natural life
4 sentence.
5           And if I did not have the Merkes
6 case and Mr. Rodriguez case, I would've most likely
7 been capable of being in a medium facility.
8     Q.   Okay.  Now, you're saying Reynaldo
9 Guevara testified in the Baez case.
10          Was that in sentencing?
11    A.   Correct, that's in sentencing.
12    Q.   Okay.  And that was to prove up or to
13 bring up the -- the other conviction you had
14 already in the Merkes case, correct?
15    A.   Correct.
16    Q.   Okay.  Other than testifying that you
17 had been convicted of -- in the other murder case,
18 what else did his testimony consist of?
19    A.   I believe just -- just being adamant as
20 far as, you know, he believes that we did it.
21    Q.   And what -- you talked before about you
22 might have had a different kind of education or
23 different things you could have done in different
24 prisons.

Page 155

1           What programs did you want to get
2 into -- want to do when you were in prison that you
3 were kept from doing because of where you were
4 housed?
5     MS. HAGY:  Objection; form, foundation.
6     THE WITNESS:  When I was sent to Dixon, they
7 had different programs there that I couldn't
8 because I was -- my -- my time while still
9 remaining in IDOC was minimal.  So the programs,
10 they needed like a year or more in order to get
11 involved in programs.  So they had like creative
12 arts programs.  They had different type of programs
13 that we could have gotten involved, but I couldn't.
14 BY MR. ENGQUIST:
15    Q.   Besides creative arts, what other
16 programs would you have liked to have been part of?
17    MS. HAGY:  Objection, form.
18    THE WITNESS:  I was thinking more of like
19 maybe, if anything, like culinary.
20 BY MR. ENGQUIST:
21    Q.   And the culinary training wasn't part
22 of any facilities you stayed in earlier?
23    MS. HAGY:  Objection; form, foundation.
24    THE WITNESS:  When I was in Stateville, there

Page 156

1 was no programs like that.  When I was in -- being
2 at the time that I was in Menard, I did not hear
3 anything like that.  It was never discussed to me
4 as that.  When I was in Pontiac, they had shut the
5 culinary down when I was back again the second
6 time.
7 BY MR. ENGQUIST:
8     Q.   I'm sorry, which place had culinary
9 that got shut down?
10    A.   Pontiac.  For just a small amount of
11 time, they had culinary.
12    Q.   And when did they have culinary?
13    A.   They had culinary, if I'm correct, it
14 was around in 2000.  But by the time with the list
15 being long and then they -- they eliminated it.
16 They don't have a culinary anymore.
17    Q.   Well, did you try for it?
18    A.   Yeah.  I tried for it, but she says
19 that the list is kind of long, so eventually she
20 had -- they had terminated the program, I guess,
21 because IDOC felt like it should be introduced into
22 a medium security level instead of a max level.
23    Q.   During the time you were at IDOC, did
24 you ever -- what's the right term for it?  Did you

Page 157

1 ever get in trouble while you were there?  Were you
2 ever get disciplined while you were there within
3 IDOC?
4     A.   Yes.
5     Q.   What about?
6     A.   I had -- one I had -- I had books that
7 weren't supposed to be -- that I didn't have --
8 well, that I wasn't supposed to have.  I was
9 holding it for my cellmate.  Another one was nail
10 clippers and I believe it was excessive soap.  But
11 that's the only ones that I could recall.
12    Q.   Were you ever put in segregation?
13    A.   Yes.
14    Q.   What for?
15    A.   The nail clippers.  I've been to
16 segregation, if I recall correctly, under
17 investigation for -- for -- for playing cards with
18 a police officer -- well, a corrections officer.
19    Q.   Anything else?
20    A.   Not that I could recall.
21    Q.   And what was the -- the type of books
22 you were holding for your cellmate?
23    A.   They were pornographic.  And the market
24 in there, they're -- they're worth money.  So they

WILLIAM NEGRON, 09/27/2021                          Page 158..161

Page 158

1 could only have a certain amount of room in your
2 correspondence box that is so big and high.  So he
3 had excess amount of -- you know, he was to his
4 limit.  I had room in my box.  So he said if I
5 could just hold it and I said okay.  I didn't think
6 of any harm in it, of just holding any books.
7         MR. ENGQUIST:  Okay.  All right.  Before I
8 make a final push here going through some stuff, I
9 was going to take a break.  So we can take a good
10 ten minutes.  I'll be back.
11        MS. HAGY:  Thank you.
12        THE VIDEOGRAPHER:  We're off the record at
13 2:51.
14               (Recess taken.)
15        THE VIDEOGRAPHER:  We're back on the record.
16 The time is 3:02 p.m.
17 BY MR. ENGQUIST:
18     Q.    Okay.  You ready, sir?
19     A.    Yes.
20     Q.    Okay.  All right.  I know we -- we've
21 gone through your different conversations and your
22 interactions with Reynaldo Guevara, but let me make
23 sure.
24               Although you didn't speak with

Page 159

1 Detective Halvorsen, did you ever see him again
2 after he drove you -- drove you to the police
3 station?
4     A.    Not that I could recall.
5     Q.    The other officer that was in the back
6 seat with you, did you ever see him again after you
7 were driven to the police station?
8     A.    No.  I don't -- I don't recall seeing
9 him ever since that day.
10     Q.    Do you know who an Officer Olszewski
11 is?
12     A.    Yes.
13     Q.    And who is that?
14     A.    He's a detective from Area 5.
15     Q.    And how do you know who he is?
16     A.    He had pulled us over with another
17 individual that I was with, Gary Garcia, James
18 Garcia, Amy Carrillo, and Marilyn, I believe her
19 name was.  We were in a car before I was
20 incarcerated.
21               He had pulled us over on California
22 close by Diversey.  He -- he had Gary in -- in the
23 back on the squad car.  He was -- his partner was
24 punching him in the -- in the side to get him to

Page 160

1 admit that he was a member of the Dragons.
2               And he -- Olszewski continued to ask
3 us in return if we were Dragons as well, to James
4 Garcia and myself.
5     Q.    Okay.  Is this the first time you had
6 any contact with Officer Olszewski, or you said
7 detective, Detective Olszewski?
8     A.    Yeah, detective.  The other time was --
9 I got pulled over from him.  I was in the
10 intersection between Grand and Fullerton by the car
11 wash, in which he pulled me over and told me to go
12 around, don't continue going down this way, go the
13 opposite way.
14     Q.    Okay.  The pulling over at Grand and
15 Fullerton at a car wash, was that the first time
16 you had contact with Officer Olszewski or the
17 second time?
18     A.    That was the -- actually, that was the
19 second time.
20     Q.    That was the second time?
21     A.    Um-hmm.
22     Q.    And when was this, the pulling over by
23 the car wash?
24     A.    Around in the beginning of September

Page 161

1 of '94.
2     Q.    September of 1994?
3     A.    Yes.
4     Q.    And when he pulled you over, what kind
5 of car was he driving?
6     A.    He had a Chevy, a four-door Chevy, just
7 a detective car.
8     Q.    And was he by himself or with somebody?
9     A.    He was with another tall gentleman.
10 The same guy that he was with when he pulled us
11 over with Gary.
12     Q.    And what time of day was this?
13     A.    It was -- it was in -- maybe close to
14 like, I want to say, 3:00 o'clock, 3:00 to 5:00.
15     Q.    I'm sorry.  You broke up.
16               You said 3:00 to what?
17     A.    I want to say -- estimate like 3:00 or
18 5:00 o'clock.
19     Q.    And what happened after he told you to
20 go the other way?
21     A.    I -- I just obliged.  I -- I got in my
22 car.  He jumped in his car and I left.  I went the
23 opposite way.
24     Q.    Now, when you say -- just go back.

WILLIAM NEGRON, 09/27/2021                                   Page 162..165

Page 162

1        How did you know his name was
2 Olszewski?
3     A.    Olszewski was pretty famous, but I -- I
4 learned it from so many people that talked about
5 him from him harassing people.  He -- when I was in
6 the car with Gary, Gary said that Olszewski
7 continued to follow him previous to that same day.
8 And that that day he pulled us over and, you know,
9 that's when that interaction occurred when they
10 were punching Gary in the side to get him to admit
11 that he was a Dragon.
12    Q.    Okay.  So let's go to the first time
13 you had contact with him when you're talking about
14 Officer Olszewski's partner was punching Gary.
15    A.    Um-hmm.
16    Q.    Okay.  Did Officer Olszewski hit either
17 Gary or James or you or Amy?
18    A.    No.  Not to me, no.
19    Q.    Okay.  Can you describe Officer
20 Olszewski?
21    A.    He's -- back then a Caucasian man, at
22 least maybe -- I want to say maybe like five foot
23 two maybe.  I don't know.
24        The other gentleman, he was a tall

Page 163

1 guy.  He's least like six foot maybe, I want to
2 say.  Tall, skinny guy.
3     Q.    Okay.
4     A.    Looked like he had like a flattop, but
5 I'm not sure.
6     Q.    Anything other than Olszewski being a
7 white guy, maybe five two?
8     A.    No.  That's all I could think of.
9     Q.    Okay.  And how was he dressed when you
10 first met him when you -- when you said you were
11 pulled over with Gary and James Garcia?
12    A.    It was -- when I was with Gary, it was
13 dark outside so -- but it looked like he had a
14 collared shirt.
15    Q.    When you're saying "collared shirt,"
16 are you talking like a polo, like what --
17    A.    No.
18    Q.    -- you're wearing right now or are you
19 talking --
20    A.    No.
21    Q.    All right.  I'm sorry.  Let me finish.
22        Are you talking more like a more
23 kind of formal kind of almost like what you would
24 wear underneath a suit?

Page 164

1     A.    Yeah.  It looked like more what you
2 would where under a suit.
3     Q.    Okay.
4     A.    But, again, it was dark outside.
5     Q.    Okay.  Was he wearing like a sport
6 coat?
7     A.    It -- it kind of looked like he had one
8 of them jackets, but, again, I really -- I really
9 don't know because it was really kind of dark.  He
10 had me facing towards the car while he was patting
11 me down.  If I had to glance, he would just -- you
12 know, told me to look forward.  And when I looked
13 to the side, to the left of me while he was looking
14 at his partner to the right of him, he looked at
15 me, looking at to the left, and he said, If you
16 want to run, try it; let's see how far you get.
17    Q.    Okay.  And the taller officer, the one
18 that you said was six foot with a -- maybe a
19 flattop, was he dressed similar to Officer
20 Olszewski?
21    A.    No.  He was dressed in black.
22    Q.    When you say "dressed in black," what
23 do you mean?
24    A.    He had like really dark clothes.  He

Page 165

1 didn't have nothing like a white color or anything
2 of a -- of a light color on him.
3     Q.    Okay.  Was he also wearing more of a
4 collared shirt or something else?
5     A.    From the -- from the distance, I
6 couldn't really tell, but it looked like he had a
7 jacket on.
8     Q.    Okay.  Gary and James Garcia, were they
9 gang members?
10    MS. HAGY:  Objection; form, foundation.
11    MS. BONJEAN:  Join.
12    THE WITNESS:  James was I believe a Dragon.
13 Gary, I think as -- he was as well, but I really
14 don't know during the time if Gary got out or what.
15 BY MR. ENGQUIST:
16    Q.    And when was this first encounter with
17 Officer Olszewski?
18    A.    That was in 1994, I want to say, around
19 maybe in August.
20    Q.    Beginning of August, end of August, mid
21 August?  What do -- what do you think?
22    A.    I would say around the middle to the
23 beginning.
24    Q.    And how long was this interaction you

WILLIAM NEGRON, 09/27/2021                                    Page 166..169

Page 166

1 and the Garcia brothers -- I'm sorry.  Are they
2 brothers?
3      A.   Yes.
4      Q.   The Garcia brothers, how long was the
5 interaction you guys had with Officer Olszewski and
6 his tall partner?
7      A.   I would say matter of within
8 15 minutes.
9      Q.   Were you ever arrested that night?
10     A.   He took us to the police station.
11     Q.   When you say he took you to police
12 station, how did you get to the police station?
13     A.   He informed us to follow him.
14     Q.   Okay.  So the 15 minutes, is that
15 15 minutes on the street or 15 minutes total?
16     A.   15 minutes I would say in the street.
17     Q.   Okay.  And then he said he -- you were
18 to follow him to the police station?
19     A.   Yes.
20     Q.   Okay.  And -- and, I'm sorry, were you
21 driving or was Gary or James driving?
22     A.   No.  That was Gary's car.  Gary was
23 driving.
24     Q.   And so did Gary do that; did Gary

Page 167

1 follow him to the police station?
2      A.   Yes.
3      Q.   And which police station was that?
4      A.   I believe it was Grand and Central.
5      Q.   And once you got to the police station,
6 what happened next?
7      A.   They put us in some type of room.  It
8 was like -- it was different than when I was
9 charged.  It didn't really have bars.  It was more
10 like a receiving section.  They put us there.
11 They -- they sat us down and everything.  And it
12 was -- he was informing some other detectives, I
13 don't know from what, but it was based on to obtain
14 pictures.
15     Q.   Okay.  Now, when you were brought to
16 the station, did you come -- did you go to the
17 front of the police station or the back of the
18 station?
19     A.   We went through the back, if I recall
20 correct.
21     Q.   When you came in through the back,
22 where did you go next?
23     A.   He -- he took us into the -- to the
24 holding area where I was explaining to you how it

Page 168

1 looked and everything.  It was more like a
2 receiving section.
3      Q.   Okay.  Was this on the first floor, the
4 second floor?  Where was this?
5      A.   I would say on the first.
6      Q.   Okay.  And this receiving area that
7 you're talking about, can you describe how big it
8 was?
9      A.   I -- I really can't describe it.
10 it's -- it's -- it -- I know it was -- it was kind
11 of like painted white.  The surrounding are all
12 white.  The bench looked like it was painted white.
13     Q.   And what --
14     A.   And it --
15     Q.   I'm sorry.
16     A.   It looked like it was like one way in,
17 one way out.  Soon as you come out of it, to the
18 left is where we -- you would take the pictures.
19     Q.   Okay.  When you were brought to this
20 room, was it all four of you together?
21     A.   Yes.
22     Q.   Okay.  Were any of you handcuffed?
23     A.   Yes.
24     Q.   Who was handcuffed?

Page 169

1      A.   I was handcuffed.  Jimmy was
2 handcuffed, Gary.
3      Q.   What about Amy?
4      A.   As far as I could recall, all of us
5 were handcuffed.
6      Q.   Okay.  When were you handcuffed?
7      A.   As soon as we got to the station.
8      Q.   Okay.  How big was this receiving room?
9      A.   Again, I -- I really can't explain.  I
10 would say maybe a like the size of this room that
11 I'm in now.  I really don't know the size of this
12 room, but it's -- it's kind of a big -- not that
13 big, but it's a -- it's a good, decent size.
14     MR. ENGQUIST:  Okay.  Lindsay, since I'm not
15 there, can you -- is there any way I can get an
16 idea of the size of that room?
17     MS. HAGY:  Well, we could show the camera
18 around and we could measure it with our feet to
19 know the perimeter.
20          Willie, you want so go stand over
21 there so we can try to show?
22          So probably like 20 by 22.
23     MR. ENGQUIST:  That -- actually, I was going
24 to say 20, but, yeah, that makes sense.

WILLIAM NEGRON, 09/27/2021

Page 170..173

Page 170

1    MS. HAGY:  Sorry.  I ...
2 BY MR. ENGQUIST:
3    Q.    And besides -- you said there was a
4 bench.  Was it just one bench in the room or more
5 than one bench?
6    A.    It looked like two, if I recall
7 correctly.
8    Q.    Okay.  Anything else in the room other
9 than a couple benches?
10    A.    Could have been a restroom.
11    Q.    In the room?
12    A.    Yeah.  It could have been a restroom,
13 but I'm not sure.
14    Q.    Was there a toilet in the room?
15    A.    That's what I mean.
16    Q.    Okay.  So how long were you waiting in
17 this room, the four of you?
18    A.    We -- we stood there for quite some
19 time.  Maybe like 25 minutes, within.
20    Q.    And then what happened next?
21    A.    They -- he -- it looked like Olszewski
22 was talking to some other guy.  He looked --
23 bald-headed guy.  He looked towards us and then he
24 left.  I overheard one of them ask him, Why did you

Page 171

1 bring them here?  It sounded like he told them it
2 was for pictures.  Then they -- shortly after that,
3 we were getting called to be taking pictures and
4 that was it.
5    Q.    And where were the pictures taken?
6    A.    As I explained, when you come on out,
7 to the left, there -- you would go and there's
8 like -- I guess like a mugshot or something that
9 were taking pictures, but there was a guy there who
10 was just taking our pictures.
11    Q.    Okay.  Now, you were processed there
12 before too, correct?  The guy took your picture
13 when you were processed there, mugshots?
14    A.    Yeah, but this one was difference.
15    Q.    Okay.  How was it different?
16    A.    It looked like he just had a regular
17 camera compared to the other one that's -- I don't
18 know.  I want to say it looked like it was on a
19 tripod or something, but it's -- it's more bigger
20 than when I was being processed.
21    Q.    Okay.  And when you say "regular
22 camera," like a 35 millimeter camera?
23    A.    Something like that, yeah.
24    Q.    The one where you -- well, digital now,

Page 172

1 where you would take the picture and then you
2 advance the frame, then you take another --
3    MS. BONJEAN:  Object to the -- are you
4 testifying or --
5    MR. ENGQUIST:  No.  I'm asking if this is was
6 it is, Jennifer.  Let me --
7    MS. BONJEAN:  Okay.  Ask --
8    MR. ENGQUIST:  -- ask the question.
9    MS. BONJEAN:  -- him if he knows what a --
10    MR. ENGQUIST:  No.
11    MS. BONJEAN:  -- 35 millimeter --
12    MR. ENGQUIST:  Stop.
13    MS. BONJEAN:  -- is.
14    MR. ENGQUIST:  Let me ask the question.
15 You're not objecting.  You're interpreting.
16    MS. BONJEAN:  Well, I don't like -- I do not
17 think you're asking a fair question.  It lacks
18 foundation.  Here's my objection.  Carry on.
19    MS. HAGY:  Join.
20    MR. ENGQUIST:  Thank you.
21 BY MR. ENGQUIST:
22    Q.    Sir, back to the camera.
23        Was it the kind we were talking
24 about, you know, back in the day before digital

Page 173

1 where you would take the pictures, then you would
2 advance the film, then take another picture and
3 advance the film, have a roll of pictures -- roll
4 film in it?
5    MS. HAGY:  Objection; form, foundation.
6    THE WITNESS:  It looked like the ones that
7 they just come on out.
8 BY MR. ENGQUIST:
9    Q.    Like an instant?
10    A.    Yes.
11    Q.    Like a Polaroid?
12    A.    Yeah.
13    Q.    And how many pictures were taken of
14 you?
15    MS. HAGY:  Objection; form, foundation.
16    THE WITNESS:  I just know they took one of
17 me.  I believe they took pictures of Gary and
18 James, but I really didn't ask them.  They were
19 just calling us one at a time.
20 BY MR. ENGQUIST:
21    Q.    Did they take pictures of -- or take a
22 picture at least of Amy?
23    MS. HAGY:  Objection; form, foundation.
24    THE WITNESS:  I really don't know if they

Page 174

1 called her, to be honest, for -- for a picture or
2 questioning.
3 BY MR. ENGQUIST:
4    Q.    Was this the first time you'd ever had
5 your picture taken at the police department?
6    MS. HAGY:  Objection.
7    MS. BONJEAN:  I'm going to object to the
8 foundation of that question.  Foundation, form of
9 that question.
10    MS. HAGY:  Join.
11 BY MR. ENGQUIST:
12    Q.    Go ahead.
13    MS. BONJEAN:  It's not a fair question.  It's
14 not a fair question.  There's not enough foundation
15 to answer that question.
16 BY MR. ENGQUIST:
17    Q.    Okay.  Go ahead, sir.
18    A.    I don't -- I don't believe that was the
19 only time.  As you already know, I was charged for
20 auto theft when I was a juvenile.
21    Q.    Okay.  And was your picture taken
22 during that time when you were charged as a
23 juvenile?
24    MS. HAGY:  Objection; form, foundation.

Page 175

1    MS. BONJEAN:  His picture?
2    MR. ENGQUIST:  I said picture.
3    MS. BONJEAN:  Photograph or picture,
4 painting, a statue?
5 BY MR. ENGQUIST:
6    Q.    Sir, you can answer the question.
7    A.    I believe they took a picture, if I
8 recall correctly.
9    Q.    Okay.  When your picture was taken on
10 other occasions, were they ever taken with
11 Polaroids or were they always taken with a bigger
12 camera on a tripod, as you described earlier?
13    MS. HAGY:  Objection; form, foundation.
14    MS. BONJEAN:  And I'm going to object also.
15 There are other ways to get pictures taken, which
16 you know, at the police station.  So objection.
17    THE WITNESS:  To be honest, I really can't
18 recall each time of what type of camera it was from
19 when I was extremely young like that.
20 BY MR. ENGQUIST:
21    Q.    Extremely young.  You were 17, correct?
22    A.    I'm talking about the -- to comparing
23 like from the auto theft.
24    MS. BONJEAN:  And -- and 17 is young,

Page 176

1 extremely young.  If anyone has a 17-year-old son,
2 I'm sure they would agree.
3 BY MR. ENGQUIST:
4    Q.    And how long were you at the police
5 station, sir?
6    A.    I would say about 25 minutes roughly.
7    Q.    And what happened after that?
8    A.    We were informed to -- that we could --
9 we were being released.
10    Q.    And I believe you said the next time
11 you saw the person you say is Officer Olszewski was
12 at the Grand and Fullerton car wash, correct?
13    MS. HAGY:  Objection, form.
14    THE WITNESS:  Yes.  I was driving down
15 Fullerton passing Narraganset.  I seen him on
16 Narraganset.  As I continued going toward to where
17 Grand and Fullerton meet, he -- he turned right
18 behind me, hit the lights, pulled me over, informed
19 me to step out of the car.  I stepped out of the
20 car.  Informed me to get on the passenger side.
21 His partner was standing by his door looking at me.
22 Olszewski just asked me where am I headed to.  And
23 I said, I'm -- I'm just driving to go see a friend.
24 He -- he says, No, go the other way.

Page 177

1 BY MR. ENGQUIST:
2    Q.    Okay.  Did you have any other contact
3 with him after that point?
4    A.    After that point, no.
5    Q.    Okay.  Do you know who Kennelly Saez
6 is?
7    A.    I don't know him personally, no, just
8 only on the case.
9    Q.    Did you know who Jorge Rodriguez was
10 before this case?
11    A.    No.
12    Q.    What about Jacqueline Grande?
13    A.    No.
14    Q.    Amy Merkes?
15    A.    No.
16    Q.    Okay.  Do you know who -- who Kiki is?
17    A.    No.
18    Q.    Okay.  Roberta Rivera, does that name
19 ring a bell?
20    A.    No.
21    Q.    Okay.
22    MS. HAGY:  I'm so sorry.  Can we take a
23 really fast break?  I forgot I have a doctor's
24 appointment and they keep calling me.  I just need

WILLIAM NEGRON, 09/27/2021                                    Page 178..181

Page 178

1  to tell them -- -
2       MR. ENGQUIST:  That's fine.  Then I'm going
3  to step out too.  So why don't we take a good five
4  minutes.
5       THE VIDEOGRAPHER:  We're off the record at
6  3:25 p.m.
7            (Recess taken.)
8       THE VIDEOGRAPHER:  We're back on the record
9  at 3:42 p.m.
10 BY MR. ENGQUIST:
11      Q.   Let me show you what I'm going to mark
12 as Exhibit Number 7.  It was produced under Negron
13 32437 through 32438.
14           Okay.  Can you see that, sir?
15      A.   Yes.
16      Q.   Okay.  I don't know if you've got a
17 hardcopy there.  I just want to kind of read
18 through it and I want then to ask you a question
19 about it.  It's only about two pages.
20           Do you have a hardcopy there?
21      A.   Yes.
22      Q.   Then you know what, I'll -- does
23 everybody else have a hardcopy?
24      MS. BONJEAN:  I don't have it handy.  Can you

Page 179

1  just scroll up real quick, though, please?  So I
2  can just see what it -- I'm sorry, down, so I can
3  see what it is.
4       MR. ENGQUIST:  Tell me when to move forward
5  again.
6       MS. BONJEAN:  Yeah.  Go ahead, go ahead, go
7  ahead.  Keep going.
8            Okay.  Thank you.
9       MR. ENGQUIST:  Sure.
10 BY MR. ENGQUIST:
11      Q.   Okay.  Sir, have you had a chance to
12 read through it?
13      A.   I'm -- I'm in the last page.
14      Q.   Okay.  Let me know when you're ready.
15      A.   You could continue.
16      Q.   Okay.  This exhibit, which is 7, I
17 believe, it's titled Affidavit of Methods.  If you
18 go to the last page, or the second page, is that
19 your signature, sir?
20      A.   No.  This is not my signature.
21      Q.   Okay.  Then my question for you,
22 because this was produced by your attorneys, do you
23 know what this is?
24      A.   I believe it's a -- a renunciation, I

Page 180

1  believe, if I had to guess.
2       Q.   Have you ever seen this document
3  before?
4       A.   Not that I could recall.
5       Q.   Did you ever sign a document similar to
6  this?
7       A.   Something kind of similar, but it
8  wasn't this.
9       Q.   And what document that was kind of
10 similar did you sign?
11      A.   Basically it was a form that was in
12 Pontiac, if I'm correct.  They were -- it was based
13 on renunciation for any type of gang activity, but
14 this is definitely not my signature.
15      Q.   Okay.  Sir, Gary Garcia, do you still
16 keep in touch with him?
17      A.   No.
18      Q.   When's the last time you spoke to him?
19      A.   I spoke to him when I was in Dixon.
20 His brother was there at Dixon with me in -- right
21 before I was released.
22      Q.   So James was incarcerated there?
23      A.   Yes.
24      Q.   Is James still in Dixon?

Page 181

1       A.   As far as I know, no.
2       Q.   I'm sorry?
3       A.   I don't -- I don't think so.
4       Q.   Do you know what James was in Dixon
5  for?
6       A.   I just -- I believe it was a felony.
7       Q.   Do you remember what type of felony it
8  was.
9       A.   I don't know if it was a murder or
10 attempted murder.  I don't know.
11      Q.   Back when you knew Gary and James --
12 actually, after you were arrested in this case, did
13 you ever have any contact with Gary and James?
14      A.   After?  Just when I was in Dixon.  I
15 was also with James in Stateville.
16      Q.   Did you know if James's case involved
17 any of the people that you're suing in your case?
18      A.   No.  I wouldn't -- I wouldn't know
19 that.
20      Q.   Okay.  And when you knew James and Gary
21 before you were incarcerated, do you remember where
22 they lived?
23      A.   I just -- I really -- during the time
24 before I got incarcerated, I believe they were

WILLIAM NEGRON, 09/27/2021                                    Page 182..185

Page 182

1 staying by -- I know it was by Fullerton. I
2 believe it was Fullerton and Kedzie.
3      Q.   Do you know how old James is?
4      A.   He's around the same age as me, maybe
5 younger.
6      Q.   And I'm sorry.  How old are you right
7 now?
8      A.   44.
9      Q.   And do you know roughly how old Gary
10 is?
11      A.   He could be around 45, I think, 46.
12      Q.   And Amy Carrillo, have you kept in
13 contact with her at all?
14      A.   No.
15      Q.   When's the last time you spoke with Amy
16 Carrillo?
17      A.   I haven't talked to Amy since, I
18 believe, if I recall correctly, before I was
19 incarcerated, before that day we were together in
20 the car.
21      Q.   And how old would Amy Carrillo be
22 today?
23      A.   Around -- I would say maybe a year
24 younger than me or the same age.

Page 183

1      Q.   And do you remember where she lived
2 back in 1994?
3      A.   I believe it was on Normandy.
4      Q.   Okay.  Did James and Gary also go to
5 the same high school as you?
6      A.   No.
7      Q.   Okay.  Do you remember what high school
8 they went to?
9      A.   I believe they went to Steinmetz.
10      Q.   Okay.  And what about Amy Carrillo?
11      A.   I think she went the same, but I'm not
12 sure.
13      Q.   Okay.  I believe we're on Exhibit
14 Number 8.  I'm going to show what's marked -- it
15 was produced in one of the -- the big productions
16 before, but it's under the Bloom -- a Bloom
17 heading.  Bloom 42713.
18      MS. BONJEAN:  Wait.  You sent it earlier?
19      MR. ENGQUIST:  I did.
20      MS. HAGY:  You -- did you send it in a big
21 packet of things.  I don't --
22      MR. ENGQUIST:  No.  Just a single letter.
23      MS. HAGY:  Oh, yeah.  Okay.
24

Page 184

1 BY MR. ENGQUIST:
2      Q.   Okay.  We will mark this as Number 8.
3 If you have a -- want to have a chance just to read
4 through it.  I think you have a hardcopy in front
5 of you.
6      A.   Yeah.  I have a hardcopy.
7      Q.   Okay.  I'll take it down.
8           Okay.  Sir, do you know what this
9 is?
10      A.   Yes.
11      Q.   Okay.  Did you ever get interviewed by
12 somebody from Northwester or anyone people from
13 Northwestern regarding your case or cases?
14      A.   The only closest what I've ever got
15 interviews from them is over correspondence through
16 the mail.  Or if not, there was -- if possibly
17 through the phone, but majority was through the
18 mail.
19      Q.   Okay.  When you say "majority," did you
20 send back -- was it more than one letter you sent
21 back and forth?
22      A.   I believe it was more than one, yes.
23      Q.   Okay.  Do you have any of that
24 correspondence?

Page 185

1      A.   I might have.  To be honest, though, it
2 would be in my mother's house.
3      Q.   Okay.  Do you recall anything that you
4 discussed with Northwestern?
5      A.   As far as with Northwestern, they --
6 they just wanted information pertaining or anything
7 that could help out against -- well, about the
8 misconduct with Detective Guevara or anything that
9 I know about on regards to this.  So I was kind of
10 in correspondence with them, but majority I believe
11 it was with Ms. Perez.
12      Q.   Okay.  Did Northwestern ever represent
13 you in any way?
14      A.   No.
15      Q.   Okay.  And you said you had tele- --
16 I'm sorry.  I don't want to put words in your
17 mouth.
18           Did you have telephone conversation
19 with people from Northwestern?
20      A.   That's what I mean.  If I ever did, it
21 would be maybe, if anything, it could have been
22 maybe one.  But to my extent of knowledge, I don't
23 even really recall.  But majority, yes, I did have
24 correspondence with them.

WILLIAM NEGRON, 09/27/2021                                    Page 186..189

Page 186

1    Q.    Okay.  Do you remember any of the
2  specifics of the correspondence, other than -- I
3  know you already gave the generality of what you
4  discussed.  Do you remember any specifics of what
5  you discussed with Northwestern in your
6  correspondence?
7    A.    Majority was based on like things that
8  I have discussed with you as far as like possible
9  foul play, in which I believe was foul play,
10  misconduct from Guevara.  Anything that I would
11  know about, I would reveal to them.  But majority
12  was because of the case at hand and having
13  knowledge of how Guevara is.
14    Q.    Did you ever discuss your other case,
15  the Baez murder case?
16    A.    No.  It seemed like they were --
17  according to the letter, it was from Area 5
18  misconduct.  So the Baez case was Area 4.  So it
19  seemed like they were more interested into the
20  Area 5 misconduct.
21    Q.    Okay.  I believe this will be Number 8.
22  If you have them, it's Defendant Halvorsen's --
23  it's Plaintiff's Response to Defendants Halvorsen's
24  Interrogatories.

Page 187

1        THE COURT REPORTER:  Number 9 is next.
2        MR. ENGQUIST:  I'm sorry.  Number 9.  Thank
3  you.
4  BY MR. ENGQUIST:
5    Q.    What I want to do is just move to
6  page -- page 10.
7    A.    This has to be 14.  This got to be 10.
8        Okay.
9    Q.    Okay.  And it'll be the question to
10  number 14.
11        The question was:  Do you contend
12  that you're innocent of the murder of Antonio Baez?
13  If your answer is yes, please state all facts,
14  witnesses, and evidence that would support this
15  contention.
16        The response being:  No.
17        Do you see that, sir?
18    A.    Yes.
19    Q.    Okay.  Sir, earlier today you -- you
20  indicated that you did not commit the murder of
21  Antonio Baez.  So I'm kind of wondering why did you
22  respond no in these interrogatories?
23        MS. BONJEAN:  I'm going to object --
24        MS. HAGY:  Objection.

Page 188

1        MS. BONJEAN:  -- to foundation.
2        Yeah, sorry.  Go ahead.
3        MS. HAGY:  Objection; form, foundation.
4        MS. BONJEAN:  Yeah, join in that objection.
5        THE WITNESS:  Should I answer?
6        MS. HAGY:  If you know.
7        THE WITNESS:  Based on my answer, I did not
8  have any type of proof besides the print coming
9  back negative of -- of the case.  So of course I
10  contested as no because I would be still under
11  conviction and I have no other further evidence to
12  show based on innocence.
13        MR. ENGQUIST:  Okay.  Can I have that answer
14  read back, please?
15        (The record was read as follows:
16        Q.  Based on my answer, I did
17        not have any type of proof
18        besides the print coming back
19        negative of the case.  So of
20        course I contested as no
21        because I would still be under
22        conviction and I have no other
23        further evidence to show based
24        on innocence.)

Page 189

1        MR. ENGQUIST:  Okay.  Also, Ms. Hagy,
2  before -- when I was going through this, I couldn't
3  find the copy of his signature for these
4  interrogatories, for the first set of inter-
5  rogatories.  If you can send that along, I'd
6  appreciate it, just so I have the final set.
7        MS. HAGY:  So you're saying you -- you want
8  the final set of our interrogatories?
9        MR. ENGQUIST:  No.  I -- I have his signature
10  page for these second set of I think Olszewski's,
11  but when I was digging through my file I couldn't
12  find his -- his attestation for the first set of
13  interrogatories from Halvorsen, Olszewski, or
14  Mingey.  So I want to make sure I have those just
15  because I didn't -- I didn't see them in here and
16  they were done a couple years ago, so I just want
17  to make sure.
18        MS. HAGY:  Okay.
19        MR. ENGQUIST:  If you can forward those over
20  just so I can put them in my file, I'd appreciate
21  it.
22        MS. HAGY:  Okay.
23        MR. ENGQUIST:  Thanks.
24

Page 190

1  BY MR. ENGQUIST:
2      Q.   And, sir, before you answered question
3  number 14, did you review it?
4      A.   Yes.
5      Q.   Okay.  Sir, do you know a Dr. James
6  Garbarino?
7      MS. HAGY:  Objection; form, foundation.
8  BY MR. ENGQUIST:
9      Q.   It's G-a-r-b-a-r-i-n-o.
10     A.   I think so.  It was -- it was based
11  on -- if I'm correct, it was based on the
12  sentencing for -- under a murder claim for Antonio
13  Baez.
14     Q.   Okay.  And do you remember speaking to
15  this doctor?
16     A.   Yes.  We had problems at first from
17  him coming in at first to come and conduct the
18  interview.  I don't know if it was something
19  going on I guess with the IDOC or some type of
20  communication, but we eventually got in
21  communication.
22     Q.   Okay.  And how many times did you meet
23  with him?
24     A.   If I'm correct, it was just one.

Page 191

1      Q.   Okay.  And how long was your meeting?
2      A.   I don't know.  I want to say within
3  30 minutes.
4      Q.   And do you remember what you discussed?
5      A.   Based on -- it was just talking about
6  like in general life, as far as -- if I recall
7  correctly.
8      MR. ENGQUIST:  All right.  I know we just
9  took a break, but I'm just going to take another
10  break to make sure I don't have anything else to
11  cover.  And if I don't, I'll pass the torch on to
12  somebody else.  Okay?  I just need five minutes.
13     THE VIDEOGRAPHER:  We're off the record at
14  4:01 p.m.
15             (Recess taken.)
16     THE VIDEOGRAPHER:  We're back on the record.
17  Time is 4:09 p.m.
18  BY MR. ENGQUIST:
19     Q.   Okay.  I just want to ask you about a
20  couple things that show up in a report here just to
21  see if it's correct.
22             Is it true that you were physically
23  assaulted by your grandfather with a hammer?
24     A.   When I was young?

Page 192

1      MS. HAGY:  Objection --
2      MR. ENGQUIST:  Yes.
3      MS. HAGY:  -- foundation.
4      THE WITNESS:  He just tapped me on the head.
5  My cousins and I were fighting.  He just tapped me
6  in the head.  He didn't really give a hard blow.
7  BY MR. ENGQUIST:
8      Q.   Was it more of a playful tap?
9      A.   Yeah.
10     Q.   Okay.  If -- so wouldn't characterize
11  it as being physically assaulted?
12     A.   No.
13     Q.   Okay.  What about being punched with a
14  fist by your uncle?
15     A.   That was -- yeah.  He had broke my
16  tooth when I was young.
17     Q.   How young?
18     A.   I was around within 7 -- 6 or 7 years
19  old.
20     Q.   And do you know how that -- I know this
21  is a long time ago because you were 6 or 7 years
22  old.
23             Do you have memory of what
24  precipitated this being struck with a fist by your

Page 193

1  uncle?
2      MS. HAGY:  Objection; form, foundation, and I
3  really don't see the relevance of this or how like
4  a 6 year old could know the causation.
5      MS. BONJEAN:  Join.
6  BY MR. ENGQUIST:
7      Q.   Go ahead, sir.
8      A.   If I recall correctly, it was because I
9  had called him a bastard.  I had snuck out of the
10  house to go get some candy.  I had some change on
11  me.  They were like one cents per candy back then.
12  So I snuck out of the house and he caught me with
13  my brother.  And he had his graduation ring and he
14  just tapped me on the mouth, but the graduation
15  ring chipped a tooth.
16     Q.   Okay.
17     A.   But he didn't punch me.
18     Q.   Did not punch you?
19     A.   Yes.
20     Q.   Just to be clear, you've never engaged
21  in substance abuse, correct?
22     A.   Just in the programs that I -- I
23  explained to you.
24     Q.   Yeah.  I understand you said you went

WILLIAM NEGRON, 09/27/2021                          Page 194..197

Page 194

1 to the programs, but I just want to be clear: You
2 never engaged in abusing substances?
3    A.   No.
4    MS. HAGY:  Objection; form, foundation.
5 BY MR. ENGQUIST:
6    Q.   Have you ever attempted suicide?
7    MS. HAGY:  Objection; form, foundation,
8 scope, relevancy.
9    THE WITNESS:  No.
10   MS. BONJEAN:  Join.
11 BY MR. ENGQUIST:
12   Q.   Okay.  Would you describe the area
13 where you grew up to be a war zone?
14   MS. HAGY:  Objection; form, foundation.
15   THE WITNESS:  It was kind of a little crazy
16 at times.  As far as a war zone, I guess it could
17 be described as that.  It was -- back then it was a
18 lot of shootings around the area.
19 BY MR. ENGQUIST:
20   Q.   Okay.  Were you ever witness to anyone
21 being shot?
22   A.   As far as I recall, it was just an
23 incident with a particular vehicle, but I didn't
24 see anybody's face.

Page 195

1    Q.   And when was this incident?
2    A.   That was in roughly around beginning of
3 '94, around I would say March, April.
4    Q.   And you said there was a vehicle.  Can
5 you describe what occurred?
6    A.   It was a black van.  It drove down
7 through Augusta, stopped in front of us across the
8 street.  I looked.  I couldn't see who it was.  I
9 thought he was asking for something.  And I was
10 like, Who's that?  He didn't do anything.
11   Another individual that was behind
12 me, he was maybe like 12 feet away, and he just hid
13 behind the garbage cans.  And that's when the guy
14 started shooting, so I just ran, yeah.
15   Q.   Was anybody injured during that time?
16   A.   No.
17   Q.   Okay.  Was that the only time you were
18 ever shot at?
19   MS. HAGY:  Objection; form, foundation.
20   THE WITNESS:  No.  It wasn't the only time.
21 BY MR. ENGQUIST:
22   Q.   And how many other occasions were you
23 shot at?
24   A.   I would estimate like three, three

Page 196

1 times.
2    Q.   Okay.  And when were the other times?
3    MS. HAGY:  Objection; form, foundation,
4 relevancy.
5    THE WITNESS:  The other time was on -- by
6 Fairfield close by Chicago.  And another time was
7 in -- I believe it was on Fairfield and Augusta.
8 BY MR. ENGQUIST:
9    Q.   And Fairfield and Chicago, what year
10 was that?
11   A.   Fairfield and Chicago was in 1993.
12   Q.   And Fairfield and Augusta, when was
13 that?
14   A.   That was in 19 -- I believe it was the
15 same year.
16   Q.   '93?
17   A.   Yes.
18   Q.   On either of those occasions, was
19 anyone injured?
20   A.   No.
21   Q.   Earlier when we were taking about
22 firearms, you mentioned maybe a baseball bat.  I
23 don't want to take anything out of context there,
24 but were you involved in any physical altercations

Page 197

1 with other gang members?
2    A.   Just we -- I've gotten into arguments
3 before when I was young.  I had -- on Division and
4 California, I got into it with some other guy.  I
5 don't know.  He was -- I didn't know the guy.  He
6 recognized me as being from a different gang, so
7 him and I, we got into an argument.
8    Q.   And when was that?
9    A.   That was in 1992, I believe.
10   Q.   When you say you "got into an
11 argument," did it ever get physical?
12   A.   Not with him, but his friend.  His
13 friend decided to try to come from behind me.
14   Q.   Okay.  And what happened with that
15 altercation?
16   A.   The guy, he just stood there.  As far
17 as the other guy he tried to jump on me.  And I
18 ducked and he kind of like went over me.  I guess
19 he tried to tackle me or something.  So I just ran
20 behind him and I just pushed him and he just slid
21 on the floor.  I just --
22   Q.   Anything else -- I'm sorry.
23   A.   I had left after that.
24   Q.   Okay.  Any other physical altercations

WILLIAM NEGRON, 09/27/2021                                    Page 198..201

Page 198

1 other than this pushing this person down with
2 another gang -- with I guess a rival gang member?
3     MS. HAGY:  Objection, form.
4     THE WITNESS:  No.  That's -- that's about it.
5     MR. ENGQUIST:  Okay.  All right.  I don't
6 think I have anything else at this time.  I can
7 pass the torch to somebody else if anybody else has
8 questions.
9     MS. CARNEY:  The City doesn't have any
10 questions.
11    MS. McGRATH:  Nothing at this time for
12 Guevara.
13    MR. ENGQUIST:  Jennifer?
14    MS. BONJEAN:  I just have a couple of
15 questions.
16             EXAMINATION
17 BY MS. BONJEAN:
18    Q.    Mr. Negron, you testified earlier about
19 when Detectives Guevara, Halvorsen, and another
20 detective, who I think you thought maybe was
21 someone named Polinski or something of that nature;
22 is that right?
23    A.    Correct.
24    Q.    You're pretty confident it was Guevara

Page 199

1 and Halvorsen who picked you up when they arrested
2 you, right?
3     A.    A hundred percent.
4     Q.    Okay.  And that's when they bought you
5 back to Grand and Central, Area 5.  And you
6 interacted with Guevara primarily at Area 5; is
7 that right?
8     A.    Correct.
9     Q.    I think you testified that once at Area
10 5, that Detective Guevara told you, Don't talk to
11 the state's attorney; just talk to me.  Is that
12 what you were saying?
13    A.    Correct.
14    Q.    Okay.  So it wasn't that he was telling
15 you not to talk.  He was telling you not to talk to
16 the state's attorney, but to talk to him.  Is that
17 fair?
18    A.    I would say fair, yeah.
19    Q.    Okay.  And he -- he did, in fact, ask
20 you questions and talked to you while you were at
21 Area 5; is that right?
22    A.    Correct.
23    Q.    Now, on the car ride there to Grand and
24 Central, did you hear Detective Guevara and

Page 200

1 Detective Halvorsen talking to each other?
2     A.    No.  He was on the phone talking to my
3 mother.  He had a big -- this thing went off
4 again -- he had a big phone like the old ones and
5 he was busy talking to my mother on the way.  And I
6 just heard him say, Sara, we got him, don't worry
7 about it.
8     Q.    Okay.  And he -- he was trying to
9 reassure your mother; is that correct?
10    A.    I believe so.
11          This thing is going in and out.
12          I -- I believe so, he was trying to
13 reassure her that -- that he has me.
14    Q.    And did he do that with an earshot,
15 like could -- he was in the front seat with
16 Detective Halvorsen; is that right?
17    A.    Correct.
18    Q.    Okay.  And you were where in the car,
19 in the back seat?
20    A.    I was directly behind him.
21    Q.    Okay.  So you -- you were able to hear
22 him?
23    A.    Yes.
24    Q.    Okay.  And Detective Halvorsen was

Page 201

1 sitting next to him; is that right?
2     A.    Correct.
3     Q.    Okay.  So presumably Detective
4 Halvorsen would have been hearing the same thing
5 you were hearing; is that correct?
6     MR. ENGQUIST:  Objection, foundation.
7     THE WITNESS:  Correct.
8 BY MS. BONJEAN:
9     Q.    Okay.  And at any point did you hear
10 Detective Halvorsen say, You know what, Rey, you
11 know, this is inappropriate, we're not -- we're not
12 going to be putting a case on this kid; did you
13 hear him say anything like that?
14    A.    No.
15    MR. ENGQUIST:  Objection; leading.
16 BY MS. BONJEAN:
17    Q.    Okay.  Did you --
18    MR. ENGQUIST:  Argumentative.
19 BY MS. BONJEAN:
20    Q.    Did you hear Detective Halvorsen say
21 absolutely anything that suggested that he was
22 uncomfortable with the tactics that were being used
23 by Detective Guevara?
24    MR. ENGQUIST:  Objection, argumentative.

WILLIAM NEGRON, 09/27/2021                              Page 202..205

Page 202

1      THE WITNESS:  No.  I didn't hear him object
2 to anything pertaining to Guevara tactics of how he
3 handled the case.
4 BY MS. BONJEAN:
5      Q.   Okay.  One other thing.  You talked
6 about conversations with what -- and I'm not sure I
7 got this right, but this is a -- either a son or a
8 stepson of Guevara's?
9      A.   Yeah.  Tony.
10     Q.   Okay.  Tony.  That's right.
11          And is this a stepson?
12     A.   It's a stepson, yes.
13     Q.   Okay.  And it sounds like you had a
14 number of conversations with Tony and then also
15 with Tony's mother, right?
16     A.   Yes.
17     Q.   Okay.  What -- how did -- how did
18 Detective Guevara treat his stepchildren?
19     A.   He was --
20     MS. McGRATH:  Objection, form.
21     THE WITNESS:  They were kind of like scared
22 of him.  That also made me uncomfortable in seeing
23 how uncomfortable they are, especially living with
24 him.  And his -- her other big daughter, Marcy, as

Page 203

1 far as not wanting to live with her -- with them.
2 And also how he was like trying to seclude me away
3 from Dominic, which is his biological son.
4 BY MS. BONJEAN:
5      Q.   So do you know how old Dominic was when
6 you had your interactions with Guevara prior to
7 your arrest?
8      A.   I would say roughly maybe like 12, 13.
9      Q.   Okay.  And you're saying Detective
10 Guevara was the one who kind of tried to keep you
11 separated from Dominic?
12     A.   Yes.
13     MS. McGRATH:  Objection; form, calls for
14 speculation.
15 BY MS. BONJEAN:
16     Q.   All right.  Do you know how many
17 children in total Reynaldo Guevara had back in '94,
18 I -- you know, I guess?
19     A.   I've heard that he has quite a bit.
20 I -- as far as a number, I really don't know,
21 to be honest.
22     Q.   All right.  And do you know whether or
23 not any of Detective Guevara's wives and/or
24 girlfriend's have made accusations of domestic

Page 204

1 violence against him?
2      MS. McGRATH:  Objection, form.
3      THE WITNESS:  No.  The only -- the only thing
4 I've ever heard was just based on conversations
5 from my mother based on how he -- other allegations
6 pertaining to, like you described, of whatever is
7 going on between him and his other women that he
8 ever had with.
9 BY MS. BONJEAN:
10     Q.   Okay.  All right.  And one other kind
11 of area I wanted to touch on.
12          You testified about how you
13 essentially called out Detective Guevara for being
14 a corrupt police officer prior to your arrest; is
15 that fair?
16     A.   Yes.
17     MS. McGRATH:  Objection, form.
18     MR. ENGQUIST:  Yeah.  Argumentative.
19 BY MS. BONJEAN:
20     Q.   And as a young kid, a teenager, you did
21 this in part to the neighbors who lived right next
22 door to Guevara; is that right?
23     A.   Correct.
24     MS. McGRATH:  Objection to form.

Page 205

1 BY MS. BONJEAN:
2      Q.   Okay.  And is that because the
3 neighbors were there and that was the closest
4 adults other than, you know, maybe Guevara's family
5 that you could tell this to?
6      A.   Correct.  I knew, like I said, the ones
7 on the right, they had some Mexicans that were
8 there, and what I heard, pertaining to the
9 conversations with Mary and my mother, that he got
10 rid of them.  So the only one that was still
11 available was this man.  Yes, correct.  He was the
12 only adult that I could think of that was so close
13 that I could run to.
14     Q.   Okay.  Now, did I get this right, that
15 Detective Guevara said, Listen, if you have a
16 complaint with me, you can tell my sergeant, right?
17     MS. McGRATH:  Objection, form.
18     THE WITNESS:  Correct.
19 BY MS. BONJEAN:
20     Q.   And did he tell you or suggest to you
21 that you should try to talk to either Sergeant
22 Biebel or Sergeant Mingey?
23     A.   Correct.
24     Q.   Okay.  And did you get the impression

WILLIAM NEGRON, 09/27/2021                              Page 206..209

Page 206

1 that if you told your complaint to Sergeant Mingey,
2 that they would have taken that complaint
3 seriously?
4       MR. ENGQUIST:  Objection, leading.
5       THE WITNESS:  I don't think that it would
6 have been taken seriously.  I think that it would
7 have been taken as a joke.  These are friends of
8 his.
9            Based on his -- what I've witnessed
10 from him saying in 1991 of the African-American man
11 stating that where would it go even if he would
12 have put a complaint.  So I knew that regardless of
13 my complaint, it would have been going to deaf
14 ears.
15 BY MS. BONJEAN:
16      Q.   When you overheard that conversation
17 that Detective Guevara was having about the
18 African-American man that had made a complaint
19 against him, did it sound as if Guevara was taking
20 the complaint very seriously?
21      MS. McGRATH:  Objection, form.
22      THE WITNESS:  No.  He -- he actually laughed
23 about it and he just stated that like -- he just
24 made the comment, quote, Like it's going do go

Page 207

1 anywhere.
2 BY MS. BONJEAN:
3      Q.   And, by the way, did he say
4 African-American or did he use another name for the
5 African-American man?
6      A.   He used --
7      MS. McGRATH:  Objection, leading.
8      THE WITNESS:  He used another name.  And
9 that's what also caused like more of an alarm and
10 of a red flag, in resemblance to their kids and,
11 you know, them living under him and everything.
12 But he used Black.
13 BY MS. BONJEAN:
14      Q.   Okay.  And you're saying that some of
15 his children or stepchildren were -- were darker
16 complected than him?
17      A.   Just Marcy and Myra are kind of like on
18 the darker side.  Tony is more of a lighter
19 complexion, but their father is, biological,
20 African-American.
21      Q.   I see.
22            So the stepfather of his
23 stepchildren is an African-American man?
24      A.   Yes.

Page 208

1       MS. BONJEAN:  All right.  I have nothing
2 further for Mr. Negron.  Thank you.
3       MS. HAGY:  Okay.  I do have a few questions.
4            EXAMINATION
5 BY MS. HAGY:
6      Q.   When you talked about how you had this
7 confrontation with Guevara and he said you better
8 hope I don't get this case.
9      A.   Yes.
10      Q.   Did you know what he meant by that?
11      MS. McGRATH:  Objection, form.
12      THE WITNESS:  I took it as it was like sort
13 of like a threat.  That once he gets it, he's --
14 he's got his own twist to it.  Since Almodovar's
15 name as his description pertaining to the phone
16 conversation, that he was going to definitely go
17 after Mr. Almodovar.  So somehow since I was
18 showing a total friendship and defending
19 Mr. Almodovar, that I was automatically tied to
20 whatever happened to Mr. Almodovar was going to
21 happen to me.
22 BY MS. HAGY:
23      Q.   And did he say anything about how he
24 would get the case?

Page 209

1      A.   He always said like -- well, he stated
2 that he could always talk to Mingey or Biebel.
3      Q.   Talk to them in order to get a case?
4      A.   In order to basically take hands of --
5 control of the case and have the case.
6      MS. HAGY:  And then I have a couple of
7 documents responding to some of the questions that
8 I -- they are from the IDOC file.
9            So, counsel, can I give you the
10 Bates stamps for these documents or do you want me
11 to send you a PDF?
12      MR. ENGQUIST:  Well, you're going to have to
13 send a PDF later on if you're going to want it
14 attached.  But why don't you give them to us and
15 just give me a second so I can pull it up.
16      MS. HAGY:  Okay.  So I'd like to look at the
17 IDOC -- sorry.  Just trying to figure out which way
18 this goes here.
19            IDOC Master File 192 to 193.
20      MR. ENGQUIST:  And where was that produced?
21 What's the Bates?
22      MS. HAGY:  Sorry.  That's -- you know what,
23 let's not --
24      MR. ENGQUIST:  Because I don't have master

WILLIAM NEGRON, 09/27/2021                                    Page 210..213

Page 210

1 file IDOC production. I have -- I have a mass of
2 stuff in your production, which isn't labeled that
3 way.
4          Is there a Negron Bates stamp on it?
5      MS. HAGY: There is not, but that's okay.
6 Let's -- let's not worry about it.
7      MR. ENGQUIST: Well, I --
8      MS. BONJEAN: Didn't you guys subpoena that?
9      MR. ENGQUIST: No. We were never able to get
10 that. If you have the master file, I thought we
11 would be -- we have bits and pieces of IDOC records
12 within the Negron production. I can't remember
13 exactly where. But if you have something there
14 that's from the master file that's there, you
15 probably should have that produced.
16     MS. HAGY: Okay. Let me check that. I
17 thought that we had produced that, but I did, you
18 know, come into the case after things have been
19 produced. So I will -- I'll sort that out.
20     MR. ENGQUIST: I mean, it could be, because
21 what's happened before, it's hard o tell where the
22 documents came from in your productions because
23 they're not labeled. So it could be in there. If
24 they're -- if they are in there, just let us know

Page 211

1 what Bates numbers you're talking about. If they
2 aren't in there, could you please produce what you
3 have for the master file?
4      MS. HAGY: Yes, I will.
5          So we won't worry about that.
6 BY MS. HAGY:
7      Q.  So when -- when you were at Pontiac,
8 you did sign affidavit of status renouncing any
9 gang affiliation, correct?
10     A.  Correct.
11     Q.  And do you know, when you were asked
12 about how your sentences affected the security
13 level that you were assigned to at prison, did
14 you -- well, first of all, would you have not
15 gotten natural life if it had not been for the
16 prior conviction?
17     MR. ENGQUIST: Objection; calls for
18 speculation, foundation.
19     THE WITNESS: What I was -- what I witnessed,
20 yes, I was facing no more than, if anything,
21 90 years, and I was under 50 percent, and that
22 would have been the max. But most likely I would
23 have been getting lenient sentence because it was
24 based on a first adult conviction.

Page 212

1 BY MS. HAGY:
2      Q.  And were you aware whether having a
3 sentence of natural life affected your security
4 status in prison?
5      MR. ENGQUIST: Objection; calls for
6 speculation, foundation.
7      THE WITNESS: Yes. My -- based on the staff,
8 my -- my security level when I first come in, it's
9 automatically high. There's four levels of
10 identifications that we receive. It's from an ID
11 from the having a white, which is extremely low
12 security, blue is moderate, red is high, and green
13 is extremely high, which is -- majority it's for
14 escapes or individuals who received an additional
15 case while incarcerated.
16         I was given a red. My security
17 level was at high due to the sentence that I was
18 received.
19     MS. HAGY: Okay. All right. That's all my
20 questions.
21     MR. ENGQUIST: Okay. I kind of want to go
22 back to something.
23
24

Page 213

1          FURTHER EXAMINATION
2 BY MR. ENGQUIST:
3      Q.  You were just asked some questions by
4 Ms. Bonjean having to do with the car ride. I just
5 want to be clear about Detective Halvorsen.
6          You said you saw Detective Halvorsen
7 when you were pulled over by Detective Guevara,
8 correct?
9      A.  Yes.
10     Q.  Halvorsen was driving the vehicle,
11 correct?
12     A.  Yes.
13     Q.  Okay. He never spoke to you, correct?
14     A.  No.
15     Q.  Okay. You never spoke to Detective
16 Halvorsen, correct?
17     A.  No.
18     Q.  And from the what you saw, the only --
19 only actions that Detective Guevara did in front of
20 Detective Halvorsen was when you were around. Was
21 that -- he got -- he stopped you and put you in the
22 car. He got on the phone with your mom to let you
23 know -- let her know that it was going to be okay,
24 that he was taking you into the -- in custody,

WILLIAM NEGRON, 09/27/2021                                    Page 214..217

Page 214

1 correct?
2     A.   Correct.
3          MS. HAGY:  Objection, leading.
4 BY MR. ENGQUIST:
5     Q.   And then walked you into the police
6 station; is that right?
7     A.   To be explicit, little bit more detail.
8 When he pulled me over, Halvorsen was directly
9 right behind me of the vehicle, pointing his gun
10 towards my head.  His -- the other individual was
11 in the passenger side pointing his gun towards me.
12 I turned around with my hands still on the steering
13 wheel and I looked over my left shoulder and I seen
14 Guevara standing on the passenger side of the squad
15 car that they were in.
16          I informed Guevara as showing of
17 acknowledge that I know him and I said, What's
18 going on, Rey?  And Guevara said, That's -- That's
19 him, get him out of the car.  And that's when I got
20 out of the car.  And he said, Come towards me.  The
21 other two detectives searched the car.  They backed
22 up the car into a corner, almost on top of the
23 sidewalk.  Mr. Guevara -- I asked Mr. Guevara
24 during the time when all this was happening, What

Page 215

1 is this about?  And he said, This has to do with
2 your mother.  And it's like he didn't want to go
3 into any detail during the time.  That's when the
4 individuals were walking back.  He put the cuffs on
5 me; put me in the car.
6     Q.   So I just want to be clear, the things
7 that Mr. Halvorsen -- or Detective Halvorsen was
8 around for when talking about actions by Detective
9 Guevara, okay, that you were around for too, is
10 that he was there when you were pulled over, like
11 you described, correct?
12     A.   Yes.
13     Q.   He was there when you were put in the
14 car, put - placed into custody and put in the car
15 by Guevara, correct?
16     A.   Correct.
17     Q.   And he was there when Guevara was on
18 the phone with your mom, right?
19     A.   Correct.
20     Q.   But he wasn't there for anything after
21 that point, after you got inside the police
22 station; is that right?
23          MS. HAGY:  Objection; form, foundation.
24          THE WITNESS:  As far as I recall, no.  It was

Page 216

1 just him and I, like I said, in the -- in the
2 interrogation room.
3          MR. ENGQUIST:  Okay.  I have nothing further.
4          MS. BONJEAN:  I just have a couple questions
5 based on that.
6          FURTHER EXAMINATION
7 BY MS. BONJEAN:
8     Q.   Mr. Negron, do you have any knowledge
9 about what Mr. Guevara and Mr. Halvorsen may have
10 spoken about before you were arrested?
11     A.   No.
12     Q.   Okay.  And do you know who wrote the
13 police reports that allegedly reported the
14 investigative actions that were taken in the case
15 that ultimately resulted in your wrongful
16 conviction?
17     A.   If I had to assume, it would have to be
18 Guevara, but I really don't know.
19     Q.   Right.  You don't know who actually sat
20 at the typewriter and wrote up those reports, do
21 you?
22     A.   Correct.
23     Q.   Okay.  And I'm assuming you weren't
24 privy to any meetings that might have taken place

Page 217

1 between Detective Guevara and Detective Halvorsen
2 at any point during also the investigation, right?
3     A.   Correct.
4     Q.   And that would be true of Sergeant
5 Mingey as well.  Do you have any knowledge about
6 whether -- personal knowledge about whether or not
7 Guevara may have spoken do Detective -- or Sergeant
8 Mingey prior to your arrest?
9     A.   No.  I don't have any knowledge of
10 that.
11     Q.   Okay.  Did Detective -- did Detective
12 Guevara share with you all the ways in which he was
13 going to carry out his -- his wrongful arrest and
14 prosecution of you and Mr. Almodovar?
15          MR. ENGQUIST:  Objection.
16          MS. McGRATH:  Form.
17          MR. ENGQUIST:  Form, argumentative, leading.
18          THE WITNESS:  It was based on 1994.  That's
19 how I took it.  When he stated that I better not
20 get this case, it was more towards leading toward
21 Mr. Almodovar of -- of going after Mr. Almodovar.
22 In defending Mr. Almodovar, I was automatically
23 tied.
24          Beyond that, whatever conversations

WILLIAM NEGRON, 09/27/2021                                    Page 218..220

Page 218

1  happened with the individuals of Mingey, Biebel,
2  Halvorsen, or whoever else, I really don't know as
3  to why all of this was occurring as to us getting
4  wrongfully convicted.
5        MS. HAGY:  All right.  I have nothing
6  further.  Thank you.
7        MR. ENGQUIST:  I have nothing based off that.
8              Anybody else?
9        MS. McGRATH:  Nothing based on that.
10       MR. ENGQUIST:  All right.  Waive or reserve,
11 Lindsay?
12       MS. HAGY:  The court reporter has been
13 writing this all down.  And then you can either
14 look at the transcript and make like small changes,
15 like really like name corrections; or we can waive
16 and trust that she worked really hard and we
17 don't -- we just don't sign it.
18       THE WITNESS:  Depends on you.
19       MS. HAGY:  I'd waive.
20       THE WITNESS:  Okay.
21       MS. HAGY:  Do you want to say waived?
22       THE WITNESS:  Yeah.
23       MS. HAGY:  Okay.  We're going to waive.
24       THE VIDEOGRAPHER:  This concludes the

Page 219

1  deposition.  We're off the record at 4:40 p.m.
2              (The proceedings adjourned at
3              4:42 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 220

1              REPORTER'S CERTIFICATE
2
        I, Kathleen A. Hillgard, do hereby certify
3  that WILLIAM NEGRON was duly sworn to testify the
   whole truth, that the foregoing deposition was
4  recorded stenographically by us and was reduced to
   computerized transcript under my direction, and
5  that said deposition constitutes a true record of
   the testimony given by said witness.
6
        I further certify that the reading and
7  signing of the deposition was waived by the
   deponent.
8
        I further certify that I am not a relative or
9  employee or attorney or counsel of any of the
   parties, or a relative or employee of such attorney
10 or counsel, or financially interested directly or
   indirectly in this action.
11
        IN WITNESS WHEREOF, I have hereunto set my
12 hand of office at Chicago, Illinois, this 12th day
   of October 2021.
13
14
15              _____
                Illinois CSR No. 084-004093
16
17
18
19
20
21
22
23
24

Urlaub Bowen & Associates, Inc.   312-781-9586

**Exhibits**

**1 Negron 092721-1** 46:1 54:3
**2 Negron 092721-2** 60:20,22
**3 Negron 092721-3** 61:1
**4 Negron 092721-4** 112:23,24
**5 Negron 092721-5** 114:21 116:10
**6 Negron 092721-6** 116:12
**7 Negron 092721-7** 178:12
**8 Negron 092721-8** 183:13,14

**0**

**00235** 45:21
**00254** 45:22
**00SAO** 45:22
**07/19/1991** 114:23

**1**

**1** 46:1 54:3 61:22
**10** 187:6,7
**10:05** 5:7
**11** 28:18,19
**11:00** 45:10
**11:01** 45:12
**11:16** 45:15
**12** 28:18 195:12 203:8
**12:01** 79:22
**12:08** 80:1
**12:37** 99:13
**12th** 119:10
**13** 23:7 25:19 28:11,16 35:20 203:8
**14** 21:12 187:7,10 190:3
**140** 14:17
**15** 21:12 166:8,14,15,16
**15th** 56:9
**17** 20:2 175:21,24
**17-year-old** 176:1

**18** 5:13 6:14 7:6 143:16
**1871** 61:2
**1873** 62:13
**1875** 64:9
**1876** 61:3
**19** 77:16 80:9 196:14
**192** 209:19
**193** 209:19
**1976** 7:6
**1990** 100:2
**1991** 73:22 75:4 76:17 77:16 78:21 83:6,18 84:23 94:9 113:7 114:23 206:10
**1992** 116:14 197:9
**1993** 76:16 83:15,20,23 84:16,20, 21,23 85:2,6,9,15 86:4,6,13 87:4 88:4 91:18 196:11
**1994** 23:1,2 35:23,24 36:3,12,16 39:19 40:2,7 47:9 48:2 59:22 80:10,14 88:8,18 92:13 99:20 110:24 111:2 128:13 161:2 165:18 183:2 217:18
**1996** 61:15
**1997** 100:2,15,17,20 102:16 108:1
**1999** 146:21
**19th** 114:23
**1:06** 14:18 15:4
**1:31** 99:16
**1st** 128:13

**2**

**2** 46:19 60:20,22
**20** 104:10 169:22,24
**2000** 142:9,10 143:2,4,16 146:21 156:14
**2010** 22:21
**2013** 143:3,4
**2018** 55:18 56:9,22,24 57:4 144:2
**2019** 16:14 113:2
**2020** 14:4,7,8,11 15:11,14,15
**2021** 5:6 16:7,9

**20th** 47:9 48:2
**219** 113:2 117:8
**22** 169:22
**220** 113:2 117:9
**221** 117:4
**222** 117:4
**225** 114:22
**226** 114:22
**2341** 5:13
**24th** 55:18 56:22
**25** 104:11 170:19 176:6
**26-footer** 13:7
**2701** 6:14
**27th** 5:6
**2:51** 158:13

**3**

**3** 61:1 62:13 113:17
**30** 191:3
**32437** 178:13
**32438** 178:13
**35** 171:22 172:11
**38** 136:3,5,6,10
**3:00** 161:14,16,17
**3:02** 158:16
**3:25** 178:6
**3:42** 178:9
**3A** 41:21

**4**

**4** 48:3 112:21,24 186:18
**42713** 183:17
**44** 56:3 182:8
**45** 99:7,11,12 182:11
**46** 182:11
**4:01** 191:14
**4:09** 191:17
**4:40** 219:1

WILLIAM NEGRON, 09/27/2021

**4:42** 219:3

**5**

**5** 64:8 110:7,10 114:21 116:10 159:14 186:17,20 199:5,6,10,21

**50** 211:21

**57th** 75:6

**5:00** 161:14,18

**5th** 144:1

**6**

**6** 116:11,12 192:18,21 193:4

**60707** 57:15

**7**

**7** 178:12 179:16 192:18,21

**716.529.7661** 138:15

**7327** 57:10

**8**

**8** 183:14 184:2 186:21

**88** 70:1

**9**

**9** 41:21,23 52:18 187:1,2

**90** 211:21

**93** 84:24 196:16

**94** 36:10,14 88:22 161:1 195:3 203:17

**97** 102:1 141:9

**98** 141:9 142:10

**9:00** 14:17

**9th** 61:15 113:7

**A**

**a.m.** 5:7 14:17 45:15

**Abel** 36:20,21

**ability** 10:9

**absolutely** 45:3 201:21

**abuse** 58:16,18,20,23 59:16,20 60:3,9,11 148:19,20 193:21

**abusing** 194:2

**accept** 100:9 106:19,20,24

**accidentally** 53:6

**accompany** 66:1,13

**accusation** 98:16 103:9

**accusations** 87:22 97:1 108:10 133:22 203:24

**accuse** 72:4,16 103:8

**accused** 102:19 103:1

**accusing** 97:1 108:17

**acknowledge** 103:1 214:17

**acknowledged** 103:3

**acquainted** 74:4

**acted** 95:18

**actions** 213:19 215:8 216:14

**activities** 64:13 65:24 66:11 69:7

**activity** 180:13

**adamant** 154:19

**additional** 153:14 212:14

**address** 12:2 25:12 57:7,9,11

**adjourned** 219:2

**adjusted** 150:3

**admit** 58:10 160:1 162:10

**admitted** 48:4 59:8

**admitting** 55:11 66:22 71:24 73:7

**adolescent** 34:13

**adult** 150:22 205:12 211:24

**adults** 205:4

**advance** 172:2 173:2,3

**advocate** 129:10

**affect** 10:8

**affected** 211:12 212:3

**affidavit** 179:17 211:8

**affiliated** 37:8 38:12,16

**affiliation** 211:9

**afraid** 84:1

**African-american** 78:1 80:20,21 94:13 206:10,18 207:4,5,20,23

**age** 21:12 23:6 28:15 34:11 35:20 182:4,24

**agencies** 13:19 17:9,16,22 18:6 118:10

**agency** 16:16 17:21 18:2,3

**agree** 103:5 176:2

**agreements** 129:12

**ahead** 30:1 67:6 109:14 129:5 142:2 174:12,17 179:6,7 188:2 193:7

**Ainsworth** 56:17

**alarm** 89:13 207:9

**alarming** 78:24 80:18

**alcoholic** 10:4

**Alfredo** 48:19

**allegations** 94:19 96:17 97:4 204:5

**allegedly** 216:13

**Almodovar** 5:10,24 27:17 28:6,7, 21 32:2 33:2 91:3,9 95:8,22 125:19,20 135:7 144:5,8,18,22 208:17,19,20 217:14,21,22

**Almodovar's** 31:5 144:21 208:14

**altercation** 197:15

**altercations** 196:24 197:24

**Amos** 119:2

**amount** 156:10 158:1,3

**Amy** 119:2 124:7 134:23 159:18 162:17 169:3 173:22 177:14 182:12,15,17,21 183:10

**and/or** 203:23

**angry** 38:15 94:14

**answering** 9:3,7,13 90:7

**Antonio** 40:24 41:2,3,7,15,16 42:7 43:4,5,7,20 44:1 47:19 134:17,22 136:19 138:2 139:5,7,10 187:12,21 190:12

**anxiety** 149:16 150:14,15,17 151:3

**anybody's** 194:24

**anymore** 80:15 81:14 88:11 94:4

WILLIAM NEGRON, 09/27/2021

147:18 156:16

**apartment** 40:13,14

**apologize** 58:15 137:14

**app** 42:5

**apparently** 10:20

**appeals** 104:21 105:1

**appellate** 104:21 105:9

**application** 29:5,7

**appointment** 177:24

**apprehended** 115:21,22

**approved** 67:6

**approximately** 25:19 121:6,19

**April** 13:13 15:11,16 55:18 56:22 195:3

**area** 24:18 28:23 36:2,5,9 37:18 48:3 63:14 66:17 70:7,8,10,19 95:1 110:7,10 127:5,15 130:21,23,24 131:2,3,6 135:12 159:14 167:24 168:6 186:17,18,20 194:12,18 199:5,6,9,21 204:11

**argument** 197:7,11

**argumentative** 53:20 201:18,24 204:18 217:17

**arguments** 197:2

**Arman** 74:16 82:3 89:23

**Armitage** 116:20

**arrest** 40:10 42:18 59:21 65:3 83:6 110:4,8 111:2 118:19 120:12 121:2 123:7 203:7 204:14 217:8,13

**arrested** 20:13,22 23:2 79:13,14 80:10 111:3 118:4,9 119:1,7,14,15 120:21 121:7,20 122:2,10 123:10 166:9 181:12 199:1 216:10

**arrests** 112:1,4,11

**arrived** 92:15,22

**arts** 155:12,15

**assaulted** 191:23 192:11

**asserts** 61:24

**assessment** 61:2

**assigned** 211:13

**assistance** 17:13 147:13

**assistant** 48:2 49:17 127:22 130:19 131:14

**Associates** 5:5

**associating** 38:17

**association** 5:4

**assume** 8:18 137:8 216:17

**assumed** 93:13

**assuming** 9:10 13:8 30:9 77:19 88:23 135:14 137:10,18 146:23 216:23

**attached** 209:14

**attacked** 147:2

**attempt** 74:3

**attempted** 119:3 181:10 194:6

**attempting** 115:17

**attempts** 71:5

**attention** 73:15 135:24

**attestation** 189:12

**attorney** 45:18 48:2 49:17 56:16 67:17 68:3,6,18 70:23 71:9,15 103:20,21 104:19 105:9,15 123:22 127:22,23 128:1,4,9,14,20,21 129:11,19,20 130:20 131:14 153:24 199:11,16

**attorney's** 130:10

**attorney/client** 67:9,16,23 71:10 133:12 134:9 137:9 139:16

**attorneys** 5:15 66:20 67:4 107:16 133:1,15 134:11 137:21 139:13 179:22

**August** 36:14,16 165:19,20,21

**Augusta** 24:23 33:16 34:2,8 40:23 88:17,21 90:24 110:22 114:15 195:7 196:7,12

**auto** 111:10,12,24 118:2 174:20 175:23

**automatically** 95:5 147:9 208:19 212:9 217:22

**Avenue** 10:17 74:2,6,13,21

**aware** 47:16 106:12 110:23 212:2

---

**B**

**Baby** 52:22 139:7

**back** 29:16 31:8,12 38:17 40:1,5,6 45:10,14 47:9 63:22 64:23 65:2,5, 18,24 66:11 68:17,21 69:3 70:7,13
71:20,24 73:1,7,15 76:3,5,15,18, 19,21,22 78:21 79:18,24 83:20,23 86:13 90:21,22 94:19 99:12,15 100:16 102:15 110:19,24 121:13 123:2 124:21 126:6 131:1 143:11 146:2 150:9 156:5 158:10,15 159:5,23 161:24 162:21 167:17,19, 21 172:22,24 178:8 181:11 183:2 184:20,21 188:9,14,18 191:16 193:11 194:17 199:5 200:19 203:17 212:22 215:4

**backed** 214:21

**backwards** 26:19

**bad** 58:9

**Baez** 43:2,4,5,7,20 44:1,21 47:19 48:5 49:18 54:9 55:12 66:21 68:3, 13,15,24 70:3,4,20,21 102:7 104:13 107:3 140:4 152:12,16 153:3,24 154:1,9 186:15,18 187:12,21 190:13

**Baez's** 67:5

**bags** 75:23

**bald-headed** 170:23

**ballistics** 136:3

**ballpark** 28:17

**Bam** 141:20

**bars** 167:9

**Barth** 114:8

**base** 153:19

**baseball** 196:22

**based** 14:14 15:3,23 102:2 111:20 124:24 130:2 136:1 149:14 150:17 152:1,2,16 153:3,23 154:1 167:13 180:12 186:7 188:7,12,16,23 190:10,11 191:5 204:4,5 206:9 211:24 212:7 216:5 217:18 218:7,9

**basically** 15:4 19:3,8,15 20:5 26:21 27:16 29:14 48:12 69:10,14 82:17 86:21 135:19 151:1 180:11 209:4

**bastard** 193:9

**bat** 52:13 196:22

**Bate** 113:1

**Bates** 56:2 61:2 62:13 64:9 117:2 209:10,21 210:4 211:1

**beat** 9:17 112:15

WILLIAM NEGRON, 09/27/2021

**beaten** 62:5

**bedroom** 88:12

**begin** 60:2 63:23 65:7

**beginning** 61:20 160:24 165:20, 23 195:2

**behalf** 5:17,19,21,23 6:1

**Belden** 32:16,19,22 33:11,21 34:4, 16

**believes** 154:20

**bell** 35:9 177:19

**Belle** 25:5,6,11 40:8 119:17

**belong** 23:2,8

**belonged** 41:5 43:8 141:22

**bench** 168:12 170:4,5

**benches** 170:9

**benefits** 62:21 63:7,8,10

**Biebel** 98:11 103:19 108:6,7 109:6,24 110:1 205:22 209:2 218:1

**Biebel's** 103:22 108:6

**big** 114:2 127:8,17,19,20 150:19 158:2 168:7 169:8,12,13 183:15,20 200:3,4 202:24

**bigger** 171:19 175:11

**Bill** 82:3 95:3,4

**biological** 81:21 82:4 203:3 207:19

**birth** 7:5

**bit** 9:17 26:19 60:15 78:1,7,9,10 93:3,20 99:3 129:15 140:7 150:6 151:19 152:8 203:19 214:7

**bits** 210:11

**black** 122:13 164:21,22 195:6 207:12

**blew** 123:24

**block** 58:13 119:17

**Bloom** 183:16,17

**blow** 192:6

**blown** 49:6

**blue** 70:1 114:5 212:12

**Bodiqua** 141:15

**bond** 129:12

**Bonjean** 5:23 6:3 14:23 25:13,24 27:13 29:23 30:18 31:15,21 32:4, 13,24 34:10,18,20 35:1,15 52:10 55:23 56:1 59:4 67:15 72:2,10,12 91:10 106:2,4 107:9,21 109:7,12, 14 111:18 112:6,13 117:2,5,7,10 124:22 125:10,12,23 128:23 129:23 132:3,13,20 133:4 134:3 137:2,6,12 138:9,14,16,20 139:4, 17 145:4,8 153:5 165:11 172:3,7,9, 11,13,16 174:7,13 175:1,3,14,24 178:24 179:6 183:18 187:23 188:1, 4 193:5 194:10 198:14,17 201:8, 16,19 202:4 203:4,15 204:9,19 205:1,19 206:15 207:2,13 208:1 210:8 213:4 216:4,7

**books** 157:6,21 158:6

**boss** 19:7

**bottom** 45:21 46:13,14,23 57:17, 19 113:24

**bought** 74:4 199:4

**Bowen** 5:4

**box** 158:2,4

**Boy** 51:16,18 141:17

**bragging** 68:14,22 69:3

**break** 8:2,6 44:23 45:17 98:22 99:18 114:17 115:17 158:9 177:23 191:9,10

**bring** 15:21 71:22 73:4,9 103:9 154:13 171:1

**bringing** 48:17

**broad** 140:7

**broke** 161:15 192:15

**broken** 146:11

**brother** 38:5,9,14 39:8,17 40:2,4, 19,20 103:17,22 108:6 180:20 193:13

**brother's** 38:11 64:5

**brothers** 33:5 49:23 166:1,2,4

**brought** 20:14 47:23 75:11,14,24 94:7,8 95:3 167:15 168:19

**brownish** 97:16,18

**budge** 134:8

**Bug** 141:14,21

**Buick** 90:18

**bullpen** 68:17

**bullying** 22:4

**bumped** 84:8

**bumper** 90:22

**bumping** 84:3

**business** 15:22

**Busse** 49:13

**busy** 200:5

**button** 116:22

---

**C**

**Cacioppo** 114:10,11,12

**cafeteria** 20:16

**cages** 127:18

**caliber** 136:3,5

**California** 15:21 159:21 197:4

**call** 30:5 41:13 88:9 90:14 91:16 96:8 100:2,9,21 101:7 102:16 104:9,17 105:10,19,24 106:14 107:1 137:20 138:13,16 141:13,15, 17,18 153:24

**called** 6:20 13:4,21,23 14:13 15:18 17:18 18:11,14 24:18 33:7 49:5 90:15 91:2 100:1 114:17 171:3 174:1 193:9 204:13

**calling** 100:8,17 173:19 177:24

**calls** 67:15 106:13,14 203:13 211:17 212:5

**camera** 169:17 171:17,22 172:22 175:12,18

**Campell** 51:16,18

**candy** 193:10,11

**cans** 195:13

**capable** 154:7

**car** 69:19,22 88:15,20 89:9,11 90:16,19 92:6 93:2 98:17 113:18, 22 114:16,18 115:16,20,24 120:1 122:23 123:9,14,15 135:3,11 136:8,10,12 159:19,23 160:10,15, 23 161:5,7,22 162:6 164:10 166:22 176:12,19,20 182:20 199:23 200:18 213:4,22 214:15,19,20,21, 22 215:5,14

**cards** 157:17

Index: Carlos-concerns

WILLIAM NEGRON, 09/27/2021

**Carlos** 110:12 118:14

**Carney** 5:19 198:9

**Carrier** 13:4,5,12,16 15:12,13,16, 17 19:23

**Carrillo** 159:18 182:12,16,21 183:10

**carry** 172:18 217:13

**case** 5:9,11,13 6:13 42:18 50:5 54:7,9 58:10 59:10 66:21 68:3,15 69:7,10,13,15,17 73:11 81:1,9 82:22,24 94:6 95:15 101:12 102:7 104:13 107:3,4 113:7,14 114:22,23 116:7 117:9 118:22 119:1,4 125:1 132:9 134:23 135:2,9,13 136:24 139:11,22 140:4 143:14 152:1,16, 17 154:6,9,14,17 177:8,10 181:12, 16,17 184:13 186:12,14,15,18 188:9,19 201:12 202:3 208:8,24 209:3,5 210:18 212:15 216:14 217:20

**cases** 82:16,20 111:15 140:1 184:13

**Casper** 51:12

**catch** 109:8

**Caucasian** 97:15,17 162:21

**caught** 94:2 117:15 193:12

**causation** 193:4

**caused** 21:15,22 81:13 207:9

**CCSA** 45:20

**CCSAO** 45:21,22 61:2 62:13 113:1 114:21 117:4

**CCSAO.38** 56:2

**cell** 127:8

**cellmate** 141:11 157:9,22

**cellmates** 141:11 142:13

**celly** 142:15

**Central** 75:9 115:22 167:4 199:5, 24

**cents** 193:11

**cetera** 38:20 150:23

**chairs** 126:6

**chance** 44:12 115:5 179:11 184:3

**change** 193:10

**changed** 79:10,12 82:17

**changing** 139:3

**characterize** 192:10

**characterizes** 129:1

**charge** 34:15

**charged** 42:23 49:4 73:11 118:22 131:5 132:7,8 167:9 174:19,22

**charges** 64:2 111:12

**check** 210:16

**checked** 19:9

**Chevy** 161:6

**Chicago** 5:20 6:14 10:13 70:9 111:4 118:4,10 196:6,9,11

**chiefs** 87:11

**child** 82:2 96:24

**children** 203:17 207:15

**chipped** 193:15

**choice** 85:24

**choose** 103:6

**Cindy** 12:18,19

**City** 5:20 6:13 25:15 198:9

**claim** 190:12

**clarify** 15:3

**class** 13:10 18:11,15 22:3

**clean** 20:8

**clear** 6:9 7:17 19:2 29:12 82:19 134:6 137:17 152:10 193:20 194:1 213:5 215:6

**clearer** 9:4

**Clemente** 21:5,11 62:1

**client** 44:20

**clippers** 157:10,15

**cloning** 20:9

**close** 10:16 12:20 28:22 37:23 75:9 84:5 85:12 103:23 116:20 148:23 159:22 161:13 196:6 205:12

**closer** 103:19

**closes** 138:21

**closest** 184:14 205:3

**clothes** 164:24

**co-defendant** 50:5 135:7

**co-plaintiff** 144:5

**coat** 164:6

**Cobra** 136:20

**Cobras** 41:6 136:17

**code** 57:13

**collapsed** 147:17

**collarbone** 146:11,12,13

**collared** 163:14,15 165:4

**collect** 100:2,9,18,21 102:16 104:9,17 105:10,19 106:24

**color** 90:18 165:1,2

**comfortable** 10:19 85:22

**comment** 145:7,8,9 206:24

**commercial** 13:9 22:15

**commit** 100:13 187:20

**committed** 43:14

**communicate** 41:12

**communication** 133:6,12 139:16 190:20,21

**communications** 67:16 134:10 137:9,20

**commute** 33:18

**companies** 17:13

**company** 13:4,21 15:18 18:11,14 19:10

**compared** 152:16 153:3 171:17

**comparing** 150:4,22 175:22

**complained** 103:6

**complaint** 77:24 78:7,15 94:13 205:16 206:1,2,12,13,18,20

**complaints** 98:11

**complected** 207:16

**complete** 58:16 59:16

**completed** 14:21 58:16

**complexion** 207:19

**computer** 114:19

**concentrating** 76:6

**concerned** 95:13

**concerns** 86:3

**concludes** 218:24

**condition** 152:5

**conduct** 79:8 190:17

**conduct's** 87:23

**confessing** 70:2

**confident** 198:24

**conflict** 103:11

**confront** 121:5

**confrontation** 120:20 121:15
122:1 132:18 133:1,15 208:7

**confronted** 68:19 121:1 133:22

**confusing** 9:20

**confusion** 84:23

**Congratulations** 12:12

**considered** 150:14

**consist** 154:18

**consolidated** 6:12

**construction** 17:12

**contact** 34:3 65:12 87:2 122:6
138:2 139:1,14 160:6,16 162:13
177:2 181:13 182:13

**contacted** 64:6

**contend** 187:11

**contention** 187:15

**contest** 43:14,17

**contested** 188:10,20

**context** 196:23

**continual** 73:12

**continue** 151:7 160:12 179:15

**continued** 80:24 103:5 160:2
162:7 176:16

**contracted** 19:6

**control** 209:5

**conversation** 37:20 84:7,18 85:4
88:24 89:1 90:4 91:24 92:5 105:18
107:7,17 108:1 130:18,19 185:18
206:16 208:16

**conversations** 78:11,20 105:15
108:2 122:19,22 123:2,6 158:21
202:6,14 204:4 205:9 217:24

**convey** 136:22

**convict** 153:21

**convicted** 42:14 102:6 154:17
218:4

**conviction** 107:3 152:22 154:13
188:11,22 211:16,24 216:16

**convince** 26:22

**Cook** 20:4,11,14,20 41:4,21,23
42:11 63:18 64:1 100:18 105:11
118:20,21,23 131:8 132:10 134:16
136:23 146:4,6 148:10

**cop** 79:2 98:2,6

**cope** 149:19 150:18

**copy** 45:18 101:16 189:3

**Cordelia** 49:13

**corner** 96:2,6 214:22

**Corolla** 116:3

**correct** 11:17 12:6,7 13:9 15:8
16:20 18:3,4 19:19 20:12 25:20
26:12 27:7,9 29:10,17 30:11 31:8
41:18 42:6,15,16,21 43:3,15,24
45:22 47:6,11,23 51:7 53:12 56:19,
20 57:12 58:18 61:18,19 62:2,8,24
70:3,11 76:16 80:7 83:7 85:13
86:20 87:13 92:13,14 100:18
102:22,23 105:8 106:17,18 107:4
108:14,19,20,23 119:10 121:16,17,
20,23 123:18 124:8 127:6 131:9,
14,15 133:20 134:18,19 136:6,20,
21 137:21 138:2 140:1,2,4,5
148:20,21 151:23 152:12,13
153:11 154:11,14,15 156:13
167:20 171:12 175:21 176:12
180:12 190:11,24 191:21 193:21
198:23 199:8,13,22 200:9,17
201:2,5,7 204:23 205:6,11,18,23
211:9,10 213:8,11,13,16 214:1,2
215:11,15,16,19 216:22 217:3

**Correction** 20:21

**Correctional** 140:15

**corrections** 41:17 42:12 58:17
59:18 157:18 218:15

**correctly** 24:23 43:13 111:7
115:20 116:23 119:8 136:18 141:8
144:1 157:16 170:7 175:8 182:18
191:7 193:8

**correspondence** 64:3 158:2
184:15,24 185:10,24 186:2,6

**corrupt** 204:14

**corruption** 96:20

**Cortez** 63:17,21,24

**counsel** 72:18 209:9

**counseling** 148:19

**count** 14:21

**County** 20:4,11,14,20 41:4,21,23
63:19 64:2 100:18 105:11 118:20,
21,23 131:8 132:10 134:16 136:23
146:4,6 148:10

**couple** 113:24 170:9 189:16
191:20 198:14 209:6 216:4

**court** 5:11 6:16 8:22 44:20 45:19
46:10 49:10,13 52:17 53:10 56:8
60:19 67:3 73:2 109:9,10 112:20,
21 116:11 121:10 132:10 140:17,
20 187:1 218:12

**cousin** 30:23

**cousins** 30:20 192:5

**cover** 145:1 191:11

**COVID** 19:1,4,6

**crazy** 93:6 194:15

**creative** 155:11,15

**credit** 150:23

**crime** 43:23 48:18 70:6 71:24 73:8
95:11 100:13 120:11 121:12
135:13,20

**crimes** 120:14

**criminal** 47:18 54:6 68:3 104:12
132:17 134:1,10

**cross** 75:7

**crude** 57:14

**cuffs** 215:4

**culinary** 155:19,21 156:5,8,11,12,
13,16

**Cusack** 114:8

**custody** 20:10 213:24 215:14

**CV** 5:13 6:14

---

**D**

**dark** 39:15 70:1 122:15 136:10
163:13 164:4,9,24

**darker** 207:15,18

WILLIAM NEGRON, 09/27/2021

**date** 5:6 7:4 14:3 61:15 65:17,20 83:12 92:11

**dates** 16:5

**dating** 63:21,23

**daughter** 202:24

**day** 13:23 15:18 16:3 20:8 54:23 69:5 77:23 92:8 94:20 100:14 119:6 138:21 159:9 161:12 162:7,8 172:24 182:19

**days** 120:19,22,23 121:7,19 122:2

**deadlines** 14:20

**deaf** 73:12 206:13

**deal** 38:13 105:2,3 123:11,12

**dealing** 16:22 38:4 63:14 110:7

**dealings** 110:9

**Dean** 33:6,7

**Dean's** 19:9

**death** 43:8 67:5

**December** 16:17 61:15 119:10 143:15,24

**decent** 169:13

**decided** 25:5 71:17 85:23 91:24 92:1 98:9 101:7 153:24 197:13

**deciding** 24:7

**Deck** 17:24 18:2

**defendant** 5:20,22 186:22

**Defendant's** 57:20 58:2

**defendants** 5:18 186:23

**defender's** 104:20

**defending** 208:18 217:22

**defense** 54:6 68:3 134:11

**definition** 14:15

**deliveries** 14:16 15:24

**delivery** 13:6 16:19 18:20,21

**Delores** 63:17,21,24 64:4,7

**Delta** 70:1

**dep** 11:1 12:15 138:19

**department** 20:17,20 41:17 42:12 58:17 59:17 98:6 111:4 118:11 130:2,8,16,17 131:13 145:19 174:5

**departments** 15:24

**Depends** 145:3 218:18

**deposition** 7:8 8:4,21 9:11 10:23 11:20,21 219:1

**depressed** 149:17

**depression** 151:22,24

**depth** 104:7

**describe** 122:12 126:2 150:15 162:19 168:7,9 194:12 195:5

**describing** 69:19,20 135:1,16

**description** 69:15 70:6 135:4 208:15

**descriptions** 89:10 135:19,22

**detail** 104:4 140:10 214:7 215:3

**details** 135:3

**detective** 48:3 111:3 119:16,19 120:3,6,7 122:9 123:7 124:5 131:4 159:1,14 160:7,8 161:7 185:8 198:20 199:10,24 200:1,16,24 201:3,10,20,23 202:18 203:9,23 204:13 205:15 206:17 213:5,6,7, 15,19,20 215:7,8 217:1,7,11

**detectives** 112:10 167:12 198:19 214:21

**devil's** 129:10

**difference** 152:20 171:14

**digging** 189:11

**digital** 171:24 172:24

**Dino** 49:24 50:1,3

**diploma** 22:18

**direct** 91:8

**directly** 200:20 214:8

**disappear** 19:3

**discharged** 14:22 15:8

**Disciple** 142:4

**disciplined** 157:2

**disclose** 133:5

**discovered** 105:3,4

**discovery** 6:13 138:21

**discuss** 65:14 100:12 105:14,15 186:14

**discussed** 36:21 65:19 74:12 86:22 100:4,14 104:22 105:13,21 106:20 108:9 137:5 156:3 185:4

186:4,5,8 191:4

**discussing** 127:24

**discussion** 102:20

**disengage** 53:5

**disorders** 150:11

**distance** 165:5

**District** 5:11,12

**Diversey** 57:10 159:22

**division** 5:12 41:21,23 104:21 197:3

**Dixon** 140:16 143:17,19,22,23,24 144:11,22 145:22 155:6 180:19,20, 24 181:4,14

**doctor** 190:15

**doctor's** 177:23

**document** 47:17 64:9 180:2,5,9

**documents** 10:24 11:4,8 44:6 62:13 101:17 209:7,10 210:22

**domestic** 203:24

**Dominic** 92:21 93:2 203:3,5,11

**door** 95:6 96:17,24 97:7,13 126:16, 18 130:15 176:21 204:22

**doubt** 29:6 34:12

**downstairs** 127:2,4,13 130:21

**Dragon** 23:4 32:22 43:11 48:18 52:4,12,23 93:22,23 94:2 110:18 162:11 165:12

**Dragons** 23:6,9,10 25:18,23 26:14 27:11 28:12 29:3,20 30:13,17 31:2, 11,14,20 32:3,11,22 33:14,20 34:3 35:13,22 36:13,16 37:6,11 38:10, 24 39:7 50:7,16 51:14 52:8 62:19 63:4,12 64:20,21 87:13,16 117:23 160:1,3

**dressed** 163:9 164:19,21,22

**drew** 89:13 135:24

**drink** 10:5

**drive** 89:10 90:17,23 91:24 92:2 114:15

**driven** 159:7

**driver** 13:6 14:1,11 16:19 18:20,21 122:16

**driver's** 13:9 22:15

WILLIAM NEGRON, 09/27/2021

**driving** 74:11 93:16 113:18,22 115:21 116:1 117:15 161:5 166:21, 23 176:14,23 213:10

**drove** 34:5 88:16,20 89:11 92:24 159:2 195:6

**drug** 10:7

**drunk** 54:15,23

**ducked** 197:18

**due** 56:23 130:12 212:17

**duly** 6:20

**Dungerea** 50:2

**E**

**earlier** 26:10 29:13 44:11 118:13 128:18 143:17 145:1 155:22 175:12 183:18 187:19 196:21 198:18

**ears** 73:12 206:14

**earshot** 200:14

**Eastern** 5:12

**educate** 60:15

**educated** 60:10

**education** 22:10,11,23 154:22

**educational** 60:7,16 61:22 153:15

**Edwin** 31:5,13 144:22

**eliminated** 156:15

**Elmwood** 57:10

**emerged** 150:24

**emotional** 148:12 152:5

**employed** 13:1,14

**employment** 15:10 17:3,23 18:1, 6,7 20:3,15,18,21

**encounter** 165:16

**end** 13:23 165:20

**ended** 16:17 84:2

**ending** 99:19

**engaged** 193:20 194:2

**engaging** 128:11

**Engquist** 5:17 6:8,23 15:1 25:17 26:6,9 27:18 30:6,22 31:18 32:1,7, 17 33:4 34:14,21 35:3,17 37:15

39:16 43:1,12,18 44:5,7,10,17,19 45:2,8,16 48:9 50:10 51:4 52:15 53:9,15,21 54:1,20 55:8,15,21,24 56:2,4 59:12 60:1,8,18,21,23 65:1, 16 67:2,11,14,20,24 68:1 70:17 71:13 72:7,11,19,21 73:1,13 75:1 80:2 88:3 89:20 91:15 98:19 99:2, 7,11,17 101:15,20,21 105:16 106:11 107:15,23 109:18 111:22 112:9,17,22 116:12,13 117:4,6,8, 13 125:6,14 126:1 129:4 130:4 132:5,15,22 133:8,13 134:6,13,15 137:10,16,23 138:11,18,23 139:9, 20 140:21 142:1 145:6,9,10 149:21 151:11 152:23 153:18 155:14,20 156:7 158:7,17 165:15 169:14,23 170:2 172:5,8,10,12,14,20,21 173:8,20 174:3,11,16 175:2,5,20 176:3 177:1 178:2,10 179:4,9,10 183:19,22 184:1 187:2,4 188:13 189:1,9,19,23 190:1,8 191:8,18 192:2,7 193:6 194:5,11,19 195:21 196:8 198:5,13 201:6,15,18,24 204:18 206:4 209:12,20,24 210:7, 9,20 211:17 212:5,21 213:2 214:4 216:3 217:15,17 218:7,10

**enhance** 154:2

**ensure** 154:3

**entertain** 87:1

**entire** 25:1

**entitled** 5:9 8:2

**escalated** 22:6

**escapes** 212:14

**essentially** 204:13

**estimate** 120:23 141:2 143:9 149:24 161:17 195:24

**et al** 5:10 6:14

**events** 59:1

**eventually** 156:19 190:20

**Everflora** 13:18 16:11,12,13 17:5, 6,8

**everything's** 28:11

**evidence** 105:3,5 187:14 188:11, 23

**evidentiary** 108:12

**exact** 28:8 83:11 92:11 116:2 135:2

**EXAMINATION** 6:22 198:16

208:4 213:1 216:6

**examined** 6:21

**excess** 158:3

**excessive** 157:10

**exemptions** 21:19

**exhibit** 46:1 54:3 60:20,22 61:1,6 112:19,23 114:21 116:10 178:12 179:16 183:13

**exhibits** 44:11

**exonerated** 152:20

**expand** 16:16

**expelled** 21:16,20,22

**experience** 106:9 107:13

**Experiences** 61:22

**explain** 26:7 54:23 95:18 116:19 169:9

**explained** 89:5,17 130:3 135:2 171:6 193:23

**explaining** 117:12 167:24

**explicit** 214:7

**Express** 17:23 18:1

**expressing** 84:12

**extent** 67:15 137:7,19 185:22

**extra** 61:11

**extremely** 58:14 175:19,21 176:1 212:11,13

**eyes** 103:13

**F**

**fabricated** 48:13,23

**face** 109:5,17 194:24

**Facebook** 42:5

**facilities** 140:12 155:22

**facility** 41:20 144:4,8 147:23 153:17,21 154:7

**facing** 164:10 211:20

**fact** 43:14 199:19

**factor** 23:19

**facts** 69:12,16 187:13

**fair** 8:18,19 12:22,24 27:8 103:12

WILLIAM NEGRON, 09/27/2021

123:5 132:6 172:17 174:13,14
199:17,18 204:15

**Fairfield** 24:23 33:15 34:2,7
110:22 196:6,7,9,11,12

**fall** 85:12 86:14 87:4 88:4 91:18

**false** 52:19

**familiar** 47:24 68:10 113:12

**families** 58:15

**family** 30:12,16 31:5 64:21 91:2
205:4

**famous** 162:3

**fast** 177:23

**faster** 99:6

**father** 37:9,13 64:24 65:4,13 82:4
207:19

**father's** 64:13

**fear** 82:11

**fears** 152:8

**feel** 10:19,21 23:20 29:14 58:14
85:22

**feels** 103:10

**feet** 169:18 195:12

**fellow** 38:3 39:6 48:18

**felony** 181:6,7

**felt** 22:4 54:24 103:4 156:21

**field** 107:14 151:20

**fight** 21:15,17,20,21 22:1 29:16

**fighting** 21:14 64:2 192:5

**fights** 21:16

**figure** 123:10 151:8 209:17

**figured** 73:10 82:14 85:24 91:21
96:13 100:5

**file** 56:9 66:20 189:11,20 209:8,19
210:1,10,14 211:3

**filed** 5:11 56:8 67:3 107:2

**filing** 29:4

**filings** 107:8,19

**film** 173:2,3,4

**final** 158:8 189:6,8

**finally** 62:5 152:11

**financially** 151:18

**find** 39:7 55:9 71:2,6,16 72:15
151:1 189:3,12

**finds** 87:10 94:16

**fine** 8:1 10:22 26:7 45:3 55:22
178:2

**finish** 109:7,8 163:21

**firearms** 196:22

**fired** 19:13

**fist** 192:14,24

**Flaco** 90:9,10 91:1,2,3

**flag** 207:10

**flattop** 163:4 164:19

**flight** 65:14

**floor** 147:17,19 168:3,4 197:21

**Flores** 12:18

**focus** 73:14

**follow** 162:7 166:13,18 167:1

**food** 13:21,23 15:24 20:8

**foot** 162:22 163:1 164:18

**footing** 151:1

**force** 79:7

**forgot** 177:23

**form** 14:23 25:13,24 27:12 29:21
30:18 31:15 32:4,12,23 34:9,24
35:14 37:12 42:22 43:9,16 44:3
48:6 50:8 51:2 52:10 53:7,13,19
54:17 55:6,13 59:4,23 60:4,12
64:18 65:9 66:23 67:8 70:15 72:2
74:22 87:19 89:2 91:10 106:5
107:9 111:16 124:22 125:11
132:12 134:2 140:19 141:24
149:13 151:4 152:18 153:5 155:5,
17,23 165:10 173:5,15,23 174:8,24
175:13 176:13 180:11 188:3 190:7
193:2 194:4,7,14 195:19 196:3
198:3 202:20 203:13 204:2,17,24
205:17 206:21 208:11 215:23
217:16,17

**formal** 22:11,23 163:23

**format** 46:5

**forward** 17:14 164:12 179:4
189:19

**forwarded** 104:20

**foul** 186:9

**found** 80:18 93:10 111:1

**foundation** 14:23 25:13 26:1
27:12 29:21 30:18 31:15 32:4,13,
23 34:9,24 35:14 37:12 42:22 43:9,
16 44:3 48:6 50:8 51:2 52:10 53:7,
13,19 54:17 55:6,13 59:6,23 60:4,
12 64:18 65:9 66:23 67:8 70:15
72:3 74:22 87:19 89:2 91:10 106:5
107:10,20 111:16 112:6,12 124:23
125:11,23 129:22 132:4,12 134:2
137:2 141:24 149:13 151:4 152:18
155:5,23 165:10 172:18 173:5,15,
23 174:8,14,24 175:13 188:1,3
190:7 192:3 193:2 194:4,7,14
195:19 196:3 201:6 211:18 212:6
215:23

**four-door** 161:6

**fracture** 146:12

**frame** 95:7,21 96:21,22 126:5
172:2

**framing** 133:23

**free** 124:14

**frequently** 49:3 70:7

**freshman** 24:10,20,22 25:2,9

**Friday** 12:9,10

**friend** 42:8,21 50:23 51:19 52:24
77:2,3 176:23 197:12,13

**friends** 35:18 39:3 50:11 77:11
85:18 206:7

**friendship** 208:18

**front** 93:11 102:20 103:2,9 108:17
120:20 167:17 184:4 195:7 200:15
213:19

**Fullerton** 115:22 160:10,15
176:12,15,17 182:1,2

**fun** 22:2

**funds** 65:13

**furniture** 75:21

**future** 151:16

---

## G

**G-A-R-B-A-R-I-N-O** 190:9

**gain** 129:8

**gang** 22:7 23:3,8,17,21 24:13

25:10 30:10 36:2,4,9 38:3 39:19 41:5 43:7 50:19,20 55:3 64:13 65:24 66:9,11 87:9,10,11 120:11, 14 141:22 165:9 180:13 197:1,6 198:2 211:9

**gangs** 62:16 87:9

**garbage** 195:13

**Garbarino** 190:6

**Garcia** 159:17,18 160:4 163:11 165:8 166:1,4 180:15

**Gary** 159:17,22 161:11 162:6,10, 14,17 163:11,12 165:8,13,14 166:21,22,24 169:2 173:17 180:15 181:11,13,20 182:9 183:4

**Gary's** 166:22

**gave** 55:4 58:24 78:13 80:22 186:3

**GED** 22:20,22

**general** 145:19 191:6

**generality** 186:3

**generated** 56:22

**gentleman** 22:3 122:18 130:14 161:9 162:24

**George** 24:19

**Gibbons** 68:5,18,19,21

**girlfriend** 63:17 64:5

**girlfriend's** 203:24

**give** 10:14 28:14 55:16 90:6 101:7 113:21 138:12 139:21 192:6 209:9, 14,15

**giving** 7:18 69:12 89:10

**glance** 11:3,9 164:11

**glanced** 11:2

**glass** 126:5

**glasses** 122:15

**goal** 79:4

**Gonzales** 51:7

**good** 5:1 49:1 150:2 151:1 158:9 169:13 178:3

**government** 24:3

**grabbed** 119:16

**graduation** 193:13,14

**Grand** 160:10,14 167:4 176:12,17 199:5,23

**Grande** 42:20 119:4 177:12

**grandfather** 36:19 37:14,16,21 38:14 39:1,22 66:2 191:23

**grandfather's** 37:1,7

**grandmother** 19:5 65:11,21 66:2 90:24 152:4

**grandparents** 38:7,20,23 39:9 40:21 66:13

**gray** 115:20,21 116:3,15,16 117:14

**grayish** 122:14

**great** 45:8

**green** 212:12

**grew** 30:4 194:13

**ground** 7:11

**grounds** 145:24

**guess** 21:18 24:3,11 25:22 26:4 34:6 36:2,22 37:17,18 59:9 75:16, 21 76:2 81:19 98:4 127:2 149:16 152:19 156:20 171:8 180:1 190:19 194:16 197:18 198:2 203:18

**Guevara** 5:10,22 49:5 73:17,19 77:17 78:8,21 80:9,11 81:8,12 82:7 84:1 86:4,24 87:3 90:1 92:3,18,20, 21 93:4,5,11,14,19 94:5 95:7 96:17 97:21 98:2,4 99:21,23 100:7 102:17 103:8 104:9,17 105:11,18 107:7,18 108:2,5,18 110:3 111:3 112:3 119:16 121:1,2,8,15,22 122:3,16 123:8,17,20 124:4,6,11, 12 125:1 127:24 128:19 129:18 131:4,13,17,21 132:18 133:2,16,22 154:1,9 158:22 185:8 186:10,13 198:12,19,24 199:6,10,24 201:23 202:2,18 203:6,10,17 204:13,22 205:15 206:17,19 208:7 213:7,19 214:14,16,18,23 215:9,15,17 216:9,18 217:1,7,12

**Guevara's** 76:8,24 80:5 84:15,20, 24 85:3,6,10 86:5,13 88:5 91:19 92:7 100:21 202:8 203:23 205:4

**guilt** 55:12 58:10 66:22

**guilty** 59:10

**gun** 52:7,11 53:5 136:2 214:9,11

**guns** 70:5,18

**guy** 22:2,4 23:16 33:8 36:20 41:3 69:4 70:2 77:24 80:20 93:7,21 94:12,13 97:24 98:1,4 100:6 141:16,18,19 142:14,16,17,18

161:10 163:1,2,7 170:22,23 171:9, 12 195:13 197:4,5,16,17

**guys** 27:15 38:16 39:3 87:11 98:15,16 166:5 210:8

**Guzman** 40:24 41:2,3,8,16 42:7 134:17,22 136:4,11,13,19 138:2,24 139:5,7,11

**H**

**Haddon** 84:5

**Hagy** 6:1 25:14 26:2 27:12 29:21 30:19 31:16,22 32:5,12,14,23 34:9, 19,24 35:14 37:12 39:10 42:22 43:9,16 44:3,14,18,22 45:6 48:6 50:8 51:2 52:9 53:7,13,19 54:17 55:6,13,20 59:6,23 60:4,12 64:18 65:9 66:23 67:8,13,19,20 70:15 71:10 74:22 79:20 87:19 89:2 91:11 98:24 99:1,5,10 101:18 105:14 107:11,20 111:16 112:8,12 125:9,11 129:3,21 132:12 133:7,10 134:2,12,14 137:18,22 139:15,19 140:13,19 141:24 149:13 151:4 152:18 153:9 155:5,17,23 158:11 165:10 169:17 170:1 172:19 173:5, 15,23 174:6,10,24 175:13 176:13 177:22 183:20,23 187:24 188:3,6 189:1,7,18,22 190:7 192:1,3 193:2 194:4,7,14 195:19 196:3 198:3 208:3,5,22 209:6,16,22 210:5,16 211:4,6 212:1,19 214:3 215:23 218:5,12,19,21,23

**hair** 97:16,18 122:14

**hairline** 146:12

**half** 80:21 99:1,2

**Halvorsen** 5:18 119:18 122:9,20 159:1 189:13 198:19 199:1 200:1, 16,24 201:4,10,20 213:5,6,10,16, 20 214:8 215:7 216:9 217:1 218:2

**Halvorsen's** 186:22,23

**hammer** 53:6 191:23

**hand** 61:12 64:14 101:9 186:12

**handcuffed** 168:22,24 169:1,2,5,6

**handle** 52:7

**handled** 202:3

**hands** 44:22 209:4 214:12

**handwriting** 46:14

**handwritten** 46:7 47:11

**handy** 178:24

**hang** 50:13 51:22 53:2 77:5 86:1 88:21 89:12 90:10 91:13

**hanged** 77:6 86:16 88:15 89:9,15 90:12

**hanging** 70:7 93:21

**happen** 44:19 58:11 65:14 101:1 146:15 208:21

**happened** 38:13 44:16 69:7 74:9 111:11,14 114:14 126:23 128:12 135:13,16 137:15 149:15 161:19 167:6 170:20 176:7 197:14 208:20 210:21 218:1

**happening** 49:8 67:21 214:24

**harassing** 162:5

**hard** 192:6 210:21 218:16

**hardcopy** 178:17,20,23 184:4,6

**harm** 30:9 158:6

**Hassem** 33:5,6

**he'll** 41:13

**head** 7:16 150:24 192:4,6 214:10

**headed** 176:22

**heading** 93:1 183:17

**health** 148:15 149:8,12

**hear** 80:13 89:21 90:2 106:13 139:6 156:2 199:24 200:21 201:9, 13,20 202:1

**heard** 43:11 52:6 78:9 80:4,8,10 81:11,13 82:5,6,7 83:4,10 88:13 89:3 94:9,17,18 96:9 108:10,21 130:7 200:6 203:19 204:4 205:8

**hearing** 79:10 87:21 88:23,24 89:7,10 90:4 108:13 201:4,5

**hearings** 121:10

**heed** 97:2

**held** 52:11

**helped** 29:19 76:1

**helping** 75:21,22 151:9

**hid** 195:12

**high** 21:5 24:10,21 25:1 62:1 158:2 183:5,7 212:9,12,13,17

**highlight** 114:4

**Hilario** 37:2,5,21

**hired** 16:16

**hit** 116:22 131:20,21 162:16 176:18

**hold** 52:19 106:4 158:5

**holding** 68:17 127:2,7,8,13,20 157:9,22 158:6 167:24

**home** 64:13 75:3,5,11 76:13 86:5 92:19 100:22 101:1 119:15 121:1, 16 132:19 133:2,16,24

**homicide** 153:22

**honest** 34:17 51:10 68:8 79:7 118:1 174:1 175:17 185:1 203:21

**honeymoon** 12:14

**hop** 92:6

**hope** 94:6 95:14 208:8

**hopes** 129:12

**hoping** 106:19

**hour** 99:1,3,8

**hours** 86:16

**house** 40:13 51:21 74:4 75:13,14, 15,18 76:2,5,7,8,24 77:15 78:22 80:17 81:22 83:20,21 84:2,15,20, 24 85:3,7,10,15 86:7,13 87:3 88:5 91:19 92:7,16 93:1,11 94:24 95:20 96:1,3,4,13,14 97:21 101:14 102:10,18 103:2 108:17 120:20 121:6 122:1 130:13 185:2 193:10, 12

**housed** 140:11 144:7,20 145:15 155:4

**houses** 96:2

**housing** 144:14 151:16,17

**hundred** 199:3

**hung** 24:16 70:11 86:18 88:19 89:22 90:2,7 91:9

**husband** 89:19

---

## I

**ID** 212:10

**idea** 28:14 83:9 125:7 147:12 169:16

**identifications** 212:10

**identified** 131:5

**identify** 5:15

**IDOC** 60:10 140:4,8,11 144:4,24 145:13,14 146:1,7 147:8 148:4,14, 18 155:9 156:21,23 157:3 190:19 209:8,17,19 210:1,11

**illegals** 96:11

**Illinois** 5:12 20:20 41:17 42:12 57:10 58:17 59:17

**immediately** 89:15

**impression** 205:24

**improper** 133:6

**improvise** 151:19

**inappropriate** 201:11

**incarcerated** 20:19,22 21:1 41:4, 16 42:11 110:2 111:1 118:15,18 150:20 152:9 153:17 159:20 180:22 181:21,24 182:19 212:15

**incarceration** 20:2 23:1

**incident** 125:2 147:12,16,23 148:7,8 194:23 195:1

**incidents** 113:10

**incorrect** 57:13 63:2 143:18

**indicating** 67:4

**individual** 136:8 159:17 195:11 214:10

**individuals** 49:22 80:17 135:5,18 136:14 144:16 146:24 147:2 212:14 215:4 218:1

**influence** 72:5

**inform** 132:17,24

**information** 134:22 135:15 136:23,24 138:24 185:6

**informed** 19:5,7 68:18 96:20 98:14 103:8 123:21 144:16 166:13 176:8,18,20 214:16

**informing** 167:12

**infuriating** 72:12,13

**initiate** 23:17,24 24:12,17 25:23 26:11,18,20 29:20

**initiated** 26:3 27:14,16 29:1

**initiating** 27:5 148:22

**injured** 195:15 196:19

WILLIAM NEGRON, 09/27/2021

**injuries** 146:5,8 148:3

**inmates** 146:23 147:3 148:1

**innocence** 100:6 188:12,24

**innocent** 43:23 187:12

**inquiring** 151:21

**Insane** 23:4,5,9,10 25:18,23 26:14 27:11 28:12 29:3,20 30:13,17 31:2, 10,14,20 32:3,11,21 33:14,20 34:2, 22 35:13,22 36:13,16 37:5,10 38:10,23 39:7 43:11 50:7,16 51:14, 16,17 52:4,8 63:11 87:13,16 110:18 117:23

**inside** 123:15 130:12 145:15 150:4 215:21

**instant** 173:9

**institutions** 144:12

**instruct** 133:8 139:15

**instructing** 67:11 105:14 137:19

**inter-** 189:4

**interacted** 199:6

**interaction** 133:23 162:9 165:24 166:5

**interactions** 147:24 158:22 203:6

**interest** 103:11

**interested** 186:19

**interpreting** 172:15

**interrogated** 124:12

**interrogation** 123:21 131:19 216:2

**interrogatories** 11:10,17 186:24 187:22 189:4,8,13

**intersection** 160:10

**interview** 101:3,4 190:18

**interviewed** 184:11

**interviews** 184:15

**introduced** 64:7 156:21

**investigation** 55:18 59:2 138:10, 13 157:17 217:2

**investigative** 216:14

**involved** 22:7 36:19 39:13 42:19 48:5 54:14 55:4 62:16,20 63:5 64:20 68:7,22 70:20,24 89:7 111:24 112:3,11 116:7 155:11,13

181:16 196:24

**involving** 38:6 134:23

**issue** 65:12 138:20

---

**J**

**jacket** 165:7

**jackets** 164:8

**Jackie** 119:4

**Jacqueline** 42:20 177:12

**Jail** 20:11,14,20 41:4,21,24 63:19 100:18 105:11 118:20,21,23 131:8 132:11 134:17 136:24 146:4,6 148:10

**James** 159:17 160:3 162:17 163:11 165:8,12 166:21 173:18 180:22,24 181:4,11,13,15,20 182:3 183:4 190:5

**James's** 181:16

**janitorial** 20:5

**January** 16:8,9

**Jaws** 139:7

**Jennifer** 5:23 72:19 172:6 198:13

**Jimmy** 169:1

**job** 16:23 18:3,20 19:3 95:1 98:4 145:5,16

**jobs** 13:20 17:10,16,18,22 18:2,6 144:24 145:12

**John** 48:3

**Johnson** 77:10,12 80:6,11,14 82:3 92:21 95:3,4

**join** 23:5,15 26:2,22 27:13 30:3,19 31:16,22 32:5,14 34:10,19 35:15 59:6 63:11 91:11 107:11,21 111:18 112:8,13 129:3,23 132:13 133:7 134:3 165:11 172:19 174:10 188:4 193:5 194:10

**joined** 25:18 28:12

**joining** 23:21 87:8 125:12

**Joint** 29:24 32:24

**joke** 206:7

**Joker** 90:15

**Joliet** 140:15,24

**Jorge** 119:3 124:7 177:9

**Josh** 5:17 60:19 145:5

**Jr** 5:10 27:17 28:6,7,21 32:2 91:3,9 95:22

**Juan** 5:3 64:13 65:3,5

**judge** 9:24 59:2

**July** 114:22

**jump** 197:17

**jumped** 23:17 29:16 146:17,22 147:5 148:1 161:22

**jumping** 148:5

**June** 14:5 15:14 36:10 40:7 141:14,21

**juvenile** 174:20,23

---

**K**

**Kedzie** 182:2

**Keeping** 94:24

**Kennelly** 177:5

**kicked** 21:8,11,13 62:9

**kid** 201:12 204:20

**kids** 77:3,5 81:20 86:18 207:10

**Kiki** 177:16

**killed** 44:2 68:24 110:24

**Kimball** 25:5,6,11

**kind** 7:11 13:22 28:11 29:2 30:4 38:2,21 48:21 54:22 74:18 75:19 79:10 80:18,22 82:12,17 85:22 87:20,23 88:15,20 89:9,11 90:16 97:15,23 103:4 104:6 122:14 123:24 127:16,17,19 135:3 146:4,8 147:17 148:11,15,23 149:2,7,8,11 150:7,8,10,11,14 152:2,5,7 154:22 156:19 161:4 163:23 164:7,9 168:10 169:12 172:23 178:17 180:7,9 185:9 187:21 194:15 197:18 202:21 203:10 204:10 207:17 212:21

**kinds** 10:7 124:10

**kitchen** 15:19 16:3 88:13 145:16

**kitchens** 145:15

**knew** 36:20 37:17 47:20 48:19 63:13 74:15 77:3,7 95:18 96:5,19 97:21 135:17 136:12,14,15 181:11,

WILLIAM NEGRON, 09/27/2021

20 205:6 206:12

**knocked** 95:6 97:7,13

**knocking** 96:16

**knowing** 100:7 117:21

**knowledge** 106:9 134:5 135:10 185:22 186:13 216:8 217:5,6,9

**Kreiter** 68:5

---

**L**

**labeled** 210:2,23

**labor** 16:23

**lacks** 172:17

**laid** 76:5

**last-last** 84:22

**late** 16:8

**Latin** 142:3

**laughed** 78:2 206:22

**laughing** 90:19,20

**laundry** 145:18

**lawsuit** 6:4,12

**lawyer** 9:12 11:23

**lawyers** 72:6

**leader** 34:7

**leading** 201:15 206:4 207:7 214:3 217:17,20

**Leandro** 35:6,10,12,18

**learn** 118:17

**learned** 118:14 162:4

**leave** 18:24 64:19 65:23 66:10 98:9

**leaving** 86:7,10

**left** 19:2 23:18 66:15 86:19 93:23 98:17 142:9 146:13 161:22 164:13, 15 168:18 170:24 171:7 197:23 214:13

**Left-hand** 57:2

**left-side** 146:12

**leg** 146:11

**lenient** 211:23

**Leondro** 35:8

**letter** 183:22 184:20 186:17

**letters** 102:2

**letting** 87:21

**level** 156:22 211:13 212:8,17

**levels** 212:9

**license** 13:9 22:15 93:15,17

**life** 58:12 79:2,5 150:22 154:3 191:6 211:15 212:3

**light** 165:2

**lighter** 207:18

**lights** 176:18

**limit** 158:4

**Lindsay** 6:1 44:10 55:17 79:18 101:15 134:6 137:8 139:18 169:14 218:11

**lineup** 124:13 125:5,8,16,17 126:3, 7,14,21,23 127:10,12

**lineups** 124:10,15

**lingering** 135:14

**list** 156:14,19

**listed** 57:9

**listen** 137:12 205:15

**live** 12:3 24:20,24 40:6,9,12,15,19, 22 58:11 65:3 203:1

**lived** 25:12 28:22 50:24 84:9 130:14 181:22 183:1 204:21

**lives** 41:11

**living** 24:23 57:11 81:23 96:13 152:3 202:23 207:11

**locate** 101:18

**location** 84:3,4 122:10

**lockdown** 147:23

**lockup** 127:5 130:21,22,24 131:3,6 132:7

**long** 11:5 12:19 13:11 17:15 18:21 28:3 33:19,22 45:4 63:4,20 70:12 74:20 86:12 91:14 96:7 98:23 104:8 141:1 142:8 143:7,12 149:22 156:15,19 165:24 166:4 170:16 176:4 191:1 192:21

**longer** 75:3 99:3

**looked** 59:10 94:14 97:14 122:14 126:9 135:6,18 137:11 163:4,13

164:1,7,12,14 165:6 168:1,12,16 170:6,21,22,23 171:16,18 173:6 195:8 214:13

**lost** 102:8

**lot** 30:4 48:12,22 49:8 58:12 63:14 69:6,9 105:6 139:2 150:23 152:2 194:18

**loud** 7:20

**low** 212:11

**Lucky** 28:1

**lunch** 98:23

**lying** 100:6

---

**M**

**M-DOG** 28:2

**made** 19:3 38:7,19,22 39:4 48:11, 12 53:11 70:19 80:14 82:8 98:4,5 100:21 130:13 202:22 203:24 206:18,24

**mail** 184:16,18

**maintain** 134:9

**majority** 68:6 75:22 76:6 77:6 85:20,23 86:16,22 87:1 124:4 145:14 151:5 184:17,19 185:10,23 186:7,11 212:13

**make** 9:4 26:5 61:9 65:13 71:5 78:4 96:17 97:4 98:10,12,16 105:7 106:12 109:10 131:10 132:23 137:16 158:8,22 189:14,17 191:10 218:14

**makes** 169:24

**making** 22:2 97:1 129:11

**man** 19:8 24:1,12 26:10,17 29:14, 15 78:1,7,9,10 79:15 93:6 97:15,17 162:21 205:11 206:10,18 207:5,23

**man's** 24:2 136:7

**Maniac** 142:3

**March** 16:7,9 113:7 114:24 195:3

**Marcy** 81:17 82:1,2,6,9,10 83:5,14, 24 84:7,18 85:5 202:24 207:17

**Maria** 35:9

**Marilyn** 159:18

**Marin** 35:8

**mark** 61:1 178:11 184:2

WILLIAM NEGRON, 09/27/2021

**marked** 45:24 183:14

**market** 151:17 157:23

**marking** 60:19

**married** 12:6,8

**Mary** 74:16 81:19 82:2 85:17 86:23 88:9 89:6,23 92:5,20 93:11 94:4,14 95:4 96:7,9 100:13 205:9

**mask** 10:18,20,21

**mass** 210:1

**master** 209:19,24 210:10,14 211:3

**match** 116:2

**matched** 69:14 70:6 135:19

**matter** 33:22 120:22 166:7

**max** 153:15 156:22 211:22

**Maysonet** 35:9

**Mcgrath** 5:21 198:11 202:20 203:13 204:2,17,24 205:17 206:21 207:7 208:11 217:16 218:9

**means** 30:1 91:4

**meant** 208:10

**measure** 169:18

**media** 63:6 135:14,21

**medical** 147:13 148:11

**medium** 153:16,21 154:7 156:22

**meet** 11:19,23 14:20 28:5,21 73:21 77:2 176:17 190:22

**meeting** 74:8,20 191:1

**meetings** 216:24

**Megan** 5:21

**member** 31:2,4,10 33:9,20 35:13, 22 36:12,15,18 37:5 38:10 50:6 51:13 52:8 55:3 87:12,16 160:1 198:2

**members** 30:12,13,17 32:18,21 34:4 36:2,4,9 38:3,23 39:7 117:23 165:9 197:1

**Memo** 142:19

**memory** 192:23

**Menard** 20:17 140:14 143:2,5,7,21 144:13 156:2

**mental** 148:15 149:8,12

**mentioned** 108:5,16 151:22

196:22

**Merkes** 119:2 124:7 125:2 134:24 139:22 152:17 153:3,22 154:5,14 177:14

**messages** 41:13

**messenger** 41:14 42:2,4

**met** 41:3 69:5 73:20,23 74:1,5 75:2 108:24 109:24 110:13,20,21 134:17 163:10

**methodology** 138:22

**Methods** 179:17

**Mexicans** 205:7

**mid** 165:20

**middle** 21:20 46:13 165:22

**milk** 18:12,14,16,19,22 19:10,16

**millimeter** 52:18 171:22 172:11

**Milwaukee** 74:2,5,13,21

**mind** 7:13 58:13 123:24

**Mingey** 5:18 98:12 108:19,22,24 109:20,22 189:14 205:22 206:1 209:2 217:5,8 218:1

**Mingey's** 11:12 98:12

**minimal** 155:9

**minute** 53:16 79:16

**minutes** 45:4,5,6,8 79:18 99:7,11, 12 104:11 158:10 166:8,14,15,16 170:19 176:6 178:4 191:3,12

**Miquel** 44:8

**mirror** 126:6

**misbehaved** 81:2

**mischaracterizes** 128:24 129:21

**misconduct** 102:19 103:2 108:18 185:8 186:10,18,20

**misinterpreted** 59:8

**misquoted** 59:14

**missed** 130:7 131:11 140:17

**misstates** 14:24 60:13

**Mitchell** 68:5

**mixed** 68:11

**moderate** 212:12

**Mohammed** 142:17

**mom** 84:11 85:6,10 86:2,19 94:5 213:22 215:18

**money** 157:24

**month** 17:19 36:11 83:11 141:3

**months** 15:19 16:4,6 17:18,20 18:23 33:23,24 143:8 150:1

**Morey** 18:12,14,16,18,22 19:16

**morning** 5:1

**mother** 25:4 40:16 62:6 64:22 65:12 73:20,24 74:15 75:16,19 76:21,22,23 85:1,3,16 88:8,14 89:4,14,21 90:6 91:6,7,22 92:5 96:9 101:4,12,13 102:2,5 105:20 123:11,12 133:14,18 137:4 146:18 147:1 152:2,7 200:3,5,9 202:15 204:5 205:9 215:2

**mother's** 89:1 102:10 185:2

**motions** 107:3

**motorcycle** 74:2,6,10,18

**mouth** 185:17 193:14

**move** 25:5 33:13 65:8,17,18 76:1 98:19 115:9,10 124:19 179:4 187:5

**moved** 25:7 33:15 34:1

**moving** 38:20 75:12,15 77:24 78:12,17

**mugshot** 171:8

**mugshots** 171:13

**murder** 42:19,20,21,24 43:14,20 44:21 47:18 48:5 49:18 54:15 55:12 66:21 68:13,15 69:3,12,18 70:3,21 71:23 73:5 101:12 118:14 119:3 124:6 134:23 139:22 140:1 152:12 153:3,4 154:17 181:9,10 186:15 187:12,20 190:12

**murders** 42:15 70:13

**Myra** 77:8 81:16 86:16 87:1 207:17

## N

**N-E-G-R-O-N** 7:3

**nail** 157:9,15

**named** 30:23 141:19 142:17 198:21

**names** 27:24 90:6

**Narraganset** 176:15,16

WILLIAM NEGRON, 09/27/2021

**natural** 154:3 211:15 212:3

**naturally** 48:15

**nature** 89:12 93:9 100:8 198:21

**nearby** 84:9

**needed** 17:13 20:8,9 75:17,23 155:10

**negative** 188:9,19

**Negron** 5:14 6:2,11,13,19 7:2,4,7 37:3 61:18 178:12 198:18 208:2 210:4,12 216:8

**neighbor** 95:6,23,24 96:21 97:4 102:21

**neighbor's** 95:20

**neighborhood** 10:15 64:14 88:16 89:8

**neighbors** 96:16 204:21 205:3

**newly** 105:2,4

**news** 39:24

**nickname** 31:7 34:23 50:15,18 51:11 110:16

**nicknames** 27:24 141:13

**night** 125:22 166:9

**Nobody's** 109:21

**nodding** 7:15 106:16

**Normandy** 32:16,19,22 33:12,21 34:4,16 183:3

**Norridge** 10:16 12:2

**Northern** 5:12

**Northwester** 184:12

**Northwestern** 184:13 185:4,5,12, 19 186:5

**notes** 101:4,6,8,11,23 102:3

**notify** 36:17

**November** 7:6 76:15,17 77:16 78:13,17,21 83:5 116:14

**number** 5:13 45:20 46:1 54:3 60:22 101:2,6 112:19,24 113:17 138:5,12 178:12 183:14 184:2 186:21 187:1,2,10 190:3 202:14 203:20

**numbers** 113:3 211:1

**nurses** 147:18

**Nurudeen** 33:6

---

## O

**O'GRADY** 48:3,4

**object** 9:18 128:23 137:6 172:3 174:7 175:14 187:23 202:1

**objecting** 9:19 172:15

**objection** 14:23 25:13,24 27:12 29:21,24 30:18 31:15 32:4,12,23 34:9,18,20,24 35:14 37:12 39:10 42:22 43:9,16 44:3 48:6 50:8 51:2 52:9,10 53:7,13,19 54:17 55:6,13 59:4,23 60:4,12 64:18 65:9 66:23 67:8 70:15 72:2,8 74:22 87:19 89:2 106:2,5 107:9 111:16,19 112:6,12 124:22 125:9,10,12,23 129:21 132:3,12,20 133:4 134:2 137:2 140:13,18 141:24 145:6 149:13 151:4 152:18 153:5 155:5,17,23 165:10 172:18 173:5,15,23 174:6, 24 175:13,16 176:13 187:24 188:3, 4 190:7 192:1 193:2 194:4,7,14 195:19 196:3 198:3 201:6,15,24 202:20 203:13 204:2,17,24 205:17 206:4,21 207:7 208:11 211:17 212:5 214:3 215:23 217:15

**objections** 9:11,13,14,22 31:21 54:24

**obliged** 161:21

**obstacles** 151:8,13,14

**obtain** 18:11 106:8 167:13

**obtaining** 18:15

**occasion** 68:12 99:20

**occasions** 99:19,22 117:18 175:10 195:22 196:18

**occurred** 48:15 69:10 95:11 147:16 162:9 195:5

**occurring** 218:3

**October** 16:14,17

**odd** 93:10 94:21

**Offender** 113:16

**offenders** 113:14 115:3

**Offense** 57:21 58:3

**office** 130:10

**officer** 80:15 81:14 82:8,18 123:1, 3,5 126:13,17 147:10 157:18

**159:5,10 160:6,16 162:14,16,19 164:17,19 165:17 166:5 176:11 204:14

**officer's** 104:20 114:1

**officers** 111:23 112:14,15 113:24 114:13 116:7 122:6

**officially** 36:23

**Olan** 110:12

**Olan's** 118:14

**Oleander** 10:17

**Olszewski** 5:18 159:10 160:2,6,7, 16 162:2,3,6,16,20 163:6 164:20 165:17 166:5 170:21 176:11,22 189:13

**Olszewski's** 11:11 162:14 189:10

**one's** 117:14

**open** 37:24 127:8 129:13 137:13

**operate** 13:7

**opinion** 129:8 154:2

**opposite** 160:13 161:23

**oral** 7:20

**orally** 7:22

**order** 11:20 17:1 36:18 37:10 60:10 155:10 209:3,4

**ordered** 56:23

**Ordonez** 5:3

**originally** 96:5

**Ortiz** 37:4 40:16

**outburst** 130:14

**overcome** 151:3 152:7

**overheard** 68:13 77:23 78:14 96:7 170:24 206:16

**owned** 136:8,12

---

## P

**p.m.** 14:18 80:1 99:16 158:16 178:6,9 191:14,17 219:1,3

**packages** 14:17

**packet** 183:21

**pages** 46:22 47:13 178:19

**pain** 147:18

WILLIAM NEGRON, 09/27/2021

**painted** 168:11,12

**painting** 175:4

**pandemic** 19:3

**paper** 61:13

**paperworks** 102:13

**paragraph** 57:24 58:5 61:23 63:16 64:11 65:22

**paralegal** 44:14

**parents** 65:21

**park** 57:10 75:9 93:1,3 115:23

**parked** 93:2

**parole** 152:21

**part** 32:11,19 58:1 69:8 89:1 94:3 106:22 109:8 155:16,21 204:21

**part-time** 13:20

**partially** 64:22 129:1

**participants** 126:14

**participate** 148:23

**participated** 60:6

**parties** 62:17 108:11

**partner** 159:23 162:14 164:14 166:6 176:21

**party** 6:4

**pass** 19:10 20:8 135:7 191:11 198:7

**passed** 14:13 15:4 39:22

**passenger** 122:17 176:20 214:11, 14

**passing** 176:15

**pattern** 150:2

**patting** 164:10

**pay** 151:20

**PDF** 209:11,13

**Pedro** 50:2

**peek** 46:23

**Peer** 62:11,15

**pending** 8:5

**penitentiary** 153:14,16

**people** 9:18 27:19,21 36:22 37:19 39:12 49:20 72:4,16 82:16,20 90:3 96:5,23 103:7,10 114:16 120:1

130:11,15,17 148:22 162:4,5 181:17 184:12 185:19

**percent** 199:3 211:21

**Perez** 185:11

**perimeter** 169:19

**period** 75:3 121:8

**perjury** 106:23

**person** 23:23 49:19 53:5 58:15 59:1 68:21,23 69:2 71:6,20,23 73:6 96:22 106:24 136:12 176:11 198:1

**person's** 71:3 97:10

**personal** 129:8 217:6

**personally** 177:7

**persons** 23:22

**perspective** 82:17

**pertaining** 20:7 38:13 48:18 78:23 89:6 108:10 125:1 185:6 202:2 204:6 205:8 208:15

**petition** 105:4

**phone** 41:12 88:8,13 89:15,16 91:16 92:5 96:8 101:6 102:16 104:9,17 105:10,19,24 106:13 138:5,6,10,12 184:17 200:2,4 208:15 213:22 215:18

**phonetic** 119:19 141:15

**photograph** 109:19 126:20 175:3

**photographs** 80:17

**physical** 30:9 52:14 81:19 146:5,8 148:3 149:3 196:24 197:11,24

**physically** 191:22 192:11

**picked** 110:3 121:11 122:17 124:13 199:1

**picking** 22:6

**picture** 171:12 172:1 173:2,22 174:1,5,21 175:1,2,3,7,9

**pictures** 94:23 167:14 168:18 171:2,3,5,9,10 173:1,3,13,17,21 175:15

**piece** 61:12

**pieces** 210:11

**pissed** 95:2

**place** 13:15 42:19 75:6 84:7 91:24 108:12 110:2 126:3 140:23 156:8 216:24

**places** 62:18

**Plaine** 25:5,6,12 40:8 119:17

**plaintiff** 5:24 6:11

**Plaintiff's** 186:23

**planned** 74:8

**planning** 65:2

**play** 186:9

**playful** 192:8

**playing** 129:10 157:17

**point** 42:1 47:13 87:12 127:21 151:10 177:3,4 201:9 215:21 217:2

**pointed** 109:22

**pointing** 6:4 53:4 214:9,11

**Polaroid** 173:11

**Polaroids** 175:11

**police** 55:5 80:15 81:14 82:8,18 98:6 111:4 118:4,10 122:6 123:7, 13,15,16,19 125:21 126:12 131:13 157:18 159:2,7 166:10,11,12,18 167:1,3,5,17 174:5 175:16 176:4 204:14 214:5 215:21 216:13

**policy** 14:12,19 15:5 21:19

**Polinski** 119:19,21,22 120:9 198:21

**polo** 163:16

**Pontiac** 20:17 140:15 141:5,7,11, 16 142:6,7,22 143:1,5,11,13,20 156:4,10 180:12 211:7

**Popeye** 110:17

**pornographic** 157:23

**position** 153:13

**possession** 102:4

**possibly** 19:6 47:15 70:24 184:16

**post-** 107:2

**post-conviction** 105:4 107:19

**precipitated** 192:24

**precise** 41:22

**preparation** 10:24

**prepare** 11:20

**prepared** 64:12

**prescription** 10:8

WILLIAM NEGRON, 09/27/2021

**present** 5:8 44:1 92:3 120:12 122:9

**presentence** 55:18 59:2

**pretty** 15:22 62:17 63:13 66:14 70:22 162:3 198:24

**prevalent** 25:11

**previous** 37:20 162:7

**primarily** 199:6

**Primus** 142:15

**principal** 21:18

**print** 44:12,15,24 45:1 188:8,18

**printed** 45:18

**prior** 10:23 11:19 14:24 20:1,13 59:21 60:13 65:3 80:14 86:4 111:2 129:1 132:16 203:6 204:14 211:16 217:8

**prison** 12:22 17:4 22:19,22 39:21 57:6,12 102:9 104:15 149:1,4,6,12 152:11,16 153:2 155:2 211:13 212:4

**prisons** 154:24

**privilege** 67:9,23 134:9 139:17

**privileged** 67:16

**privy** 216:24

**pro** 107:2

**probation** 111:21

**problem** 22:5 59:21 60:3,5 148:20

**problems** 13:22 36:1,4,9 38:2 148:12 149:3,12 190:16

**procedure** 98:5

**proceedings** 68:13 108:11 219:2

**process** 49:3 105:1

**processed** 127:3 171:11,13,20

**produce** 211:2

**produced** 178:12 179:22 183:15 209:20 210:15,17,19

**product** 139:17

**production** 16:22 210:1,2,12

**productions** 183:15 210:22

**program** 156:20

**programs** 59:17 60:6,7,16 148:21 153:15 155:1,7,9,11,12,16 156:1

193:22 194:1

**project** 15:20 16:15 17:10,16 18:5

**promised** 29:19

**pronounce** 11:11

**proof** 188:8,17

**prosecution** 217:14

**prosecutors** 71:19

**protection** 63:15

**protective** 66:17

**prove** 100:6 154:12

**provide** 75:20 153:14

**provided** 132:4

**PSI** 55:23

**psychological** 148:12

**public** 104:20

**Puerto** 64:24 65:6,8,18

**Pulaski** 116:20

**pull** 44:5 55:15 209:15

**pulled** 120:1 159:16,21 160:9,11 161:4,10 162:8 163:11 176:18 213:7 214:8 215:10

**pulling** 160:14,22

**punch** 193:17,18

**punch-in** 14:16

**punched** 192:13

**punching** 159:24 162:10,14

**purport** 49:12

**purposes** 6:12

**pursuit** 103:7

**push** 158:8

**pushed** 122:13 197:20

**pushed-back** 122:13

**pushing** 65:11 198:1

**put** 21:18 47:12 54:3 77:24 81:9 82:22,24 83:3 94:12 124:10 157:12 167:7,10 185:16 189:20 206:12 213:21 215:4,5,13,14

**putting** 20:18 22:14 81:1 82:16,20 91:16 201:12

**Q**

**question** 8:5,6,8,14,17,22 9:3,8 15:2 26:1,4 55:2 59:5 72:3 85:4 90:7 91:8,17 107:10 124:23 129:15 153:6 172:8,14,17 174:8,9,13,14, 15 175:6 178:18 179:21 187:9,11 190:2

**questioned** 131:2

**questioning** 7:19 174:2

**questions** 8:9 10:2,9 48:14 59:9 70:24 72:13,23 88:19 89:18 92:3 93:9,19 94:5 98:3,7 128:2,9 134:8 150:24 198:8,10,15 199:20 208:3 209:7 212:20 213:3 216:4

**quick** 46:23 130:18 179:1

**quit** 19:14,15

**quote** 206:24

**quotes** 57:24 58:6 59:13

**R**

**raise** 107:6,17

**raising** 93:20 94:19

**ran** 23:18 89:15 195:14 197:19

**range** 14:3 25:4

**rank** 31:13,19 32:3

**reached** 42:2

**read** 53:16,22 58:8 73:1,3 115:6 178:17 179:12 184:3 188:14,15

**ready** 64:19 65:23 66:10 158:18 179:14

**real** 35:4 68:14 179:1

**realize** 49:11 101:16

**reason** 21:24 85:14 100:5 106:18 128:20,22 129:19 134:8

**reasons** 106:21

**reassure** 200:9,13

**recall** 21:24 24:22 46:9,11 47:8 49:16,21 52:5 53:4 54:11,12 55:11 66:19,24 68:2 110:6 111:7,14 112:10 115:20 117:17 118:3 119:6, 8 124:9 125:3 126:20,24 127:1 135:22 141:8 144:1 145:21 148:9 157:11,16,20 159:4,8 167:19 169:4

WILLIAM NEGRON, 09/27/2021

170:6 175:8,18 180:4 182:18 185:3,23 191:6 193:8 194:22 215:24

**receive** 212:10

**received** 88:8 147:13 154:3 212:14,18

**receiving** 167:10 168:2,6 169:8

**recently** 12:6 102:4

**recess** 45:13 79:23 99:14 158:14 178:7 191:15

**recognized** 125:18 197:6

**recollection** 47:22 115:7 135:20

**record** 5:2,16 6:10 7:1,17 9:23 45:9,11,14,20 73:3 79:21,24 99:13, 15 105:1 138:19 158:12,15 178:5,8 188:15 191:13,16 219:1

**recorded** 106:14 107:18,24

**recording** 105:24

**records** 210:11

**recruit** 29:3

**recruited** 27:10

**recruiting** 26:23 27:6

**recruitment** 29:2

**red** 207:10 212:12,16

**reduction** 66:20

**reference** 5:9

**referring** 144:9

**refreshes** 115:7

**refused** 129:20

**regular** 112:15 171:16,21

**relationship** 62:17

**Relationships** 62:11,15

**relative** 28:11

**relatives** 144:21

**release** 13:15 57:12 143:23 149:1, 6,23 150:16 151:23

**released** 12:22 13:18 17:4 42:3 57:4,5,8 59:11 102:12 138:4 145:23 152:4,11 176:9 180:21

**relevance** 193:3

**relevancy** 111:17 194:8 196:4

**remaining** 155:9

**remember** 16:6 17:21 24:2,15 27:23 30:23 31:4 33:5 34:6,22 36:3,7 43:13 47:10 50:23 51:5 54:2,5,16,18 75:7 83:13 85:11 92:9 97:9 100:15,20 110:15 111:23 113:13,18 114:13 120:3,11 124:20 126:17 127:21 128:8 136:18 141:6, 10 142:12 146:19 181:7,21 183:1,7 186:1,4 190:14 191:4 210:12

**remorseful** 58:14

**remotely** 5:8

**removed** 62:6

**renouncing** 211:8

**renunciation** 179:24 180:13

**repeat** 8:10 72:24 109:10 130:6

**rephrase** 8:10

**report** 55:19 56:21 98:13 113:7 114:22,23 117:9 147:7,10,12 191:20

**reported** 44:20 45:19 46:10 52:17 53:11 216:13

**reporter** 6:16 8:23 49:13 60:19 73:2 109:9,10 112:20,21 116:11 140:17,20 187:1 218:12

**Reporting** 114:1

**reports** 216:13,20

**represent** 185:12

**request** 20:6

**resemblance** 207:10

**resembled** 69:6

**reserve** 218:10

**reside** 10:11

**resolved** 143:14

**respond** 97:18 114:20 187:22

**responding** 91:6,8 209:7

**response** 186:23 187:16

**responsibilities** 150:18,21

**responsibility** 67:5 150:21

**rest** 58:12

**restaurants** 16:1

**restroom** 170:10,12

**resulted** 216:15

**retired** 43:11

**return** 103:8 160:3

**reveal** 34:12 186:11

**review** 10:24 190:3

**Rey** 78:7 82:23 83:5 85:23 90:1 103:22 120:20 201:10 214:18

**Rey's** 75:17 95:24

**Reynaldo** 5:10 73:16,19 76:8,24 77:17 78:12,21 80:5,9,11 81:8,12 82:7 84:1,15,20 85:3,6,10 86:4,5, 12 87:3 88:5 91:18 92:6,18,20 96:17 99:21,23 100:21 104:9,17 105:10,18 107:7,18 108:2,5,17 112:3 121:1,2,8,15,22 122:3 123:17 128:18 129:17 131:13,17 132:18 133:2,16,21 154:8 158:22 203:17

**Richmond** 24:18

**Rico** 64:24 65:6,8,18

**rid** 96:6,12 205:10

**ride** 199:23 213:4

**ridiculous** 72:3

**riding** 74:9

**ring** 35:9 177:19 193:13,15

**rival** 198:2

**Rivera** 177:18

**Roberta** 177:18

**Roberto** 5:9,24 21:5,11 22:12 27:16 28:5,7,21 30:16 32:2 33:2 91:3,9 95:8,22 135:7 144:9

**Rockwell** 40:23

**Rodriguez** 119:3 120:15 124:7 125:2 154:6 177:9

**rogatories** 189:5

**roll** 173:3

**roof** 81:23

**room** 20:9 49:19,21 89:4 124:21 126:2,9,11,13 127:2,7,20 128:5 158:1,4 167:7 168:20 169:8,10,12, 16 170:4,8,11,14,17 216:2

**rooms** 127:18

**rough** 151:7

WILLIAM NEGRON, 09/27/2021

**roughly** 142:10 146:21 176:6 182:9 195:2 203:8

**Royals** 25:16

**rules** 7:11

**run** 164:16 205:13

**running** 96:24

**Russell** 56:19

---

**S**

**Saez** 136:1 177:5

**safe** 29:15 99:8

**salary** 151:18

**San** 64:13 65:3,5

**Sara** 40:16 93:12 94:16 200:6

**Sarley** 68:7,8,10

**sat** 167:11 216:19

**saved** 102:14

**sawed-off** 94:1

**scared** 82:12 87:20,24 202:21

**scene** 123:6

**school** 20:24 21:5,6 24:10,21 25:1 62:1,5 183:5,7

**scope** 194:8

**scratch** 14:13,14,19

**screen** 38:1 44:13 55:17,21 56:6 112:18 113:4 114:2 137:12,14

**scroll** 179:1

**searched** 214:21

**seat** 90:21,23 159:6 200:15,19

**seclude** 203:2

**section** 24:15 32:10,19,22 33:13, 20 34:2,4,7,16 35:12 61:23 62:12 64:10 98:20 167:10 168:2

**security** 156:22 211:12 212:3,8, 12,16

**seek** 148:11,14,18

**segregation** 157:12,16

**semi** 147:13,14

**send** 183:20 184:20 189:5 209:11, 13

**sense** 23:21 140:7 169:24

**sentence** 66:21 154:4 211:23 212:3,17

**sentenced** 140:1

**sentences** 211:12

**sentencing** 140:3 154:10,11 190:12

**separated** 203:11

**September** 5:6 14:5,6,11 15:11,15 47:9 48:2 88:22 92:12,13 99:20 128:13 143:24 160:24 161:2

**sergeant** 98:12 103:6,22 108:5,7, 19,24 109:6,20,24 205:16,21,22 206:1 217:4,7

**sergeants** 110:7,10

**Sergio** 30:24 33:3

**series** 18:5 21:16

**Serrano** 44:8

**service** 77:20

**set** 65:17 189:4,6,8,10,12

**Seth** 68:4,5,9

**share** 55:17,21 112:18 116:22 217:12

**shared** 101:12

**sharing** 44:13

**Shark** 52:22

**sheriff's** 20:7

**shifts** 147:21

**shiny** 136:2,5

**shirt** 163:14,15 165:4

**shoebox** 80:18

**shooter** 68:15

**shooting** 42:20 48:5 62:20 195:14

**shootings** 63:5 194:18

**short** 74:23

**shortly** 76:14 171:2

**shot** 101:7 194:21 195:18,23

**shotgun** 94:1,2

**shoulder** 214:13

**shoulders** 7:16

**show** 60:24 169:17,21 178:11 183:14 188:12,23 191:20

**showed** 77:18 109:22

**showing** 208:18 214:16

**shows** 104:6

**shrugging** 7:16

**shut** 147:22 156:4,9

**side** 22:14 57:2 88:24 90:4 96:3 122:17 159:24 162:10 164:13 176:20 207:18 214:11,14

**sidewalk** 214:23

**sign** 48:24 180:5,10 211:8 218:17

**signature** 46:16,19 47:1,13 179:19,20 180:14 189:3,9

**signature's** 46:22 47:5

**signatures** 47:1

**signing** 47:8

**Silent** 51:24

**similar** 164:19 180:5,7,10

**Simon** 25:15

**simpler** 132:23

**single** 183:22

**sir** 6:24 10:4,12 15:2 20:24 23:1 42:14 45:17 46:2,16 47:8,24 49:11, 16 50:15 52:7 53:4 54:2 55:11 56:5 57:6 58:24 61:4 64:10,17 66:5,8,19 68:12 72:22 73:16 79:14,16 80:3 81:15 99:18 113:4,11,19 115:3 129:5 139:24 158:18 172:22 174:17 175:6 176:5 178:14 179:11, 19 180:15 184:8 187:17,19 190:2,5 193:7

**sit** 126:7

**sitting** 122:18 123:1 201:1

**situation** 115:14

**size** 169:10,11,13,16

**skinny** 91:4 163:2

**sleep** 149:17 150:3,5,6

**sleeping** 150:2,11

**slid** 197:20

**slow** 8:10

**small** 137:13 156:10 218:14

Urlaub Bowen & Associates, Inc.  312-781-9586

WILLIAM NEGRON, 09/27/2021

**smiled** 97:23

**snide** 145:7,8,9

**Snoopy** 50:17,21

**snuck** 193:9,12

**soap** 157:10

**social** 61:1 62:21 63:6,7,8,10

**socialize** 52:3

**socialized** 86:22

**society** 150:18 151:2,7

**solid** 126:9

**son** 80:4 176:1 202:7 203:3

**sophomore** 21:3,4,7,10 22:11 25:2,3,7,9,20 62:1

**sort** 103:11 149:15 208:12 210:19

**sought** 149:2,7 150:7,10

**Soul** 141:19

**sound** 119:10 206:19

**sounded** 171:1

**sounds** 68:10 96:22 116:2 202:13

**Spanish** 41:6 91:5 136:20

**Spaulding** 119:16

**speak** 9:1,12 77:16 92:23 97:3 125:20 158:24

**speaking** 49:17,20 116:17 119:4 127:22 131:17 190:14

**specialist** 120:15

**specialists** 120:12

**specific** 135:23

**specifically** 100:11

**specifics** 186:2,4

**speculation** 153:9 203:14 211:18 212:6

**speed** 15:6

**spell** 7:1

**spend** 41:15

**spent** 143:4 153:1

**spoke** 77:18 99:20,23 102:16,24 123:17 131:12 132:8 138:1 180:18, 19 182:15 213:13,15

**spoken** 216:10 217:7

**sport** 164:5

**spot** 55:9

**spots** 47:6

**squad** 159:23 214:14

**square** 126:9

**staff** 147:9 212:7

**staffing** 17:24 18:3

**stairs** 94:18

**stamp** 56:9 64:9 117:3 210:4

**stamped** 56:2 61:2 62:13 113:1

**stamps** 209:10

**stand** 124:19 169:20

**standing** 114:16 115:15,16 126:16,18 176:21 214:14

**start** 9:3,19 14:15 26:19 33:11 40:13

**started** 11:5 16:13,17 18:8,10,20 32:16 36:1,4,8 39:18 64:6 84:10,12 90:19 93:24 94:19 103:14 149:19, 22 150:1 195:14

**starting** 14:16 93:20

**state** 6:24 103:20 123:22 127:23 128:1,4 153:24 187:13

**state's** 48:2 49:17 103:21 127:22 128:9,20 129:19,20 130:9,19 131:14 199:11,16

**stated** 6:6 89:16 124:12 130:12 131:4 135:21 206:23 209:1 217:19

**statement** 44:20 45:19 46:10 47:20 48:1 52:17 53:11 54:14 55:5 66:5,8

**states** 5:11 62:4,16,19 65:23 129:20

**Stateville** 20:17 140:15 142:7,8,9, 21,22 146:17 155:24 181:15

**stating** 136:2,13 206:11

**station** 122:23 123:7,17,19 125:21 159:3,7 166:10,12,18 167:1,3,5,16, 17,18 169:7 175:16 176:5 214:6 215:22

**statue** 175:4

**status** 211:8 212:4

**stay** 81:17,22 131:3

**stayed** 155:22

**staying** 40:20 182:1

**steering** 214:12

**Steinmetz** 183:9

**stem** 149:3

**step** 61:11 176:19 178:3

**stepchildren** 202:18 207:15,23

**stepfather** 82:22 207:22

**stepped** 97:22 176:19

**steps** 65:7 102:20 105:23

**stepson** 79:9 80:5 202:8,11,12

**Stevenson** 59:3

**sticking** 90:21

**Stone** 142:16

**stood** 95:4 147:20 170:18 197:16

**stop** 14:10 21:6 35:21,24 36:18 72:20 172:12

**stopped** 36:6,12,15 195:7 213:21

**store** 145:19

**story** 55:1 78:14 139:2

**street** 23:3 75:8 84:19 85:5 166:15,16 195:8

**streets** 24:18

**strike** 63:22

**struck** 192:24

**Student's** 61:22

**stuff** 76:4 93:23 158:8 210:2

**subpoena** 138:21 210:8

**substance** 58:16,18,20 59:16,20 60:3,9,11 148:19,20 193:21

**substances** 194:2

**suffer** 146:4,8 149:11

**suffered** 148:4 152:2

**suggest** 205:20

**suggested** 201:21

**suicide** 194:6

**suing** 181:17

**suit** 163:24 164:2

**summary** 115:6

WILLIAM NEGRON, 09/27/2021

**summertime** 100:23

**support** 187:14

**supposed** 94:8 96:11 157:7,8

**supposedly** 107:17

**surface** 39:23

**surrounding** 168:11

**survived** 15:23

**swear** 6:16

**switching** 147:21

**sworn** 6:18,21

---

**T**

**tackle** 197:19

**tactic** 129:9

**tactics** 201:22 202:2

**tag** 85:23

**taking** 126:3 171:3,9,10 196:21 206:19 213:24

**talk** 37:9 39:6 40:1 42:17 67:22 71:10,12 86:24 92:2 93:7 98:11 100:13 103:15 108:18 124:2 128:5, 12,14,19 129:18,20 130:1 133:11 199:10,11,15,16 205:21 209:2,3

**talked** 22:4,16 27:4 29:1 30:3 36:21 39:17 77:22 80:19 83:14,24 93:3 97:19,20 99:24 100:3 102:17 122:8 123:20 131:2 133:14 139:10 140:6 148:17 154:21 162:4 182:17 199:20 202:5 208:6

**talking** 11:16 26:14 27:5 28:13 29:13 37:18 65:10 69:6,9,11,17 70:2,5,18 77:23 78:6,14 79:1 80:24 84:10 88:12 89:5,14,23 90:13 95:10,17,19,24 96:9 102:17,21 103:7,21 104:3 113:11 115:15 119:1,2 124:4 127:10 130:9 131:16 139:4,6 140:7 151:12 162:13 163:16,19,22 168:7 170:22 172:23 175:22 191:5 200:1,2,5 211:1 215:8

**tall** 161:9 162:24 163:2 166:6

**taller** 164:17

**tap** 192:8

**tapped** 192:4,5 193:14

**taxes** 151:15

**teen** 150:21

**teenager** 204:20

**tele-** 185:15

**telephone** 107:24 185:18

**telling** 70:20 79:9 80:23 94:15 106:22 199:14,15

**ten** 45:4,6,8,10 158:10

**tension** 39:18

**term** 26:13 118:19 156:24

**terminated** 156:20

**testified** 6:21 154:9 198:18 199:9 204:12

**testify** 139:21

**testifying** 54:3,5 154:16 172:4

**testimony** 9:19 14:24 54:11 60:13 118:8 129:2,22 136:1 139:22 153:23 154:1,18

**text** 41:13

**that'll** 9:3

**theft** 111:10,12,24 113:7 116:15 174:20 175:23

**thefts** 118:2

**them-knew** 136:15

**there'll** 8:20 9:10

**Theresa** 5:19

**thing** 7:15 8:4 15:24 43:10 49:7,8 94:8,10 129:13 200:3,11 201:4 202:5 204:3

**things** 7:12 17:1 29:2,18 37:24 49:19 69:10,14 75:23,24 76:1 79:8 80:4,8,11 81:12,15 83:4,10 84:11 88:14 89:12 90:21 94:21,22 98:1 102:14 103:20 104:2,5,6,7 126:7 130:7 139:3 140:8 149:19,22 151:6,9,17,21 152:1 154:23 183:21 186:7 191:20 210:18 215:6

**thinking** 155:18

**Thomas** 48:4 68:4

**thought** 18:8 93:13 118:14 195:9 198:20 210:10,17

**threat** 208:13

**threaten** 132:1

**threatened** 80:24 82:21

**threatening** 81:20 82:12,24 95:1

**threats** 38:7,19,22

**Thursday** 119:9

**tied** 208:19 217:23

**tight** 35:19 40:5 50:12

**till** 143:24

**time** 5:7 8:24 9:18 14:14,16 15:5 16:21 24:10 25:1,8 30:14 31:3 32:15 33:1 40:10,21 41:15 43:8 44:24 45:15 50:9 51:15 56:17 63:18 64:23 67:7 70:12 75:3 76:8, 12 77:14 78:12,13,17,22 79:6,15 80:1 82:18 83:1,21,23,24 84:11,22 85:9,11 86:8,23 87:24 88:11 91:4, 23 93:17 95:16 96:8 98:20 99:3,9, 16 100:2 101:22,24 102:1,11,18 104:19 108:21 113:19 120:24 121:5,8,24 122:1,22 124:20 125:4 131:20,24 132:2,8 137:24 144:3 146:3,7 147:22 149:3,12,19 152:3, 16 153:1,2 155:8 156:2,6,11,14,23 158:16 160:5,8,15,17,19,20 161:12 162:12 165:14 170:19 173:19 174:4,19,22 175:18 176:10 180:18 181:23 182:15 191:17 192:21 195:15,17,20 196:5,6 198:6,11 214:24 215:3

**timeframe** 16:3 24:6

**times** 8:20 50:14 51:23 58:12 70:13 76:10,11 110:13,21 111:6 118:3 148:18 190:22 194:16 196:1, 2

**timetable** 83:3

**tirade** 72:11

**titled** 17:11 179:17

**today** 5:8 10:5,9 11:6 133:3 150:5 182:22 187:19

**toilet** 170:14

**told** 29:19 54:14 55:3 71:14 72:17 78:13 81:5,6 84:1 86:7 89:15 90:18 91:7,13 93:7,16 94:3,4,9 95:4,6,21 97:8 98:10 123:23 124:1,19 128:5 129:7 133:18 136:19 160:11 161:19 164:12 171:1 199:10 206:1

**toll** 38:8,18 150:19 152:6

**Tony** 50:24 51:11 77:7,11 80:6,11, 13,20 81:1,5,6,9,13 82:6,21 83:5, 17 86:1,17 87:1 92:21 93:2,4 95:1 202:9,10,14 207:18

Urlaub Bowen & Associates, Inc.   312-781-9586

WILLIAM NEGRON, 09/27/2021

**Tony's** 51:5 77:9 202:15

**tooth** 192:16 193:15

**top** 56:10 61:14 214:22

**torch** 191:11 198:7

**total** 49:6 166:15 203:17 208:18

**touch** 41:7,24 42:10 180:16 204:11

**Toyota** 115:21 116:3,15,16 117:15

**tracks** 75:10

**tragedy** 58:9

**training** 155:21

**transcript** 9:4 49:12 52:16 218:14

**transformation** 39:4

**transitioned** 104:15

**transitioning** 102:8

**transported** 131:7

**Travis** 68:4,5,9

**treat** 202:18

**treatment** 58:18,20,21,23 60:10,
11 148:15 149:2,7,9 150:8,11

**trial** 47:18,21 68:6,18 71:23 73:5,
10 104:13 132:17 134:1

**tripod** 171:19 175:12

**Troken** 120:4,6

**trouble** 157:1

**truck** 13:7 76:2,4

**true** 53:18 54:21 55:2 58:24 64:17,
22 66:5 191:22 217:4

**trust** 129:9,11 130:1,8,9,11,16
218:16

**truth** 91:14 93:16

**turned** 31:3 33:2 176:17 214:12

**twist** 94:21 208:14

**two-way** 126:5

**type** 21:18 29:18 39:23 60:7 96:20
107:13 129:9,12 155:12 157:21
167:7 175:18 180:13 181:7 188:8,
17 190:19

**typed** 46:10 47:13 49:12

**typewriter** 216:20

**typing** 49:19

**U**

**uhn-uhn** 7:17

**ultimately** 216:15

**um-hmm** 7:16 56:11 160:21
162:15

**uncle** 192:14 193:1

**uncomfortable** 86:3 201:22
202:22,23

**underneath** 61:23 63:16 163:24

**understand** 8:8,11,14 26:4,7 29:4,
5 153:7 193:24

**understanding** 104:3 136:19

**understood** 8:18

**unit** 144:14

**United** 5:11

**unknown** 148:1

**unpack** 105:7

**unrelated** 42:24

**untrue** 66:7

**Updated** 61:21

**Upper** 17:24 18:2

**UPS** 13:17,24 14:2,10 15:14,17
19:17,18,21

**upset** 48:14,17,19,21 89:16 128:15

**upstairs** 131:1

**Urlaub** 5:4

**V**

**vague** 39:10 52:9

**van** 195:6

**vary** 17:19,20

**vehicle** 113:7 116:15 136:7 194:23
195:4 213:10 214:9

**version** 57:21 58:2 59:1

**victims'** 58:15

**video** 5:2

**view** 80:22

**viewed** 80:23 125:8

**viewing** 46:9

**violated** 15:5 30:10

**violence** 204:1

**visit** 64:6 84:15,19 85:6,17 86:4
91:18 93:14

**vocational** 60:17 148:24

**voice** 8:23 93:20

**W**

**W-I-L-L-I-A-M** 7:2

**wait** 9:2,6 66:1,12 183:18

**waiting** 114:19 170:16

**waive** 218:10,15,19,23

**waived** 218:21

**walk-in** 30:5,8

**walked** 93:4 147:18 214:5

**walker** 99:6

**walking** 84:8 98:9 215:4

**Walmart** 17:11

**Walter** 142:14

**Walton** 51:1

**wanted** 19:7,11 20:6 29:12 53:21
64:22,23 66:1,12 70:23 77:1,2
79:1,2,5,6 85:16 93:4,8 98:21
103:6 106:19 144:19 148:22 185:6
204:11

**wanting** 66:17 203:1

**war** 194:13,16

**wash** 160:11,15,23 176:12

**Washtenaw** 50:24 70:9 84:5

**ways** 106:23 175:15 217:12

**weapon** 77:19,20 136:5,9

**weapons** 69:20 135:4,19,22,24

**wear** 163:24

**wearing** 163:18 164:5 165:3

**week** 49:3

**weekend** 12:14

**Wert** 49:14

**West** 57:10

WILLIAM NEGRON, 09/27/2021

**wheel** 214:13

**when's** 84:10 101:22 102:11 137:24 180:18 182:15

**whichever** 116:18

**white** 141:17 163:7 165:1 168:11, 12 212:11

**whoever's** 8:9

**wife** 12:4 74:16

**wife's** 12:17

**William** 5:13 6:2,19 7:2 61:18,24 62:16 64:12 65:23

**William's** 99:5

**Willie** 106:6 169:20

**Wiora** 120:17

**witnessed** 81:19 206:9 211:19

**witnesses** 72:5,16 125:8 187:14

**wives** 203:23

**women** 204:7

**wondering** 15:16 29:18 187:21

**Woody** 34:23 35:2

**Woody's** 35:4

**words** 185:16

**work** 13:17,18,19 14:2,20 16:12 17:11 19:9 20:6 112:24 139:17 145:18

**worked** 13:20 15:19 16:3 17:8 20:16 38:14 130:17 145:14 218:16

**worker** 145:17

**working** 14:10 16:13 61:9 130:11 145:23

**World** 13:4,5,11,15 15:12,13,15,17 19:23

**worry** 56:14 124:14 200:6 210:6 211:5

**worth** 6:3 157:24

**would've** 154:6

**wow** 142:14

**writing** 147:11 218:13

**written** 29:6 49:2

**wrong** 113:21

**wrongful** 216:15 217:13

**wrongfully** 218:4

**wrote** 216:12,20

---

**Y**

**year** 13:13 15:11,16 16:18 21:7 22:11 24:5,10,21 25:2,3,20 28:8 62:1 83:13 85:11 146:19 155:10 182:23 193:4 196:9,15

**years** 12:20 25:19 62:19 85:1 139:5 141:6 146:1 189:16 192:18, 21 211:21

**yell** 131:23

**yelling** 95:8

**YLOD** 23:11,13 24:8

**YLODS** 23:15,20,24 24:13,16 26:11,18,22

**young** 28:8,10,13,14 48:23 65:20 76:22 77:7 85:20,24 96:19,24 150:20 175:19,21,24 176:1 191:24 192:16,17 197:3 204:20

**younger** 182:5,24

---

**Z**

**zip** 57:13,14

**zone** 194:13,16

**Zoom** 7:13