UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                      Plaintiff,

v.                                       Case No.: 1:18−cv−02701
                                             Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

     MINUTE entry before the Honorable Joan B. Gottschall: Defendant Olszewski's unopposed motion [194] for leave to file a 32−page memorandum of law in support of his summary judgment motion is granted. Defendant Olszewski is directed to file his proposed memorandum of law [194−1] as a separate docket entry. Defendant Olszewski's motion for summary judgment [193] is briefed according to the established schedule [186]: response due: 2/3/2023; reply due: 2/17/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.