# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

William Negron
                        Plaintiff,

v.                                                  Case No.: 1:18–cv–02701
                                                          Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

    MINUTE entry before the Honorable Joan B. Gottschall: On 12/21/2022, The parties filed a stipulation of dismissal of defendant Edward Mingey with prejudice in case nos. 18–cv–2341 and 18–cv–2701. The Seventh Circuit has held that the proper way to dismiss fewer than all parties is to amend the complaint under Fed. R. Civ. P. 15(a). Taylor v. Brown, 787 F.3d 851, 857–58 (7th Cir. 2015) (citing Berthold Types Ltd. v. Adobe Sys. Inc., 242 F.3d 772, 777 (7th Cir. 2001) (other citation omitted)). The court therefore grants plaintiff leave to file an amended complaint dropping defendant Mingey in both consolidated cases on or before 1/6/2023. If any party wishes the court immediately to enter a final judgment dismissing defendant Mingey, the proper way to proceed is to file a Fed. R. Civ. P. 54(b) motion showing that no just reason for delay exists. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.