IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM NEGRON<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, ET. AL.<br><br>    Defendants. | Case No. 18-CV-2701<br><br>Honorable Joan B. Gottschall |

## **MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COMES Plaintiff, William Negron, by and through his undersigned attorneys, and moves for leave to amend his Complaint. In support thereof, Plaintiff states as follows:

1. On December 21, 2022, the Parties stipulated that Defendant Ed Mingey would be dismissed from the case. Dkt. 206.

2. On December 22, 2022, the Court gave Plaintiff leave until January 6, 2023 to amend his Complaint in order to dismiss Mr. Mingey. Dkt. 197.

3. Plaintiff inadvertently did not file an amended complaint to dismiss Mingey by that time.

4. Plaintiff therefore asks for leave to amend his complaint to dismiss Mr. Mingey.

5. The amended complaint is attached here as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests the Court grant him leave to amend his complaint to dismiss Mr. Mingey.

Respectfully Submitted,

/s/ Lindsay Hagy
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Lindsay Hagy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Lindsay Hagy, an attorney, hereby certify that on January 9, 2023, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Lindsay Hagy
*One of Plaintiff's Attorneys*