**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

William Negron
                              Plaintiff,

v.                                        Case No.: 1:18−cv−02701
                                                    Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [200] for leave to file an amended complaint dropping defendant Mingey is granted. Plaintiff is directed to file his proposed second amended complaint [200−1] as a separate entry on the docket by and including 1/12/2023. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.