### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR. <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, ET. AL. <br><br> Defendants. | Case No. 18-CV-2341 <br><br> Honorable Joan B. Gottschall <br> Honorable M. David Weisman |
| WILLIAM NEGRON <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, ET. AL. <br><br> Defendants. | Case No. 18-CV-2701 <br><br> Honorable Joan B. Gottschall <br> Honorable M. David Weisman |

### JOINT STATUS REPORT

Pursuant to the Court's December 19, 2022, Minute Entry, Almodovar Dkt. 204, Negron Dkt. 191, the parties in the above captioned matter submit the following joint status report:

The Parties have consulted and are interested in participating in a settlement conference in this matter.

Dated: January 17, 2023          RESPECTFULLY SUBMITTED:

/s/ JENNIFER BONJEAN          /s/ LINDSAY HAGY
/s/ ASHLEY COHEN          *Attorney for Plaintiff William Negron*
*Attorneys for Plaintiff Almodovar*          Loevy & Loevy
         311 North Aberdeen, 3rd Floor
Jennifer Bonjean          Chicago, Illinois 60607
Ashley Cohen          312-243-5900
BONJEAN LAW GROUP          312-357-5437
750 Lexington Avenue, 9th Floor

New York, New York 10022
(718) 875-1850
Jennifer@Bonjeanlaw.com
Ashley@Bonjeanlaw.com

s/ Josh Engquist
*Attorney for Defendants Olszewski,*
*Halvorsen and Mingey*
Special Assistant Corporation Counsel

James G. Sotos
Josh M. Engquist
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Ste 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@sotoslaw.com

/s/ Thomas Leinenweber
*Special Assistant Corporation Counsel*
*Counsel for Defendant*
*Guevara*
Thomas M. Leinenweber
Leinenweber Baroni &
Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
thomas@ilesq.com

By: /s/ *Eileen Rosen*
Special Assistant Corporation Counsel for the
City of Chicago

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com