UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

William Negron
                            Plaintiff,

v.                                          Case No.: 1:18−cv−02701
                                                          Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. In−person settlement conference is set for 2/27/23 at 10:30 a.m. The conference shall occur in tandem (but in separate rooms) with the related case of 18CV2341 (Almodovar, Jr. v. Guevara et al.), as defendant city of Chicago would prefer a global settlement of the two cases. Plaintiff's settlement letter shall be delivered to Defendants by 2/13/23. Defendants' settlement letter shall be delivered to Plaintiff by 2/21/23 (in light of the holiday on 2/20/23). The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM−ECF system. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. The parties reported that motions for summary judgement are not fully briefed in either case, and Plaintiffs do not prefer a stay as to briefing in light of the settlement conference. As to the settlement letters, the parties confirmed that 5 pages is a sufficient length (not including exhibits). Defendants shall submit 1 letter for this case, and 1 letter for the related case (Almodovar, Jr.). Neither plaintiff nor the individual named defendants shall be required to attend the settlement conference. However, the Court strongly prefers that a representative (deputy counsel) from the city of Chicago attend the conference in person to provide authority and/or speak with the Court, as needed. If deputy counsel from the city of Chicago is unable to attend the conference in person, defense counsel shall, in advance of the conference, seek plaintiff's counsel's permission to have the deputy counsel appear by phone. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.