UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

| | |
|---|---|
| William Negron | |
| Plaintiff, | |
| v. | Case No.: 1:18−cv−02701 |
| | Honorable Joan B. Gottschall |
| Reynaldo Guevara, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

    MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [205] for an extension to and including 2/17/2023 of his deadline to respond to defendant Olszewski's motion for summary judgment [193] is granted. The briefing schedule (see document nos. [186] and [196]) for defendant Olszewski's motion for summary judgment is enlarged as follows: response due: 2/17/2023; reply due: 3/3/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.