# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## GENERAL ORDER 23-0040

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Jeffrey I. Cummings; therefore

IT IS HEREBY ORDERED that the attached list of 290 cases be reassigned to the Honorable Jeffrey I. Cummings; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Jeffrey I. Cummings' webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Jeffrey I. Cummings to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Jeffrey I. Cummings to the Court's criminal case assignment system ninety (90) days so that Judge Cummings shall thereafter receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 26th day of October, 2023

## Civil Cases Reassigned from Judge Alonso

| | |
|---|---|
| 1:19-cv-06072 | Walker v. Gatsios et al |
| 1:20-cv-00770 | Soto v. Salgado et al |
| 1:20-cv-00771 | Pena v. Chicago Police Department et al |
| 1:21-cv-01159 | Smith Jr. v. City of Chicago, The et al |
| 1:22-cv-00766 | Mercer v. Favorite Healthcare Staffing, Inc. |
| 1:22-cv-04552 | McKinnie v. Dart et al |
| 1:22-cv-06658 | Greenleaf 401K Trust v. Seneca Insurance Company, Inc. |
| 1:23-cv-01366 | Williams et al v. Cincinnati Specialty Underwriters Insurance Company et al |
| 1:23-cv-01375 | Rye v. The Cincinnati Specialty Underwriters Insurance Company et al |
| 1:23-cv-01386 | Jackson v. The Cincinnati Specialty Underwriters Insurance Company et al |
| 1:23-cv-02616 | Light Street Capital Management, LLC v. Light Street Capital Management LLC et al |
| 1:23-cv-03871 | Orient Overseas Container Line, Ltd. v. BNSF Railway Company et al |
| 1:23-cv-04891 | Cooper, individually and as administrator of the Estate of Trebora Talbert v. Chicago Housing Authority |
| 1:23-cv-06043 | Gunn v. Costco Wholesale Corporation |

## Civil Cases Reassigned from Judge Aspen

| | |
|---|---|
| 1:20-cv-02751 | Arroyo v. Olde English Gardens et al |
| 1:21-cv-00944 | Anderson v. Jeffreys et al |
| 1:22-cv-00222 | Evans v. Dart et al |
| 1:22-cv-00822 | Watson v. Illinois Sex Offender Management Board et al |
| 1:22-cv-02043 | D-B Cartage, Inc. et al v United States of America |
| 1:22-cv-05510 | Chapman v. Foxx et al |

## Civil Cases Reassigned from Judge Blakey

| | |
|---|---|
| 1:18-cv-02519 | Croom v. Pfister, et al |
| 1:18-cv-04268 | Bennett v. Dart et al |
| 1:19-cv-04115 | Walker v. Board of Education of the City of Chicago et al |
| 1:23-cv-01146 | R. v. Finkelstein |
| 1:21-cv-01295 | Willis v. Dart et al |
| 1:21-cv-02143 | Miller v. Hastert et al |
| 1:22-cv-04332 | Lard et al v. Marmon Holdings, Inc. et al |
| 1:22-cv-04572 | Country Villa Condominium Association #4 v. Travelers Property Casualty Company of America |
| 1:22-cv-05778 | Haynes v. City of Chicago et al |
| 1:22-cv-07309 | Martinez v. Brown et al |
| 1:23-cv-01804 | King v. Williams et al |
| 1:23-cv-02954 | Hottes v. The Village of Lyons et al |

## Civil Cases Reassigned from Judge Bucklo

| | |
|---|---|
| 1:19-cv-05045 | O'Connor v. Ford Motor Company |
| 1:21-cv-01948 | Thomas v. LVNV Funding LLC et al |
| 1:22-cv-04122 | Goodrich et al v. Blue Cross and Blue Shield of Illinois |
| 1:22-cv-06147 | GS Holistic, LLC v. Sweet Puff Tobacco Shop, Inc et al |
| 1:23-cv-00060 | Riskus v. United Employee Benefit Fund et al |
| 1:23-cv-02065 | Monroe v. Synchrony Bank |
| 1:23-cv-02575 | Diaz v. Guevara et al |
| 1:23-cv-03834 | Oakley, Inc. v. Zoetop Business Co., Limited |
| 1:23-cv-03982 | Chnani et al v. United States Citizenship and Immigration Services |

| 1:23-cv-05153 | Cohan v. Nordstrom, Inc. |
| 1:23-cv-05540 | Washington v. Beyer et al |
| 1:23-cv-13762 | Henderson Parks, LLC v. Federal Bureau of Prisons |

## Civil Cases Reassigned from Judge Chang

| 1:18-cv-08176 | Golbert et al v. Walker et al |
| 1:21-cv-02524 | Altwasser v. America's Auto Body, Inc. |
| 1:22-cv-01242 | Nunez v. Northshore University Health System |
| 1:22-cv-05679 | Curry v. Cook County Department of Corrections et al |
| 1:23-cv-02080 | Curry v. Cook County Health and Hospital System et al |
| 1:23-cv-00063 | Hayles, Jr v. AT&T Mobility Services LLC |
| 1:23-cv-01906 | Giles v. Leszczynski |
| 1:23-cv-03225 | Moore v. AJ&'s Dent, LLC |
| 1:23-cv-04083 | HHT, LLC, v The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-05008 | Alani Nutrition, LLC v. Beverage Marketing USA, Inc. et al |
| 1:23-cv-06522 | Bell v. Illinois Department of Human Services |
| 1:23-cv-14037 | City of Chicago v. Kia America, Inc. et al |

## Civil Cases Reassigned from Judge Coleman

| 1:18-cv-08269 | Green v. Boedigheimer et al |
| 1:19-cv-07894 | Connelly v. Cook County, an Illinois Municipal Corporation et. Al |
| 1:20-cv-04263 | Hopkins v. McDonough |
| 1:21-cv-06446 | International Star Registry of Illinois, Ltd. v. RGIFTS LIMITED et al |
| 1:22-cv-04914 | Terry v. Leonardo Transportation Inc. et al |
| 1:22-cv-05617 | Walton et al v. Dart et al |
| 1:23-cv-00168 | Mendez v. SOS Trucking Services, LLC et al |
| 1:23-cv-02855 | Smith v. Express Services, Inc. |
| 1:23-cv-04014 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Chicago Concrete & Excavation Services Inc. |
| 1:23-cv-05063 | Pomaranski v. Chicago Prime Packers, Inc. et al |
| 1:23-cv-07506 | International Brotherhood of Electrical Workers, Local 134, AFL-CIO v. Pepper Construction Company et al |

## Civil Cases Reassigned from Judge Daniel

| 1:23-cv-01285 | Austin v. Layng |
| 1:23-cv-04292 | Myrsyraimov v. Pearson Bros Trucking LLC et al |
| 1:23-cv-04447 | Pontrelli v. JS Fort Group, Inc. |
| 1:23-cv-04608 | Tetris Holding, LLC v Partnerships and unincorporated Associations Identified in Schedule A |
| 1:23-cv-04613 | Bowman v. City of Chicago/Chicago Public Schools/Board of Education |
| 1:23-cv-04988 | Hussein v. Home Depot U.S.A., Inc. |
| 1:23-cv-05157 | Garrett v. Miller et al |
| 1:23-cv-05219 | Fifth Third Bank, National Association v. John Galt Group LLC et al |
| 1:23-cv-05591 | McCollum et al v. City of Chicago |
| 1:23-cv-06280 | Salazar et al v. Acswiss, Inc. et al |
| 1:23-cv-13837 | Smith v. Target Corporation et a |

## Civil Cases Reassigned from Judge Durkin

| | |
|---|---|
| 1:08-cv-01730 | Echevarria v. Greene |
| 1:19-cv-01319 | In re the Seizure of $115,050.00 in U.S. Currency and miscellaneous property v. USA et al |
| 1:19-cv-07284 | Jackson v. Joliet Police Department, The |
| 1:21-cv-04245 | Certain Underwriters at Lloyd's, London Subscribing to Certificate No. B0621PALIN00217 v. Alin Machining Co., Inc. |
| 1:22-cv-04809 | Handy v. Weathersby et al |
| 1:23-cv-00648 | The Blue Note, Inc. v The City of Chicago et al |
| 1:23-cv-02115 | Pruitt v. Freight One, Inc. et al |
| 1:23-cv-02973 | Holmes v. Experian Information Solutions Inc |
| 1:23-cv-04212 | Nelson v. University of Illinois at Chicago et al |
| 1:23-cv-04951 | GS Holistic, LLC v. SmokeHouse968 LLC et al |
| 1:23-cv-05024 | Gearbox Enterprises, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Ellis

| | |
|---|---|
| 1:17-cv-08446 | Taylor v. Lashbrook, et al |
| 1:19-cv-04152 | Gibson v. City Of Chicago et al |
| 1:21-cv-01174 | Harris v. Addus Homecare |
| 1:22-cv-01335 | Lacy v. Gust et al |
| 1:22-cv-01442 | Lacy v. County of Cook |
| 1:23-cv-01783 | Lacy v. Cook County Jail et al |
| 1:22-cv-04932 | Spears v. Damen Healthcare Group, LLC |
| 1:23-cv-01324 | PNC Bank National Association v. Milwaukee Shoes, Inc. et al |
| 1:23-cv-02058 | Harris et al v. Degeatano Enterprises, Inc. et al |
| 1:23-cv-03762 | Loretto Hospital, Inc. v. Federal Insurance Company |
| 1:23-cv-04505 | McCue v. N & M Transfer Co., Inc. et al |
| 1:23-cv-05133 | Romanow v. Advocate Aurora Health |
| 1:23-cv-07724 | Erickson v. Kled6 Inc. |

## Civil Cases Reassigned from Judge Gettleman

| | |
|---|---|
| 1:19-cv-01971 | Mill Creek Country Club, Inc. v. Evergreen Alliance Golf Limited, L.P. et al |
| 1:19-cv-08069 | Vann-Foreman v. Illinois Central Railroad Company |
| 1:20-cv-00606 | McCoy v. Brookhart |
| 1:22-cv-04064 | Coleman v. Dart et al |
| 1:22-cv-04795 | Turner v. Dollar Tree Stores, Inc. |
| 1:23-cv-02730 | Vinson v. Cook County et al |
| 1:23-cv-02906 | Chicago Ornamental Iron, Inc. v. Merchant Machine Tools, Inc. |
| 1:23-cv-03836 | Scorzo v. UNUM Life Insurance Company of America |
| 1:23-cv-04497 | Kelley v. Baxter International, Inc. et al |
| 1:23-cv-05618 | Li et al v. USCIS |
| 1:23-cv-11790 | BMO Bank N.A. v. Wylie |

## Civil Cases Reassigned from Judge Gottschall

| | |
|---|---|
| 1:18-cv-02341 | Almodovar, Jr. v. Guevara et al |
| 1:18-cv-02701 | Negron v. Guevara et al |
| 1:22-cv-04749 | Mitchell v. Credit Solutions, LLC et al |
| 1:23-cv-02285 | Garcia v. Palos Heights Police Department et al. |
| 1:23-cv-03907 | Iron Workers' Mid-America Pension Plan et al v. DuPage Overhead Garage Doors, Inc. |

| 1:23-cv-05402 | Ellison v. JP Morgan Chase Bank |

## Civil Cases Reassigned from Judge Hunt

| 1:23-cv-03584 | Vista Outdoor Operations, LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-03612 | Pit Viper, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-03785 | Weiss et al v. Roanoke Insurance Group Inc. |
| 1:23-cv-04495 | Thermos L.L.C. v. Sully Innovations Inc. |
| 1:23-cv-04583 | Frainey v. Village Of Northbrook |
| 1:23-cv-04768 | Thurman v. Dart et al |
| 1:23-cv-05368 | 3438 Elaine Place Condominium Association v. Allmerica Financial Benefit Insurance Company |
| 1:23-cv-05475 | Soto et al v. Mayorkas et al |
| 1:23-cv-05934 | Cohan v. Potbelly Sandwich Works LLC |
| 1:23-cv-06807 | Talib et al v. At Home Group Inc. et al |
| 1:23-cv-10169 | Dabrowski v. Cook County Department of Corrections et al |

## Civil Cases Reassigned from Judge Jenkins

| 1:23-cv-01877 | Khait v. Comcast Corporation |
| 1:23-cv-02453 | Awadallah v. Biomat USA INC |
| 1:23-cv-03230 | ColourPop Cosmetics, LLC et al v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint |
| 1:23-cv-03422 | Kayomi Harai v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-03884 | Kurowski v. ExxonMobil Corporation |
| 1:23-cv-04702 | Rippinger v. LVNV Funding, LLC et al |
| 1:23-cv-04933 | Requena v. IMMM Tong, Inc. et al |
| 1:23-cv-05517 | Tinerella v. Capri of Downers Grove et al |
| 1:23-cv-06310 | Pat v. Tribune Publishing Company, LLC |
| 1:23-cv-06653 | Johnson v. Connexus Credit Union et al |
| 1:23-cv-14024 | Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Kendall

| 1:20-cv-04545 | Lurry v. City of Joliet et al |
| 1:20-cv-05416 | Illinois Tool Works Inc. v. Termax LLC et al |
| 1:20-cv-07390 | Bonilla v. Ancestry.Com Operations, Inc. et al |
| 1:21-cv-00051 | Bonilla v. Peopleconnect,Inc. et al |
| 1:21-cv-00610 | Loendorf v. PEOPLECONNECT, Inc. et al |
| 1:22-cv-03782 | Colvard et al v. Wendy's International, LLC |
| 1:22-cv-04308 | Cunningham-Bailey v. Bauman et al |
| 1:22-cv-05802 | Thomas v. City of Chicago et al |
| 1:22-cv-07014 | Huskey v. State Farm Fire & Casualty Company |
| 1:23-cv-00231 | Gervacio v. Medical Business Bureau LLC et al |
| 1:23-cv-04021 | BCL-Ruby Development San Marcos LLC v. Gary et al |
| 1:23-cv-04045 | Solomianko v. Paragon Mechanical, Inc. et al |
| 1:23-cv-05640 | Spin Master Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Kennelly

| | |
|---|---|
| 1:19-cv-01103 | Thompson v. City of Chicago et al |
| 1:19-cv-06640 | Bishop et al v. Boyer et al |
| 1:20-cv-02926 | Mayberry v. City Of Chicago et al |
| 1:22-cv-00149 | Allison v. Oak Street Health, Inc. et al |
| 1:22-cv-05269 | Isom v. Clark |
| 1:23-cv-00784 | Richardson v. Miles, et al |
|     1:23-cv-01564 | Richardson v. City Of Chicago et al |
|     1:23-cv-03637 | Richardson v. Muhammad McCray, et al |
|     1:23-cv-03687 | Richardson v. Surane et al |
| 1:23-cv-01347 | Crawford v. Illinois Department Of Employment Security |
| 1:23-cv-02327 | Suggs v. Dicera, Badge No. 14902 et al |
| 1:23-cv-04120 | Matricciani v. American Homeowner Preservation, Inc. et al |
| 1:23-cv-05034 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-06049 | Kay v. BMV IV IL Fox Valley Villages, LLC et al |

## Civil Cases Reassigned from Judge Kness

| | |
|---|---|
| 1:18-cv-06378 | Delgado v. City of Chicago et al |
| 1:20-cv-03316 | IMEG Corp. v. Atlantic Specialty Insurance Company et al |
| 1:21-cv-01221 | T.W. LaQuay Marine, LLC v. Great Lakes Dredge & Dock Company, LLC |
| 1:21-cv-02894 | Rosa Ventura v. Prudential Security, Inc. |
| 1:22-cv-02159 | Giovannelli v. The Stocktrek Corporation |
| 1:22-cv-05552 | Hurt v. Cook County Sheriff's Office |
| 1:23-cv-00641 | Satterwhite v. Instant Brands, Inc. |
| 1:23-cv-02263 | Salerno v. W.A. Imports, Inc |
| 1:23-cv-03227 | Dorna Sports, S.L. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-04383 | Garraty v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-05179 | Price v. Chicago Public Schools |
| 1:23-cv-12927 | Evans v. Harley Davidson Financial Services, Inc. et al |

## Civil Cases Reassigned from Judge Kocoras

| | |
|---|---|
| 1:18-cv-03357 | Central States, Southeast and Southwest Areas Pension Fund et al v. Kentrail Leasing, Inc. et al |
| 1:20-cv-00070 | Zero Friction LLC v. Bali Leathers, Inc. |
| 1:21-cv-06070 | MacDonald et al v. Servis One, Inc. et al |
| 1:22-cv-00268 | United States Gypsum Company v. Dependable LLC |
| 1:22-cv-03539 | Unger v. Brannon et al |
| 1:23-cv-00686 | Johnston-Legg et al v. Cook et al |
| 1:23-cv-01454 | Viskase Companies, Inc. et al v. Fibran, S.A. et al |
| 1:23-cv-01497 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-03045 | Cline v. DemandSciene, LLC, a Massachusetts Corporation et al |
| 1:23-cv-03475 | Cohan v. Red Robin International, Inc. |
| 1:23-cv-03529 | Performance Food Group, Inc. v. Valued Inc. |
| 1:23-cv-11563 | Salinas v. City Of Waukegan et al |

## Civil Cases Reassigned from Judge Lefkow

| | |
|---|---|
| 1:19-cv-00809 | Dunagan et al v. Illinois Institute of Art-Schaumburg, LLC et al |
| 1:19-cv-08173 | Boyd v. Lazer Spot, Inc. |
| 1:21-cv-01551 | Johnson v. City Of Chicago et al |
| 1:22-cv-05280 | Bruce et al v. US Equipment LLC et al |
| 1:23-cv-03180 | Go To Express, Inc. v. Long Road Transportation, LLC |
| 1:23-cv-05072 | Minter v. Experian Information Solutions, Inc. et al |

## Civil Cases Reassigned from Judge Leinenweber

| | |
|---|---|
| 1:17-cv-09176 | Mantissa Corporation v. Polish & Slavic Federal Credit Union |
| 1:19-cv-03324 | Harvey v. Chicago et al |
| 1:22-cv-05046 | American General Life Insurance Company v. Scaccia-Coyne et al |
| 1:23-cv-01286 | Navarro v. Will County Sheriff's Office et al |
| 1:23-cv-04258 | Hussein v. OPC Kicks, LLC |
| 1:23-cv-13878 | TAN GROW INC v. The Entities and Individuals Identified in Annex A |

## Civil Cases Reassigned from Judge Maldonado

| | |
|---|---|
| 1:19-cv-01502 | Tyner v. Nowakoski et al |
| 1:20-cv-07275 | Koronkiewicz et al |
| 1:21-cv-05624 | Nanlawala v. CITY OF CHICAGO |
| 1:22-cv-02308 | Travelers Property Casualty Company of America v. Benchmark Insurance Company |
| 1:22-cv-06008 | Chambers v. Village Of Oak Park et al |
| 1:23-cv-00087 | Coyote Logistics, LLC v. Bee World Inc. |
| 1:23-cv-00485 | Mazutis v. Michael |
| 1:23-cv-01120 | NM Capital LLC v. Fidelity and Guaranty Insurance Company |
| 1:23-cv-01684 | Terracina v. Bloomingdales LLC |
| 1:23-cv-03006 | Smith et. al. v. Cook County Sheriff's Office, et. al. |
| 1:23-cv-05147 | Gonzalez v. O'Hare Auto Recycling Corporation et al |
| 1:23-cv-08764 | Horn v. Dovenmuehle Mortgage, Inc. |

## Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:19-cv-01674 | Chopper Trading LLC v. Allston Trading, LLC |
| 1:19-cv-07271 | Roman v. Jeffreys et al |
| 1:20-cv-05838 | Steinfeld v. Jones Lang Lasalle Americas, Inc. |
| 1:21-cv-02200 | Cardenas v. DB Industries, LLC et al |
| 1:22-cv-03284 | Maier et al v. Domke et al |
| 1:22-cv-06430 | Polk v. City of Chicago et al |
| 1:23-cv-00652 | Scott v. Starbucks Coffee Company |
| 1:23-cv-02148 | The J.M Smucker Company v. Shenzhen Langzhitu Technology Co. Ltd |
| 1:23-cv-03100 | Adams v. Experian |
| 1:23-cv-04658 | O'Dekirk et al v. Roechner et al |
| 1:23-cv-05634 | Brown v. Kijakazi |
| 1:23-cv-14038 | XF Agencija Limited et al v. Individuals, Business Entities, and Unincorporated Associations on Schedule A |

**Civil Cases Reassigned from Chief Judge Pallmeyer**

| | |
|---|---|
| 1:19-cv-04158 | Heard v. Becton, Dickinson and Company |
| 1:20-cv-02914 | Ali v. City Of Chicago et al |
| 1:22-cv-02237 | Parker v. Fern et al |
| 1:22-cv-06414 | Libarov v. US Immigration and Customs Enforcement et al |
| 1:23-cv-04742 | Nieto v. Opportunity Financial, LLC |
| 1:23-cv-05025 | Chapman v. Village of Winfield |

**Civil Cases Reassigned from Judge Rowland**

| | |
|---|---|
| 1:19-cv-08257 | Golbert v. Aurora Chicago Lakeshore Hospital LLC et al |
| 1:21-cv-00991 | Oil-Dri Corporation of America v. AMCOL International Corp. |
| 1:21-cv-06922 | Tolbert v. Nationstarr |
| 1:22-cv-05516 | Martinez v. Aaron Thomas Company, Inc. |
| 1:23-cv-00863 | Lewis-Carter v. Board of Education of Cook County Elementary School District 159 et al |
| 1:23-cv-02242 | Angers et al v. Chavez et al |
| 1:23-cv-02543 | White v. Dejoy |
| 1:23-cv-03527 | Morgan v. Justrite Manufacturing Company, LLC |
| 1:23-cv-04591 | Hartz v. TaxAct, Inc. |
| 1:23-cv-05519 | Matthews v. Gomez et al |
| 1:23-cv-13937 | Grieco v. Kijakazi |

**Civil Cases Reassigned from Judge Seeger**

| | |
|---|---|
| 1:20-cv-02561 | Saint Anthony Hospital v. Eagleson |
| 1:20-cv-04771 | Spike Body Werks, Inc. et al v. Byline Bank et al |
| 1:21-cv-05104 | Strow v. B&G Foods, Inc. |
| 1:21-cv-06243 | Gonzalez v. Rodriguez et al |
|     1:23-cv-03152 | Gonzalez v. Rodriguez et al |
| 1:22-cv-01374 | Special Olympics, Inc. v. Special Children's Charities |
| 1:22-cv-05267 | Smith v. CSX Transportation, Inc. et al |
| 1:23-cv-00719 | Levi Strauss & Co. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-02289 | Jordan v. Double Good Holdings, Inc. |
| 1:23-cv-03375 | Dorna Sports, S.L. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-04493 | Shophar et al v. Sloan et al |
| 1:23-cv-05647 | Goorin Bros., Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A To The Complaint |
| 1:23-cv-13898 | Gerber v. Vital Rehabilitation Clinics & Services, Inc. et al |

**Civil Cases Reassigned from Judge Shah**

| | |
|---|---|
| 1:18-cv-08483 | Great American Insurance Company of New York v. Koch Foods, Inc. |
| 1:19-cv-02204 | Jakes v. Boudreau et al |
| 1:22-cv-00387 | Engle v. Mondt et al |
| 1:22-cv-01925 | Commodity Futures Trading Commission v. Skudder et al |
| 1:22-cv-03748 | Thompson v. St. Joseph Medical Center (Joliet) et al |
| 1:22-cv-04479 | Allen v. Dart et al |
| 1:23-cv-00583 | Delhotal v. WalMart, Inc. |
| 1:23-cv-04552 | Smith v. Midwest Operating Engineers Pension Fund |
| 1:23-cv-04603 | Blacha v. Maldonado |

| | |
|---|---|
| 1:23-cv-05452 | Johnston v. Lovell et al |
| 1:23-cv-07850 | Roblox Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Tharp

| | |
|---|---|
| 1:18-cv-03935 | Clements et al v. City of Elgin et al |
| 1:20-cv-07711 | Millings et al v. Transdev North America, Inc. |
| 1:21-cv-00022 | Babnik v. Village of Antioch et al |
| 1:22-cv-02378 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-06593 | Gehrs v. SMARTEK 21, LLC et al |
| 1:23-cv-01654 | Goodman v. Metropolitan Life Insurance Company |
| 1:23-cv-03329 | Carter v. Brackenbox, Inc., et al |
| 1:23-cv-04536 | Cincinnati Insurance Company v. Ace American Insurance Company |
| 1:23-cv-05455 | Othman v. Cagababanua et al |
| 1:23-cv-05941 | Duffy Archive Limited v. The Partnerships and Unincorporated Associations Identified On Schedule A |
| 1:23-cv-14112 | Jones v. Illinois Department of Corrections et al |

## Civil Cases Reassigned from Judge Valderrama

| | |
|---|---|
| 1:19-cv-01599 | The Scale Effect Company v. Baron Chocolatier, Inc. |
| 1:20-cv-04450 | Jordan v. Wolf |
| 1:20-cv-07324 | Remily et al v. Freedom Development Group LLC et al |
| 1:21-cv-05715 | Shaikh v. Fairway Independent Mortgage Corporation |
| 1:22-cv-01162 | M1 Holdings Inc. v. Members 1st Federal Credit Union |
| 1:22-cv-05202 | Beattie v. Emerald Expositions et al |
| 1:22-cv-05527 | Capsa Solutions LLC v. Simplifi Medical, LLC |
| 1:23-cv-01368 | Huntington National Bank, The v. Rizek et al |
| 1:23-cv-02792 | Houston v. JP Morgan Chase & Co. et al |
| 1:23-cv-02880 | Khara Inc. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-03933 | Mitchell v. Walmart Inc. |
| 1:23-cv-07708 | Wimble v. Spotless Maintenance Services, Inc |

## Civil Cases Reassigned from Judge Wood

| | |
|---|---|
| 1:16-cv-06776 | Johnson v. Diakon Logistics |
| 1:19-cv-06688 | Russell v. Montese et al |
| 1:19-cv-00128 | Curtis v. Chicago et al |
| 1:20-cv-05293 | Meade, Inc. v. Travelers Property Casualty Company of America |
| 1:22-cv-00776 | Davis v. Jumio Corporation |
| 1:22-cv-05179 | Knox v. Clark |
| 1:22-cv-05990 | Washington v. City of Chicago et al |
| 1:23-cv-02317 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-03252 | Steel City Enterprises Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A |
| 1:23-cv-04381 | CTP Funding LLC v. City of Chicago |
| 1:23-cv-05159 | Perkins v. Dick's Sporting Goods, Inc. |
| 1:23-cv-07940 | In re: Subpoena to First Republic Bank |