IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO ALMODOVAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 02341 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM NEGRON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 02701 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | Magistrate Judge M. David Weisman |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's January 13, 2025, Minute Entry (*Almodovar,* Dkt. 278; *Negron,* Dkt. 258), the Parties submit the following:

The parties have exchanged settlement demands and offers and they do not request a settlement conference at this time.


Dated: January 31, 2025                    RESPECTFULLY SUBMITTED:

/s/ JENNIFER BONJEAN
/s/ ASHLEY COHEN
*Attorneys for Plaintiff Almodovar*

Jennifer Bonjean
Ashley Cohen
BONJEAN LAW GROUP
303 Van Brunt Street, 1st Fl

1

Brooklyn, NY 11231
(718) 875-1850
Jennifer@Bonjeanlaw.com
Ashley@Bonjeanlaw.com

/s/ RUSSELL AINSWORTH
*Attorney for Plaintiff William Negron*
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
russell@loevy.com


/s/ Josh M. Engquist
JOSH M. ENGQUIST, Atty No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James. G. Sotos
Josh M. Engquist
Joseph M. Polick
Allison L. Romelfanger
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
jengquist@jsotoslaw.com


/s/ *Eileen Rosen*
Special Assistant Corporation Counsel for the City of Chicago

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

2

3

/s/*Timothy P. Scahill*
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Guevara*

Timothy P. Scahill
Steven B. Borkan
Molly Boekeloo
Graham P. Miller
Whitney N. Hutchinson
Borkan & Scahill
20 S Clark St # 1700
Chicago, IL 60603
(312) 580-1030
tscahill@borkanscahill.com