IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO ALMODOVAR, JR. | ) | |
| | ) | Case No. 18 CV 2341 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Jeffrey I. Cummings |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM NEGRON | ) | |
| | ) | Case No. 18 CV 2701 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Jeffrey I. Cummings |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's February 3, 2025 Order, *Almodvaor,* Dkt. 280, the Parties submit the following Joint Status Report.

1. Counsel for Plaintiff Almodovar and Counsel for the City of Chicago continue to engage in settlement discussions, in good faith, and do not require the Court's assistance at this time.

2. Counsel for Plaintiff Negron and Counsel for the City of Chicago have not engaged in any additional settlement discussions to date.

DATED: April 25, 2025

/s/ Ashley Cohen
*Attorneys for Plaintiff Almodovar*

Jennifer Bonjean
Ashley Cohen
303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231
718-875-1850
Ashley@bonjeanlaw.com

/s/ Russell Ainsworth
*Attorneys for Plaintiff Negron*

Russell Ainsworth
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
312-243-5900
russell@loevy.com

Respectfully Submitted,

*/s/ Theresa Berousek Carney*
Special Assistant Corporation Counsel
*One of the Attorneys for the City of Chicago*

Eileen E. Rosen
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
312-494-1000
tcarney@rfclaw.com

*/s/ Josh M. Engquist*
Special Assistant Corporation Counsel
*One of the Attorneys for the Individual Defendant Officers*

James G. Sotos
Josh M. Engquist
Allison L. Romelfanger
The Sotos Law Firm, P.C.
141 West Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
630-735-3330
jengquist@jsotoslaw.com

/s/ Timothy P. Scahill
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Guevara*

Timothy P. Scahill
Molly Boekello
Whitney N. Hutchinson
Borkan & Scahill
20 S. Clark Street, #1700
Chicago, Illinois 60603
312-580-1030
tscahill@borkanscahill.com