# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

William Negron

                Plaintiff,

v.                                                    Case No.: 1:18−cv−02701
                                                          Honorable Jeffrey I Cummings

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion for extension of time to reinstate [280] is granted. Plaintiff may move to reinstate on or before 4/6/26. If no motion to reinstate or for extension of time is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.